# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § | |
| | § | Civil Action No. |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DOES 1-5, individually and together d/b/a Easybox, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## EXHIBIT NO. 1 TO COMPLAINT

Copyrighted works that aired on the Protected Channels and are registered or have registrations pending with the United States Copyright Office:

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration (Pending) |
|---|---|---|---|---|
| News Bulletin, 12/6/2017 | December 6, 2017 | Al Jazeera Arabic News | PA0002107543 | January 24, 2018 |
| News Bulletin, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188010 | May 29, 2019 |
| Sports News, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188012 | May 29, 2019 |
| The Opposite Direction, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188008 | May 29, 2019 |
| Without Bounds, 2/27/2019 | February 27, 2019 | Al Jazeera Arabic News | PA0002188006 | May 29, 2019 |
| Hashtag, 12/6/2017 | December 6, 2017 | Al Jazeera Mubasher | PA0002107544 | January 24, 2018 |
| Aangan, Ep. # 36 | June 19, 2018 | ARY Digital | PA0002145454 | September 11, 2018 |
| Bubbly Kya Chahti Hai, Ep. # 103 | July 3, 2018 | ARY Digital | PA0002145456 | September 11, 2018 |

| Bubbly Kya Chahti Hai, Ep. # 112 | July 23, 2018 | ARY Digital | PA0002145471 | September 11, 2018 |
|---|---|---|---|---|
| Dilli Walay Dularay Babu, Ep. # 90 | July 28, 2018 | ARY Digital | PA0002145474 | September 11, 2018 |
| Good Morning Pakistan, 7/20/2018 | July 20, 2018 | ARY Digital | PA0002145464 | September 11, 2018 |
| Good Morning Pakistan, 9/11/2018 | September 11, 2018 | ARY Digital | PA0002154607 | November 6, 2018 |
| Jeeto Pakistan, 7/20/2018 | July 20, 2018 | ARY Digital | PA0002145462 | September 11, 2018 |
| Jeeto Pakistan, 9/14/2018 | September 14, 2018 | ARY Digital | PA0002154598 | November 6, 2018 |
| Kab Mere Kehlaoge, Ep. # 94 | July 28, 2018 | ARY Digital | PA0002145473 | September 11, 2018 |
| Nibah, Ep. # 24 | June 20, 2018 | ARY Digital | PA0002145468 | September 11, 2018 |
| Pukaar, Ep. # 23 | June 21, 2018 | ARY Digital | PA0002145460 | September 11, 2018 |
| Aaj Shahzeb Khanzada Kay Saath, 7/31/2018 | July 31, 2018 | Geo News | PA0002149176 | September 21, 2018 |
| Aaj Shahzeb Khanzada Kay Saath, 9/27/2018 | September 27, 2018 | Geo News | Pending | (October 31, 2018) |
| Apas Ki Baat, 7/31/2018 | July 31, 2018 | Geo News | PA0002149165 | September 21, 2018 |
| Capital Talk, 8/1/2018 | August 1, 2018 | Geo News | PA0002149169 | September 21, 2018 |
| Aik Larki Aam Si, Ep. # 31 | July 31, 2018 | Hum TV / Hum World | PA0002149091 | September 21, 2018 |
| Aik Larki Aam Si, Ep. # 32 | August 1, 2018 | Hum TV / Hum World | PA0002149081 | September 21, 2018 |
| Band Khirkiyan, Ep. # 2 | July 27, 2018 | Hum TV / Hum World | PA0002149161 | September 21, 2018 |

2

| | | | | |
|---|---|---|---|---|
| Band Khirkiyan, Ep. # 8 | September 14, 2018 | Hum TV / Hum World | PA0002154545 | November 6, 2018 |
| Ishq Tamsha, Ep. # 21 | July 29, 2018 | Hum TV / Hum World | PA0002149076 | September 21, 2018 |
| Jago Pakistan Jago, 7/31/2018 | July 31, 2018 | Hum TV / Hum World | PA0002149159 | September 21, 2018 |
| Kaisi Aurat Moon Main, Ep. # 14 | August 1, 2018 | Hum TV / Hum World | PA0002149294 | September 21, 2018 |
| Maa Sadqey, Ep. # 137 | August 1, 2018 | Hum TV / Hum World | PA0002149243 | September 21, 2018 |
| Main Khayal Hoon Kisi Aur Ka, Ep. # 6 | July 28, 2018 | Hum TV / Hum World | PA0002149312 | September 21, 2018 |
| Mein Har Nahin Manongi, Ep. # 13 | July 31, 2018 | Hum TV / Hum World | PA0002149190 | September 21, 2018 |
| Mein Har Nahin Manongi, Ep. # 28 | September 25, 2018 | Hum TV / Hum World | PA0002154586 | November 6, 2018 |
| Tabeer, Ep. # 24 | August 1, 2018 | Hum TV / Hum World | PA0002149272 | September 21, 2018 |
| Ustani Jee, Ep. # 15 | July 28, 2018 | Hum TV / Hum World | PA0002149303 | September 21, 2018 |
| Zun Mureed, Ep. # 22 | July 27, 2018 | Hum TV / Hum World | PA0002149199 | September 21, 2018 |
| Hit Al Mawsem, Season 2, Ep. #2 | September 8, 2018 | MBC1 | PA0002154603 | November 6, 2018 |
| Sada Al Mala'eb (2017), Ep. #113 | December 4, 2017 | MBC1 | PA0002107550 | January 25, 2018 |
| Sada Al Mala'eb (2017), Ep. #115 | December 4, 2017 | MBC1 | PA0002107551 | January 25, 2018 |
| Sada Al Mala'eb (2019), Ep. #430 | February 26, 2019 | MBC1 | PA0002187998 | May 29, 2019 |
| Sada Al Mala'eb (2019), Ep. #454 | March 22, 2019 | MBC1 | PA0002187986 | May 29, 2019 |
| Takhareef, Ep. #1 | September 3, 2018 | MBC1 | PA0002154573 | November 6, 2018 |

