UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § § § § § § § § § | Civil Action No. 4:19-cv-2994 |
| Plaintiff, | | |
| v. | | |
| DOES 1-5, individually and together d/b/a Easybox IPTV, | | |
| Defendants. | | |

**PLAINTIFF DISH NETWORK L.L.C.'S MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND ISSUANCE OF LETTERS OF REQUEST**

Plaintiff DISH Network L.L.C. ("DISH") respectfully moves the Court for leave to take limited discovery prior to the Federal Rule of Civil Procedure 26(f) conference and to issue three letters of request to Global Layer B.V. and WorldStream B.V. of the Netherlands and OVH Hosting, Inc. of Canada, for the purpose of identifying Defendant Does 1-5. DISH's motion is based upon the concurrently filed memorandum of points and authorities, the supporting declarations from Bradford Hammer, Gregory Duval, and Stephen Ferguson, and any other evidence or argument the Court may consider.

Dated:  August 12, 2019                 Respectfully submitted,

**HAGAN NOLL & BOYLE LLC**

By: /s/ Stephen M. Ferguson
Stephen M. Ferguson (attorney-in-charge)
Texas Bar No. 24035248
Southern District of Texas Bar No. 614706
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

2

Joseph H. Boyle (of counsel)
Texas Bar No. 24031757
Southern District of Texas Bar No. 30740

**Counsel for Plaintiff DISH Network L.L.C.**