# EXHIBIT 1

LARA Home   Contact LARA   Online Services   News   MI.gov

# LARA Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

**ID Number: 800700669**

**Summary for: XPERT FULFILLMENT, INC.**

**The name of the DOMESTIC PROFIT CORPORATION:** XPERT FULFILLMENT, INC.

**Entity type:** DOMESTIC PROFIT CORPORATION

**Identification Number:** 800700669 **Old ID Number:** 01062F

**Date of Incorporation in Michigan:** 01/08/2008

**Purpose:** All Purpose Clause

**Term:** Perpetual

**Most Recent Annual Report:** 2019      **Most Recent Annual Report with Officers & Directors:** 2018

**The name and address of the Resident Agent:**

Resident Agent Name: ROBERT BOYLAN

Street Address: 8160 CADILLAC HIGHWAY

Apt/Suite/Other:

City: BENZONIA     State: MI     Zip Code: 49616

**Registered Office Mailing address:**

P.O. Box or Street Address:

Apt/Suite/Other:

City:     State:     Zip Code:

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
|---|---|---|
| PRESIDENT | ROBERT BOYLAN | 8160 CADILLAC HIGHWAY BENZONIA, MI 49616 USA |
| TREASURER | ROBERT BOYLAN | 8160 CADILLAC HIGHWAY BENZONIA, MI 49616 USA |
| SECRETARY | ROBERT BOYLAN | 8160 CADILLAC HIGHWAY BENZONIA, MI 49616 USA |
| DIRECTOR | ROBERT BOYLAN | 8160 CADILLAC HIGHWAY BENZONIA, MI 49616 USA |

**Act Formed Under:** 284-1972 Business Corporation Act

**Total Authorized Shares: 60,000**

**Written Consent**

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION

**Comments or notes associated with this business entity:**

LARA FOIA Process     Transparency     Office of Regulatory Reinvention     State Web Sites

Michigan.gov Home     ADA     Michigan News     Policies

Copyright 2019 State of Michigan

# EXHIBIT 2

PROFILE ⏷    CONNECT ⏷    MONITOR ⏷    RESOURCES ⏷    SUPPORT    WHOIS ⏷                    ACCOUNT ⏷

Home  >  Whois Lookup  >  EasyBox.tv

## Whois Record for EasyBox.tv



□ **Domain Profile**

| | |
|---|---|
| **Proximity Score** | 29 |
| **Email** | abuse@enom.com is associated with ~5,930,024 domain |
| **Registrar** | ENOM, INC. eNom, LLC<br>IANA ID: 48<br>URL: WWW.ENOM.COM,http://www.enom.com<br>Whois Server: WHOIS.ENOM.COM<br><br>abuse@enom.com<br>(p) 14259744689 |
| **Registrar Status** | clientTransferProhibited, clientTransferProhibited |
| **Dates** | 1,706 days old<br>Created on 2014-11-20<br>Expires on 2019-11-20<br>Updated on 2018-09-26 |
| **Name Servers** | DNS1.NAMECHEAPHOSTING.COM (has 674,067 doma<br>DNS1.NAMECHEAPHOSTING.COM (has 674,067 doma<br>DNS2.NAMECHEAPHOSTING.COM (has 674,067 doma<br>DNS2.NAMECHEAPHOSTING.COM (has 674,067 doma |
| **IP Address** | 185.61.152.69 - 488 other sites hosted on this server |
| **IP Location** | 🇺🇸 - California - San Jose - Matthew Russell |
| **ASN** | 🇺🇸 AS22612 NAMECHEAP-NET - Namecheap, Inc., US |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 100 records have been archived since 2012-04-08 |
| **Hosting History** | 4 changes on 5 unique name servers over 5 years |
| **Whois Server** | whois.enom.com |

□ **Website**

**Tools**

Whois History

Hosting History

Visit Website

□ Preview the Full Domain Report



View Screenshot History

Last checked April 22, 2019

Queue Screenshot for Update

**Available TLDs**

EasyBox.tv WHOIS, DNS, & Domain Info - DomainTools

| | |
|---|---|
| **Website Title** | 📺 500 SSL negotiation failed: ☐ |
| **Response Code** | 500 |

## Whois Record ( last updated on 2019-07-23 )

```
Domain Name: easybox.tv
Registry Domain ID: 110650118_DOMAIN_TV-VRSN
Registrar WHOIS Server: WHOIS.ENOM.COM
Registrar URL: WWW.ENOM.COM
Updated Date: 2018-09-26T13:41:13.00Z
Creation Date: 2014-11-21T05:53:00.00Z
Registrar Registration Expiration Date: 2019-11-
21T05:53:07.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Domain Status: clientTransferProhibited https://www.icann
.org/epp#clientTransferProhibited
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street:
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: REDACTED FOR PRIVACY
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: REDACTED FOR PRIVACY
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street:
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Email: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street:
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Email: REDACTED FOR PRIVACY
Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4259744689
URL of the ICANN WHOIS Data Problem Reporting System: HTT
P://WDPRS.INTERNIC.NET/
```

**General TLDs**    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

Taken domain.
Available domain.
Deleted previously owned domain.

| EasyBox.com | View Whois |
|---|---|
| EasyBox.net | View Whois |
| EasyBox.org | View Whois |
| EasyBox.info | View Whois |
| EasyBox.biz | Buy Domain |
| EasyBox.us | View Whois |


Domain names with FREE...
EMAIL

Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News      © 2019 DomainTools

# EXHIBIT 3

PROFILE ⌄    CONNECT ⌄    MONITOR ⌄    RESOURCES ⌄    SUPPORT    WHOIS ⌄                    ACCOUNT ⌄

Home  >  Whois Lookup  >  BuyArabicTv.com

## Whois Record for BuyArabicTv.com



□ **Domain Profile**

| | |
|---|---|
| **Proximity Score** | 42 |
| **Email** | abuse@namecheap.com is associated with ~11,856,366 |
| | 2d383e41e1904eee8e0f9...@whoisguard.com |
| **Registrar** | NAMECHEAP INC NameCheap, Inc. |
| | IANA ID: 1068 |
| | URL: http://www.namecheap.com |
| | Whois Server: whois.namecheap.com |
| | abuse@namecheap.com |
| | (p) 16613102107 |
| **Registrar Status** | clientTransferProhibited, clientTransferProhibited |
| **Dates** | 672 days old |
| | Created on 2017-09-19 |
| | Expires on 2019-09-19 |
| | Updated on 2018-08-20 |
| **Name Servers** | DNS1.NAMECHEAPHOSTING.COM (has 674,067 doma |
| | DNS1.NAMECHEAPHOSTING.COM (has 674,067 doma |
| | DNS2.NAMECHEAPHOSTING.COM (has 674,067 doma |
| | DNS2.NAMECHEAPHOSTING.COM (has 674,067 doma |
| **IP Address** | 185.61.152.69 - 488 other sites hosted on this server |
| **IP Location** | 🇺🇸 - California - San Jose - Matthew Russell |
| **ASN** | 🇺🇸 AS22612 NAMECHEAP-NET - Namecheap, Inc., US |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 26 records have been archived since 2013-06-08 |
| **IP History** | 5 changes on 5 unique IP addresses over 6 years |
| **Registrar History** | 3 registrars with 1 drop |

**Tools**

Whois History

Hosting History

Visit Website

□ Preview the Full Domain Report

Queue Screenshot for Addition

**Available TLDs**

**General TLDs** | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

Taken domain.
Available domain.
Deleted previously owned domain.

