United States District Court    Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
September 19, 2019
David J. Bradley, Clerk

Dish Network, L.L.C., §
   §
            Plaintiff, §
   §
versus §           Civil Action H-19-2994
   §
Easybox IPTV, §
   §
            Defendant. §

## Discovery Order

1. Dish Network, L.L.C., may subpoena and request information from these third parties doing business with Easybox Service to identify the defendants:

   A. PayPal, Inc.
   B. Google, Inc.
   C. Xpert Fullfillment, Inc.
   D. Enom, Inc.
   E. Namecheap, Inc.
   F. Facebook, Inc.
   G. Twitter, Inc.
   H. Finest Bargain Inc.
   I. Ace Discount Store
   J. Netrouting Inc.



2. By November 4, 2019, Dish must replead this case identifying the defendant as Easybox IPTV. When the other defendants are identified, they may be named.

Signed September 19, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge