UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 01, 2019
David J. Bradley, Clerk

| | |
|---|---|
| DISH Network L.L.C., | § |
| | § |
| *versus* | §    Civil Action 4:19–cv–02994 |
| | § |
| Easybox IPTV. | § |

## Order Resetting Conference

1.    The pretrial conference has been reset to:

   January 21, 2020
   at 10:30 AM

2.    To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

   Signed on November 1, 2019, at Houston, Texas.

   _____
   Lynn N. Hughes    USDJ
   United States District Judge