# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., §<br>§<br>Plaintiff, §<br>§<br>§<br>v. §<br>§<br>DOES 1-5, individually and together §<br>d/b/a Easybox, §<br>§<br>Defendants. §<br>§ | Civil Action No. |

## EXHIBIT NO. 1 TO COMPLAINT

Copyrighted works that aired on the Protected Channels and are registered or have registrations

pending with the United States Copyright Office:

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration (Pending) |
|---|---|---|---|---|
| News Bulletin, 12/6/2017 | December 6, 2017 | Al Jazeera Arabic News | PA0002107543 | January 24, 2018 |
| News Bulletin, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188010 | May 29, 2019 |
| Sports News, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188012 | May 29, 2019 |
| The Opposite Direction, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188008 | May 29, 2019 |
| Without Bounds, 2/27/2019 | February 27, 2019 | Al Jazeera Arabic News | PA0002188006 | May 29, 2019 |
| Hashtag, 12/6/2017 | December 6, 2017 | Al Jazeera Mubasher | PA0002107544 | January 24, 2018 |
| Aangan, Ep. # 36 | June 19, 2018 | ARY Digital | PA0002145454 | September 11, 2018 |
| Bubbly Kya Chahti Hai, Ep. # 103 | July 3, 2018 | ARY Digital | PA0002145456 | September 11, 2018 |

| | | | | |
|---|---|---|---|---|
| Bubbly Kya Chahti Hai, Ep. # 112 | July 23, 2018 | ARY Digital | PA0002145471 | September 11, 2018 |
| Dilli Walay Dularay Babu, Ep. # 90 | July 28, 2018 | ARY Digital | PA0002145474 | September 11, 2018 |
| Good Morning Pakistan, 7/20/2018 | July 20, 2018 | ARY Digital | PA0002145464 | September 11, 2018 |
| Good Morning Pakistan, 9/11/2018 | September 11, 2018 | ARY Digital | PA0002154607 | November 6, 2018 |
| Jeeto Pakistan, 7/20/2018 | July 20, 2018 | ARY Digital | PA0002145462 | September 11, 2018 |
| Jeeto Pakistan, 9/14/2018 | September 14, 2018 | ARY Digital | PA0002154598 | November 6, 2018 |
| Kab Mere Kehlaoge, Ep. # 94 | July 28, 2018 | ARY Digital | PA0002145473 | September 11, 2018 |
| Nibah, Ep. # 24 | June 20, 2018 | ARY Digital | PA0002145468 | September 11, 2018 |
| Pukaar, Ep. # 23 | June 21, 2018 | ARY Digital | PA0002145460 | September 11, 2018 |
| Aaj Shahzeb Khanzada Kay Saath, 7/31/2018 | July 31, 2018 | Geo News | PA0002149176 | September 21, 2018 |
| Aaj Shahzeb Khanzada Kay Saath, 9/27/2018 | September 27, 2018 | Geo News | Pending | (October 31, 2018) |
| Apas Ki Baat, 7/31/2018 | July 31, 2018 | Geo News | PA0002149165 | September 21, 2018 |
| Capital Talk, 8/1/2018 | August 1, 2018 | Geo News | PA0002149169 | September 21, 2018 |
| Aik Larki Aam Si, Ep. # 31 | July 31, 2018 | Hum TV / Hum World | PA0002149091 | September 21, 2018 |
| Aik Larki Aam Si, Ep. # 32 | August 1, 2018 | Hum TV / Hum World | PA0002149081 | September 21, 2018 |
| Band Khirkiyan, Ep. # 2 | July 27, 2018 | Hum TV / Hum World | PA0002149161 | September 21, 2018 |

2

| Band Khirkiyan, Ep. # 8 | September 14, 2018 | Hum TV / Hum World | PA0002154545 | November 6, 2018 |
|---|---|---|---|---|
| Ishq Tamsha, Ep. # 21 | July 29, 2018 | Hum TV / Hum World | PA0002149076 | September 21, 2018 |
| Jago Pakistan Jago, 7/31/2018 | July 31, 2018 | Hum TV / Hum World | PA0002149159 | September 21, 2018 |
| Kaisi Aurat Moon Main, Ep. # 14 | August 1, 2018 | Hum TV / Hum World | PA0002149294 | September 21, 2018 |
| Maa Sadqey, Ep. # 137 | August 1, 2018 | Hum TV / Hum World | PA0002149243 | September 21, 2018 |
| Main Khayal Hoon Kisi Aur Ka, Ep. # 6 | July 28, 2018 | Hum TV / Hum World | PA0002149312 | September 21, 2018 |
| Mein Har Nahin Manongi, Ep. # 13 | July 31, 2018 | Hum TV / Hum World | PA0002149190 | September 21, 2018 |
| Mein Har Nahin Manongi, Ep. # 28 | September 25, 2018 | Hum TV / Hum World | PA0002154586 | November 6, 2018 |
| Tabeer, Ep. # 24 | August 1, 2018 | Hum TV / Hum World | PA0002149272 | September 21, 2018 |
| Ustani Jee, Ep. # 15 | July 28, 2018 | Hum TV / Hum World | PA0002149303 | September 21, 2018 |
| Zun Mureed, Ep. # 22 | July 27, 2018 | Hum TV / Hum World | PA0002149199 | September 21, 2018 |
| Hit Al Mawsem, Season 2, Ep. #2 | September 8, 2018 | MBC1 | PA0002154603 | November 6, 2018 |
| Sada Al Mala'eb (2017), Ep. #113 | December 4, 2017 | MBC1 | PA0002107550 | January 25, 2018 |
| Sada Al Mala'eb (2017), Ep. #115 | December 4, 2017 | MBC1 | PA0002107551 | January 25, 2018 |
| Sada Al Mala'eb (2019), Ep. #430 | February 26, 2019 | MBC1 | PA0002187998 | May 29, 2019 |
| Sada Al Mala'eb (2019), Ep. #454 | March 22, 2019 | MBC1 | PA0002187986 | May 29, 2019 |
| Takhareef, Ep. #1 | September 3, 2018 | MBC1 | PA0002154573 | November 6, 2018 |

