

## de Rechtspraak

Rechtbank Den Haag

United States Courts
Southern District of Texas
FILED

NOV 29 2019

David J. Bradley, Clerk of Court

United States District Court, Southern District of Texas
Honorable Judge Lynn N. Hughes
515 Rusk Ave.
Houston, TX 77002
USA

Team Handel

bezoekadres
Paleis van Justitie
Prins Clauslaan 60
2595 AJ Den Haag

correspondentieadres
Postbus 20302
2500 EH Den Haag

| | |
|---|---|
| datum | 19 november 2019 |
| onderdeel | Team Handel - Algemene Zaken |
| contactpersoon | W. Soethout |
| doorkiesnummer | 088 - 36 12 017 |
| ons kenmerk | C/09/583681 / KG RK 19/1562 |
| | US DISTRICT COURT TEXAS/RECHTBANK DEN HAAG |
| uw kenmerk | 19-2994 DISH NETWORK LLC (EIS/VRZ) / EASYBOX IPTV (GED/VWR) |
| bijlage(n) | geen |
| onderwerp | rogatoire commissie |

f 088 - 36 10 665
www.rechtspraak.nl

Bij beantwoording de datum en
ons kenmerk vermelden. Wilt u
slechts één zaak in uw brief
behandelen.

Dear Sir/Madam

I confirm the receipt of above mentioned request.
The documents were received on 19th of November 2019

The court will keep you informed about further procedures.

Kind regards,

W. Soethout

 

**de Rechtspraak**

Rechtbank Den Haag



PostNL
Port Betaald
Port Payé
Pays-Bas



United States Courts
Southern District of Texas
F I L E D

NOV 29 2019

David J. Bradley, Clerk of Court

Postbus 20302, 2500 EH Den Haag

7700232623  C057