# **AFFIDAVIT OF PROCESS SERVER**

United States District Court for the Southern District of Texas

DISH Network L.L.C.

    Plaintiff,

vs.

HUNG TRAN and THI NGA NGUYEN,
individually and together d/b/a Easybox IPTV,

    Defendants.

Case Number: 4:19-cv-2994

Legal documents received by Zele Investigators Vietnam on November 19, 2019 to be served upon Hung Tran at 2 Ngo 71, Le Khoi, Quang Trung Vinh, Nghe An 460000, Vietnam.

I Putsadee Kaewyai, swear and affirm that on November 21, 2019 at 9:14am, I did the following:

Served Hung Tran by delivering a conformed copy of the Summons in a Civil Action issued as to Hung Tran, First Amended Complaint with Exhibits 1-3, Order for Conference (Dkt.4), Order Resetting Conference (Dkt.11) to Tran Thi Huong as Mother and co-resident of Hung Tran at 2 Ngo 71, Le Khoi, Quang Trung Vinh, Nghe An 460000, Vietnam.

Supplemental Data Appropriate for this Service: On December 7, 2019, a copy of the legal documents were mailed to Hung Tran, via first class mail to the address of: 2 Ngo 71, Le Khoi, Quang Trung Vinh, Nghe An 460000, Vietnam.

Vietnam's Law on Judicial Assistance and Vietnam's Civil Procedure Code do not prohibit service of process by personal delivery, mail, or subservice by personal delivery to a co-resident.

I declare under penalty of perjury that the foregoing information contained in this Affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Process Server Signature

<u>Putsadee Kaewyai Field Investigator</u>

Saigon Tower 16/F, 29 Le Duan
District 1 HCM City 7000 Vietnam