## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Southern District of Texas

DISH Network L.L.C.

    Plaintiff,

vs.

HUNG TRAN and THI NGA NGUYEN,
individually and together d/b/a Easybox IPTV,

    Defendants.

Case Number: 4:19-cv-2994

Legal documents received by Zele Investigators Vietnam on November 19, 2019 to be served upon Nguyen Thi Nga at 24 Phan Canh Quang,Ngo 04 Ha Huy Tap Vinh. Nghe An 470000, Vietnam.

I Putsadee Kaewyai, swear and affirm that on November 21, 2019 at 9:26am, I did the following:

Served Nguyen Thi Nga by delivering a conformed copy of the Summons in a Civil Action issued as to Nguyen Thi Nga, First Amended Complaint with Exhibits 1-3, Order for Conference (Dkt.4), and Order Resetting Conference (Dkt.11) to Nguyen Van Dan as Father and co-resident of Nguyen Thi Nga at 24 Phan Canh Quang,Ngo 04 Ha Huy Tap Vinh. Nghe An 470000, Vietnam.

Supplemental Data Appropriate for this Service: On December 7, 2019, a copy of the legal documents were mailed to Nguyen Thi Nga, via first class mail to the address of: 24 Phan Canh Quang,Ngo 04 Ha Huy Tap Vinh. Nghe An 470000, Vietnam.

Vietnam's Law on Judicial Assistance and Vietnam's Civil Procedure Code do not prohibit service of process by personal delivery, mail, or subservice by personal delivery to a co-resident.

I declare under penalty of perjury that the foregoing information contained in this Affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Process Server Signature

<u>Putsadee Kaewyai Field Investigator</u>

Saigon Tower 16/F, 29 Le Duan
District 1 HCM City  7000 Vietnam