UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § § § § § § § § § § § | Civil Action No. 4:19-cv-2994 |
| Plaintiff, | | |
| v. | | |
| HUNG TRAN and THI NGA NGUYEN, individually and together d/b/a Easybox IPTV, | | |
| Defendants. | | |

## Plaintiff's Application for Clerk's Entry of Default
## Against Defendants Hung Tran and Thi Nga Nguyen

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff DISH Network L.L.C. ("DISH") respectfully requests that the Clerk enter default against Defendants Hung Tran ("Tran") and Thi Nga Nguyen ("Nguyen") with regard to the allegations in DISH's First Amended Complaint (Dkt. 12).

Tran and Nguyen are residents of Vietnam. (Dkt. 12 ¶ 3.) Vietnam is a signatory to the Hague Convention. *See generally Status Table,* Hague Conference on Private Int'l Law (Dec. 17, 2019), https://www.hcch.net/en/instruments/conventions/status-table/?cid=17 (listing member States). "Article 10(a) [of the Hague Convention] provides that, as long as the receiving state does not object, the Convention does not interfere with . . . the freedom to serve documents through postal channels." *Water Splash, Inc. v. Menon*, 137 S.Ct. 1504, 1513 (2017). Pursuant to the Hague Service Convention, "service by mail is permissible if two conditions are met: first, the receiving state has not objected to service by mail; and second, service by mail is authorized under otherwise-applicable law." *Id.*

Vietnam has not objected to service by mail, and in fact authorizes service by mail "if the documents forwarded via postal channels are sent via registered mail with acknowledgment of

receipt." *Declarations of Vietnam*, Hague Conference on Private Int'l Law (Dec. 30, 2019), https://www.hcch.net/en/instruments/conventions/status-table/notifications/?csid=1337&disp=resdn. Persons who may effect service under Vietnamese law include postal service organization officers, the parties and their representatives. (Declaration of Stephen M. Ferguson ¶ 3, Ex. 1 at ch. X, art. 172.) Modes of service include (1) directly; (2) by post office; (3) by authorized third person; (4) by electronic means; (5) by public posting; and (6) by announcement on mass media. (*Id.* Ex. 1 at ch. X, art. 173.) Thus, service by mail is authorized under otherwise-applicable Vietnam law.

On December 7, 2019, both Tran and Nguyen were served with a summons, DISH's First Amended Complaint (Dkt. 12), Order for Conference (Dkt. 4.), and Order Resetting Conference (Dkt. 11) by first class registered mail with acknowledgment of receipt. (Dkts. 18, 19.) Service in this manner was proper under Fed. R. Civ. P. 4(f)(2)(A) because service by post office is authorized by Vietnam's law for service in an action in its courts.

Tran and Nguyen were required to file a responsive pleading within 21 days of being served, which was December 30, 2019. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). To date, neither Tran nor Nguyen have filed an answer or other responsive pleading or requested additional time to do so. (Declaration of Stephen M. Ferguson ¶ 4.) Neither Tran nor Nguyen are minors, incompetent, or exempt under the Servicemembers' Civil Relief Act. (*See id.* ¶¶ 5-7, Exs. 2-3 (must be at least 18 years old to have a PayPal account); Dkt. 12 ¶¶ 1, 3, 12-31 (Resident of Vietnam and copyright infringement).) Accordingly, the Clerk should enter default against Tran and Nguyen.

Dated:  December 31, 2019                    Respectfully submitted,

                                                          HAGAN NOLL & BOYLE LLC

                                                          By: /s/ Stephen M. Ferguson
                                                          Stephen M. Ferguson (attorney-in-charge)
                                                          Texas Bar No. 24035248
                                                          Southern District of Texas Bar No. 614706

Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Joseph H. Boyle (of counsel)
Texas Bar No. 24031757
Southern District of Texas Bar No. 30740

Counsel for Plaintiff DISH Network L.L.C.