UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> HUNG TRAN and THI NGA NGUYEN, individually and together d/b/a Easybox IPTV, <br><br> Defendants. | Civil Action No. 4:19-cv-2994 |

**Declaration of Stephen M. Ferguson**

I, Stephen M. Ferguson, of Houston, Texas declare as follows:

1. I am admitted to practice in Texas, and an attorney with the firm of Hagan Noll & Boyle LLC, counsel for Plaintiff DISH Network L.L.C. ("DISH"). I make this declaration based on personal knowledge and, if called on to testify, would testify competently as stated herein.

2. On December 7, 2019, both Hung Tran ("Tran") and Thi Nga Nguyen ("Nguyen") were served with a summons, DISH's First Amended Complaint (Dkt. 12), Order for Conference (Dkt. 4.), and Order Resetting Conference (Dkt. 11) by first class registered mail with acknowledgment of receipt. (Dkts. 18, 19.)

3. Attached as **Exhibit 1** is a true and correct copy of relevant provisions of Vietnam's Code of Civil Procedure, No. 92/2015/QH13, which I obtained from the World Intellectual Property Organization website at https://www.wipo.int/edocs/lexdocs/laws/en/vn/vn083en.pdf.

4. According to the Court's docket and my file, neither Tran nor Nguyen have filed an answer or other responsive pleading, nor has he requested an extension of time to do so.

5. Attached as **Exhibit 2** is a true and correct copy of business records produced by PayPal, Inc. pursuant to a subpoena issued by DISH. These records identify Tran's PayPal account information including Tran's redacted date of birth.

6. Attached as **Exhibit 3** is a true and correct copy of additional business records produced by PayPal, Inc. pursuant to a subpoena issued by DISH. These records identify Nguyen's PayPal account information including Nguyen's redacted date of birth.

7. I reviewed the User Agreement for PayPal Services found at https://www.paypal.com/ga/webapps/mpp/ua/useragreement-full. Section 1.2 of the User Agreement for PayPal Services states, "To be eligible to use the PayPal Services, you must be at least 18 years old or higher based on the age of majority in your jurisdiction, and a resident of one of the countries listed on the PayPal Worldwide page."

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 31, 2019.

/s/ Stephen M. Ferguson
Stephen M. Ferguson