3

| Ma Lam Tara (3), Ep. # 2 | February 28, 2019 | MBC1 | PA0002187994 | May 29, 2019 |
|---|---|---|---|---|
| Bab Al Hara, (Drama Edit V2) (4), Ep. #18 | December 6, 2017 | MBC Drama | PA0002107541 | January 25, 2018 |
| Al Chef Hassan (2017), Ep. #317 | December 6, 2017 | MBC Masr | PA0002107548 | January 25, 2018 |
| Al Chef Hassan (2017), Ep. #319 | December 6, 2017 | MBC Masr | PA0002107549 | January 26, 2018 |
| Al Hekaya Ma' Amr Adib (2019), Ep. #36 | March 4, 2019 | MBC Masr | PA0002187989 | May 29, 2019 |
| Tasali Ahla Alam (2017), Ep. #316 | December 6, 2017 | MBC Kids / MBC3 | PA0002107546 | January 26, 2018 |
| Tasali Ahla Alam (2019), Ep. #41 | February 26, 2019 | MBC Kids / MBC3 | PA0002187988 | May 29, 2019 |
| Tasali Ahla Alam (2019), Ep. #60 | March 25, 2019 | MBC Kids / MBC3 | PA0002188002 | May 29, 2019 |
| Yahdoth fe Masr (2019), Ep. #36 | March 21, 2019 | MBC Masr | PA0002187990 | May 29, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #30 | October 1, 2018 | SAB | PA0002164508 | December 11, 2018 |
| Aladdin: Naam Toh Suna Hoga, Ep. #99 | January 1, 2019 | SAB | PA0002173211 | February 19, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #123 | February 4, 2019 | SAB | PA0002173206 | February 20, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #143 | March 4, 2019 | SAB | PA0002183058 | March 21, 2019 |
| Band Baja Band Darwaja, Ep. #3 | February 2, 2019 | SAB | PA0002183065 | March 19, 2019 |
| Band Baja Band Darwaja, Ep. #12 | March 3, 2019 | SAB | PA0002183062 | March 21, 2019 |
| Beechwale Bapu Dekh Raha Hai, Ep. #1 | October 2, 2018 | SAB | PA0002164509 | December 11, 2018 |

| | | | | |
|---|---|---|---|---|
| Beechwale Bapu Dekh Raha Hai, Ep. #69 | January 1, 2019 | SAB | PA0002183073 | March 19, 2019 |
| Bhakharwadi, Ep. #16 | March 4, 2019 | SAB | PA0002183077 | March 21, 2019 |
| Jijaji Chhat Par Hai, Ep. #238 | December 3, 2018 | SAB | PA0002171618 | February 13, 2019 |
| Jijaji Chhat Par Hai, Ep. #259 | January 1, 2019 | SAB | PA0002173231 | February 20, 2019 |
| Mangalam Dangalam, Ep. #15 | December 3, 2018 | SAB | PA0002171620 | February 13, 2019 |
| Mangalam Dangalam, Ep. #37 | January 2, 2019 | SAB | PA0002173245 | February 20, 2019 |
| Mangalam Dangalam, Ep. #60 | February 4, 2019 | SAB | PA0002173258 | February 20, 2019 |
| My Name Ijj Lakhan, Ep. #3 | February 3, 2019 | SAB | PA0002173264 | February 20, 2019 |
| Super Sisters – Meet The Sisters, Ep. #41 | October 1, 2018 | SAB | PA0002164513 | December 11, 2018 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2566 | October 1, 2018 | SAB | PA0002164514 | December 11, 2018 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2614 | December 3, 2018 | SAB | PA0002173283 | February 19, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2636 | January 2, 2019 | SAB | PA0002183100 | March 19, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2679 | March 4, 2019 | SAB | PA0002183103 | March 21, 2019 |
| Tenali Rama, Ep. #322 | October 1, 2018 | SAB | PA0002164515 | December 11, 2018 |
| Tenali Rama, Ep. #370 | December 3, 2018 | SAB | PA0002173288 | February 19, 2019 |
| Tenali Rama, Ep. #415 | February 4, 2019 | SAB | PA0002179720 | February 21, 2019 |

| Tenali Rama, Ep. #435 | March 4, 2019 | SAB | PA0002183108 | March 21, 2019 |
|---|---|---|---|---|

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DISH NETWORK L.L.C.,           )
                               )      Civil Action No.
              Plaintiff,       )
                               )
      v.                       )
                               )
SERVERLOGY CORPORATION and     )
DOES 1-5, individually and together )
d/b/a East IPTV                )
                               )
              Defendants.      )
                               )

## EXHIBIT NO. 2 TO COMPLAINT

Examples of copyrighted works that aired on the Protected Channels and do not have registrations pending with the United States Copyright Office:

| Title of Work[1] | Protected Channel |
|---|---|
| Last Hour | Al Arabiya |
| Panorama | Al Arabiya |
| Special Interviews | Al Arabiya |
| Sports News | Al Arabiya |
| El Hayah el Yom | Al Hayah 1 |
| Behind The News Program | Al Jazeera Arabic News |
| Today's Harvest | Al Jazeera Arabic News |
| Market Tour | Al Jazeera Mubasher |
| Ask | Al Jazeera Mubasher |
| Film Clip | ART Cima |
| Hona Al Asema, all episodes from June 20, 2018 to present | CBC |
| Rahim, all episodes from June 20, 2018 to present | CBC Drama |
| Al'easherh Mesa'a | Dream 2 |
| Interviews | Future TV |

---

[1] Includes all episodes of the identified series unless otherwise noted.

| | |
|---|---|
| Grimat Shaghaf | Hekayat |
| Arabwood | LBC |
| Lahon wou Bass | LDC |
| Al Thaminah | MBC1 |
| Bel Aarda | MBC1 |
| Bel Mokhtasar | MBC1 |
| Essal Al Arab | MBC1 |
| Haflat Majed Al Mohandes | MBC1 |
| Hamsa | MBC1 |
| Ma'aly Al Mowaten | MBC1 |
| Sabah Al Khair Ya Arab | MBC1 |
| Saherat Al Janoub | MBC1 |
| Top Chef | MBC1 |
| Abu Al Banat | MBC Drama |
| Banat Al Shams | MBC Drama |
| Saherat Al Janoub | MBC Drama |
| I-Tech | MBC Kids / MBC3 |
| Sawa Fe | MBC Kids / MBC3 |
| Telescope | MBC Kids / MBC3 |
| Asa'd Allahu Masa' akom | MBC Masr |
| Saherat Al Janoub | MBC Masr |
| El Haram | Melody Classic |

2

# EXHIBIT 3

# easybox



Navigation ☰



BELOW ARE OUR DIFFERENT
**EASYBOX CHANNELS**

# Channels List

We have the same channel list in Easybox IPT and Smart TV. Please find the channel list below.