| BuyArabicTv.com | View Whois |
| BuyArabicTv.net | Buy Domain |
| BuyArabicTv.org | Buy Domain |

| Hosting History | 4 changes on 4 unique name servers over 6 years |
| --- | --- |
| Whois Server | whois.namecheap.com |

BuyArabicTv.info    Buy Domain

BuyArabicTv.biz    Buy Domain

BuyArabicTv.us    Buy Domain

Get SSL    1 free alpha

## ☐ Website

| Website Title | 📺 Buy Arabic TV &#8211; Arabic IPTV Box in USA/Canada |
| --- | --- |
| Server Type | Apache |
| Response Code | 200 |
| Terms | 867 (Unique: 310, Linked: 222) |
| Images | 16 (Alt tags missing: 4) |
| Links | 72   (Internal: 55, Outbound: 6) |

### Whois Record ( last updated on 2019-07-23 )

```
Domain name: buyarabictv.com
Registry Domain ID: 2164770380_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-08-20T09:34:18.56Z
Creation Date: 2017-09-19T15:43:54.00Z
Registrar Registration Expiration Date: 2019-09-
19T15:43:54.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org
/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 2d383e41e1904eee8e0f9682c0d6098d.protec
t@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
```

```
Admin Fax Ext:
Admin Email: 2d383e41e1904eee8e0f9682c0d6098d.protect@who
isguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 2d383e41e1904eee8e0f9682c0d6098d.protect@whoi
sguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: htt
p://wdprs.internic.net/

For more information on Whois status codes, please visit
https://icann.org/epp
```

Sitemap     Blog     Terms of Service     Privacy Policy     Contact Us     Domain News        © 2019 DomainTools

IpTv4Arab.com WHOIS, DNS, & Domain Info - DomainTools

HOME    RESEARCH

PROFILE ⌄    CONNECT ⌄    MONITOR ⌄    RESOURCES ⌄    SUPPORT    WHOIS ⌄                    ACCOUNT ⌄

Home  >  Whois Lookup  >  IpTv4Arab.com

# Whois Record for IpTv4Arab.com

DOMAINTOOLS for Windows
Download Now
Access domain ownership records from your desktop

DomainTools Iris
More data. Better context. Faster response.
Learn More

## ☐ Domain Profile

| | |
|---|---|
| **Proximity Score** | 42 |
| **Email** | abuse@namecheap.com is associated with ~11,856,366 |
| | d48920d3e4474582a855f...@whoisguard.com |
| **Registrar** | NAMECHEAP INC NameCheap, Inc. |
| | IANA ID: 1068 |
| | URL: http://www.namecheap.com |
| | Whois Server: whois.namecheap.com |
| | abuse@namecheap.com |
| | (p) 16613102107 |
| **Registrar Status** | clientTransferProhibited, clientTransferProhibited |
| **Dates** | 647 days old |
| | Created on 2017-10-14 |
| | Expires on 2019-10-14 |
| | Updated on 2018-09-11 |
| **Name Servers** | DNS1.NAMECHEAPHOSTING.COM (has 674,067 doma |
| | DNS1.NAMECHEAPHOSTING.COM (has 674,067 doma |
| | DNS2.NAMECHEAPHOSTING.COM (has 674,067 doma |
| | DNS2.NAMECHEAPHOSTING.COM (has 674,067 doma |
| **IP Address** | 185.61.152.69 - 488 other sites hosted on this server |
| **IP Location** | 🇺🇸 - California - San Jose - Matthew Russell |
| **ASN** | 🇺🇸 AS22612 NAMECHEAP-NET - Namecheap, Inc., US |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 26 records have been archived since 2012-04-05 |
| **IP History** | 8 changes on 8 unique IP addresses over 6 years |
| **Registrar History** | 4 registrars with 2 drops |

### Tools

Whois History

Hosting History

Visit Website

☐ Preview the Full Domain Report

Queue Screenshot for Addition

### Available TLDs

**General TLDs** | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

- Taken domain.
- Available domain.
- Deleted previously owned domain.

| | |
|---|---|
| IpTv4Arab.com | View Whois |
| IpTv4Arab.net | Buy Domain |
| IpTv4Arab.org | Buy Domain |

| Hosting History | 7 changes on 6 unique name servers over 7 years |
| --- | --- |
| Whois Server | whois.namecheap.com |

| IpTv4Arab.info | Buy Domain |
| --- | --- |
| IpTv4Arab.biz | Buy Domain |
| IpTv4Arab.us | Buy Domain |



## ☐ Website

| Website Title | ◉ Buy Arabic TV &#8211; Arabic IPTV Box in USA/Canada |
| --- | --- |
| Server Type | Apache |
| Response Code | 200 |
| Terms | 6,855 (Unique: 1,420, Linked: 1,280) |
| Images | 31 (Alt tags missing: 3) |
| Links | 322   (Internal: 22, Outbound: 282) |

## Whois Record ( last updated on 2019-07-23 )

```
Domain name: iptv4arab.com
Registry Domain ID: 2174511211_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-09-11T22:30:39.07Z
Creation Date: 2017-10-14T21:48:08.00Z
Registrar Registration Expiration Date: 2019-10-
14T21:48:08.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org
/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d48920d3e4474582a855f5f08baaaf56.protec
t@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
```

```
Admin Fax Ext:
Admin Email: d48920d3e4474582a855f5f08baaaf56.protect@who
isguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d48920d3e4474582a855f5f08baaaf56.protect@whoi
sguard.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: htt
p://wdprs.internic.net/

For more information on Whois status codes, please visit
https://icann.org/epp
```

Sitemap     Blog     Terms of Service     Privacy Policy     Contact Us     Domain News          © 2019 DomainTools

# EXHIBIT 4

**Easybox Monitoring**

a.     **Al Arabiya** – 52 instances of retransmission on February 5, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, July 10, 2019, and August 6, 2019;

b.     **Al Hayah 1** – 46 instances of retransmission on January 26, 2016, February 5, 2016, February 10, 2016, February 23, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, February 26, 2018, March 8, 2018, March 27, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, and August 6, 2019;

c.     **Al Jazeera Arabic News** – 50 instances of retransmission on January 26, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, February 26, 2018, March 8, 2018, March 27, 2018, May 3, 2018, May 31, 2018, July 18, 2018, October 11, 2018, October 31, 2018, February 26, 2019, February 27, 2019, March 4, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, and August 6, 2019;

d.     **Al Jazeera Mubasher** – 20 instances of retransmission on June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 29, 2018, May 3, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, and June 1, 2019;

e.     **ART Cima** –14 instances of retransmission on February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 31, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, and August 6, 2019;

f.      **ARY Digital** – 47 instances of retransmission on May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 3, 2018, May 31, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, July 10, 2019, and August 6, 2019;

g.      **B4U Music** – 43 instances of retransmission on May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 31, 2018, March 4, 2019, March 18, 2019, and March 22, 2019;

h.      **CBC** – 15 instances of retransmission on February 26, 2018, March 8, 2018, March 29, 2018, May 3, 2018, July 18, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, July 10, 2019, and August 6, 2019;

i.      **CBC Drama** – 10 instances of retransmission on September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 11, 2019, May 17, 2019, June 1, 2019, and August 6, 2019;

j.      **Dream 2** – 49 instances of retransmission on January 26, 2016, February 5, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 11, 2019, May 17, 2019, June 1, 2019, and August 6, 2019;

k.      **Future TV** – 33 instances of retransmission on February 23, 2016, March 1, 2016, March 22, 2016, May 16, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017,