3

| Ma Lam Tara (3), Ep. # 2 | February 28, 2019 | MBC1 | PA0002187994 | May 29, 2019 |
|---|---|---|---|---|
| Bab Al Hara, (Drama Edit V2) (4), Ep. #18 | December 6, 2017 | MBC Drama | PA0002107541 | January 25, 2018 |
| Al Chef Hassan (2017), Ep. #317 | December 6, 2017 | MBC Masr | PA0002107548 | January 25, 2018 |
| Al Chef Hassan (2017), Ep. #319 | December 6, 2017 | MBC Masr | PA0002107549 | January 26, 2018 |
| Al Hekaya Ma' Amr Adib (2019), Ep. #36 | March 4, 2019 | MBC Masr | PA0002187989 | May 29, 2019 |
| Tasali Ahla Alam (2017), Ep. #316 | December 6, 2017 | MBC Kids / MBC3 | PA0002107546 | January 26, 2018 |
| Tasali Ahla Alam (2019), Ep. #41 | February 26, 2019 | MBC Kids / MBC3 | PA0002187988 | May 29, 2019 |
| Tasali Ahla Alam (2019), Ep. #60 | March 25, 2019 | MBC Kids / MBC3 | PA0002188002 | May 29, 2019 |
| Yahdoth fe Masr (2019), Ep. #36 | March 21, 2019 | MBC Masr | PA0002187990 | May 29, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #30 | October 1, 2018 | SAB | PA0002164508 | December 11, 2018 |
| Aladdin: Naam Toh Suna Hoga, Ep. #99 | January 1, 2019 | SAB | PA0002173211 | February 19, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #123 | February 4, 2019 | SAB | PA0002173206 | February 20, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #143 | March 4, 2019 | SAB | PA0002183058 | March 21, 2019 |
| Band Baja Band Darwaja, Ep. #3 | February 2, 2019 | SAB | PA0002183065 | March 19, 2019 |
| Band Baja Band Darwaja, Ep. #12 | March 3, 2019 | SAB | PA0002183062 | March 21, 2019 |
| Beechwale Bapu Dekh Raha Hai, Ep. #1 | October 2, 2018 | SAB | PA0002164509 | December 11, 2018 |

4

| | | | | |
|---|---|---|---|---|
| Beechwale Bapu Dekh Raha Hai, Ep. #69 | January 1, 2019 | SAB | PA0002183073 | March 19, 2019 |
| Bhakharwadi, Ep. #16 | March 4, 2019 | SAB | PA0002183077 | March 21, 2019 |
| Jijaji Chhat Par Hai, Ep. #238 | December 3, 2018 | SAB | PA0002171618 | February 13, 2019 |
| Jijaji Chhat Par Hai, Ep. #259 | January 1, 2019 | SAB | PA0002173231 | February 20, 2019 |
| Mangalam Dangalam, Ep. #15 | December 3, 2018 | SAB | PA0002171620 | February 13, 2019 |
| Mangalam Dangalam, Ep. #37 | January 2, 2019 | SAB | PA0002173245 | February 20, 2019 |
| Mangalam Dangalam, Ep. #60 | February 4, 2019 | SAB | PA0002173258 | February 20, 2019 |
| My Name Ijj Lakhan, Ep. #3 | February 3, 2019 | SAB | PA0002173264 | February 20, 2019 |
| Super Sisters – Meet The Sisters, Ep. #41 | October 1, 2018 | SAB | PA0002164513 | December 11, 2018 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2566 | October 1, 2018 | SAB | PA0002164514 | December 11, 2018 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2614 | December 3, 2018 | SAB | PA0002173283 | February 19, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2636 | January 2, 2019 | SAB | PA0002183100 | March 19, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2679 | March 4, 2019 | SAB | PA0002183103 | March 21, 2019 |
| Tenali Rama, Ep. #322 | October 1, 2018 | SAB | PA0002164515 | December 11, 2018 |
| Tenali Rama, Ep. #370 | December 3, 2018 | SAB | PA0002173288 | February 19, 2019 |
| Tenali Rama, Ep. #415 | February 4, 2019 | SAB | PA0002179720 | February 21, 2019 |

| Tenali Rama, Ep. #435 | March 4, 2019 | SAB | PA0002183108 | March 21, 2019 |

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SERVERLOGY CORPORATION and | ) | |
| DOES 1-5, individually and together | ) | |
| d/b/a East IPTV | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**EXHIBIT NO. 2 TO COMPLAINT**

Examples of copyrighted works that aired on the Protected Channels and do not have registrations pending with the United States Copyright Office:

| Title of Work[1] | Protected Channel |
|---|---|
| Last Hour | Al Arabiya |
| Panorama | Al Arabiya |
| Special Interviews | Al Arabiya |
| Sports News | Al Arabiya |
| El Hayah el Yom | Al Hayah 1 |
| Behind The News Program | Al Jazeera Arabic News |
| Today's Harvest | Al Jazeera Arabic News |
| Market Tour | Al Jazeera Mubasher |
| Ask | Al Jazeera Mubasher |
| Film Clip | ART Cima |
| Hona Al Asema, all episodes from June 20, 2018 to present | CBC |
| Rahim, all episodes from June 20, 2018 to present | CBC Drama |
| Al'easherh Mesa'a | Dream 2 |
| Interviews | Future TV |

---

[1] Includes all episodes of the identified series unless otherwise noted.

| | |
|---|---|
| Grimat Shaghaf | Hekayat |
| Arabwood | LBC |
| Lahon wou Bass | LDC |
| Al Thaminah | MBC1 |
| Bel Aarda | MBC1 |
| Bel Mokhtasar | MBC1 |
| Essal Al Arab | MBC1 |
| Haflat Majed Al Mohandes | MBC1 |
| Hamsa | MBC1 |
| Ma'aly Al Mowaten | MBC1 |
| Sabah Al Khair Ya Arab | MBC1 |
| Saherat Al Janoub | MBC1 |
| Top Chef | MBC1 |
| Abu Al Banat | MBC Drama |
| Banat Al Shams | MBC Drama |
| Saherat Al Janoub | MBC Drama |
| I-Tech | MBC Kids / MBC3 |
| Sawa Fe | MBC Kids / MBC3 |
| Telescope | MBC Kids / MBC3 |
| Asa'd Allahu Masa' akom | MBC Masr |
| Saherat Al Janoub | MBC Masr |
| El Haram | Melody Classic |

# EXHIBIT 3

# easybox



Navigation ☰



# Channels List

We have the same channel list in Easybox IPT and Smart TV. Please find the channel list below.