[AFG] AMC TV
[AFG] Arezo TV
[AFG] Ariana Afghan USA

Online

[AFG] ATN News

[AFG] ATV

[AFG] ATV Afghanistan

[AFG] Jahan Numa TV

[AFG] Kabul TV USA

[AFG] Khurshid

[AFG] Lemar

[AFG] Mitra TV

[AFG] Negaah

[AFG] Noor TV

[AFG] Payam e Afghan

[AFG] Rah e farda TV

[AFG] RTA Afghanistan

[AFG] RTA News

[AFG] Shamshad

[AFG] Tamadon

[AFG] Tolo HD

[AFG] Tolo News HD

[AFG] Tuti TV

BECOME A DIS

STRIBUTOR

[AFR] Africa TV 1

[AFR] Africa TV 2

[AFR] Africa TV 3

[AFR] Africa TV 4

[AFR] Amhara TV

[AFR] Ben Nigeria

[AFR] EBC

[AFR] Eritrea TV

[AFR] ESTV

[AFR] Horn Cable

[AFR] Kalsan

[AFR] Kana TV

[AFR] Nollywood

[AFR] Oromia TV

[AFR] RTD Djibouti

[AFR] SLNTV

[AFR] SNTV

[AFR] Somali Cable

[AFR] Somaliland (SLN TV)

[AFR] Southern Ethiopia TV

[AFR] Universal Somali

[ALB] Bang Bang

[ALB] Digi Gold

[ALB] Film Aksion

[ALB] Film Autor

[ALB] Film Drame

[ALB] Film Hits

[ALB] Film Nje

[ALB] Film Thriller

[ALB] Fox Movies

[ALB] Junior TV

[ALB] Klasik TV

[ALB] SuperSport 1

[ALB] SuperSport 2

[ALB] SuperSport 3

[ALB] SuperSport 4

[ALB] Tring Life

[ALB] Tring Super

[ARB] 2M Maroc

[ARB] 4G Aflam

[ARB] 4G Classic

[ARB] 4G Drama

[ARB] 4G Film

[ARB] 7besha

[ARB] Abu Dhabi Drama

[ARB] Abu Dhabi Sports 1

[ARB] Abu Dhabi Sports 2

[ARB] Abu Dhabi Sports 3

[ARB] Abu Dhabi Sports 4

[ARB] Abu Dhabi Sports 5

[ARB] Abu Dhabi TV

[ARB] Addounia

[ARB] Afak

[ARB] Aghani Aghani

[ARB] Aghapy TV

[ARB] Ahel Al Quran

[ARB] Ajial

[ARB] Al Afasy Quran

[ARB] Al Ahd

[ARB] Al Ahly Club

[ARB] Al Ahvaz TV

[ARB] Al Alam

[ARB] Al Anbar

[ARB] Al Anis

[ARB] Al Anwar

[ARB] Al Anwar 2

[ARB] Al Aqila TV

[ARB] Al Arabiya

[ARB] Al Arabiya Alhadath

[ARB] Al Araby TV

[ARB] Al Assema

[ARB] Al Bait Baitak Cinema

[ARB] Al Basira

[ARB] Al Bushra

[ARB] Al Eiman

[ARB] Al Ekhbariya Al Soriya

[ARB] Al Emarat HD

[ARB] Al erth al nabawi

[ARB] Al Eshraq

[ARB] Al Etejah TV

[ARB] Al Fady

[ARB] Al Falistiniah

[ARB] Al Fath Quran

[ARB] Al Forat 1

[ARB] Al Hayat 1

[ARB] Al Hayat 2

[ARB] Al Hayat Christian channel

[ARB] Al Hayat Musalsalat

[ARB] Al Hayat We Alnas

[ARB] Al Hiwar Ettounsi TV

[ARB] Al Horreya

[ARB] Al Hurra Iraq

[ARB] Al Iman

[ARB] Al Insen

[ARB] Al Iraqia

[ARB] Al Iraqiya News

[ARB] Al Iraqiya Sports

[ARB] Al Istiqama

[ARB] Al Jadeed

[ARB] Al Jazeera

[ARB] Al Jazeera Documentary

[ARB] Al Jazeera English

[ARB] Al Jazeera Mubasher

[ARB] Al Kahera Wal Nas

[ARB] Al Kahera Wal Nas 2

[ARB] Al Karma

[ARB] Al Kass One HD

[ARB] Al Kass Two HD

[ARB] Al Kawthar

[ARB] Al Kofiya

[ARB] Al Maaref

[ARB] Al Magharibia

[ARB] Al Magharibia 2

[ARB] Al Maghribia Ekhbariya

BECOME A DI!