November 13, 2017, February 26, 2018, March 8, 2018, March 29, 2018, July 18, 2018, October 11, 2018, March 4, 2019, March 18, 2019, and March 22, 2019;

l.   **Geo News** – 38 instances of retransmission on June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 31, 2018, October 11, 2018, and March 22, 2019;

m.   **Geo TV** – 1 instance of retransmission on March 22, 2019;

n.   **Hekayat** – 19 instances of retransmission on December 13, 2016, January 9, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, March 27, 2018, May 31, 2018, July 18, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, and August 6, 2019;

o.   **Hum TV** – 13 instances of retransmission on January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, March 27, 2018, May 17, 2019, and August 6, 2019;

p.   **Hum World** – 5 instances of retransmission on March 22, 2019, April 8, 2019, April 11, 2019, June 1, 2019, and July 10, 2019;

q.   **LBC** – 56 instances of retransmission on January 26, 2016, February 5, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 11, 2019, May 17, 2019, June 1, 2019, July 10, 2019, and August 6, 2019;

r.   **LDC** – 53 instances of retransmission on January 26, 2016, February 5, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017,

January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 29, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 11, 2019, May 17, 2019, July 10, 2019, and August 6, 2019;

s.　**MBC1** – 62 instances of retransmission on January 26, 2016, February 5, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, February 26, 2019, February 27, 2019, February 28, 2019, March 4, 2019, March 18, 2019, March 22, 2019, March 25, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, July 10, 2019, and August 6, 2019;

t.　**MBC Drama** – 58 instances of retransmission on January 26, 2016, February 5, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, July 10, 2019, and August 6, 2019;

u.　**MBC Kids/MBC3** – 58 instances of retransmission on January 26, 2016, February 5, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, May 3, 2018, May 31, 2018, July 18, 2018, October 11, 2018, October 31, 2018, February 26, 2019, March 4, 2019, March 18, 2019, March 22, 2019, March 25, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, July 10, 2019, and August 6, 2019;

v.　**MBC Masr** – 52 instances of retransmission on January 26, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3,

2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, February 26, 2018, March 8, 2018, March 29, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, February 26, 2019, March 4, 2019, March 18, 2019, March 21, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, July 10, 2019, and August 6, 2019;

w.     **Melody Classic** – 44 instances of retransmission on March 1, 2016, March 22, 2016, April 1, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, and March 18, 2019;

x.     **SAB** – 39 instances of retransmission on May 16, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, April 8, 2019, April 11, 2019, May 17, 2019, July 10, 2019, and August 6, 2019; and

y.     **SET Max** – 20 instances of retransmission on June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 31, 2018, July 18, 2018, September 27, 2018, April 8, 2019, April 11, 2019, May 17, 2019, and August 6, 2019.

# EXHIBIT 5

HOME    RESEARCH

PROFILE ⊞    CONNECT ⊞    MONITOR ⊞    RESOURCES ⊞    SUPPORT    WHOIS ⊞    ACCOUNT ⊞

Home  >  Whois Lookup  >  109.202.107.174

# IP Information for 109.202.107.174

## ⬚ Quick Stats

| | |
|---|---|
| IP Location | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| ASN | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| Whois Server | whois.ripe.net |
| IP Address | 109.202.107.174 |

**Tools**

```
% Abuse contact for '109.202.104.0 - 109.202.107.255' is
'abuse@global-layer.com'

inetnum:        109.202.104.0 - 109.202.107.255
netname:        GLOBALLAYER
descr:          Global Layer network
country:        NL
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
remarks:        INFRA-AW
status:         ASSIGNED PA
mnt-by:         GLOBALLAYER
created:        2013-04-08T16:29:12Z
last-modified:  2016-03-29T20:47:41Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          109.202.107.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
created:        2016-03-17T11:39:02Z
last-modified:  2016-03-17T11:39:02Z
source:         RIPE
```

DomainTools Iris
More data. Better context.
Faster response.
Learn More

HOME    RESEARCH

PROFILE ⊡    CONNECT ⊡    MONITOR ⊡    RESOURCES ⊡    SUPPORT    WHOIS ⊡    ACCOUNT ⊡

Home  >  Whois Lookup  >  109.202.108.222

## IP Information for 109.202.108.222

⊡ **Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.global-layer.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 109.202.108.222 |



DomainTools Iris
More data. Better context. Faster response.
Learn More

**Tools**

```
% Abuse contact for '109.202.108.128 - 109.202.108.255' i
s 'abuse@global-layer.com'

inetnum:        109.202.108.128 - 109.202.108.255
netname:        GLOBALLAYER
descr:          AS57172 network
country:        NL
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
remarks:        INFRA-AW
status:         ASSIGNED PA
mnt-by:         GLOBALLAYER
created:        2013-12-30T17:35:18Z
last-modified:  2013-12-30T17:35:18Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          109.202.108.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
created:        2016-04-24T19:29:08Z
last-modified:  2016-04-24T19:29:08Z
source:         RIPE
```

109.202.108.222/hosted-by.global-layer.com IP Address Whois | DomainTools.com

Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News      © 2019 DomainTools

109.232.224.13/hosted-by.rootlayer.net IP Address Whois | DomainTools.com

HOME    RESEARCH

PROFILE ⊞    CONNECT ⊞    MONITOR ⊞    RESOURCES ⊞    SUPPORT    WHOIS ⊞         ACCOUNT ⊞

Home  >  Whois Lookup  >  109.232.224.13

## IP Information for 109.232.224.13

### ☐ Quick Stats

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.rootlayer.net |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 109.232.224.13 |



### Tools

```
% Abuse contact for '109.232.224.0 - 109.232.224.31' is '
abuse@global-layer.com'

inetnum:        109.232.224.0 - 109.232.224.31
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ****************************************
***********
descr:          The Netherlands
descr:          IP space for Global Layer customers
descr:          For abuse, please e-
mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24
hours time
descr:          ****************************************
***********
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2019-06-26T19:46:57Z
last-modified:  2019-06-26T19:46:57Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
```

```
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE


route:          109.232.224.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
created:        2016-07-23T21:22:36Z
last-modified:  2016-07-23T21:22:36Z
source:         RIPE
```

109.232.227.38/hosted-by.serverboost.com IP Address Whois | DomainTools.com

HOME    RESEARCH

PROFILE ⌄    CONNECT ⌄    MONITOR ⌄    RESOURCES ⌄    SUPPORT    WHOIS ⌄         ACCOUNT ⌄

Home  >  Whois Lookup  >  109.232.227.38

# IP Information for 109.232.227.38

## ⬚ Quick Stats

| | |
|---|---|
| IP Location | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| ASN | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| Resolve Host | hosted-by.serverboost.com |
| Whois Server | whois.ripe.net |
| IP Address | 109.232.227.38 |



## Tools

```
% Abuse contact for '109.232.227.0 - 109.232.227.127' is
'abuse@global-layer.com'

inetnum:        109.232.227.0 - 109.232.227.127
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ************************************
***********
descr:          The Netherlands
descr:          IP space for Global Layer customers
descr:          For abuse, please e-
mail only:  abuse@global-layer.com
descr:          Abuse messages will be handled within 24
hours time
descr:          ************************************
***********
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2015-03-18T16:58:42Z
last-modified:  2016-05-31T11:21:34Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
```

```
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE


route:          109.232.227.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
created:        2016-07-05T21:49:27Z
last-modified:  2016-07-05T21:49:27Z
source:         RIPE
```

109.232.227.50/hosted-by.serverboost.com IP Address Whois | DomainTools.com

HOME   RESEARCH

PROFILE ⌄   CONNECT ⌄   MONITOR ⌄   RESOURCES ⌄   SUPPORT   WHOIS ⌄                    ACCOUNT ⌄

Home  >  Whois Lookup  >  109.232.227.50

## IP Information for 109.232.227.50

☐ **Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.serverboost.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 109.232.227.50 |