[AFG] AMC TV
[AFG] Arezo TV
[AFG] Ariana Afghan USA

Online

[AFG] ATN News

[AFG] ATV

[AFG] ATV Afghanistan

[AFG] Jahan Numa TV

[AFG] Kabul TV USA

[AFG] Khurshid

[AFG] Lemar

[AFG] Mitra TV

[AFG] Negaah

[AFG] Noor TV

[AFG] Payam e Afghan

[AFG] Rah e farda TV

[AFG] RTA Afghanistan

[AFG] RTA News

[AFG] Shamshad

[AFG] Tamadon

[AFG] Tolo HD

[AFG] Tolo News HD

[AFG] Tuti TV

BECOME A DIS

STRIBUTOR

[AFR] Africa TV 1

[AFR] Africa TV 2

[AFR] Africa TV 3

[AFR] Africa TV 4

[AFR] Amhara TV

[AFR] Ben Nigeria

[AFR] EBC

[AFR] Eritrea TV

[AFR] ESTV

[AFR] Horn Cable

[AFR] Kalsan

[AFR] Kana TV

[AFR] Nollywood

[AFR] Oromia TV

[AFR] RTD Djibouti

[AFR] SLNTV

[AFR] SNTV

[AFR] Somali Cable

[AFR] Somaliland (SLN TV)