STRIBUTOR

[ARB] Al Majd 1

[ARB] Al Majd 2 Holy Quran

[ARB] Al Majd 3

[ARB] Al Majd 4

[ARB] Al Majlis

[ARB] Al Malakoot

[ARB] Al Manar TV

[ARB] Al Masira

[ARB] Al Masriya

[ARB] Al Massar Al Oula

[ARB] Al Mawsleya

[ARB] Al Mayadeen TV

[ARB] Al Minbar

[ARB] Al Mustakila

[ARB] Al Nabaa TV

[ARB] Al Nada TV

[ARB] Al Naeem

[ARB] Al Nahar

[ARB] Al Nahar Drama

BECOME A DISTRIBUTOR

[ARB] Al Najaf

[ARB] Al Noujaba

[ARB] Al Oula Inter

[ARB] Al Quds

[ARB] Al Rafiden

[ARB] Al Rahma TV

[ARB] Al Rasheed

[ARB] Al Resala

[ARB] Al Saeedah TV

[ARB] Al Saha

[ARB] Al Sahraa

[ARB] Al Salam

[ARB] Al Seha Waljamal TV

[ARB] Al Shareyyah

[ARB] Al Sharq

[ARB] Al Sharqiya

[ARB] Al Sirat

[ARB] Al Sumaria

[ARB] Al Taghier

[ARB] Al Tanasuh TV

[ARB] Al Thaqafiya

[ARB] Al Thaqalayn

[ARB] Al Walaa

[ARB] Al Welaya

[ARB] Alaan TV

[ARB] Aldiyar Sat

[ARB] Algeria TV 4

[ARB] Algerie 3

[ARB] Algerie 5

[ARB] Alghadeer

[ARB] Alnas

[ARB] Alostora

[ARB] Alrai TV

[ARB] Althanya

[ARB] ANN

[ARB] Arabica TV

[ARB] Arrabiaa

[ARB] Arryadia

[ARB] ART Aflam 1

[ARB] ART Aflam 2

[ARB] ART Cinema

[ARB] ART Hekayat 1

[ARB] ART Hekayat 2

[ARB] Ashrooq TV

[ARB] Assadisa

[ARB] Atfal Mawaheb

[ARB] Attesia TV

[ARB] Azhari

[ARB] B4U Aflam

[ARB] Baghdad TV

[ARB] Bahrain Int

[ARB] Bahrain Quran

[ARB] Bahrain Sport 1

[ARB] Bahrain Sport 2

[ARB] Bahrain TV

[ARB] Baraem

[ARB] BBC Arabic

Channels List | English - English | EasyBox TV

[ARB] Bedaya TV

[ARB] Bein Dmax

[ARB] Bein Drama HD

[ARB] Bein Gourmet

[ARB] Bein Junior

[ARB] BeIN Movies 4

[ARB] Bein Movies HD 1

[ARB] Bein Movies HD 2

[ARB] Bein Movies HD 3

[ARB] Bein Sports 1 HD

[ARB] Bein Sports 1 HD EXTRA

[ARB] Bein Sports 10 HD

[ARB] Bein Sports 11 HD

[ARB] Bein Sports 12 HD

[ARB] Bein Sports 13 HD

[ARB] Bein Sports 2 HD

[ARB] Bein Sports 2 HD EXTRA

[ARB] Bein Sports 3 HD

[ARB] Bein sports 3 HD Extra

[ARB] Bein Sports 4 HD

[ARB] Bein Sports 4 HD EXTRA

[ARB] Bein Sports 5 HD

[ARB] Bein Sports 5 HD EXTRA

[ARB] Bein Sports 6 HD

[ARB] Bein Sports 6 HD EXTRA

[ARB] Bein Sports 7 HD

[ARB] Bein Sports 8 HD

[ARB] Bein Sports 9 HD

[ARB] Bein Sports Max 1 HD

[ARB] Bein Sports Max 2 HD

[ARB] Bein Sports News

[ARB] Belady

[ARB] Belody Aflam

[ARB] Belqees TV

[ARB] beoutQ Sports 1

[ARB] beoutQ Sports 2

[ARB] beoutQ Sports 3

[ARB] beoutQ Sports 4

[ARB] beoutQ Sports 5

[ARB] beoutQ Sports 6

[ARB] beoutQ Sports 7

[ARB] beoutQ Sports 8

[ARB] Beur TV

[ARB] Bin Othaimeen

[ARB] Blue Nile Channel

[ARB] Cairo Cinema

[ARB] Cairo Drama

[ARB] Canal Algerie

[ARB] Cartoon Network Arabia

[ARB] CBC

[ARB] CBC Drama

[ARB] CBC Extra

[ARB] CBC Sofra

[ARB] CCTV-A

[ARB] Chams TV

[ARB] Cima 1

[ARB] Cima Alibaba

[ARB] Cima Tube

[ARB] Cinema 1

[ARB] Cinema 2

[ARB] Cinema Pro

[ARB] Cinema Tube

[ARB] Cinema-Pro

[ARB] CNA

[ARB] CNBC Arabiya

[ARB] CTV (Coptic)