**Tools**

```
% Abuse contact for '109.232.227.0 - 109.232.227.127' is
'abuse@global-layer.com'

inetnum:        109.232.227.0 - 109.232.227.127
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ********************************************
***********
descr:          The Netherlands
descr:          IP space for Global Layer customers
descr:          For abuse, please e-
mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24
hours time
descr:          ********************************************
***********
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2015-03-18T16:58:42Z
last-modified:  2016-05-31T11:21:34Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
```

```
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE


route:          109.232.227.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
created:        2016-07-05T21:49:27Z
last-modified:  2016-07-05T21:49:27Z
source:         RIPE
```

Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News      © 2019 DomainTools

HOME    RESEARCH

PROFILE ⊡    CONNECT ⊡    MONITOR ⊡    RESOURCES ⊡    SUPPORT    WHOIS ⊡    ACCOUNT ⊡

Home  >  Whois Lookup  >  134.19.180.30

## IP Information for 134.19.180.30

### ⬚ Quick Stats

| | |
|---|---|
| IP Location | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| ASN | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| Whois Server | whois.ripe.net |
| IP Address | 134.19.180.30 |



### Tools

```
% Abuse contact for '134.19.180.0 - 134.19.180.255' is 'a
buse@global-layer.com'

inetnum:        134.19.180.0 - 134.19.180.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          *******************************************
***********
descr:          For abuse, please e-
mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24
hours time
descr:          *******************************************
***********
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-11-08T14:28:19Z
last-modified:  2018-07-22T11:57:33Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE
```

```
route:          134.19.180.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
created:        2016-08-04T20:43:53Z
last-modified:  2016-08-04T20:43:53Z
source:         RIPE
```

Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News        © 2019 DomainTools

HOME  RESEARCH

PROFILE ⊡    CONNECT ⊡    MONITOR ⊡    RESOURCES ⊡    SUPPORT    WHOIS ⊡                    ACCOUNT ⊡

Home  >  Whois Lookup  >  134.19.181.172

## IP Information for 134.19.181.172

### ⊡ Quick Stats

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 134.19.181.172 |
| **Reverse IP** | 3 websites use this address. |



**Tools**

```
% Abuse contact for '134.19.181.0 - 134.19.181.255' is 'a
buse@global-layer.com'

inetnum:        134.19.181.0 - 134.19.181.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ****************************************
***********
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated
 Servers
descr:          For abuse, please e-
mail only:      abuse@global-layer.com
descr:          Abuse messages will be handled within 24
hours time
descr:          ****************************************
***********
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-11-08T14:28:34Z
last-modified:  2013-04-11T11:23:29Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
```

```
mnt-by:          GLOBALLAYER
created:         2011-08-04T20:36:25Z
last-modified:   2017-10-30T22:14:45Z
source:          RIPE

route:           134.19.181.0/24
descr:           Global Layer network
origin:          AS49453
mnt-by:          GLOBALLAYER
created:         2016-11-18T11:03:51Z
last-modified:   2016-11-18T11:03:51Z
source:          RIPE
```

Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News    © 2019 DomainTools

HOME   RESEARCH

PROFILE ⌄   CONNECT ⌄   MONITOR ⌄   RESOURCES ⌄   SUPPORT   WHOIS ⌄                    ACCOUNT ⌄

Home  >  Whois Lookup  >  134.19.187.22

# IP Information for 134.19.187.22

## ☐ Quick Stats

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 134.19.187.22 |



## Tools

```
% Abuse contact for '134.19.187.0 - 134.19.187.255' is 'a
buse@global-layer.com'

inetnum:        134.19.187.0 - 134.19.187.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          *****************************************
***********
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated
 Servers
descr:          For abuse, please e-
mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24
hours time
descr:          *****************************************
***********
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2013-04-11T14:54:46Z
last-modified:  2013-04-11T14:54:46Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
```

```
last-modified:    2017-10-30T22:14:45Z
source:           RIPE

route:            134.19.187.0/24
descr:            Global Layer network
origin:           AS49453
mnt-by:           GLOBALLAYER
created:          2016-06-13T11:08:02Z
last-modified:    2016-06-13T11:08:02Z
source:           RIPE
```

Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News    © 2019 DomainTools

HOME     RESEARCH

PROFILE ⌄     CONNECT ⌄     MONITOR ⌄     RESOURCES ⌄     SUPPORT     WHOIS ⌄          ACCOUNT ⌄

Home  >  Whois Lookup  >  134.19.187.198

## IP Information for 134.19.187.198

### ☐ Quick Stats

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 134.19.187.198 |



### Tools

```
% Abuse contact for '134.19.187.0 - 134.19.187.255' is 'a
buse@global-layer.com'

inetnum:        134.19.187.0 - 134.19.187.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          *****************************************
***********
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated
  Servers
descr:          For abuse, please e-
mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24
hours time
descr:          *****************************************
***********
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2013-04-11T14:54:46Z
last-modified:  2013-04-11T14:54:46Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
```

```
last-modified:   2017-10-30T22:14:45Z
source:          RIPE

route:           134.19.187.0/24
descr:           Global Layer network
origin:          AS49453
mnt-by:          GLOBALLAYER
created:         2016-06-13T11:08:02Z
last-modified:   2016-06-13T11:08:02Z
source:          RIPE
```

HOME     RESEARCH

PROFILE ⌄    CONNECT ⌄    MONITOR ⌄    RESOURCES ⌄    SUPPORT    WHOIS ⌄                    ACCOUNT ⌄

Home  >  Whois Lookup  >  134.19.187.226

## IP Information for 134.19.187.226

### ☐ Quick Stats

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 134.19.187.226 |



### Tools

```
% Abuse contact for '134.19.187.0 - 134.19.187.255' is 'a
buse@global-layer.com'

inetnum:        134.19.187.0 - 134.19.187.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ********************************************
***********
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated
 Servers
descr:          For abuse, please e-
mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24
hours time
descr:          ********************************************
***********
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2013-04-11T14:54:46Z
last-modified:  2013-04-11T14:54:46Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
```

```
last-modified:    2017-10-30T22:14:45Z
source:           RIPE

route:            134.19.187.0/24
descr:            Global Layer network
origin:           AS49453
mnt-by:           GLOBALLAYER
created:          2016-06-13T11:08:02Z
last-modified:    2016-06-13T11:08:02Z
source:           RIPE
```

Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News      © 2019 DomainTools

PROFILE ⊡    CONNECT ⊡    MONITOR ⊡    RESOURCES ⊡    SUPPORT    WHOIS ⊡                ACCOUNT ⊡

Home  >  Whois Lookup  >  185.23.213.74

## IP Information for 185.23.213.74

### ⊡ Quick Stats

| | |
|---|---|
| IP Location | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| ASN | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| Whois Server | whois.ripe.net |
| IP Address | 185.23.213.74 |



**Tools**

```
% Abuse contact for '185.23.213.0 - 185.23.213.255' is 'a
buse@global-layer.com'

inetnum:        185.23.213.0 - 185.23.213.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ******************************************
***********
descr:          The Netherlands
descr:          IP space for Global Layer customers
descr:          For abuse, please e-
mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24
hours time
descr:          ******************************************
***********
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2015-04-09T20:07:14Z
last-modified:  2016-05-31T11:17:59Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
```

```
source:         RIPE

route:          185.23.212.0/22
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
created:        2016-03-06T20:42:21Z
last-modified:  2016-03-06T20:42:21Z
source:         RIPE
```

Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News   © 2019 DomainTools

213.152.160.5/hosted-by-global-layer.com IP Address Whois | DomainTools.com

HOME    RESEARCH

PROFILE ▢    CONNECT ▢    MONITOR ▢    RESOURCES ▢    SUPPORT    WHOIS ▢    ACCOUNT ▢

Home  >  Whois Lookup  >  213.152.160.5

## IP Information for 213.152.160.5

▢ **Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by-global-layer.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 213.152.160.5 |



**Tools**

```
% Abuse contact for '213.152.160.0 - 213.152.160.255' is
'abuse@global-layer.com'

inetnum:        213.152.160.0 - 213.152.160.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ********************************************
***********
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated
 Servers
descr:          For abuse, please e-
mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24
hours time
descr:          ********************************************
***********
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2010-10-20T10:51:35Z
last-modified:  2013-04-11T14:33:25Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
```

```
mnt-by:          GLOBALLAYER
created:         2011-08-04T20:36:25Z
last-modified:   2017-10-30T22:14:45Z
source:          RIPE

route:           213.152.160.0/24
descr:           Global Layer network
origin:          AS49453
mnt-by:          GLOBALLAYER
created:         2016-07-14T17:07:12Z
last-modified:   2016-07-14T17:07:12Z
source:          RIPE
```

Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News    © 2019 DomainTools

HOME    RESEARCH

PROFILE ⌄    CONNECT ⌄    MONITOR ⌄    RESOURCES ⌄    SUPPORT    WHOIS ⌄                    ACCOUNT ⌄

Home  >  Whois Lookup  >  213.152.168.6

# IP Information for 213.152.168.6

## ⬜ Quick Stats

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 213.152.168.6 |
| **Reverse IP** | 1 website uses this address. |



### Tools

```
% Abuse contact for '213.152.168.0 - 213.152.168.255' is
'abuse@global-layer.com'

inetnum:        213.152.168.0 - 213.152.168.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ********************************************
***********
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated
 Servers
descr:          For abuse, please e-
mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24
hours time
descr:          ********************************************
***********
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-01-24T12:04:29Z
last-modified:  2013-04-11T10:02:18Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
```

```
mnt-by:          GLOBALLAYER
created:         2011-08-04T20:36:25Z
last-modified:   2017-10-30T22:14:45Z
source:          RIPE

route:           213.152.168.0/24
descr:           Global Layer network
origin:          AS49453
mnt-by:          GLOBALLAYER
created:         2016-08-04T20:44:12Z
last-modified:   2016-08-04T20:44:12Z
source:          RIPE
```

Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News       © 2019 DomainTools

HOME    RESEARCH

PROFILE ⊡    CONNECT ⊡    MONITOR ⊡    RESOURCES ⊡    SUPPORT    WHOIS ⊡        ACCOUNT ⊡

Home  >  Whois Lookup  >  213.152.170.4

## IP Information for 213.152.170.4

### ☐ Quick Stats

| | |
|---|---|
| IP Location | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| ASN | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| Resolve Host | hosted-by.instantdedicated.com |
| Whois Server | whois.ripe.net |
| IP Address | 213.152.170.4 |



### Tools

```
% Abuse contact for '213.152.170.0 - 213.152.170.255' is
'abuse@global-layer.com'

inetnum:        213.152.170.0 - 213.152.170.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
org:            ORG-SB293-RIPE
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
remarks:        INFRA-AW
status:         ASSIGNED PA
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-01-24T12:04:55Z
last-modified:  2013-04-10T16:18:01Z
source:         RIPE

organisation:   ORG-SB293-RIPE
org-name:       Global Layer B.V.
org-type:       LIR
address:        Postbus 190
address:        2950 AD
address:        Alblasserdam
address:        NETHERLANDS
phone:          +31782020228
e-mail:         noc@global-layer.com
abuse-c:        GL8185-RIPE
mnt-ref:        RIPE-NCC-HM-MNT
mnt-ref:        GLOBALLAYER
mnt-by:         RIPE-NCC-HM-MNT
mnt-by:         GLOBALLAYER
created:        2009-06-05T14:04:44Z
last-modified:  2018-01-19T11:12:53Z
```

```
source:         RIPE


person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE


route:          213.152.170.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
created:        2016-07-05T21:48:53Z
last-modified:  2016-07-05T21:48:53Z
source:         RIPE
```

HOME | RESEARCH

PROFILE ☐    CONNECT ☐    MONITOR ☐    RESOURCES ☐    SUPPORT    WHOIS ☐          ACCOUNT ☐

Home  >  Whois Lookup  >  213.152.170.56

# IP Information for 213.152.170.56

☐ **Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.instantdedicated.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 213.152.170.56 |



DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Tools**

```
% Abuse contact for '213.152.170.0 - 213.152.170.255' is
'abuse@global-layer.com'

inetnum:        213.152.170.0 - 213.152.170.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
org:            ORG-SB293-RIPE
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
remarks:        INFRA-AW
status:         ASSIGNED PA
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-01-24T12:04:55Z
last-modified:  2013-04-10T16:18:01Z
source:         RIPE

organisation:   ORG-SB293-RIPE
org-name:       Global Layer B.V.
org-type:       LIR
address:        Postbus 190
address:        2950 AD
address:        Alblasserdam
address:        NETHERLANDS
phone:          +31782020228
e-mail:         noc@global-layer.com
abuse-c:        GL8185-RIPE
mnt-ref:        RIPE-NCC-HM-MNT
mnt-ref:        GLOBALLAYER
mnt-by:         RIPE-NCC-HM-MNT
mnt-by:         GLOBALLAYER
created:        2009-06-05T14:04:44Z
last-modified:  2018-01-19T11:12:53Z
```

```
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          213.152.170.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
created:        2016-07-05T21:48:53Z
last-modified:  2016-07-05T21:48:53Z
source:         RIPE
```

Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News        © 2019 DomainTools

HOME    RESEARCH

PROFILE ⌄    CONNECT ⌄    MONITOR ⌄    RESOURCES ⌄    SUPPORT    WHOIS ⌄    ACCOUNT ⌄

Home  >  Whois Lookup  >  213.152.170.76

## IP Information for 213.152.170.76

### ☐ Quick Stats

| | |
|---|---|
| IP Location | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| ASN | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| Resolve Host | 213.152.170.76.whouse.pl |
| Whois Server | whois.ripe.net |
| IP Address | 213.152.170.76 |



### Tools

```
% Abuse contact for '213.152.170.0 - 213.152.170.255' is
'abuse@global-layer.com'

inetnum:        213.152.170.0 - 213.152.170.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
org:            ORG-SB293-RIPE
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
remarks:        INFRA-AW
status:         ASSIGNED PA
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-01-24T12:04:55Z
last-modified:  2013-04-10T16:18:01Z
source:         RIPE


organisation:   ORG-SB293-RIPE
org-name:       Global Layer B.V.
org-type:       LIR
address:        Postbus 190
address:        2950 AD
address:        Alblasserdam
address:        NETHERLANDS
phone:          +31782020228
e-mail:         noc@global-layer.com
abuse-c:        GL8185-RIPE
mnt-ref:        RIPE-NCC-HM-MNT
mnt-ref:        GLOBALLAYER
mnt-by:         RIPE-NCC-HM-MNT
mnt-by:         GLOBALLAYER
created:        2009-06-05T14:04:44Z
last-modified:  2018-01-19T11:12:53Z
```

```
source:          RIPE


person:          Global Layer
address:         Postbus 190
address:         2950AD Alblasserdam
address:         Netherlands
phone:           +31 78 20 20 228
nic-hdl:         GL6540-RIPE
mnt-by:          GLOBALLAYER
created:         2011-08-04T20:36:25Z
last-modified:   2017-10-30T22:14:45Z
source:          RIPE


route:           213.152.170.0/24
descr:           Global Layer network
origin:          AS49453
mnt-by:          GLOBALLAYER
created:         2016-07-05T21:48:53Z
last-modified:   2016-07-05T21:48:53Z
source:          RIPE
```