Channels List - English language TV box

[AFR] Southern Ethiopia TV

[AFR] Universal Somali

[ALB] Bang Bang

[ALB] Digi Gold

[ALB] Film Aksion

[ALB] Film Autor

[ALB] Film Drame

[ALB] Film Hits

[ALB] Film Nje

[ALB] Film Thriller

[ALB] Fox Movies

[ALB] Junior TV

[ALB] Klasik TV

[ALB] SuperSport 1

[ALB] SuperSport 2

[ALB] SuperSport 3

[ALB] SuperSport 4

[ALB] Tring Life

[ALB] Tring Super

BECOME A DISTRIBUTOR

[ARB] 2M Maroc

[ARB] 4G Aflam

[ARB] 4G Classic

[ARB] 4G Drama

[ARB] 4G Film

[ARB] 7besha

[ARB] Abu Dhabi Drama

[ARB] Abu Dhabi Sports 1

[ARB] Abu Dhabi Sports 2

[ARB] Abu Dhabi Sports 3

[ARB] Abu Dhabi Sports 4

[ARB] Abu Dhabi Sports 5

[ARB] Abu Dhabi TV

[ARB] Addounia

[ARB] Afak

[ARB] Aghani Aghani

[ARB] Aghapy TV

[ARB] Ahel Al Quran

[ARB] Ajial

[ARB] Al Afasy Quran

[ARB] Al Ahd

[ARB] Al Ahly Club

[ARB] Al Ahvaz TV

[ARB] Al Alam

[ARB] Al Anbar

[ARB] Al Anis

[ARB] Al Anwar

[ARB] Al Anwar 2

[ARB] Al Aqila TV

[ARB] Al Arabiya

[ARB] Al Arabiya Alhadath

[ARB] Al Araby TV

[ARB] Al Assema

[ARB] Al Bait Baitak Cinema

[ARB] Al Basira

[ARB] Al Bushra

[ARB] Al Eiman

[ARB] Al Ekhbariya Al Soriya

BECOME A DISTRIBUTOR

[ARB] Al Emarat HD

[ARB] Al erth al nabawi

[ARB] Al Eshraq

[ARB] Al Etejah TV

[ARB] Al Fady

[ARB] Al Falistiniah

[ARB] Al Fath Quran

[ARB] Al Forat 1

[ARB] Al Hayat 1

[ARB] Al Hayat 2

[ARB] Al Hayat Christian channel

[ARB] Al Hayat Musalsalat

[ARB] Al Hayat We Alnas

[ARB] Al Hiwar Ettounsi TV

[ARB] Al Horreya

[ARB] Al Hurra Iraq

[ARB] Al Iman

[ARB] Al Insen

[ARB] Al Iraqia

[ARB] Al Iraqiya News

[ARB] Al Iraqiya Sports

[ARB] Al Istiqama

[ARB] Al Jadeed

[ARB] Al Jazeera

[ARB] Al Jazeera Documentary

[ARB] Al Jazeera English

[ARB] Al Jazeera Mubasher

[ARB] Al Kahera Wal Nas

[ARB] Al Kahera Wal Nas 2

[ARB] Al Karma

[ARB] Al Kass One HD

[ARB] Al Kass Two HD

[ARB] Al Kawthar

[ARB] Al Kofiya

[ARB] Al Maaref

[ARB] Al Magharibia

[ARB] Al Magharibia 2

[ARB] Al Maghribia Ekhbariya

BECOME A DISTRIBUTOR

[ARB] Al Majd 1

[ARB] Al Majd 2 Holy Quran

[ARB] Al Majd 3

[ARB] Al Majd 4

[ARB] Al Majlis

[ARB] Al Malakoot

[ARB] Al Manar TV

[ARB] Al Masira

[ARB] Al Masriya

[ARB] Al Massar Al Oula

[ARB] Al Mawsleya

[ARB] Al Mayadeen TV

[ARB] Al Minbar

[ARB] Al Mustakila

[ARB] Al Nabaa TV

[ARB] Al Nada TV

[ARB] Al Naeem

[ARB] Al Nahar

[ARB] Al Nahar Drama

BECOME A DISTRIBUTOR

[ARB] Al Najaf

[ARB] Al Noujaba

[ARB] Al Oula Inter

[ARB] Al Quds

[ARB] Al Rafiden

[ARB] Al Rahma TV

[ARB] Al Rasheed

[ARB] Al Resala

[ARB] Al Saeedah TV

[ARB] Al Saha

[ARB] Al Sahraa

[ARB] Al Salam

[ARB] Al Seha Waljamal TV

[ARB] Al Shareyyah

[ARB] Al Sharq

[ARB] Al Sharqiya

[ARB] Al Sirat

[ARB] Al Sumaria

[ARB] Al Taghier

[ARB] Al Tanasuh TV

[ARB] Al Thaqafiya

[ARB] Al Thaqalayn

[ARB] Al Walaa

[ARB] Al Welaya

[ARB] Alaan TV

[ARB] Aldiyar Sat

[ARB] Algeria TV 4

[ARB] Algerie 3

[ARB] Algerie 5

[ARB] Alghadeer

[ARB] Alnas

[ARB] Alostora

[ARB] Alrai TV

[ARB] Althanya

[ARB] ANN

[ARB] Arabica TV

[ARB] Arrabiaa

[ARB] Arryadia

[ARB] ART Aflam 1

[ARB] ART Aflam 2

[ARB] ART Cinema

[ARB] ART Hekayat 1

[ARB] ART Hekayat 2

[ARB] Ashrooq TV

[ARB] Assadisa

[ARB] Atfal Mawaheb

[ARB] Attesia TV

[ARB] Azhari

[ARB] B4U Aflam

[ARB] Baghdad TV

[ARB] Bahrain Int

[ARB] Bahrain Quran

[ARB] Bahrain Sport 1

[ARB] Bahrain Sport 2

[ARB] Bahrain TV

[ARB] Baraem

[ARB] BBC Arabic

BECOME A DI

STRIBUTOR

[ARB] Bedaya TV

[ARB] Bein Dmax

[ARB] Bein Drama HD

[ARB] Bein Gourmet

[ARB] Bein Junior

[ARB] BeIN Movies 4

[ARB] Bein Movies HD 1

[ARB] Bein Movies HD 2

[ARB] Bein Movies HD 3

[ARB] Bein Sports 1 HD

[ARB] Bein Sports 1 HD EXTRA

[ARB] Bein Sports 10 HD

[ARB] Bein Sports 11 HD

[ARB] Bein Sports 12 HD

[ARB] Bein Sports 13 HD

[ARB] Bein Sports 2 HD

[ARB] Bein Sports 2 HD EXTRA

[ARB] Bein Sports 3 HD

[ARB] Bein sports 3 HD Extra

Channels List- English Language | easybox.tv

BECOME A DI

[ARB] Bein Sports 4 HD

[ARB] Bein Sports 4 HD EXTRA

[ARB] Bein Sports 5 HD

[ARB] Bein Sports 5 HD EXTRA

[ARB] Bein Sports 6 HD

[ARB] Bein Sports 6 HD EXTRA

[ARB] Bein Sports 7 HD

[ARB] Bein Sports 8 HD

[ARB] Bein Sports 9 HD

[ARB] Bein Sports Max 1 HD

[ARB] Bein Sports Max 2 HD

[ARB] Bein Sports News

[ARB] Belady

[ARB] Belody Aflam

[ARB] Belqees TV

[ARB] beoutQ Sports 1

[ARB] beoutQ Sports 2

[ARB] beoutQ Sports 3

[ARB] beoutQ Sports 4

STRIBUTOR

[ARB] beoutQ Sports 5

[ARB] beoutQ Sports 6

[ARB] beoutQ Sports 7

[ARB] beoutQ Sports 8

[ARB] Beur TV

[ARB] Bin Othaimeen

[ARB] Blue Nile Channel

[ARB] Cairo Cinema

[ARB] Cairo Drama

[ARB] Canal Algerie

[ARB] Cartoon Network Arabia

[ARB] CBC

[ARB] CBC Drama

[ARB] CBC Extra

[ARB] CBC Sofra

[ARB] CCTV-A

[ARB] Chams TV

[ARB] Cima 1

[ARB] Cima Alibaba

[ARB] Cima Tube

[ARB] Cinema 1

[ARB] Cinema 2

[ARB] Cinema Pro

[ARB] Cinema Tube

[ARB] Cinema-Pro

[ARB] CNA

[ARB] CNBC Arabiya

[ARB] CTV (Coptic)