[ARB] Dabanga Sudan

[ARB] Dawaa

[ARB] Dewan 1

[ARB] Dijla

[ARB] DMC

[ARB] DMC Drama

[ARB] DMC Sports

[ARB] Dorar TV

[ARB] Dream 2

[ARB] Dubai One

[ARB] Dubai Racing HD

[ARB] Dubai Sports Channel

[ARB] Dubai TV

[ARB] Dubai Zaman

[ARB] DW TV Arabic

[ARB] Echorouk Benna

[ARB] Echorouk News

[ARB] Echourouk TV

[ARB] El Bilad

[ARB] El Heddaf TV

[ARB] Elmoled

[ARB] Ennahar Laki

[ARB] Ennahar TV Algerie

[ARB] Fallujah

[ARB] Film Tube

[ARB] Fox Action Movies

[ARB] Fox Crime HD

[ARB] Fox Family Movies

[ARB] Fox Life HD

[ARB] Fox Rewayat HD

[ARB] France 24 Arabic

[ARB] Free TV

[ARB] Funoon TV

[ARB] Future TV International

[ARB] GM Aflam

[ARB] GM Alwan

[ARB] GM Cartoon

[ARB] GM Chaabi

[ARB] GM Ciinema

[ARB] GM Comedia

[ARB] GM Drama

[ARB] GM Katakit

[ARB] GM Sport HD

[ARB] GM Tamazight

[ARB] Hala TV

[ARB] Halaba Stret

[ARB] Hannibal

[ARB] Hareem Elsultan

[ARB] Hawacom

[ARB] Hod Hod

[ARB] Hona Baghdad

[ARB] Huda TV

[ARB] Ifilm Arabic

[ARB] Ikids

[ARB] Iqraa TV

[ARB] Iraq Future TV

[ARB] Ishtar TV

[ARB] Jeem Kids

[ARB] Jordan Sport

[ARB] Jordan TV

[ARB] Karameesh

[ARB] Karbala TV

[ARB] KBC Algeria

[ARB] Kokky TV

[ARB] Koogi TV

[ARB] Kuwait Sport Plus

[ARB] Kuwait Sports

[ARB] Kuwait TV 1

[ARB] Kuwait TV Al Arabi

[ARB] Kuwait TV Ethraa

[ARB] Kuwait TV2

[ARB] Lana TV

[ARB] LBC HD

[ARB] LDC

[ARB] Lebanon TV

[ARB] Libya 24

[ARB] Libya Alhrar

[ARB] Libya Panorama

[ARB] Libya Rsmia

[ARB] Libya218

[ARB] Libyas Channel

[ARB] Logos TV

[ARB] LTC

[ARB] Maan

[ARB] Majan

[ARB] Majid Kids

BECOME A DIS
STRIBUTOR

[ARB] Makkah TV

[ARB] Mariam TV

[ARB] Maspero Zaman

[ARB] Master Chef

[ARB] Mazzika

[ARB] MBC 1

[ARB] MBC 1 HD

[ARB] MBC 2

[ARB] MBC 2 HD

[ARB] MBC 3

[ARB] MBC 3 HD

[ARB] MBC 4

[ARB] MBC 4 HD

[ARB] MBC Action

[ARB] MBC Action HD

[ARB] MBC Bollywood

[ARB] MBC Drama

[ARB] MBC Drama +

[ARB] MBC Masr

[ARB] MBC Masr 2

[ARB] MBC Max

[ARB] MBC Max HD

[ARB] MBC Pro Sport 1

[ARB] MBC Pro Sport 2

[ARB] MBC Pro Sport 3

[ARB] MBC Pro Sport 4

[ARB] MBC Variety HD

[ARB] Medi 1 TV

[ARB] Mehwer TV

[ARB] Mekameleen TV

[ARB] Melody Classic

[ARB] MESat

[ARB] Mickey Channel

[ARB] Miracle TV

[ARB] Misr Education

[ARB] Misr El Balad

[ARB] Mody Kids

[ARB] MTunisia

[ARB] MTV Lebanon

[ARB] Music Alhanen

[ARB] Music Alremas

[ARB] MYHD Fix Fox

[ARB] MYHD My Cinema

[ARB] National Geographic Abu Dhabi

[ARB] Nay Algeria HD

[ARB] Nay Drama 1

[ARB] Nay Lebanon TV HD

[ARB] Nay Movies

[ARB] Nay Sport HD

[ARB] Nay WorldCup

[ARB] NBN

[ARB] Neelain Sport

[ARB] Nessma TV

[ARB] NHK World

[ARB] Nile Cinema

[ARB] Nile Comedy

[ARB] Nile Culture

Channels List | English | Digital Easybox TV SD

[ARB] Nile Drama

[ARB] Nile Family

[ARB] Nile Life

[ARB] Nile News

[ARB] Nile Sport

[ARB] Nile TV

[ARB] Nogoum FM TV

[ARB] Noor Dubai

[ARB] Nour El Sham

[ARB] Nour Koddass

[ARB] Noursat

[ARB] Noursat Al Shabab

[ARB] Numidia News TV

[ARB] Om Dorman TV

[ARB] Oman Live

[ARB] Oman TV

[ARB] Oman TV Culture

[ARB] ONTV Drama

[ARB] ONTV Egypt

BECOME A DISTRIBUTOR

Channels List | English - العربية | EasyBox TV

[ARB] ONTV Live

[ARB] ONTV Sport

[ARB] Orient

[ARB] OSN Alfa Al Youm

[ARB] OSN Alfa Series

[ARB] OSN Animal Planet HD

[ARB] OSN Cinema 1

[ARB] OSN Cinema 2

[ARB] OSN Fatafeat

[ARB] OSN Movies +2h

[ARB] OSN Movies Action +2h

[ARB] OSN Movies Disney

[ARB] OSN Movies Family

[ARB] OSN Movies Festival

[ARB] OSN Movies Kids HD

[ARB] OSN Movies Thriller

[ARB] OSN Sports 1

[ARB] OSN Sports 2

[ARB] OSN Star Movies

BECOME A DISTRIBUTOR

[ARB] OSN Star World

[ARB] OSN WWE

[ARB] OSN YaHala

[ARB] OSN YaHala 1

[ARB] OSN YaHala Cinema

[ARB] OTV Lebanon

[ARB] Palestine

[ARB] Palestine Live

[ARB] Palestine Sport

[ARB] Palestine Today

[ARB] Panorama Drama

[ARB] Panorama Drama 2

[ARB] Panorama Film

[ARB] Panorama Food

[ARB] Panorama Youm

[ARB] Publitools TV

[ARB] Qatar Today

[ARB] Qatar TV

[ARB] Quest Arabiya

[ARB] Quran TV

[ARB] Rotana Aflam