213.152.173.38/hosted-by.instantdedicated.com IP Address Whois | DomainTools.com

HOME          RESEARCH

PROFILE ⊡     CONNECT ⊡     MONITOR ⊡     RESOURCES ⊡     SUPPORT     WHOIS ⊡          ACCOUNT ⊡

Home  >  Whois Lookup  >  213.152.173.38

# IP Information for 213.152.173.38

⊡ **Quick Stats**



| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.instantdedicated.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 213.152.173.38 |

**Tools**

```
% Abuse contact for '213.152.173.0 - 213.152.173.255' is
'abuse@global-layer.com'

inetnum:        213.152.173.0 - 213.152.173.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          *****************************************
**********
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated
 Servers
descr:          For abuse, please e-
mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24
hours time
descr:          *****************************************
**********
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-01-24T12:05:18Z
last-modified:  2013-04-11T10:01:04Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
```

```
mnt-by:          GLOBALLAYER
created:         2011-08-04T20:36:25Z
last-modified:   2017-10-30T22:14:45Z
source:          RIPE

route:           213.152.173.0/24
descr:           Global Layer network
origin:          AS49453
mnt-by:          GLOBALLAYER
created:         2016-04-24T19:29:17Z
last-modified:   2016-04-24T19:29:17Z
source:          RIPE
```

HOME    RESEARCH

PROFILE ⊡    CONNECT ⊡    MONITOR ⊡    RESOURCES ⊡    SUPPORT    WHOIS ⊡    ACCOUNT ⊡

Home  >  Whois Lookup  >  213.152.173.39

## IP Information for 213.152.173.39

### ☐ Quick Stats

| | |
|---|---|
| IP Location | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| ASN | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| Resolve Host | hosted-by.instantdedicated.com |
| Whois Server | whois.ripe.net |
| IP Address | 213.152.173.39 |



DomainTools Iris
More data. Better context.
Faster response.
Learn More

### Tools

```
% Abuse contact for '213.152.173.0 - 213.152.173.255' is
'abuse@global-layer.com'

inetnum:        213.152.173.0 - 213.152.173.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ******************************************
**********
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated
  Servers
descr:          For abuse, please e-
mail only:      abuse@global-layer.com
descr:          Abuse messages will be handled within 24
hours time
descr:          ******************************************
**********
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-01-24T12:05:18Z
last-modified:  2013-04-11T10:01:04Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
```

```
mnt-by:          GLOBALLAYER
created:         2011-08-04T20:36:25Z
last-modified:   2017-10-30T22:14:45Z
source:          RIPE

route:           213.152.173.0/24
descr:           Global Layer network
origin:          AS49453
mnt-by:          GLOBALLAYER
created:         2016-04-24T19:29:17Z
last-modified:   2016-04-24T19:29:17Z
source:          RIPE
```

# EXHIBIT 6

HOME    RESEARCH

PROFILE ⌄    CONNECT ⌄    MONITOR ⌄    RESOURCES ⌄    SUPPORT    WHOIS ⌄

ACCOUNT ⌄

Home  >  Whois Lookup  >  62.112.8.82

## IP Information for 62.112.8.82

⬜ **Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Naaldwijk Worldstream B.v. |
| **ASN** | 🇳🇱 AS49981 WORLDSTREAM, NL (registered Oct 21, 2009) |
| **Resolve Host** | customer.worldstream.nl |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 62.112.8.82 |



**Tools**

```
% Abuse contact for '62.112.8.0 - 62.112.8.255' is 'abuse
@worldstream.nl'

inetnum:        62.112.8.0 - 62.112.8.255
netname:        WORLDSTREAM
country:        NL
admin-c:        WS1670-RIPE
tech-c:         WS1670-RIPE
status:         ASSIGNED PA
mnt-by:         MNT-WORLDSTREAM
mnt-domains:    MNT-WORLDSTREAM
mnt-routes:     MNT-WORLDSTREAM
notify:         info@worldstream.nl
created:        2018-12-18T08:41:23Z
last-modified:  2018-12-18T08:48:21Z
source:         RIPE

role:           WORLDSTREAM DBM
address:        Industriestraat 24
address:        2671CT NAALDWIJK
address:        The Netherlands
phone:          +31174712117
e-mail:         info@worldstream.nl
abuse-mailbox:  abuse@worldstream.nl
admin-c:        DV1495-RIPE
tech-c:         DV1495-RIPE
nic-hdl:        WS1670-RIPE
mnt-by:         MNT-WORLDSTREAM
created:        2008-05-15T09:52:38Z
last-modified:  2013-08-20T11:17:59Z
source:         RIPE

route:          62.112.8.0/22
descr:          WORLDSTREAM-BLK-62-112-8-0
```

```
origin:         AS49981
remarks:        ----------------------------------------
-------
remarks:        Abuse notifications to: abuse@worldstream
.nl
remarks:        ----------------------------------------
-------
mnt-by:         MNT-WORLDSTREAM
created:        2016-12-06T15:50:16Z
last-modified:  2016-12-06T15:50:16Z
source:         RIPE
```

HOME    RESEARCH

PROFILE ⊡    CONNECT ⊡    MONITOR ⊡    RESOURCES ⊡    SUPPORT    WHOIS ⊡    ACCOUNT ⊡

Home  >  Whois Lookup  >  89.38.97.64

## IP Information for 89.38.97.64

⬜ **Quick Stats**

| | |
|---|---|
| IP Location | 🇳🇱 Netherlands Naaldwijk Worldstream B.v. |
| ASN | 🇳🇱 AS49981 WORLDSTREAM, NL (registered Oct 21, 2009) |
| Resolve Host | customer.worldstream.nl |
| Whois Server | whois.ripe.net |
| IP Address | 89.38.97.64 |



DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Tools**

```
% Abuse contact for '89.38.97.0 - 89.38.97.255' is 'abuse
@worldstream.nl'

inetnum:        89.38.97.0 - 89.38.97.255
netname:        WORLDSTREAM
country:        NL
admin-c:        WS1670-RIPE
tech-c:         WS1670-RIPE
status:         ASSIGNED PA
mnt-by:         MNT-WORLDSTREAM
mnt-domains:    MNT-WORLDSTREAM
mnt-routes:     MNT-WORLDSTREAM
notify:         info@worldstream.nl
created:        2018-12-18T10:24:22Z
last-modified:  2018-12-18T10:24:22Z
source:         RIPE

role:           WORLDSTREAM DBM
address:        Industriestraat 24
address:        2671CT NAALDWIJK
address:        The Netherlands
phone:          +31174712117
e-mail:         info@worldstream.nl
abuse-mailbox:  abuse@worldstream.nl
admin-c:        DV1495-RIPE
tech-c:         DV1495-RIPE
nic-hdl:        WS1670-RIPE
mnt-by:         MNT-WORLDSTREAM
created:        2008-05-15T09:52:38Z
last-modified:  2013-08-20T11:17:59Z
source:         RIPE

route:          89.38.96.0/22
origin:         AS49981
```

```
remarks:         ----------------------------------------
-------
remarks:         Abuse notifications to: abuse@worldstream
.nl
remarks:         ----------------------------------------
-------
mnt-by:          MNT-WORLDSTREAM
created:         2017-04-19T11:24:55Z
last-modified:   2017-04-19T11:24:55Z
source:          RIPE
```

Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News    © 2019 DomainTools

HOME    RESEARCH

PROFILE ☐    CONNECT ☐    MONITOR ☐    RESOURCES ☐    SUPPORT    WHOIS ☐      ACCOUNT ☐

Home > Whois Lookup > 190.2.131.56

# IP Information for 190.2.131.56

## ☐ Quick Stats

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Naaldwijk Worldstream Latam B.v |
| **ASN** | 🇳🇱 AS49981 WORLDSTREAM, NL (registered Oct 21, 2009) |
| **Resolve Host** | customer.worldstream.nl |
| **Whois Server** | whois.lacnic.net |
| **IP Address** | 190.2.131.56 |



**Tools**

```
inetnum:      190.2.128/20
status:       reallocated
owner:        WorldStream B.V.
ownerid:      NL-WOBV-LACNIC
responsible:  WorldStream B.V.
address:      Industriestraat, 24, -
address:      2671CT - Naaldwijk -
country:      NL
phone:        +31  017471211 [0000]
owner-c:      WLB5
tech-c:       WOB2
abuse-c:      WOB2
inetrev:      190.2.128/20
nserver:      NS1.WORLDSTREAM.NL
nsstat:       20190716 AA
nslastaa:     20190716
nserver:      NS2.WORLDSTREAM.NL
nsstat:       20190716 AA
nslastaa:     20190716
nserver:      NS3.WORLDSTREAM.NL
nsstat:       20190716 AA
nslastaa:     20190716
created:      20171127
changed:      20171127
inetnum-up:   190.2.128/19

nic-hdl:      WLB5
person:       WorldStream B.V.
e-mail:       dv@worldstream.cw
address:      E-Commerce Park Vredenberg, -, -
address:      0000CW - Willemstad -
country:      CW
phone:        +5999  8200002 [0000]
created:      20151217
```

```
changed:        20190522

nic-hdl:        WOB2
person:         WorldStream B.V.
e-mail:         abuse@worldstream.nl
address:        Industriestraat, 24,
address:        2671CT - Naaldwijk -
country:        NL
phone:          +31  0174712117 []
created:        20171127
changed:        20180704
```

HOME    RESEARCH

PROFILE ⊟    CONNECT ⊟    MONITOR ⊟    RESOURCES ⊟    SUPPORT    WHOIS ⊟    ACCOUNT ⊟

Home  >  Whois Lookup  >  217.23.13.8

## IP Information for 217.23.13.8

### ⬜ Quick Stats

| | |
|---|---|
| IP Location | 🇳🇱 Netherlands Maasdijk Worldstream B.v. |
| ASN | 🇳🇱 AS49981 WORLDSTREAM, NL (registered Oct 21, 2009) |
| Resolve Host | customer.worldstream.nl |
| Whois Server | whois.ripe.net |
| IP Address | 217.23.13.8 |
| Reverse IP | 1 website uses this address. |



**DomainTools Iris**
More data. Better context.
Faster response.
Learn More

**Tools**

```
% Abuse contact for '217.23.13.0 - 217.23.13.255' is 'abu
se@worldstream.nl'

inetnum:        217.23.13.0 - 217.23.13.255
netname:        WORLDSTREAM
descr:          WorldStream IPv4.20
country:        NL
admin-c:        WS1670-RIPE
tech-c:         WS1670-RIPE
status:         ASSIGNED PA
mnt-by:         MNT-WORLDSTREAM
created:        2009-11-18T09:57:46Z
last-modified:  2009-11-18T09:57:46Z
source:         RIPE

role:           WORLDSTREAM DBM
address:        Industriestraat 24
address:        2671CT NAALDWIJK
address:        The Netherlands
phone:          +31174712117
e-mail:         info@worldstream.nl
abuse-mailbox:  abuse@worldstream.nl
admin-c:        DV1495-RIPE
tech-c:         DV1495-RIPE
nic-hdl:        WS1670-RIPE
mnt-by:         MNT-WORLDSTREAM
created:        2008-05-15T09:52:38Z
last-modified:  2013-08-20T11:17:59Z
source:         RIPE

route:          217.23.0.0/20
descr:          WORLDSTREAM-BLK-217-23-0-0
```

```
origin:          AS49981
remarks:         ----------------------------------------
-------
remarks:         Abuse notifications to: abuse@worldstream
.nl
remarks:         ----------------------------------------
-------
mnt-by:          MNT-WORLDSTREAM
created:         2009-12-08T14:13:05Z
last-modified:   2011-11-01T12:06:25Z
source:          RIPE
```

# EXHIBIT 7

144.217.72.45/ns538473.ip-144-217-72.net IP Address Whois | DomainTools.com

HOME | RESEARCH

PROFILE ⌄   CONNECT ⌄   MONITOR ⌄   RESOURCES ⌄   SUPPORT   WHOIS ⌄          ACCOUNT ⌄

Home > Whois Lookup > 144.217.72.45

# IP Information for 144.217.72.45

## ☐ Quick Stats

| | |
|---|---|
| **IP Location** | 🇨🇦 Canada Montreal Ovh Hosting Inc. |
| **ASN** | 🇨🇦 AS16276 OVH, FR (registered Feb 15, 2001) |
| **Resolve Host** | ns538473.ip-144-217-72.net |
| **Whois Server** | whois.arin.net |
| **IP Address** | 144.217.72.45 |



**Tools**

```
NetRange:       144.217.0.0 - 144.217.255.255
CIDR:           144.217.0.0/16
NetName:        HO-2
NetHandle:      NET-144-217-0-0-1
Parent:         NET144 (NET-144-0-0-0-0)
NetType:        Direct Allocation
OriginAS:
Organization:   OVH Hosting, Inc. (HO-2)
RegDate:        2016-09-07
Updated:        2016-09-07
Ref:            https://rdap.arin.net/registry/ip/144.217
.0.0

OrgName:        OVH Hosting, Inc.
OrgId:          HO-2
Address:        800-1801 McGill College
City:           Montreal
StateProv:      QC
PostalCode:     H3A 2N4
Country:        CA
RegDate:        2011-06-22
Updated:        2017-01-28
Ref:            https://rdap.arin.net/registry/entity/HO-
2

OrgAbuseHandle: ABUSE3956-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-855-684-5463
OrgAbuseEmail:  abuse@ovh.ca
OrgAbuseRef:    https://rdap.arin.net/registry/entity/ABU
SE3956-ARIN

OrgTechHandle: NOC11876-ARIN
OrgTechName:   NOC
OrgTechPhone:  +1-855-684-5463
OrgTechEmail:  noc@ovh.net
```

```
OrgTechRef:      https://rdap.arin.net/registry/entity/NOC1
1876-ARIN
```

Sitemap     Blog     Terms of Service     Privacy Policy     Contact Us     Domain News      © 2019 DomainTools

HOME    RESEARCH

PROFILE ⌄    CONNECT ⌄    MONITOR ⌄    RESOURCES ⌄    SUPPORT    WHOIS ⌄            ACCOUNT ⌄

Home  >  Whois Lookup  >  149.56.26.88

# IP Information for 149.56.26.88

## ⬚ Quick Stats

| | |
|---|---|
| **IP Location** | 🇨🇦 Canada Montreal Ovh Hosting Inc. |
| **ASN** | 🇨🇦 AS16276 OVH, FR (registered Feb 15, 2001) |
| **Resolve Host** | prod1.evenko.ca |
| **Whois Server** | whois.arin.net |
| **IP Address** | 149.56.26.88 |