[ARB] Dabanga Sudan

[ARB] Dawaa

[ARB] Dewan 1

[ARB] Dijla

[ARB] DMC

[ARB] DMC Drama

[ARB] DMC Sports

[ARB] Dorar TV

[ARB] Dream 2

[ARB] Dubai One

[ARB] Dubai Racing HD

[ARB] Dubai Sports Channel

[ARB] Dubai TV

[ARB] Dubai Zaman

[ARB] DW TV Arabic

[ARB] Echorouk Benna

[ARB] Echorouk News

[ARB] Echourouk TV

[ARB] El Bilad

[ARB] El Heddaf TV

[ARB] Elmoled

[ARB] Ennahar Laki

[ARB] Ennahar TV Algerie

[ARB] Fallujah

[ARB] Film Tube

[ARB] Fox Action Movies

[ARB] Fox Crime HD

[ARB] Fox Family Movies

[ARB] Fox Life HD

[ARB] Fox Rewayat HD

[ARB] France 24 Arabic

[ARB] Free TV

[ARB] Funoon TV

[ARB] Future TV International

[ARB] GM Aflam

[ARB] GM Alwan

[ARB] GM Cartoon

[ARB] GM Chaabi

[ARB] GM Ciinema

[ARB] GM Comedia

[ARB] GM Drama

[ARB] GM Katakit

[ARB] GM Sport HD

[ARB] GM Tamazight

[ARB] Hala TV

[ARB] Halaba Stret

[ARB] Hannibal

[ARB] Hareem Elsultan

[ARB] Hawacom

[ARB] Hod Hod

[ARB] Hona Baghdad

[ARB] Huda TV

[ARB] Ifilm Arabic

[ARB] Ikids

[ARB] Iqraa TV

[ARB] Iraq Future TV

[ARB] Ishtar TV

[ARB] Jeem Kids

[ARB] Jordan Sport

[ARB] Jordan TV

[ARB] Karameesh

[ARB] Karbala TV

[ARB] KBC Algeria

[ARB] Kokky TV

[ARB] Koogi TV

[ARB] Kuwait Sport Plus

[ARB] Kuwait Sports

[ARB] Kuwait TV 1

[ARB] Kuwait TV Al Arabi

[ARB] Kuwait TV Ethraa

[ARB] Kuwait TV2

[ARB] Lana TV

[ARB] LBC HD

[ARB] LDC

[ARB] Lebanon TV

[ARB] Libya 24

[ARB] Libya Alhrar

[ARB] Libya Panorama

[ARB] Libya Rsmia

[ARB] Libya218

[ARB] Libyas Channel

[ARB] Logos TV

[ARB] LTC

[ARB] Maan

[ARB] Majan

[ARB] Majid Kids

[ARB] Makkah TV

[ARB] Mariam TV

[ARB] Maspero Zaman

[ARB] Master Chef

[ARB] Mazzika

[ARB] MBC 1

[ARB] MBC 1 HD

[ARB] MBC 2

[ARB] MBC 2 HD

[ARB] MBC 3

[ARB] MBC 3 HD

[ARB] MBC 4

[ARB] MBC 4 HD

[ARB] MBC Action

[ARB] MBC Action HD

[ARB] MBC Bollywood

[ARB] MBC Drama

[ARB] MBC Drama +

[ARB] MBC Masr

BECOME A DISTRIBUTOR

[ARB] MBC Masr 2

[ARB] MBC Max

[ARB] MBC Max HD

[ARB] MBC Pro Sport 1

[ARB] MBC Pro Sport 2

[ARB] MBC Pro Sport 3

[ARB] MBC Pro Sport 4

[ARB] MBC Variety HD

[ARB] Medi 1 TV

[ARB] Mehwer TV

[ARB] Mekameleen TV

[ARB] Melody Classic

[ARB] MESat

[ARB] Mickey Channel

[ARB] Miracle TV

[ARB] Misr Education

[ARB] Misr El Balad

[ARB] Mody Kids

[ARB] MTunisia

[ARB] MTV Lebanon

[ARB] Music Alhanen

[ARB] Music Alremas

[ARB] MYHD Fix Fox

[ARB] MYHD My Cinema

[ARB] National Geographic Abu Dhabi

[ARB] Nay Algeria HD

[ARB] Nay Drama 1

[ARB] Nay Lebanon TV HD

[ARB] Nay Movies

[ARB] Nay Sport HD

[ARB] Nay WorldCup

[ARB] NBN

[ARB] Neelain Sport

[ARB] Nessma TV

[ARB] NHK World

[ARB] Nile Cinema

[ARB] Nile Comedy

[ARB] Nile Culture

[ARB] Nile Drama

[ARB] Nile Family

[ARB] Nile Life

[ARB] Nile News

[ARB] Nile Sport

[ARB] Nile TV

[ARB] Nogoum FM TV

[ARB] Noor Dubai

[ARB] Nour El Sham

[ARB] Nour Koddass

[ARB] Noursat

[ARB] Noursat Al Shabab

[ARB] Numidia News TV

[ARB] Om Dorman TV

[ARB] Oman Live

[ARB] Oman TV

[ARB] Oman TV Culture

[ARB] ONTV Drama

[ARB] ONTV Egypt

[ARB] ONTV Live

[ARB] ONTV Sport

[ARB] Orient

[ARB] OSN Alfa Al Youm

[ARB] OSN Alfa Series

[ARB] OSN Animal Planet HD

[ARB] OSN Cinema 1

[ARB] OSN Cinema 2

[ARB] OSN Fatafeat

[ARB] OSN Movies +2h

[ARB] OSN Movies Action +2h

[ARB] OSN Movies Disney

[ARB] OSN Movies Family

[ARB] OSN Movies Festival

[ARB] OSN Movies Kids HD

[ARB] OSN Movies Thriller

[ARB] OSN Sports 1

[ARB] OSN Sports 2

[ARB] OSN Star Movies

[ARB] OSN Star World

[ARB] OSN WWE

[ARB] OSN YaHala

[ARB] OSN YaHala 1

[ARB] OSN YaHala Cinema

[ARB] OTV Lebanon

[ARB] Palestine

[ARB] Palestine Live

[ARB] Palestine Sport

[ARB] Palestine Today

[ARB] Panorama Drama

[ARB] Panorama Drama 2

[ARB] Panorama Film

[ARB] Panorama Food

[ARB] Panorama Youm

[ARB] Publitools TV

[ARB] Qatar Today

[ARB] Qatar TV

[ARB] Quest Arabiya

BECOME A DI!