[ARB] Rotana Cinema KSA

[ARB] Rotana Classic

[ARB] Rotana Clip

[ARB] Rotana Drama

[ARB] Rotana Khalijiah

[ARB] Rotana Masriya

[ARB] Rotana Music

[ARB] Roya

[ARB] RT Arabic

[ARB] Sada El Balad

[ARB] Sada El Balad 2

[ARB] Sada ElBalad Drama

[ARB] Safa TV

[ARB] Sama Dubai

[ARB] Sama Yemen

[ARB] Samarraa TV

[ARB] Samira TV

[ARB] Sat 7

[ARB] Sat 7 Kids

[ARB] Saudi 24

[ARB] Saudi Al Akhbariya

[ARB] Saudi Channel 1

[ARB] Saudi Channel 2

[ARB] Saudi Quran

[ARB] Saudi Sport 1

[ARB] Saudi Sunnah

[ARB] SBC Saudi

[ARB] SeeVii Aloula HD

[ARB] SeeVii BeLink HD

[ARB] SeeVii Drama HD

[ARB] SeeVii Shamiya HD

[ARB] Sehaty

[ARB] Semsem

[ARB] Sha3beyat

[ARB] Shabab TV

[ARB] Sham FM

[ARB] Sharqiya News

[ARB] Sky News Arabia

[ARB] Spacetoon Arabic

[ARB] Star Cinema 1

[ARB] Star Cinema 2

[ARB] Sudan Drama

[ARB] Sudan Music

[ARB] Sudan Ous

[ARB] Sudan Sport

[ARB] Sudan TV

[ARB] Sudania 24 HD

[ARB] Suhail TV

[ARB] Sumer News

[ARB] Suroyo TV

[ARB] Suryoyo Sat

[ARB] Syria Satellite TV

[ARB] Syrian Drama TV

[ARB] Syrian Education

[ARB] Syrian TV

[ARB] Taha TV

[ARB] Tal2a Hendy

[ARB] Tawazon TV

[ARB] Tayba TV

[ARB] Tele Liban

[ARB] Tele Maroc

[ARB] Telvza

[ARB] TEN

[ARB] The Savior

[ARB] Time Cinema

[ARB] Toktok Aflam

[ARB] Toktok Cima

[ARB] Toyor Al Janah TV

[ARB] Toyor Baby

[ARB] TRT Arabic

[ARB] Tunisia Nat 1

[ARB] Tunisia Nat 2

[ARB] Tunisna

[ARB] TV Tamazight

[ARB] Uber Cima

[ARB] UNRWA TV

[ARB] Wanasah

[ARB] Watan TV

[ARB] Yemen Shbab

[ARB] Yemen Today

[ARB] Yemen TV

[ARB] ZAD TV

[ARB] Zaytoona TV

[ARB] Zee Aflam

[ARB] Zee Alwan

[ARB] Zweina Baladna

[ARM] Armenia H1 HD

[ARM] Armenia HD

[ARM] Armenia TV

[ARM] ATV HD Armenia

[ARM] Kentron

[ARM] Shant TV

[CAN] Treehouse

BECOME A DIS

STRIBUTOR

[DAN] Comedy Central

[DAN] DK 4

[DAN] DR 1

[DAN] DR 2

[DAN] DR 3

[DAN] DR K

[DAN] DR Ramasjang

[DAN] DR Ultra

[DAN] Kanal 5

[DAN] Nickelodeon

[DAN] TV 2

[DAN] TV 2 Lorry

[DAN] TV 2 Sport

[DAN] TV 2 Zulu

[DAN] TV 3

[DAN] TV 3 Plus

[EX-YU] Arena Sport HD 1

[EX-YU] Arena Sport HD 2

[EX-YU] Arena Sport HD 3

[EX-YU] Arena Sport HD 4

[EX-YU] Arena Sport HD 5

[EX-YU] ATV 1

[EX-YU] ATV BL

[EX-YU] BHT 1 HD

[EX-YU] BN BiH

[EX-YU] Cinestar Premier 1

[EX-YU] Cinestar Premier 2

[EX-YU] Crime & Investigation

[EX-YU] Cufo

[EX-YU] Doma

[EX-YU] Face TV HD

[EX-YU] Fox Crime

[EX-YU] Fox Life

[EX-YU] Fox Movies

[EX-YU] FTV

[EX-YU] Hayat TV

[EX-YU] History Channel

[EX-YU] HRT 1

Channels List | English Language | Easybox TV

[EX-YU] HRT 2

[EX-YU] HRT 3

[EX-YU] HRT 4

[EX-YU] N1

[EX-YU] Nova HD

[EX-YU] Nove Zamky

[EX-YU] O2 TV

[EX-YU] OBN

[EX-YU] Pink 2

[EX-YU] Pink 3 Info

[EX-YU] Pink Action

[EX-YU] Pink Bih

[EX-YU] Pink Comedy

[EX-YU] Pink Extra

[EX-YU] Pink Film

[EX-YU] Pink Folk

[EX-YU] Pink M

[EX-YU] Pink Movies

[EX-YU] Pink Premium

BECOME A DI:

STRIBUTOR

[EX-YU] Pink Sci-Fi

[EX-YU] Pink Serije

[EX-YU] Pink Thriller

[EX-YU] Pink TV

[EX-YU] Pink Western

[EX-YU] Pink World

[EX-YU] PRVA TV

[EX-YU] RTRS

[EX-YU] RTS 1

[EX-YU] Sport Klub 1 HD

[EX-YU] Sport Klub 2 HD

[EX-YU] Sport Klub 3 HD

[FRE] 23

[FRE] 6ter HD

[FRE] Animaux hd

[FRE] Arte HD

[FRE] Bein Sports 1 HD FR

[FRE] Bein Sports 2 HD FR

[FRE] Bein Sports 3 HD FR

[FRE] BFM HD

[FRE] Canal Decale HD

[FRE] Canal Family HD

[FRE] Canal Series HD

[FRE] Canal+

[FRE] Canal+ Cinema HD

[FRE] Cine Famiz HD

[FRE] Cine Premier HD

[FRE] D8

[FRE] Disney Junior HD

[FRE] France 2 HD

[FRE] France 24

[FRE] France 3

[FRE] France 4 HD

[FRE] France 5 HD

[FRE] France O

[FRE] Gulli

[FRE] M6 HD

[FRE] Nat Geo Wild HD

BECOME A DI

[FRE] NRJ12

[FRE] NT1 HD

[FRE] OCS Choc HD

[FRE] OCS City

[FRE] OCS Geants HD

[FRE] OCS Max HD

[FRE] Paris Premiere HD

[FRE] RTL9 HD

[FRE] TF 1

[FRE] TMC

[FRE] TV5 Monde

[FRE] Tva

[FRE] Ushuaia HD

[FRE] W9

[GER] 3Sat

[GER] 3sat HD

[GER] Anixe HD

[GER] Ard HD

[GER] Bundesliga 3 (During games)

STRIBUTOR

[GER] Bundesliga 4 (During games)

[GER] Bundesliga 5 (During games)