**Tools**

```
NetRange:       149.56.16.0 - 149.56.31.255
CIDR:           149.56.16.0/20
NetName:        OVH-DEDICATED-149-56-16-NET
NetHandle:      NET-149-56-16-0-1
Parent:         HO-2 (NET-149-56-0-0-1)
NetType:        Reassigned
OriginAS:       AS16276
Organization:   OVH Hosting, Inc. (HO-2)
RegDate:        2016-07-29
Updated:        2016-07-29
Comment:        OVH-DEDICATED-149-56-16-NET
Ref:            https://rdap.arin.net/registry/ip/149.56.
16.0


OrgName:        OVH Hosting, Inc.
OrgId:          HO-2
Address:        800-1801 McGill College
City:           Montreal
StateProv:      QC
PostalCode:     H3A 2N4
Country:        CA
RegDate:        2011-06-22
Updated:        2017-01-28
Ref:            https://rdap.arin.net/registry/entity/HO-
2

OrgTechHandle: NOC11876-ARIN
OrgTechName:   NOC
OrgTechPhone:  +1-855-684-5463
OrgTechEmail:  noc@ovh.net
OrgTechRef:    https://rdap.arin.net/registry/entity/NOC1
1876-ARIN

OrgAbuseHandle: ABUSE3956-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-855-684-5463
```

```
OrgAbuseEmail:    abuse@ovh.ca
OrgAbuseRef:      https://rdap.arin.net/registry/entity/ABU
SE3956-ARIN


NetRange:         149.56.0.0 - 149.56.255.255
CIDR:             149.56.0.0/16
NetName:          HO-2
NetHandle:        NET-149-56-0-0-1
Parent:           NET149 (NET-149-0-0-0-0)
NetType:          Direct Allocation
OriginAS:
Organization:     OVH Hosting, Inc. (HO-2)
RegDate:          2016-02-09
Updated:          2016-02-10
Ref:              https://rdap.arin.net/registry/ip/149.56.
0.0


OrgName:          OVH Hosting, Inc.
OrgId:            HO-2
Address:          800-1801 McGill College
City:             Montreal
StateProv:        QC
PostalCode:       H3A 2N4
Country:          CA
RegDate:          2011-06-22
Updated:          2017-01-28
Ref:              https://rdap.arin.net/registry/entity/HO-
2


OrgTechHandle: NOC11876-ARIN
OrgTechName:   NOC
OrgTechPhone:  +1-855-684-5463
OrgTechEmail:  noc@ovh.net
OrgTechRef:    https://rdap.arin.net/registry/entity/NOC1
1876-ARIN


OrgAbuseHandle: ABUSE3956-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-855-684-5463
OrgAbuseEmail:  abuse@ovh.ca
OrgAbuseRef:    https://rdap.arin.net/registry/entity/ABU
SE3956-ARIN
```

# EXHIBIT 8

HOME          RESEARCH

PROFILE ⬚      CONNECT ⬚      MONITOR ⬚      RESOURCES ⬚      SUPPORT      WHOIS ⬚                    ACCOUNT ⬚

Home  >   Whois Lookup  >   104.245.124.250

# IP Information for 104.245.124.250

## ⬚ Quick Stats

| | |
|---|---|
| IP Location | 🇺🇸 United States Miami Expedited Travel |
| ASN | 🇺🇸 AS47869 NETROUTING-AS, NL (registered Sep 09, 2008 |
| Resolve Host | ip4-104-245-124-250.rdns.netrouting.net |
| Whois Server | whois.arin.net |
| IP Address | 104.245.124.250 |

**Tools**

```
NetRange:       104.245.124.0 - 104.245.127.255
CIDR:           104.245.124.0/22
NetName:        NETROUTING-INC
NetHandle:      NET-104-245-124-0-1
Parent:         NET104 (NET-104-0-0-0-0)
NetType:        Direct Allocation
OriginAS:       AS47869
Organization:   Netrouting Inc. (NETRO-3)
RegDate:        2014-12-09
Updated:        2019-02-08
Ref:            https://rdap.arin.net/registry/ip/104.245
.124.0

OrgName:        Netrouting Inc.
OrgId:          NETRO-3
Address:        36 Northeast 2nd Street
City:           Miami
StateProv:      FL
PostalCode:     33132
Country:        US
RegDate:        2010-06-18
Updated:        2017-01-28
Ref:            https://rdap.arin.net/registry/entity/NET
RO-3

OrgAbuseHandle: NAD91-ARIN
OrgAbuseName:   Netrouting Abuse Department
OrgAbusePhone:  +1-866-790-2656
OrgAbuseEmail:  abuse@netrouting.com
OrgAbuseRef:    https://rdap.arin.net/registry/entity/NAD
91-ARIN

OrgNOCHandle: NNO91-ARIN
OrgNOCName:   Netrouting Network Operations
```

```
OrgNOCPhone:    +1-866-790-2656
OrgNOCEmail:    noc@netrouting.com
OrgNOCRef:      https://rdap.arin.net/registry/entity/NNO91
-ARIN

OrgTechHandle: BOUTS-ARIN
OrgTechName:    Bout, Savvas
OrgTechPhone:   +1-305-705-6983
OrgTechEmail:   savvas@netrouting.com
OrgTechRef:     https://rdap.arin.net/registry/entity/BOUT
S-ARIN

RTechHandle: DIEPE15-ARIN
RTechName:      Diepeveen, Robbin
RTechPhone:     +1-866-790-2656
RTechEmail:     rdiepeveen@colohouse.com
RTechRef:       https://rdap.arin.net/registry/entity/DIEPE1
5-ARIN

NetRange:       104.245.124.240 - 104.245.124.255
CIDR:           104.245.124.240/28
NetName:        EXPEDITED-TRAVEL-BY-NETROUTING-MIAMI
NetHandle:      NET-104-245-124-240-1
Parent:         NETROUTING-INC (NET-104-245-124-0-1)
NetType:        Reassigned
OriginAS:       AS47869
Customer:       Expedited Travel (C05883487)
RegDate:        2015-08-26
Updated:        2015-08-26
Ref:            https://rdap.arin.net/registry/ip/104.245
.124.240

CustName:       Expedited Travel
Address:        319 Clematis Street
Address:        Suite 400
City:           West Palm Beach
StateProv:      FL
PostalCode:     33401
Country:        US
RegDate:        2015-08-26
Updated:        2015-08-26
Ref:            https://rdap.arin.net/registry/entity/C05
883487

OrgAbuseHandle: NAD91-ARIN
OrgAbuseName:   Netrouting Abuse Department
OrgAbusePhone:  +1-866-790-2656
OrgAbuseEmail:  abuse@netrouting.com
OrgAbuseRef:    https://rdap.arin.net/registry/entity/NAD
91-ARIN

OrgNOCHandle: NNO91-ARIN
OrgNOCName:     Netrouting Network Operations
OrgNOCPhone:    +1-866-790-2656
OrgNOCEmail:    noc@netrouting.com
OrgNOCRef:      https://rdap.arin.net/registry/entity/NNO91
-ARIN

OrgTechHandle: BOUTS-ARIN
OrgTechName:    Bout, Savvas
OrgTechPhone:   +1-305-705-6983
OrgTechEmail:   savvas@netrouting.com
OrgTechRef:     https://rdap.arin.net/registry/entity/BOUT
S-ARIN
```

```
RTechHandle: DIEPE15-ARIN
RTechName:  Diepeveen, Robbin
RTechPhone: +1-866-790-2656
RTechEmail: rdiepeveen@colohouse.com
RTechRef:   https://rdap.arin.net/registry/entity/DIEPE1
5-ARIN
```