STRIBUTOR

[ARB] Quran TV

[ARB] Rotana Aflam

[ARB] Rotana Cinema KSA

[ARB] Rotana Classic

[ARB] Rotana Clip

[ARB] Rotana Drama

[ARB] Rotana Khalijiah

[ARB] Rotana Masriya

[ARB] Rotana Music

[ARB] Roya

[ARB] RT Arabic

[ARB] Sada El Balad

[ARB] Sada El Balad 2

[ARB] Sada ElBalad Drama

[ARB] Safa TV

[ARB] Sama Dubai

[ARB] Sama Yemen

[ARB] Samarraa TV

[ARB] Samira TV

[ARB] Sat 7

[ARB] Sat 7 Kids

[ARB] Saudi 24

[ARB] Saudi Al Akhbariya

[ARB] Saudi Channel 1

[ARB] Saudi Channel 2

[ARB] Saudi Quran

[ARB] Saudi Sport 1

[ARB] Saudi Sunnah

[ARB] SBC Saudi

[ARB] SeeVii Aloula HD

[ARB] SeeVii BeLink HD

[ARB] SeeVii Drama HD

[ARB] SeeVii Shamiya HD

[ARB] Sehaty

[ARB] Semsem

[ARB] Sha3beyat

[ARB] Shabab TV

[ARB] Sham FM

[ARB] Sharqiya News

[ARB] Sky News Arabia

[ARB] Spacetoon Arabic

[ARB] Star Cinema 1

[ARB] Star Cinema 2

[ARB] Sudan Drama

[ARB] Sudan Music

[ARB] Sudan Ous

[ARB] Sudan Sport

[ARB] Sudan TV

[ARB] Sudania 24 HD

[ARB] Suhail TV

[ARB] Sumer News

[ARB] Suroyo TV

[ARB] Suryoyo Sat

[ARB] Syria Satellite TV

[ARB] Syrian Drama TV

[ARB] Syrian Education

[ARB] Syrian TV

BECOME A DISTRIBUTOR

[ARB] Taha TV

[ARB] Tal2a Hendy

[ARB] Tawazon TV

[ARB] Tayba TV

[ARB] Tele Liban

[ARB] Tele Maroc

[ARB] Telvza

[ARB] TEN

[ARB] The Savior

[ARB] Time Cinema

[ARB] Toktok Aflam

[ARB] Toktok Cima

[ARB] Toyor Al Janah TV

[ARB] Toyor Baby

[ARB] TRT Arabic

[ARB] Tunisia Nat 1

[ARB] Tunisia Nat 2

[ARB] Tunisna

[ARB] TV Tamazight

[ARB] Uber Cima

[ARB] UNRWA TV

[ARB] Wanasah

[ARB] Watan TV

[ARB] Yemen Shbab

[ARB] Yemen Today

[ARB] Yemen TV

[ARB] ZAD TV

[ARB] Zaytoona TV

[ARB] Zee Aflam

[ARB] Zee Alwan

[ARB] Zweina Baladna

[ARM] Armenia H1 HD

[ARM] Armenia HD

[ARM] Armenia TV

[ARM] ATV HD Armenia

[ARM] Kentron

[ARM] Shant TV

[CAN] Treehouse

[DAN] Comedy Central

[DAN] DK 4

[DAN] DR 1

[DAN] DR 2

[DAN] DR 3

[DAN] DR K

[DAN] DR Ramasjang

[DAN] DR Ultra

[DAN] Kanal 5

[DAN] Nickelodeon

[DAN] TV 2

[DAN] TV 2 Lorry

[DAN] TV 2 Sport

[DAN] TV 2 Zulu

[DAN] TV 3

[DAN] TV 3 Plus

[EX-YU] Arena Sport HD 1

[EX-YU] Arena Sport HD 2

[EX-YU] Arena Sport HD 3

[EX-YU] Arena Sport HD 4

[EX-YU] Arena Sport HD 5

[EX-YU] ATV 1

[EX-YU] ATV BL

[EX-YU] BHT 1 HD

[EX-YU] BN BiH

[EX-YU] Cinestar Premier 1

[EX-YU] Cinestar Premier 2

[EX-YU] Crime & Investigation

[EX-YU] Cufo

[EX-YU] Doma

[EX-YU] Face TV HD

[EX-YU] Fox Crime

[EX-YU] Fox Life

[EX-YU] Fox Movies

[EX-YU] FTV

[EX-YU] Hayat TV

[EX-YU] History Channel

[EX-YU] HRT 1

[EX-YU] HRT 2

[EX-YU] HRT 3

[EX-YU] HRT 4

[EX-YU] N1

[EX-YU] Nova HD

[EX-YU] Nove Zamky

[EX-YU] O2 TV

[EX-YU] OBN

[EX-YU] Pink 2

[EX-YU] Pink 3 Info

[EX-YU] Pink Action

[EX-YU] Pink Bih

[EX-YU] Pink Comedy

[EX-YU] Pink Extra

[EX-YU] Pink Film

[EX-YU] Pink Folk

[EX-YU] Pink M

[EX-YU] Pink Movies

[EX-YU] Pink Premium

[EX-YU] Pink Sci-Fi

[EX-YU] Pink Serije

[EX-YU] Pink Thriller

[EX-YU] Pink TV

[EX-YU] Pink Western

[EX-YU] Pink World

[EX-YU] PRVA TV

[EX-YU] RTRS

[EX-YU] RTS 1

[EX-YU] Sport Klub 1 HD

[EX-YU] Sport Klub 2 HD

[EX-YU] Sport Klub 3 HD

[FRE] 23

[FRE] 6ter HD

[FRE] Animaux hd

[FRE] Arte HD

[FRE] Bein Sports 1 HD FR

[FRE] Bein Sports 2 HD FR

[FRE] Bein Sports 3 HD FR

[FRE] BFM HD

[FRE] Canal Decale HD

[FRE] Canal Family HD

[FRE] Canal Series HD

[FRE] Canal+

[FRE] Canal+ Cinema HD

[FRE] Cine Famiz HD

[FRE] Cine Premier HD

[FRE] D8

[FRE] Disney Junior HD

[FRE] France 2 HD

[FRE] France 24

[FRE] France 3

[FRE] France 4 HD

[FRE] France 5 HD

[FRE] France O

[FRE] Gulli

[FRE] M6 HD

[FRE] Nat Geo Wild HD

[FRE] NRJ12

[FRE] NT1 HD

[FRE] OCS Choc HD

[FRE] OCS City

[FRE] OCS Geants HD

[FRE] OCS Max HD

[FRE] Paris Premiere HD

[FRE] RTL9 HD

[FRE] TF 1

[FRE] TMC

[FRE] TV5 Monde

[FRE] Tva

[FRE] Ushuaia HD

[FRE] W9

[GER] 3Sat

[GER] 3sat HD

[GER] Anixe HD

[GER] Ard HD

[GER] Bundesliga 3 (During games)

[GER] Bundesliga 4 (During games)

[GER] Bundesliga 5 (During games)

[GER] Das Erste HD

[GER] Discovery Channel

[GER] Disney HD

[GER] FOX

[GER] Kabel Eins HD

[GER] Kika HD

[GER] N-TV

[GER] NDR HD

[GER] ORF 2 HD

[GER] ORF Eins

[GER] Prosieben HD

[GER] Prosieben Maxx HD

[GER] RTL 2 HD

[GER] RTL Crime

[GER] RTL HD

[GER] RTL Passion

[GER] SAT 1 HD

BECOME A DI

STRIBUTOR

Channels List - English language - easybox

[GER] Sixx HD

[GER] Sky 13th Street

[GER] Sky Action HD

[GER] Sky Bundesliga HD

[GER] Sky Cinema

[GER] Sky Comedy HD

[GER] Super RTL

[GER] SyFy HD

[GER] Viva Comedy

[GER] VOX HD

[GER] ZDF HD

[GRE] ABC Channel

[GRE] Action 24

[GRE] Alpha

[GRE] ANT 1

[GRE] Attica

[GRE] Blue Sky

[GRE] Channel 9

[GRE] EPT 1

BECOME A DIS

STRIBUTOR

[GRE] EPT 2

[GRE] Extra

[GRE] Mega

[GRE] Skai

[GRE] Smile

[GRE] Stariand

[GRE] Sunny

[IN/PK] &TV

[IN/PK] AAJ Tak

[IN/PK] Ary Digital

[IN/PK] B4U

[IN/PK] B4U Movies

[IN/PK] B4U Music

[IN/PK] B4U Plus

[IN/PK] Colors

[IN/PK] Geo News

[IN/PK] Geo TV

[IN/PK] Hum Europe

[IN/PK] Imagine Movies

BECOME A DIS

STRIBUTOR

[IN/PK] News 18 India

[IN/PK] PTC Punjabi

[IN/PK] PTV Global

[IN/PK] PTV Prime

[IN/PK] Rishtey

[IN/PK] Sony Max

[IN/PK] Sony Sab

[IN/PK] Star Gold

[IN/PK] Star Life OK

[IN/PK] Star Plus

[IN/PK] Zee Cinema

[IN/PK] Zee Punjabi

[IN/PK] Zee Telugu

[IN/PK] Zee TV

[IN/PK] Zing

[IRA] Andisheh

[IRA] BBC Persia

[IRA] Ganj e Hozour TV

[IRA] Gem Bollywood

[IRA] Gem Junior

[IRA] Gem Kids

[IRA] Gem Life

[IRA] Gem Series

[IRA] Gem Youth

[IRA] Ifilm

[IRA] Iran TV Network

[IRA] IRIB Nasim

[IRA] IRIB Quran

[IRA] IRIB Shoma

[IRA] IRIB TV1

[IRA] IRIB TV2

[IRA] IRIB TV3

[IRA] IRIB TV4

[IRA] IRIB Varzesh

[IRA] IRINN

[IRA] Khatereh

[IRA] Manoto

[IRA] Persian Star

[IRA] Persian Star 2

[IRA] PMC

[IRA] River

[IRA] Rubix

[IRA] Velayat TV

[IRA] VOA TV Persia

[ITA] Eurosport 1

[ITA] Eurosport 2

[ITA] Italia Uno

[ITA] LA5

[ITA] Premium Action 24

[ITA] Premium Calcio 1

[ITA] Rai 1 HD

[ITA] Rai 2 HD

[ITA] Rai 3 HD

[ITA] Rai 4 HD

[ITA] Rai Gulp

[ITA] Rai Movies

[ITA] Rai Premium HD

BECOME A DI!