[GER] Das Erste HD

[GER] Discovery Channel

[GER] Disney HD

[GER] FOX

[GER] Kabel Eins HD

[GER] Kika HD

[GER] N-TV

[GER] NDR HD

[GER] ORF 2 HD

[GER] ORF Eins

[GER] Prosieben HD

[GER] Prosieben Maxx HD

[GER] RTL 2 HD

[GER] RTL Crime

[GER] RTL HD

[GER] RTL Passion

[GER] SAT 1 HD

Channels List | English Language | Easybox TV

[GER] Sixx HD

[GER] Sky 13th Street

[GER] Sky Action HD

[GER] Sky Bundesliga HD

[GER] Sky Cinema

[GER] Sky Comedy HD

[GER] Super RTL

[GER] SyFy HD

[GER] Viva Comedy

[GER] VOX HD

[GER] ZDF HD

[GRE] ABC Channel

[GRE] Action 24

[GRE] Alpha

[GRE] ANT 1

[GRE] Attica

[GRE] Blue Sky

[GRE] Channel 9

[GRE] EPT 1

BECOME A DIS

STRIBUTOR

[GRE] EPT 2

[GRE] Extra

[GRE] Mega

[GRE] Skai

[GRE] Smile

[GRE] Stariand

[GRE] Sunny

[IN/PK] &TV

[IN/PK] AAJ Tak

[IN/PK] Ary Digital

[IN/PK] B4U

[IN/PK] B4U Movies

[IN/PK] B4U Music

[IN/PK] B4U Plus

[IN/PK] Colors

[IN/PK] Geo News

[IN/PK] Geo TV

[IN/PK] Hum Europe

[IN/PK] Imagine Movies

BECOME A DIS

STRIBUTOR

[IN/PK] News 18 India

[IN/PK] PTC Punjabi

[IN/PK] PTV Global

[IN/PK] PTV Prime

[IN/PK] Rishtey

[IN/PK] Sony Max

[IN/PK] Sony Sab

[IN/PK] Star Gold

[IN/PK] Star Life OK

[IN/PK] Star Plus

[IN/PK] Zee Cinema

[IN/PK] Zee Punjabi

[IN/PK] Zee Telugu

[IN/PK] Zee TV

[IN/PK] Zing

[IRA] Andisheh

[IRA] BBC Persia

[IRA] Ganj e Hozour TV

[IRA] Gem Bollywood

Channels List | English Language | Easybox TV

[IRA] Gem Junior

[IRA] Gem Kids

[IRA] Gem Life

[IRA] Gem Series

[IRA] Gem Youth

[IRA] Ifilm

[IRA] Iran TV Network

[IRA] IRIB Nasim

[IRA] IRIB Quran

[IRA] IRIB Shoma

[IRA] IRIB TV1

[IRA] IRIB TV2

[IRA] IRIB TV3

[IRA] IRIB TV4

[IRA] IRIB Varzesh

[IRA] IRINN

[IRA] Khatereh

[IRA] Manoto

[IRA] Persian Star

[IRA] Persian Star 2

[IRA] PMC

[IRA] River

[IRA] Rubix

[IRA] Velayat TV

[IRA] VOA TV Persia

[ITA] Eurosport 1

[ITA] Eurosport 2

[ITA] Italia Uno

[ITA] LA5

[ITA] Premium Action 24

[ITA] Premium Calcio 1

[ITA] Rai 1 HD

[ITA] Rai 2 HD

[ITA] Rai 3 HD

[ITA] Rai 4 HD

[ITA] Rai Gulp

[ITA] Rai Movies

[ITA] Rai Premium HD

[ITA] Rai Storia

[KUR] Al Turkmenia TV

[KUR] Amozhgary TV

[KUR] Aryen

[KUR] Badinan TV

[KUR] Bangwaz TV

[KUR] Cira

[KUR] Damla

[KUR] Gali Kurdistan TV

[KUR] Helhelok Kids

[KUR] K24

[KUR] Kirkuk TV

[KUR] KNN

[KUR] Korek

[KUR] KTV

[KUR] Kurdistan TV

[KUR] Kurdmax HD Sor

[KUR] Kurdmax Pepule

[KUR] Kurdmax Show HD

BECOME A DISTRIBUTOR

[KUR] Kurdmax TV Kur

[KUR] Kurdsat

[KUR] Kurdsat News HD

[KUR] Minbij TV

[KUR] Net TV Kurd

[KUR] News Channel (Kurd)