STRIBUTOR

[ITA] Rai Storia

[KUR] Al Turkmenia TV

[KUR] Amozhgary TV

[KUR] Aryen

[KUR] Badinan TV

[KUR] Bangwaz TV

[KUR] Cira

[KUR] Damla

[KUR] Gali Kurdistan TV

[KUR] Helhelok Kids

[KUR] K24

[KUR] Kirkuk TV

[KUR] KNN

[KUR] Korek

[KUR] KTV

[KUR] Kurdistan TV

[KUR] Kurdmax HD Sor

[KUR] Kurdmax Pepule

[KUR] Kurdmax Show HD

[KUR] Kurdmax TV Kur

[KUR] Kurdsat

[KUR] Kurdsat News HD

[KUR] Minbij TV

[KUR] Net TV Kurd

[KUR] News Channel (Kurd)

[KUR] NRT – Nalia Radio Television HD

[KUR] NRT 2

[KUR] Payam

[KUR] Pelistank

[KUR] Qamishli

[KUR] Rega

[KUR] Ronahi

[KUR] Rudaw TV

[KUR] Speda

[KUR] Sterk Zindi

[KUR] TRT Kurdi

[KUR] Vin TV

[KUR] Waar TV

[KUR] Zagros

[KUR] Zarok

[NOR] 6 Eren

[NOR] Canal 9

[NOR] Discovery Channel

[NOR] FEM

[NOR] NRK 1

[NOR] NRK 2

[NOR] NRK 3

[NOR] TV 2 Humor

[NOR] TV 2 Norge

[NOR] TV 2 Nyhetskanalen

[NOR] TV 2 Sportkanalen

[NOR] TV 3 Norge

[NOR] TV 6 Norge

[NOR] TV Livsstil

[NOR] TV Norge

[NOR] Viasat 4

[NOR] Viasat Action

[NOR] Viasat Fotboll

[NOR] Viasat Golf

[NOR] Viasat Motor

[NOR] Viasat Sport Premium

[NOR] Vox

[POR] Hollywood

[POR] Oddisseia

[POR] RTP 1

[POR] RTP 2

[POR] SIC

[POR] Sport TV 1 HD

[POR] Sporting TV

[POR] TV Cine 1 HD

[POR] TV Cine 2

[POR] TV Cine 3

[POR] TV Cine 4 HD

[POR] TVI 24

[RUS] 2×2

[RUS] Amedia 1

[RUS] Amedia 2

[RUS] Amedia Hit

[RUS] Amedia Premium

[RUS] Ani

[RUS] CTC

[RUS] Cuatro

[RUS] Dom Kino

[RUS] Eurokino

[RUS] Fox HD

[RUS] Fox Life HD

[RUS] HD Life

[RUS] HTB

[RUS] JimJam

[RUS] Kinohit

[RUS] Life News

[RUS] Mama

[RUS] Nashe Kino

[RUS] Nashe Novoe Kino

[RUS] Nostalgy

[RUS] Paramount Comedy HD

[RUS] PEH TV

[RUS] Perviy kanal hd

[RUS] Rain

[RUS] Rossiya 1

[RUS] Russia 1

[RUS] Russian K

[RUS] Sony Channel

[RUS] Sony Sci Fi

[RUS] Sony Turbo

[RUS] TB 3

[RUS] THT

[RUS] THT Comedy

[RUS] Tiji

[RUS] Viasat Nature

[SPA] Movistar+ Futbol HD

[SWE] Animal Planet HD

[SWE] ATG Live

[SWE] Barn Program HD

[SWE] Barnkanalen

[SWE] C More First

[SWE] C More Fotboll HD

[SWE] C More Golf HD

[SWE] C More Hits HD

[SWE] C More Hockey HD

[SWE] C More Live 2 HD

[SWE] C More Live 3 HD

[SWE] C More Live 4 HD

[SWE] C More Live HD

[SWE] C More Series HD

[SWE] C More Sport HD

[SWE] C More Stars HD

[SWE] Cartoon Network

[SWE] Dagens Industri HD

[SWE] Discovery Channel HD

[SWE] Discovery Science

[SWE] Discovery World

BECOME A DI!