[KUR] NRT – Nalia Radio Television HD

[KUR] NRT 2

[KUR] Payam

[KUR] Pelistank

[KUR] Qamishli

[KUR] Rega

[KUR] Ronahi

[KUR] Rudaw TV

[KUR] Speda

[KUR] Sterk Zindi

[KUR] TRT Kurdi

[KUR] Vin TV

BECOME A DIS

STRIBUTOR

[KUR] Waar TV

[KUR] Zagros

[KUR] Zarok

[NOR] 6 Eren

[NOR] Canal 9

[NOR] Discovery Channel

[NOR] FEM

[NOR] NRK 1

[NOR] NRK 2

[NOR] NRK 3

[NOR] TV 2 Humor

[NOR] TV 2 Norge

[NOR] TV 2 Nyhetskanalen

[NOR] TV 2 Sportkanalen

[NOR] TV 3 Norge

[NOR] TV 6 Norge

[NOR] TV Livsstil

[NOR] TV Norge

[NOR] Viasat 4

BECOME A DISTRIBUTOR

[NOR] Viasat Action

[NOR] Viasat Fotboll

[NOR] Viasat Golf

[NOR] Viasat Motor

[NOR] Viasat Sport Premium

[NOR] Vox

[POR] Hollywood

[POR] Oddisseia

[POR] RTP 1

[POR] RTP 2

[POR] SIC

[POR] Sport TV 1 HD

[POR] Sporting TV

[POR] TV Cine 1 HD

[POR] TV Cine 2

[POR] TV Cine 3

[POR] TV Cine 4 HD

[POR] TVI 24

[RUS] 2×2

[RUS] Amedia 1

[RUS] Amedia 2

[RUS] Amedia Hit

[RUS] Amedia Premium

[RUS] Ani

[RUS] CTC

[RUS] Cuatro

[RUS] Dom Kino

[RUS] Eurokino

[RUS] Fox HD

[RUS] Fox Life HD

[RUS] HD Life

[RUS] HTB

[RUS] JimJam

[RUS] Kinohit

[RUS] Life News

[RUS] Mama

[RUS] Nashe Kino

[RUS] Nashe Novoe Kino

[RUS] Nostalgy

[RUS] Paramount Comedy HD

[RUS] PEH TV

[RUS] Perviy kanal hd

[RUS] Rain

[RUS] Rossiya 1

[RUS] Russia 1

[RUS] Russian K

[RUS] Sony Channel

[RUS] Sony Sci Fi

[RUS] Sony Turbo

[RUS] TB 3

[RUS] THT

[RUS] THT Comedy

[RUS] Tiji

[RUS] Viasat Nature

[SPA] Movistar+ Futbol HD

[SWE] Animal Planet HD

[SWE] ATG Live

[SWE] Barn Program HD

[SWE] Barnkanalen

[SWE] C More First

[SWE] C More Fotboll HD

[SWE] C More Golf HD

[SWE] C More Hits HD

[SWE] C More Hockey HD

[SWE] C More Live 2 HD

[SWE] C More Live 3 HD

[SWE] C More Live 4 HD

[SWE] C More Live HD

[SWE] C More Series HD

[SWE] C More Sport HD

[SWE] C More Stars HD

[SWE] Cartoon Network

[SWE] Dagens Industri HD

[SWE] Discovery Channel HD

[SWE] Discovery Science

[SWE] Discovery World

[SWE] Disney Channel HD

[SWE] Disney Junior

[SWE] Disney XD

[SWE] E! Entertainment

[SWE] Extreme Sports

[SWE] Fight Sports HD

[SWE] Fjorton HD

[SWE] Fox

[SWE] H2 HD

[SWE] History HD

[SWE] Investigation Discovery

[SWE] Kanal 11 HD

[SWE] Kanal 5

[SWE] Motorsport

[SWE] MTV

[SWE] National Geographics HD

[SWE] National Geographics Wild HD

[SWE] Nick Jr

[SWE] Nicktoons

[SWE] Outdoor Channel HD

[SWE] SF-Kanalen

[SWE] Sjuan

[SWE] SVT 2

[SWE] SVT Kunskapskanalen

[SWE] TLC HD

[SWE] TNT Nordic

[SWE] Travel Channel

[SWE] TV 10

[SWE] TV 12

[SWE] TV 3

[SWE] TV 3 Sport

[SWE] TV 6

[SWE] TV 8

[SWE] TV4 Fakta

[SWE] TV4 FaktaXL

[SWE] TV4 Film

[SWE] TV4 HD

[SWE] TV4 Komedi

[SWE] TV4 Sport

[SWE] Viasat Action

[SWE] Viasat Action

[SWE] Viasat Explorer

[SWE] Viasat Family

[SWE] Viasat Film Action HD

[SWE] Viasat Film Hits

[SWE] Viasat Film Premiere

[SWE] Viasat Fotboll

[SWE] Viasat Golf HD

[SWE] Viasat Hockey HD

[SWE] Viasat Motor HD

[SWE] Viasat Series

[SWE] Viasat Sport HD

[SWE] Viasat Sport Premium

[TUR] 360 TV

[TUR] A Haber

[TUR] A Spor HD

[TUR] A2 HD

[TUR] A9 TV

[TUR] ATV Avrupa

[TUR] ATV HD

[TUR] Benguturk TV

[TUR] Beyaz

[TUR] Bursa TV

[TUR] Cartoon Network Turkish HD

[TUR] Cay TV

[TUR] Cem TV

[TUR] CNN Turk

[TUR] Disney Channel Turkish

[TUR] Dream Turk HD

[TUR] Dream TV

[TUR] Euro D

[TUR] Eurostar

[TUR] FB TV HD

[TUR] Flash TV

[TUR] Fox TV HD

[TUR] Haberturk HD

**BECOME A DISTRIBUTOR**

[TUR] Halk TV

[TUR] Kanal 24

[TUR] Kanal 26

[TUR] Kanal 3 HD

[TUR] Kanal 4 TR

[TUR] Kanal 7 HD

[TUR] Kanal Avrupa

[TUR] Kanal D

[TUR] Kral TV HD

[TUR] KRT TR

[TUR] Mavi Karadeniz TV

[TUR] Med Music

[TUR] Minika Cocuk

[TUR] Nick Jr

[TUR] Planet Cocuk

[TUR] Planet Mutfak

[TUR] Power Turk TV

[TUR] Rumeli TV

[TUR] Semerkand TV

[TUR] Show Turk

[TUR] Show TV

[TUR] Showmax

[TUR] Sony Channel

[TUR] Sports TV

[TUR] Star TV

[TUR] Tele 1

[TUR] Teve 2

[TUR] TGRT Haber HD

[TUR] TLC

[TUR] TRT 1 HD

[TUR] TRT Avaz

[TUR] TRT Belgesel HD

[TUR] TRT Cocuk

[TUR] TRT Diyanet HD

[TUR] TRT Haber HD

[TUR] TRT Muzik

[TUR] TRT Okul

[TUR] TRT Spor

[TUR] TRT Turk

[TUR] TRT World HD

[TUR] TV 8 HD

[TUR] Ulke TV HD

[TUR] Ulusal Kanal

[TUR] Vatan TV

[UK] ABC Action New

[UK] ABC New

[UK] Animal planet

[UK] Baby TV

[UK] BBC FOUR

[UK] BBC News

[UK] BBC One

[UK] BBC Three

[UK] BBC Two

[UK] Boomerang

[UK] Box Nation

[UK] BT Sport 1

[UK] BT Sport 2

BECOME A DI

STRIBUTOR

[UK] Cartoon Network

[UK] Cartoonito

[UK] Cbeebies HD

[UK] CBS Drama

[UK] CCTV 9

[UK] Cinemax Action Max

[UK] Cinemax HD

[UK] Comedy Central Extra

[UK] Comedy Central UK

[UK] Crime

[UK] CTH Stadium 2 HD

[UK] Dave

[UK] Discovery History

[UK] Discovery ID

[UK] Discovery Science

[UK] Discovery Shed

[UK] Disney Channel UK

[UK] Disney Junior UK

[UK] Disney XD UK

[UK] Dmax

[UK] DTX HD

[UK] E4

[UK] Five Star

[UK] Fox News

[UK] Fox Sport 2 HD

[UK] Fox UK

[UK] France 24 English

[UK] Good Food

[UK] H2

[UK] History 1

[UK] Home

[UK] ITV 1

[UK] ITV 2

[UK] ITV 3

[UK] ITV 4

[UK] ITV Be

[UK] Nat Geo UK

[UK] Nat Geo Wild UK

[UK] National Geographic

[UK] Nick Junior

[UK] Nickelodeon

[UK] Nicktoons

[UK] Real Lives

[UK] RTE 1

[UK] RTE Jr

[UK] RTE Two

[UK] Setanta Sport

[UK] Sky 1

[UK] Sky 2

[UK] Sky Action

[UK] Sky Atlantic

[UK] Sky Comedy

[UK] Sky Drama

[UK] Sky Emotion HD

[UK] Sky Family

[UK] Sky Living

[UK] Sky Modern Greats

BECOME A DIS

STRIBUTOR

[UK] Sky Movies Disney

[UK] Sky News

[UK] Sky Premiere

[UK] Sky Sci-Fi Horror

[UK] Sky Select

[UK] Sky Showcase

[UK] Sky Sports 4

[UK] Sky Sports Arena HD

[UK] Sky Sports F1

[UK] Sky Sports Football HD

[UK] Sky Sports Mix HD

[UK] Sky Sports Premier League

[UK] Sky Thriller

[UK] TINY POP

[UK] TV3 Ireland

[UK] WWE US

[USA] AMC HD

[USA] Bravo US

[USA] Cartoon Network HD

[USA] CHCH HD

[USA] CNN

[USA] E! Entertainment US

[USA] ESPN 2

[USA] ESPN U

[USA] Fox HD

[USA] Fox Sport 1 HD

[USA] HBO Comedy

[USA] HBO Signature

[USA] HBO US

[USA] HBO Zone

[USA] HGTV

[USA] MSNBC

[USA] NBA TV HD

[USA] NBC Sports

[USA] NFL Network 1080i

[USA] NHL NETWORK

[USA] Nicktoons

[USA] Showtime HD

[USA] SPIKE HD

[USA] Sportsnet 360 HD

[USA] Sportsnet One HD

[USA] Sportsnet Ontario HD

[USA] Sportsnet World HD

[USA] SyFy HD

[USA] Tennis Channel HD

[USA] TSN 1 HD

[USA] TSN 2 HD

[USA] TSN 3 HD

[USA] TSN 4 HD

[USA] TSN 5 HD

[USA] USA Network

Easybox is not responsible for the content and does not guarantee nor claims any rights to the content.

Easybox is providing the streams of all

the channels as they are available on the internet. Easybox does not endorse to jailbreak the box, and software modification will void the warranty.

BECOME A DI!

## Other Links



- **About Easybox**



- **FAQ**
- **IPTV Guides**



- **Terms and Conditions**



- كيف تصبح موزع





STRIBUTOR

- شاهد

القنوات بدون

جهاز

- مشهور

وله شعبية

كبيرة ؟

**Easybox**

**TV** لماذا

- كيفية

البدء بالعمل

للشراء من

موقع









BECOME A DI

STRIBUTOR