STRIBUTOR

[SWE] Disney Channel HD

[SWE] Disney Junior

[SWE] Disney XD

[SWE] E! Entertainment

[SWE] Extreme Sports

[SWE] Fight Sports HD

[SWE] Fjorton HD

[SWE] Fox

[SWE] H2 HD

[SWE] History HD

[SWE] Investigation Discovery

[SWE] Kanal 11 HD

[SWE] Kanal 5

[SWE] Motorsport

[SWE] MTV

[SWE] National Geographics HD

[SWE] National Geographics Wild HD

[SWE] Nick Jr

[SWE] Nicktoons

[SWE] Outdoor Channel HD

[SWE] SF-Kanalen

[SWE] Sjuan

[SWE] SVT 2

[SWE] SVT Kunskapskanalen

[SWE] TLC HD

[SWE] TNT Nordic

[SWE] Travel Channel

[SWE] TV 10

[SWE] TV 12

[SWE] TV 3

[SWE] TV 3 Sport

[SWE] TV 6

[SWE] TV 8

[SWE] TV4 Fakta

[SWE] TV4 FaktaXL

[SWE] TV4 Film

[SWE] TV4 HD

[SWE] TV4 Komedi

[SWE] TV4 Sport

[SWE] Viasat Action

[SWE] Viasat Action

[SWE] Viasat Explorer

[SWE] Viasat Family

[SWE] Viasat Film Action HD

[SWE] Viasat Film Hits

[SWE] Viasat Film Premiere

[SWE] Viasat Fotboll

[SWE] Viasat Golf HD

[SWE] Viasat Hockey HD

[SWE] Viasat Motor HD

[SWE] Viasat Series

[SWE] Viasat Sport HD

[SWE] Viasat Sport Premium

[TUR] 360 TV

[TUR] A Haber

[TUR] A Spor HD

[TUR] A2 HD

[TUR] A9 TV

[TUR] ATV Avrupa

[TUR] ATV HD

[TUR] Benguturk TV

[TUR] Beyaz

[TUR] Bursa TV

[TUR] Cartoon Network Turkish HD

[TUR] Cay TV

[TUR] Cem TV

[TUR] CNN Turk

[TUR] Disney Channel Turkish

[TUR] Dream Turk HD

[TUR] Dream TV

[TUR] Euro D

[TUR] Eurostar

[TUR] FB TV HD

[TUR] Flash TV

[TUR] Fox TV HD

[TUR] Haberturk HD

[TUR] Halk TV

[TUR] Kanal 24

[TUR] Kanal 26

[TUR] Kanal 3 HD

[TUR] Kanal 4 TR

[TUR] Kanal 7 HD

[TUR] Kanal Avrupa

[TUR] Kanal D

[TUR] Kral TV HD

[TUR] KRT TR

[TUR] Mavi Karadeniz TV

[TUR] Med Music

[TUR] Minika Cocuk

[TUR] Nick Jr

[TUR] Planet Cocuk

[TUR] Planet Mutfak

[TUR] Power Turk TV

[TUR] Rumeli TV

[TUR] Semerkand TV

[TUR] Show Turk

[TUR] Show TV

[TUR] Showmax

[TUR] Sony Channel

[TUR] Sports TV

[TUR] Star TV

[TUR] Tele 1

[TUR] Teve 2

[TUR] TGRT Haber HD

[TUR] TLC

[TUR] TRT 1 HD

[TUR] TRT Avaz

[TUR] TRT Belgesel HD

[TUR] TRT Cocuk

[TUR] TRT Diyanet HD

[TUR] TRT Haber HD

[TUR] TRT Muzik

[TUR] TRT Okul

[TUR] TRT Spor

[TUR] TRT Turk

[TUR] TRT World HD

[TUR] TV 8 HD

[TUR] Ulke TV HD

[TUR] Ulusal Kanal

[TUR] Vatan TV

[UK] ABC Action New

[UK] ABC New

[UK] Animal planet

[UK] Baby TV

[UK] BBC FOUR

[UK] BBC News

[UK] BBC One

[UK] BBC Three

[UK] BBC Two

[UK] Boomerang

[UK] Box Nation

[UK] BT Sport 1

[UK] BT Sport 2

[UK] Cartoon Network

[UK] Cartoonito

[UK] Cbeebies HD

[UK] CBS Drama

[UK] CCTV 9

[UK] Cinemax Action Max

[UK] Cinemax HD

[UK] Comedy Central Extra

[UK] Comedy Central UK

[UK] Crime

[UK] CTH Stadium 2 HD

[UK] Dave

[UK] Discovery History

[UK] Discovery ID

[UK] Discovery Science

[UK] Discovery Shed

[UK] Disney Channel UK

[UK] Disney Junior UK

[UK] Disney XD UK

[UK] Dmax

[UK] DTX HD

[UK] E4

[UK] Five Star

[UK] Fox News

[UK] Fox Sport 2 HD

[UK] Fox UK

[UK] France 24 English

[UK] Good Food

[UK] H2

[UK] History 1

[UK] Home

[UK] ITV 1

[UK] ITV 2

[UK] ITV 3

[UK] ITV 4

[UK] ITV Be

[UK] Nat Geo UK

[UK] Nat Geo Wild UK

[UK] National Geographic

[UK] Nick Junior

[UK] Nickelodeon

[UK] Nicktoons

[UK] Real Lives

[UK] RTE 1

[UK] RTE Jr

[UK] RTE Two

[UK] Setanta Sport

[UK] Sky 1

[UK] Sky 2

[UK] Sky Action

[UK] Sky Atlantic

[UK] Sky Comedy

[UK] Sky Drama

[UK] Sky Emotion HD

[UK] Sky Family

[UK] Sky Living

[UK] Sky Modern Greats

BECOME A DI

STRIBUTOR

[UK] Sky Movies Disney

[UK] Sky News

[UK] Sky Premiere

[UK] Sky Sci-Fi Horror

[UK] Sky Select

[UK] Sky Showcase

[UK] Sky Sports 4

[UK] Sky Sports Arena HD

[UK] Sky Sports F1

[UK] Sky Sports Football HD

[UK] Sky Sports Mix HD

[UK] Sky Sports Premier League

[UK] Sky Thriller

[UK] TINY POP

[UK] TV3 Ireland

[UK] WWE US

[USA] AMC HD

[USA] Bravo US

[USA] Cartoon Network HD

[USA] CHCH HD

[USA] CNN

[USA] E! Entertainment US

[USA] ESPN 2

[USA] ESPN U

[USA] Fox HD

[USA] Fox Sport 1 HD

[USA] HBO Comedy

[USA] HBO Signature

[USA] HBO US

[USA] HBO Zone

[USA] HGTV

[USA] MSNBC

[USA] NBA TV HD

[USA] NBC Sports

[USA] NFL Network 1080i

[USA] NHL NETWORK

[USA] Nicktoons

[USA] Showtime HD

[USA] SPIKE HD

[USA] Sportsnet 360 HD

[USA] Sportsnet One HD

[USA] Sportsnet Ontario HD

[USA] Sportsnet World HD

[USA] SyFy HD

[USA] Tennis Channel HD

[USA] TSN 1 HD

[USA] TSN 2 HD

[USA] TSN 3 HD

[USA] TSN 4 HD

[USA] TSN 5 HD

[USA] USA Network

Easybox is not responsible for the content and does not guarantee nor claims any rights to the content.

Easybox is providing the streams of all

BECOME A DI:

the channels as they are available on the internet. Easybox does not endorse to jailbreak the box, and software modification will void the warranty.

**Other Links**



- **About Easybox**
- **FAQ**



- **IPTV Guides**



- **Terms and Conditions**



- كيف تصبح موزع





STRIBUTOR

Channels List | English Lang | Easybox TV

BECOME A DIS

- شاهد

القنوات بدون

جهاز

- مشهور

وله شعبية

كبيرة ؟

**Easybox**

**TV** لماذا

- كيفية

البدء بالعمل

للشراء من

موقع







STRIBUTOR

