# EXHIBIT 1

| | |
|---|---|
| **THE NATIONAL ASSEMBLY** | **SOCIALIST REPUBLIC OF VIETNAM** |
| -------- | **Independence – Freedom - Happiness** |
| No.: 92/2015/QH13 | --------------- |
| | *Hanoi, November 25th, 2015* |

## CODE

OF CIVIL PROCEDURE

*Pursuant to the Constitution of the Socialist Republic of Vietnam;*

*The National Assembly promulgates the Civil Procedure Code.*

**PART ONE**

## GENERAL PROVISIONS

**Chapter I**

## TASK AND EFFECT OF THE CIVIL PROCEDURE CODE

### Article 1. Regulation scope and task of the Civil Procedure Code

The Civil Procedure Code provides for the basic principles in civil proceedings; the order and procedures for initiating lawsuits at People's Court (hereinafter referred to as Courts) to settle cases of civil, marriage and family, business, trade and labor (hereinafter referred to as civil lawsuits) and order and procedures to request the Court to settle matters regarding civil, marriage, family, business, trade, labor (hereinafter referred to as civil matters); order and procedures for settlement of civil lawsuits and civil matters (hereinafter referred to as civil cases) at Courts; procedures for recognition and enforcement in Vietnam civil judgments/decisions of foreign Courts, award of foreign arbitrators; enforcement of civil judgments; tasks, entitlements and responsibilities of proceeding authorities/officers; rights and obligations of participants in procedures, of individuals, of regulatory agencies, people's armed units, economic organizations, political organizations, socio-political organizations, political – social – professional organizations, social organizations, social – professional organizations (hereinafter referred to as agencies and organizations) that are relevant to ensure that the resolution of civil cases is carried out quickly, accurately, truthfully and lawfully.

The Civil Procedure Code contributes to the protection of the justice, of human's rights, civil rights, protection of socialist regime, of the interests of the State, legitimate rights and interests of agencies, organizations and individuals; educates people to strictly abide by law.

### Article 2. Regulated entities and effect of the Civil Procedure Code

1. The Civil Procedure Code applies to all civil proceedings throughout the territory of the Socialist Republic of Vietnam, including mainland, offshore island, territorial waters and airspace.

2. The Civil Procedure Code applies to all civil proceedings conducted by consular offices of the Socialist Republic of Vietnam in foreign countries.

3. The Civil Procedure Code applies to the settlement of civil cases involving foreign element(s); where the international treaties to which the Socialist Republic of Vietnam is a signatory provide otherwise, the provisions of such international treaties shall apply.

4. For foreign individuals, agencies and organizations that enjoy diplomatic privileges and immunities or consular privileges and immunities under Vietnamese laws, international treaties to which the Socialist Republic of Vietnam is a signatory, the civil cases related to such individuals, agencies and/or organizations shall be settled through the diplomatic channel.

**Chapter II**

## BASIC PRINCIPLES

### Article 3. Compliance with laws in civil procedures

All civil procedural activities of presiding agencies, presiding officers, civil procedure-participants and of relevant individuals, agencies and organizations must comply with the provisions of this Code.

### Article 4. Right to request Courts to protect legitimate rights and interests

1. Individuals, agencies and organizations defined by this Code shall have the right to institute civil lawsuits, request the resolution of civil matters at competent Courts in order to protect the justice, human″s rights, civil rights, benefits of the State, legitimate rights and interests of their own or of others.

2. Courts must not refuse to settle a civil case for the reason that there is no applicable law provision for such case.

A civil case without applicable law provisions is a civil case falling within the governing scope of civil laws but there is no applicable law provision at the time such civil case arises and an agency/organization/individual requests the Court to settle.

The settlement of civil case specified in this clause shall comply with the principles prescribed in the Civil Code and this Code.

### Article 5. Involved parties' right to decision-making and self-determination

1. The involved parties shall have the right to decide whether to initiate civil lawsuits, petition jurisdictional Courts to settle the civil cases. The Courts shall only accept for settlement of civil cases when they have received lawsuit petitions and/or written requests from an involved party and shall settle the civil cases only within the scope of such lawsuit petition or written request.

2. During the settlement of a civil case, the involved parties shall have a right to terminate or change their petitions or voluntarily reach agreement with one another, which is not contrary to law and social ethics.

### Article 6. Supply of evidences and proof in civil procedures

1. The involved parties shall have the right and obligation to initiatively collect and supply evidence to Courts and prove that their petitions are well grounded and lawful.

Agencies, organizations and individuals initiating lawsuits or file their petitions to protect legitimate rights and interests of their own or of other persons shall have the right and obligation to collect and supply evidence and to prove the ground and the lawfulness like the involved parties.

2. The Courts shall assist the involved parties to collect evidence and shall only collect and verify the evidence in the cases prescribed by this Code.

### Article 7. Responsibility of competent individuals, agencies and organizations to supply materials and evidences

Agencies, organizations and individuals shall, within the scope of their tasks and powers, provide the involved parties, the Courts, the People"s Procuracy with materials and evidences currently being under their possession or management sufficiently and timely at the petition of the involved parties, the Courts and the Procuracy according to regulations in this Code and shall take legal responsibility for the supply of such materials and evidences; in case they cannot do so, a written notification containing the explanation shall be made and sent to the involved parties, the Courts and the Procuracy.

### Article 8. Equality in rights and obligations in civil procedures

1. All people are equal before law regardless of their ethnics, religions, educational levels, occupations and social levels.

All agencies, organizations and individuals are equal in the implementation of rights and obligations in civil procedures.

2. The Courts have the responsibility to create equal conditions for agencies, organizations and individuals to exercise their rights and obligations in civil procedure

### Article 9. Ensuring the involved parties' right to protect legitimate rights and interests

1. The involved parties have the right to defend themselves or to ask lawyers or other persons who satisfy conditions specified in this Code to protect their legitimate rights and interests.

2. The Courts have the responsibility to ensure the conditions for the involved parties to exercise their right to defense.

3. The State has the responsibility to provide legal assistant for such entities according to law provisions enabling them to exercise the right to protect their legitimate rights and interests before the Courts.

4. No one shall limit the right to protect legitimate rights and interests of the involved parties in civil procedures.

### Article 10. Mediation in civil procedures

The Courts have the responsibility to conduct mediation and create favorable conditions for the involved parties to reach agreement with one another on the resolution of civil cases under the provisions of this Code.

### Article 11. Participation of People's Jurors in adjudication of civil lawsuits

1. The adjudication of first instance of civil lawsuits shall be attended by the People"s Jurors as prescribed in this Code, except for adjudication under the simplified procedures.

2. Upon the vote for decisions on settlement of civil lawsuits, the People"s Jurors are equal in powers to the Judges.

### Article 12. Judges, People's Jurors are independent in adjudication of civil lawsuits and settlement of civil matters and only comply with law

1. Upon trial over civil lawsuits, Judges and People"s Jurors shall be independent and only comply with law.

2. All acts of hindering or interfering the adjudication of Judges and People''s Jurors or the settlement of civil matters of Judges are strictly prohibited.

**Article 13. Responsibilities of civil proceeding authorities and proceeding officers**

1. Proceeding authorities/officers must respect people and submit to people''s supervision.

2. The Courts are responsible for the protection of the justice, human''s rights, civil rights, socialist regime, benefits of the State, legitimate rights and interests of organizations and individuals.

The procuracies are responsible for the protection of the law, human''s rights, civil rights, socialist regime, benefits of the State, legitimate rights and interests of organizations and individuals and contribute in the assurance that law is strictly and consistently complied with.

3. Proceeding authorities/officers must keep the State secrets and work secret according to law; preserve the nation''s fine customs and practices, protect minors, keep professional secrets, business secrets, personal secrets of the involved parties at their legitimate petitions.

4. The proceeding authorities/officers shall take legal responsibility for the performance of their tasks and powers. If a proceeding officer commits a violation against law, depending on the nature and severity of the violation, he/she shall be disciplined or liable to criminal prosecution according to law provisions.

5. If a proceeding officer, during the performance of his/her tasks and powers, commits illegal acts that causes damages to an agency/organization/individual, then the direct management agency of such officer shall pay the compensation to the aggrieved party according to law provisions pertaining to compensation responsibility.

**Article 14. Collective trials by Courts**

A Court shall conduct the collective trial over civil lawsuits and make decisions under the majority rule, except for adjudication according to simplified procedures.

**Article 15. Prompt, equal and public trials by Courts**

1. The Court trials shall be conducted promptly and within the time prescribed in this Code and must ensure the equality.

2. The Court trials shall be public. In special cases that it is necessary to keep the State secrets, preserve the nation''s fine customs and practices, protect minors or to keep professional secrets, business secrets, personal secrets of the involved parties at their legitimate claims, the Courts may conduct the trials behind closed doors.

**Article 16. Ensuring impartiality and objectiveness in civil procedures**

1. Chief Justices, Judges, People''s Jurors, ombudspersons, Court clerks, procurators chairpersons, prosecutors, inspectors, interpreters, expert-witnesses and members of Price Assessment Councils must not conduct or participate in civil procedures if there are good reasons to believe that they may not be impartial in performing their tasks and exercising their powers.

2. The assignment of proceeding officers must ensure the conditions for them to be impartial and objective when exercising their tasks and powers.

**Article 17. Following the two-level adjudication regime**

1. The Courts shall follow the two-level adjudication regime.

The first-instance judgments or decisions of the Courts can be appealed against under the provisions of this Code.

First-instance judgments or decisions of the Courts which are not appealed against according to appellate procedures within the time limit provided for by this Code shall become legally effective. Where first-instance judgments or decisions are appealed against, the cases must undergo appellate trials. The appellate judgments or decisions shall be legally effective.

2. The Courts' first-instance judgments or decisions of the Courts which have already taken legal effect but have been detected with law violations or new details according to provisions of this Code shall be reviewed according to the cassation or reopening procedures.

**Article 18. Cassation of trials**

The Supreme People″s Court shall conduct cassation of trials of all Courts; Collegial People″s Courts shall conduct cassation of trials of People″s Courts of central-affiliated cities and provinces (hereinafter referred to as People″s Courts of provinces), People″s Courts of districts, towns, provincial-affiliated cities and cities affiliated to central-affiliated cities (hereinafter referred to as People″s Courts of districts) within their competence to ensure that law is applied strictly and consistently.

**Article 19. Assurance of the effect of Courts' judgments and decisions**

1. Legally effective judgments and decisions of Courts must be enforced and strictly observed by all agencies, organizations and individuals.

2. Within the scope of their respective tasks and powers, Courts and agencies or organizations which are assigned the tasks to enforce Courts' judgments or decisions must strictly enforce them and bear responsibility before law for the performance of such tasks.

3. Courts may request the enforcement authorities to notify them of the progress and the result of the enforcement of the Courts″ judgments/decisions. The enforcement authorities directly in charge of the enforcement of the Courts″ judgments/decisions shall respond the Courts″ request.

**Article 20. Spoken and written language used in civil procedures**

Spoken and written language to be used in civil procedures shall be the Vietnamese.

Participants in civil procedures may use the voices and scripts of their ethnic groups; in this case interpreters are required.

Participants in civil procedures being people having hearing, speaking or visual disability may use the language of disabled people; in this case interpreters are required.

**Article 21. Supervising the law observance in civil procedures**

1. The Procuracies shall supervise the law observance in civil procedures and exercise the rights to petition, recommendation or appeal according to law provisions in order to ensure lawful and timely resolution of civil cases.

2. The Procuracies shall participate in first-instance meetings for civil matters; first-instance trials of lawsuits where evidence are collected by the Courts or where matters under dispute are public properties, public benefits, land use right, housing use right or involved parties are minors,

legally incapacitated persons or, persons with limited capacity of exercise, people with limited cognition or behavior control or cases specified in clause 2 Article 4 of this Code.

3. The procuracies shall participate in appellate, cassation and reopening trials/meetings.

4. The Supreme People''s Procuracy shall preside over and cooperate with the Supreme People''s Court in providing guidance on the implementation of this Article.

### Article 22. Courts' responsibility for forwarding documents and papers

1. The Courts shall have the responsibility to delivery, forward and notify of their judgments, decisions, summons, invitations and other relevant documents to the participants in the civil procedures according to the provisions of this Code.

2. People''s Committees of communes or relevant agencies, organizations and individuals shall forward the judgments, decisions, summons, invitations and other relevant documents of the Courts at the request of the Courts and shall notify the Courts of the result of such forwarding.

### Article 23. Participation of agencies, organizations and individuals in civil procedures

Agencies, organizations and individuals shall have the right and obligation to participate in civil procedures according to the provisions of this Code, contributing to the lawful and prompt resolution of civil cases at courts.

### Article 24. Assurance of oral argument in adjudication

1. The Courts shall ensure that the involved parties and people protecting legitimate rights and interests of the involved parties implement the right to get involve in oral argument in first-instance trials, appellate trials, cassation trials and reopening trials according to provisions of this Code.

2. The involved parties and the people protecting the legitimate rights and interests of the involved parties may collect and submit the evidences and relevant materials to the Courts since the Courts accepted civil lawsuits and shall notify to each other of the submitted materials and evidences; present, give question and answer, express opinions about evidences and present applicable provisions to defend their claims and their legitimate rights and interests or to reject others'' claims according to provisions of this Code.

3. During the process of adjudication, every material and evidence shall be reviewed sufficiently, obviously, comprehensively and publicly, except for cases where materials and evidences must not be published prescribed in clause 2 Article 109 of this Code. The Courts shall direct the oral argument, make question about unclear matters and issue judgments/decisions on the basis of the argument result.

### Article 25. Assurance of the right to complaints and denunciations in civil procedures

Agencies, organizations and individuals shall have the right to complain about, individuals shall have the right to denounce, illegal acts of proceeding authorities/officers or of any agencies, organizations and individuals in civil proceedings.

Competent agencies, organizations or individuals must accept, consider and settle promptly and lawfully complaints and denunciations; notify in writing the settlement results to the complainants and denouncers.

### Chapter III

## COURT'S JURISDICTION

## Section 1. CIVIL CASES FALLING UNDER THE COURTS' JURISDICTION

### Article 26. Civil disputes falling under the courts' jurisdiction

1. Disputes over the Vietnamese nationality among individuals.

2. Disputes over property ownership and other rights over property.

3. Disputes over civil transactions, civil contracts.

4. Disputes over intellectual property rights, technology transfers, except for the cases prescribed in Clause 2, Article 30 of this Code.

5. Disputes over property inheritance.

6. Disputes over compensation for non-contractual damage.

7. Disputes over compensation due to the application of administrative preventive measures unconformable to law regulations on competition, excluding compensation claims that have been settled in administrative lawsuits.

8. Disputes over the development and utilization of water resources and the waste discharge to water as prescribed in the Law on water resources.

9. Disputes over land according to legislation on land; disputes over the right to forest ownership/enjoyment according to regulations in the Law on forest protection and development.

10. Disputes relating to the professional press operation under law on press.

11. Disputes relating to petitions for declaration of notarized documents to be invalid.

12. Disputes relating to properties forfeited to enforce judgments in accordance with the law on enforcement of civil judgments.

13. Disputes over property auction results and payment of expenses for registration to buy property through auction in accordance with the law on enforcement of civil judgment.

14. Other civil disputes, except for cases within the jurisdiction of other agencies and organizations as prescribed by law.

### Article 27. Civil petitions falling under the courts' jurisdiction

1. The petition for declaration or revocation of a decision on declaration of a legally incapacitated person, person with limited capacity of exercise or a person with limited cognition or behavior control.

2. The petition for announcement of the search of persons who are absent from their residential places and the management of their properties.

3. The petition for declaration or revocation of decision on declaration of a person´s missing.

4. The petition for declaration or revocation of decision on declaration of a person´s death.

5. The petition for recognition and enforcement in Vietnam or non-recognition of civil judgments or decisions, or decisions on properties in criminal or administrative judgments or decisions of foreign Courts or not to recognize civil judgments or decisions, or decisions on properties in

criminal or administrative judgments or decisions of foreign courts, which are not requested to be enforced in Vietnam.

6. The petition for declaration of notarized documents to be invalid.

7. The petition for recognition of the successful out-of-Court mediation.

8. The petition for recognition of property within Vietnam's territory to be ownerless and for recognition of the ownership of the persons managing such ownerless property within Vietnam's territory according to regulations in point e clause 2 Article 470 of this Code.

9. The petition for determination of property ownership and use rights, division of common properties for enforcement of judgments in accordance with regulations in the Law on enforcement of civil judgments.

10. Other civil petitions, except for cases within the jurisdiction of other agencies and organizations as prescribed by law.

**Article 28. Marriage and family-related disputes falling under the courts' jurisdiction**

1. Divorces, disputes over child rearing or property division upon divorces; post-divorce division.

2. Disputes over division of spousal common property during their marriage.

3. Disputes over change of post-divorce child custodian.

4. Disputes over determination of fathers or mothers for children; or determination of children for fathers or mothers.

5. Disputes over alimonies.

6. Disputes over childbirth using the childbirth assistance technique or surrogacy for humanitarian reasons.

7. Disputes over child custodian, division between couples living like husbands and wives without marriage registration or between spouses illegally cancel the marriage registration.

8. Other disputes relating to marriage and family, except for cases within the jurisdiction of other agencies and organizations as prescribed by law.

**Article 29. Marriage-and family-related petitions falling under the courts' jurisdiction**

1. The petitions for revocation of illegal marriages.

2. The petitions for recognition of voluntary divorces and agreements on child custody and property division upon divorces.

3. The petitions for recognition of agreements between the parents about the change of post-divorce custodian or recognition of change of post-divorce child custodian decided by agencies, organizations and individuals according o law regulations on marriage and family.

4. The petitions for restriction on rights of a father or mother towards a minor child or his/her right to see the child after divorce.

5. The petitions for termination of the adoption of children.

6. The petitions relating to the surrogacy according to law regulations on marriage and family.

7. The petitions for recognition of agreements of termination of the effect of the division of spousal common properties during their marriage to have been carried out according to the judgments/decisions of the Courts.

8. The petitions for declaration of nullification of the agreements on the property division between the husband and the wife according to legislation on marriage and family.

9. The petition for recognition and enforcement in Vietnam or for non-recognition of judgments or decisions on marriage and family of foreign Courts or other foreign competent agencies; or for non-recognition of judgments or decisions on marriage and family of foreign Courts or other competent foreign competent agencies which are not requested to be enforced in Vietnam.

10. The petition for determination of fathers or mothers for children; or determination of children for fathers or mothers according to legislation on marriage and family.

11. Other petitions relating to marriage and family, except for cases within the jurisdiction of other agencies and organizations as prescribed by law.

**Article 30. Business and/or trade disputes falling under the courts' jurisdiction**

1. Disputes arising from business or trade activities among individuals and/or organizations with business registration, which are all for the purpose of profits.

2. Disputes over intellectual property rights or technology transfers among individuals or organizations, which are all for the purposes of profits.

3. Disputes between persons who are not members of a company but involve in transaction in transfer of capital holding and the company and/or its members.

4. Disputes between a company and its members; disputes between a limited liability company and its manager or between a joint-stock company and members of its Board of Directors, its Director or its General Director, or among members of a company regarding the establishment, operation, dissolution, merge, consolidation, total division, partial division, property transfer and/or organizational transformation of the company.

5. Other civil disputes relating to business or trade activities, except for cases within the jurisdiction of other agencies and organizations as prescribed by law.

**Article 31. Business or trade petitions falling under the courts' jurisdiction**

1. The petitions for revocation of a resolution of the Shareholder general assembly, a resolution of the Member assembly according to legislation on enterprise.

2. The petitions related to the resolution of disputes by Vietnamese commercial arbitrators under law regulations on commercial arbitration.

3. The petitions for arrest of aircrafts, seagoing vessels according to law on Vietnamese civil aviation, Vietnamese maritime, except for cases where aircrafts/vessels must be arrested serving lawsuit settlement.

4. The petitions for recognition and enforcement in Vietnam of foreign courts' judgments or decisions on business or commercial matters, or non-recognition of foreign courts' judgments or decisions on business or commercial matters, which are not requested to be enforced in Vietnam.

5. The petitions for recognition and enforcement in Vietnam of foreign arbitrators' award on business or commercial matters.

6. Other petitions relating to business or trade activities, except for cases within the jurisdiction of other agencies and organizations as prescribed by law.

**Article 32. Labor disputes falling under the courts' jurisdiction**

1. Individual labor disputes between employees and employers, which have been mediated through mediation procedures of labor mediators but the involved parties fail to comply with mediation results, or which cannot be mediated or are not mediated within the law- established time limit, except the following disputes which must not necessarily be mediated through mediation procedures:

a) Disputes over labor discipline in the form of dismissal or over cases of unilateral termination of labor contracts;

b) Disputes over damage compensation or over benefit policy upon termination of labor contracts;

c) Disputes between household servants and their employers;

d) Disputes over social insurance as prescribed in laws on social insurance, over health insurance as prescribed in laws on health insurance, over unemployment insurance as prescribed in laws on employment or over occupational accident insurance and occupational diseases as prescribed in laws on labor hygiene and safety;

dd) Disputes over damage compensation between laborers and enterprises or non-business organizations sending laborers to work overseas under contracts.

2. Collective labor disputes over rights between employee collectives and employers under the labor law which have been settled by chairpersons of the People's Committees of districts but the employee collectives or employers disagree with such decisions or which are not settled by chairpersons of the People's Committees of districts within the prescribed time limit.

3. Labor disputes include:

a) Disputes over vocational training and practice;

b) Disputes over labor outsourcing;

c) Disputes over rights relating to trade union, trade union expenditure;

d) Disputes over labor safety and labor hygiene.

4. Disputes over compensation for illegal strike.

5. Other labor disputes, except for cases within the jurisdiction of other agencies and organizations as prescribed by law.

**Article 33. Labor petitions falling under the courts' jurisdiction**

1. Petitions for declaration of a labor contract/collective bargaining agreement to be invalid.

2. Petitions for consideration of legitimacy of a strike.

3. Petitions for recognition and enforcement in Vietnam of foreign courts' labor judgments or decisions, or for non-recognition of foreign courts' labor judgments or decisions which are not requested to be enforced in Vietnam.

4. Petitions for recognition and enforcement in Vietnam of labor award of foreign arbitrators.

5. Other petitions, except for cases within the jurisdiction of other agencies and organizations as prescribed by law.

**Article 34. Jurisdiction of Courts over particular decisions of agencies/organizations**

1. When resolving civil cases, the Courts may revoke particular decisions of agencies or organizations or competent persons of such agencies or organizations in particular cases which are obviously unlawful, infringing upon the rights and legitimate interests of involved parties in these civil cases.

2. Particular decisions specified in clause 1 of this Article are decisions on particular matters that have been issued and applied once to one or a number of particular entities. If the civil cases are related to such decisions, they must be considered in such the same civil cases by the courts.

3. When considering repealing decisions specified in clause 1 of this Article, the Courts shall invite agencies, organizations or competent persons that have issued such decisions to participate in the procedures in the capacity as person with relevant interests and duties.

Agencies, organizations, competent persons who have issued the decisions must participate in the procedures and present their opinions about the particular decisions repealed by the courts.

4. Competence of Courts in charge of civil cases subject to considering the repealing of particular decisions specified in clause 1 of this Article shall be determined according to corresponding provisions in the Law on administrative procedures about competence of People″s Courts of districts/provinces.

**Section 2. JURISDICTION OF COURTS OF DIFFERENT LEVELS**

**Section 35. Jurisdiction of People's Courts of districts**

1. People's Courts of districts shall have the jurisdiction to settle according to first-instance procedures the following disputes:

a) Disputes over civil matters, marriage and family, prescribed in Articles 26 and 28 of this Code;

b) Disputes over business/trade activities prescribed in clause 1 Article 30 of this Code;

c) Labor disputes prescribed in Article 32 of this Code.

2. People's Courts shall have the jurisdiction to resolve the following petitions:

a) Civil petitions prescribed in Clauses 1, 2, 3, 4, 6, 7, 8, 9 and 10 of Article 27 of this Code;

b) Petitions relating to marriage and family prescribed in Clauses 1, 2, 3, 4, 5, 6, 7, 8, 10 and 11 of Article 29 of this Code;

c) Petitions relating to business/trade activities prescribed in clause 1 and clause 6 Article 30 of this Code;

d) Labor petitions prescribed in clause 1 and clause 5 Article 33 of this Code.

3. Disputes and petitions prescribed in Clauses 1 and 2 of this Article, which involve parties or properties in foreign countries or which must be judicially entrusted to representative agencies of the Socialist Republic of Vietnam overseas or to foreign courts/competent agencies, shall not fall under the jurisdiction of people's Courts of districts, except for cases specified in clause 4 of this Article.

4. People´s Courts of districts where Vietnamese citizens reside shall be in charge of cancelling illegal marriage, settling divorce petitions and disputes pertaining to rights and obligations of spouses, parents and children, parents and children adoption and guardian relationship between Vietnamese citizens living in frontier areas and citizens of neighboring countries living near Vietnam according to provisions of this Code and other Vietnam´s law provisions.

## Section 36. Jurisdiction of Tribunals of People's Courts of districts

1. The Civil tribunals of People's Courts of districts shall have the jurisdiction to resolve according to first-instance procedures cases relating to civil, business, trade and labor matters falling under the jurisdiction of the People´s Courts of districts as provided for in Article 35 of this Code.

2. The family and juvenile tribunals of People's Courts of districts shall have the jurisdiction to resolve according to first-instance procedures for cases relating to marriage and family falling under the jurisdiction of the People´s Courts of districts as provided for in Article 35 of this Code.

3. Regarding People´s Courts without a tribunal, the Chief Justice shall take responsibility for conducting adjudication and assigning the Judge to take charge of the cases falling under the jurisdiction of People´s Courts of districts.

## Section 37. Jurisdiction of People's Courts of provinces

1. People's Courts of provinces shall have the jurisdiction to settle according to first-instance procedures the following disputes:

a) Civil, marriage- and family-related, business, trade or labor disputes prescribed in Articles 26, 28, 30 and 32 of this Code, except for disputes falling under the jurisdiction of the district-level people's Courts as provided for in Clause 1 and Clause 4 Article 35 of this Code;

b) Civil, marriage-and family-related, business, trade or labor petitions prescribed in Articles 27, 29, 31 and 33 of this Code, except for petitions falling under the jurisdiction of the district-level people's Courts as prescribed in Clause 2 and Clause 4 Article 35 of this Code;

c) Disputes and petitions prescribed in Clause 3, Article 35 of this Code.

2. The People's Courts of provinces shall have the jurisdiction to resolve according to first-instance procedures the civil cases falling under the jurisdiction of the People's Courts of districts as provided for in Article 35 of this Code, which are taken up by the People's Courts of provinces for settlement when necessary or at the request of People´s Courts of districts.

## Section 38. Jurisdiction of Specialized tribunals of People's Courts of provinces

1. Civil tribunals of People´s Courts of provinces shall have the jurisdiction to:

a) Resolve according to first-instance procedures the civil disputes/petitions falling under the jurisdiction of People´s Courts of provinces specified in Article 37 of this Code;

b) Resolve according to appellate procedures the cases where the civil judgments/decisions of People´s Courts of districts that are not legally effective which are appealed against according to regulations in this Code.

2. Family and juvenile tribunals of People´s Courts of provinces shall have the jurisdiction to:

a) Resolve according to first-instance procedures the disputes/petitions relating to marriage and family falling under the jurisdiction of People''s Courts of provinces specified in Article 37 of this Code;

b) Resolve according to appellate procedures the cases where the judgments/decisions relating to marriage and family of People''s Courts of districts that are not legally effective which are appealed against according to regulations in this Code.

3. Economic tribunals of People''s Courts of provinces shall have the jurisdiction to:

a) Resolve according to first-instance procedures the disputes/petitions relating to business and trade falling under the jurisdiction of People''s Courts of provinces specified in Article 37 of this Code;

b) Resolve according to appellate procedures the cases where the judgments/decisions relating to business and trade of People''s Courts of districts that are not legally effective are appealed against according to regulations in this Code.

4. Labor tribunals of People''s Courts of provinces shall have the jurisdiction to:

a) Resolve according to first-instance procedures the labor disputes/petitions falling under the jurisdiction of People''s Courts of provinces specified in Article 37 of this Code;

b) Resolve according to appellate procedures the cases where the labor judgments/decisions of People''s Courts of districts that are not legally effective which are appealed against according to regulations in this Code.

**Article 39. Territorial jurisdiction of courts**

1. Territorial jurisdiction of Courts to settle civil lawsuits shall be determined as follows:

a) The Courts of the localities where the defendants reside or work, applicable to defendants being individuals, or where the defendants are headquartered, applicable to defendants being agencies or organizations, shall have the jurisdiction to settle according to first-instance procedures for civil, marriage- and family-related, business, trade or labor disputes prescribed in Articles 26, 28, 30 and 32 of this Code;

b) The involved parties shall have the right to agree with each other in writing to petition the Courts of the localities where the plaintiffs reside or work, applicable to plaintiffs being individuals, or where the plaintiffs are headquartered, applicable to plaintiffs being agencies or organizations, to settle civil, marriage and family-related, business, trade or labor disputes prescribed in Articles 26, 28, 30 and 32 of this Code;

c) Disputes over real estates must be settled by Courts where such real estates are located.

2. Territorial jurisdiction of Courts to settle civil matters shall be determined as follows:

a) The Courts of the areas where persons who are to be declared to be incapable of civil acts or having limited capacity of exercise or having limited cognition or behavior control reside or work shall have the jurisdiction to resolve such petitions;

b) The Courts of the areas where persons absent from their residential places are to be announced for search or to be declared missing or dead reside for the last time, shall have the jurisdiction to settle petitions for announcement of the search for persons absent from their residential places and management of such persons' properties or petitions for declaring a person missing or dead;

c) The Courts of the areas where the persons petition to repeal the declaration of being incapable of civil acts or having limited capacity of exercise or having limited cognition or behavior control reside or work shall have the jurisdiction to repeal such declaration.

The Court which has issued a decision to declare a person missing or dead shall have the jurisdiction to resolve petitions to revoke its decision;

d) The Courts of the areas where the persons who are obliged to execute foreign courts'' civil, marriage and family, business, trade, or labor judgments or decisions reside or work, applicable to judgment debtors being individuals, or where the judgment debtors are headquartered, applicable to judgment debtors being agencies or organizations, or where exists the property relating to the enforcement of such judgments or decisions of foreign courts, shall have the jurisdiction to resolve petitions for recognition and enforcement of foreign courts' civil, marriage and family, business, trade or labor judgments or decisions in Vietnam;

dd) The Courts of the areas where the petition senders reside or work, applicable to individuals, or where the petition senders are headquartered, applicable to agencies or organizations, shall have the jurisdiction to settle petitions for non-recognition of foreign courts' civil, marriage and family, business, trade or labor judgments or decisions, which are not requested to be enforced in Vietnam;

e) The Courts of the areas where the persons who are obliged to execute award of foreign arbitrators reside or work, applicable to judgment debtors being individuals, or where the judgment debtors are headquartered, applicable to judgment debtors being agencies or organizations, or where exists the property relating to the enforcement of foreign arbitrators' award, shall have the jurisdiction to resolve the petitions for recognition and enforcement in Vietnam the award of foreign arbitrators;

g) The Courts of the areas where illegal marriages are registered shall have the jurisdiction to resolve petitions to revoke such illegal marriages;

h) The Court of the area where one of the parties to a voluntary divorce, agreed child custody or property division resides or works shall have the jurisdiction to resolve the petition for recognition of the voluntary divorces and the agreement on child custody and property division upon divorces;

i) The Court of the area where one of the parties that petitions the Court to recognize their agreement on change of post-divorce child custodian resides or works shall have the jurisdiction to resolve that petition.

If the agencies, organizations and individuals petition for the change of post-divorce child custodian, the Court where the child resides shall have the jurisdiction to resolve that petition;

k) The Court of the area where one parent of a minor child resides or works shall have the jurisdiction to resolve a petition to restrict rights of the father or mother towards the minor child or his/her right to see the child after the divorce;

l) The Court of the area where an adoptive parent or adopted child resides or works shall have the jurisdiction to resolve a petition to terminate the child adoption;

m) The Courts of the area where notary organization which have performed notarization are located shall have the jurisdiction to settle the petitions for declaration of notarized documents to be invalid;

n) The Courts of the localities where competent judgment-executing bodies are headquartered or where exist properties related to the judgment enforcement shall have the jurisdiction to settle petitions for determination of property ownership or use rights and for division of common properties for judgment enforcement and other petitions according to provisions of Law on enforcement of civil judgments;

o) The territorial jurisdiction of Courts to settle petitions related to the settlement by Vietnamese commercial arbitrations of disputes shall comply with the law on commercial arbitration;

p) The Courts of the localities where a property is located shall have the jurisdiction to resolve the petitions for recognition of such property to be ownerless in Vietnam˝s territory and the petition for recognition of the ownership of the person who currently use such ownerless property;

q) The Courts of the locality where a surrogate mother resides or works shall have the jurisdiction to resolve petitions related to the surrogacy;

r) The Courts of the locality where a person having a common property shall have the jurisdiction to resolve the petitions for recognition of the agreement on termination of effect of the division of common property during the marriage that is conducted according to the judgment/decision of the Courts;

s) The Courts of the locality where the petitioner resides or works shall have the jurisdiction to resolve petitions for recognition of the successful medication at the Court;

t) The Courts of the locality where the petitioner resides or works shall have the jurisdiction to resolve the petitions for declaration of nullification of the agreement on properties of spouses according to legislation on marriage and family; the petitions for determination of father and mother for a child according to legislation on marriage and family;

u) The Courts of the locality where a headquarter of a enterprise is located shall have the jurisdiction to resolve the petitions for cancellation of the resolution of the Shareholder general assembly or a resolution of the Member assembly;

v) The Courts of the locality where a labor contract/collective bargaining agreement is concluded shall have the jurisdiction to resolve the petitions for declaration of such labor contract/collective bargaining agreement to be invalid;

x) The Courts of the locality where a strike occurs shall have the jurisdiction to resolve the petitions for determination of the lawfulness of the strike;

y) The territorial jurisdiction of the Courts in resolving the petition for arrest of aircrafts/vessels shall comply with regulations in Article 421 of this Code.

3. If a civil lawsuits has been accepted by a Court and is being resolved according to regulations of this Code on the territorial jurisdiction of Courts but the residence, headquarter or transaction place of the involved parties is changed, such civil lawsuits shall be continuously resolved by that Court.

**Article 40. Jurisdiction of Courts selected by plaintiffs or petitioners**

1. The plaintiffs shall have the right to select Courts for resolution of civil, marriage and family-related, business, trade or labor disputes in the following cases:

a) If the plaintiff does not know where the defendant resides or works or where his/her head-office is located, the plaintiff may petition the Courts of the area where the defendant last resides or works or where the head-office of the defendant is last located or where the defendant' properties are located to settle the case;

b) If the dispute arises from the operation of a branch of an organization, the plaintiff may petition the Court of the area where the organization's head-office is located or where its branch is located to settle it;

c) If the defendant does not have residence place, work place or head-office in Vietnam or the case is related to disputes over alimonies, the plaintiff may petition the Court of the area where he/she resides or works to settle the case;

d) If the dispute is over compensation for non-contractual damage, the plaintiff may petition the Court of the area where he/she resides, works or where his/her headquarter is located or where the damage is caused to settle the case;

dd) If the dispute is over compensation for damage or allowance upon termination of a labor contract, over social insurance, the rights and/or interests in relation to job, wages, income and other working conditions for the laborers, the plaintiff being a laborer may petition the Court of the area where he/she resides or works to settle it;

e) If the dispute arises from the employment of labor by a sub-contractor or a mediator, the plaintiff may petition the Court of the area where his/her actual employer resides, works or is headquartered or where the sub-contractor or the mediator resides or works to settle it;

g) If the dispute arises from a contractual relation, the plaintiff may petition the Court of the area where the contract is performed to settle the case;

h) If the defendants reside, work or are headquartered in different places, the plaintiff may petition the Court of the area where one of the defendants resides or works or is headquartered to settle the case;

i) If the dispute is over immovables which exist in different localities, the plaintiff may request the Court of the area where one of such immovables exist to settle the dispute.

2. The petitioners may select Courts to settle their marriage and family-related petitions in the following cases:

a) Regarding civil petitions prescribed in Clauses 1, 2, 3, 4, 6, 7, 8, 9 and 10 of Article 27 of this Code, the petitioners may ask the Courts of the areas where they reside, work or are headquartered to resolve them;

b) Regarding petitions for revocation of illegal marriages provided for in Clause 1 Article 29 of this Code, the requesters may ask the Courts of the areas where an involved party of illegal marriage registration resides to resolve them;

c) Regarding petitions for restriction of rights of fathers or mothers towards their minor children or their right to visit the children after the divorces, the petitioners may ask the Courts of the areas where the children reside to resolve them.

**Article 41. Transferring civil cases to other courts; settlement of disputes over jurisdiction**

1. If a Court has accepted a civil case which does not fall within its jurisdiction, it shall issue a decision to transfer the civil cases dossier to a competent Court and cross out the civil cases in its acceptance book. Such decision must be immediately sent to the Procuracy all involved parties and relevant agencies, organizations and individuals.

The involved parties and relevant agencies, organizations and individuals may make complaints, the Procuracy may submit recommendation for such decision within 03 working days from the day on which the decision is received. Within 03 working days from the day on which the complaint or the recommendation is received, the Chief Justice of the Court that issued the decision to transfer the civil cases must resolve the complaint/recommendation. The decision of the Chief Justice shall be the final decision.

2. Disputes over the jurisdiction of People''s Court of districts in the same province shall be settled by the Chief Justice of the People''s Court of province.

3. Any dispute over the jurisdiction between People's Courts of districts of different provinces or between People's Courts of provinces that falls under the territorial jurisdiction of the Collegial People''s Court shall be settled by the Chief Justice of the High People's Court.

4. Any dispute over the jurisdiction between People's Courts of districts of different provinces or between People's Courts of provinces that falls under the territorial jurisdiction of different Collegial People''s Courts shall be settled by the Chief Justice of the Supreme People's Court.

**Article 42. Joining or separating cases**

1. A Court may join two or more cases which it has separately accepted to a single case to resolve if the joinder and resolution in the same case ensure the law compliance.

Regarding cases where multiple persons filing the same petitions for lawsuits against the same individuals or agencies/organizations, the Courts may gather their petitions to resolve in the same cases.

2. A Court may separate a case with different claims into two or more cases if the separation and resolution of the separated cases strictly comply with law.

3. Upon the case merger or separation prescribed in Clauses 1 and 2 of this Article, the Courts which have accepted the petitions must issue decisions and send them immediately to the procuracies of the same level, the involved parties and relevant agencies, organizations and individuals.

**Section 3. RESOLUTION OF CIVIL CASES WITHOUT LAW PROVISIONS TO APPLY**

**Article 43. Rules for determining jurisdiction of Courts in cases where there is no law provisions to apply**

Jurisdiction of Courts in acceptance and resolution of civil cases in cases where there is no law provisions to apply shall comply with regulations in Article 35 to 41 of this Code.

**Article 44. Order, procedures for acceptance and resolution of civil cases without law provisions to apply**

Order and procedures for acceptance and resolution of civil cases in cases where there is no law provisions to apply shall comply with provisions of this Code.

**Section 45. Rules for resolving civil cases without law provisions to apply**

1. The application of custom shall be conducted as follows:

The Courts shall apply custom to resolve civil cases when the involved parties do not reach agreements on and the law does not provide for such cases. The custom must not be contrary to basic rules of civil legislation specified in Article 3 of the Civil Code.

When petitioning Courts to resolve civil cases, involved parties may adduce customs to request the Courts to apply.

Courts shall verify the applicability of the customs, ensuring the compliance with provisions of Article 5 of the Civil Code.

If involved parties adduce different customs, the ones accepted at the places where the civil cases occur shall prevail.

2. The application of law provisions in the same matters shall be conducted as follows:

The Courts shall apply law provisions applicable to the same matters to resolve civil cases when the involved parties do not reach agreements on and the law does not provide for such cases as prescribed in Article 5 of the Civil Code and clause 1 of this Article.

When applying law provisions applicable to the same matter, the Court shall determine clearly the legal nature of the civil cases, determine clearly that in current legal system there is no legal provisions cover such relationship and determine legal provisions cover similar civil relationship.3. Basic rules of civil law provisions, precedents and the justice shall be applied as follows:

Courts shall apply basic rules of civil law provisions, precedents and the justice to settle civil cases when the application of law provisions applicable to the same matters as prescribed in Article 5 and clause 1 Article 6 of the Civil Code and clauses 1 and 2 of this Article is not available.

Basic rules of civil law provisions are specified in Article 3 of the Civil Code.

Precedents shall be studied and applied in the resolution of civil cases after being selected by the Council of Judges of the Supreme People‟s Court and announced by the Chief Justice of the Supreme People‟s Court.

The justice shall be determined on the basis of the reasons admitted by everyone, conformable with the principle of being humanitarian, unbiased and equal in rights and obligations of involved parties in such civil cases.

**Chapter IV**

**CIVIL PROCEEDING AUTHORITIES, CIVIL PROCEDURE -PRESIDING OFFICERS AND REPLACEMENT OF CIVIL PROCEDURE –PRESIDING OFFICERS**

**Article 46. Civil proceeding authorities, proceeding officers**

1. The civil proceeding authorities include:

a) The Court;

b) The Procuracy.

2. The civil proceeding officers include:

a) The Chief Justices, Judges, People"s Jurors, ombudspersons and Court clerks;

b) The Chairpersons of the Procuracies, the Procurators, the Inspectors.

**Article 47. Tasks and powers of the courts' Chief Justices**

1. The court's Chief Justice shall have the following tasks and powers:

a) To organize the resolution of civil cases falling under the jurisdiction of the Court; ensuring the principle that the Judge and the Juror carry out the adjudication separately and comply with law;

b) To decide on the assignment of Judges to accept the civil cases, Judges to resolve civil cases, People"s Jurors to participate in trial panels to hear civil lawsuits; and to decide on the assignment of ombudspersons, Court clerks to conduct procedures for civil cases, ensuring the principle prescribed in clause 2 Article 16 of this Code;

c) To decide on the replacement of Judges, People"s Jurors, Ombudspersons and/or Court clerks before the opening of Court sessions;

d) To decide on the replacement of expert-witnesses and/or interpreters before the opening of Court sessions;

dd) To issue decisions and conduct civil proceedings under the provisions of this Code;

e) To settle complaints and/or denunciations under the provisions of this Code;

g) To file appeals according to the cassation or reopening procedures against legally-effective Court judgments or decisions according to the provisions of this Code or request the competent Chief Justice to consider the appeal according to the cassation or reopening procedures against legally-effective Court judgments or decisions.

h) To request competent agencies to consider amending or repealing a legislative document if such document is discovered denoting against constitutions, laws, resolutions of National Assembly, ordinances, resolutions of the Standing committee of the National Assembly, superior legislative documents of regulatory agencies as prescribed in this Code;

i) To resolve the acts obstructing the civil procedures as prescribed in law;

k) To perform the tasks and powers prescribed in law.

2. When the Chief Justice is absent, a Deputy-Chief Justice shall be authorized by the Chief Justice to perform the Chief Justice's tasks and powers, excluding the right to file appeals prescribed in point g Clause 1 of this Article. The Deputy-Chief Justice shall be answerable to the Chief Justice for the authorized tasks and powers.

**Article 48. Tasks and powers of Judges**

As assigned by the Court"s Chief Justice, the Judges shall have the following tasks and powers:

1. To proceed the application for initiating lawsuits and the petitions and accept the civil cases according to regulations in this Code;

2. To file the dossier of civil cases;

3. To collect and verify the evidence, to hold Court sessions and meetings to resolve civil cases according to regulations in this Code;

4. To decide to apply, change or cancel the provisional emergency measures;

5. To decide to suspend or terminate the resolution of civil cases and decide to continue the resolution of the civil cases;

6. To provide explanation and guidance for involved parties so that they can exercise the right to apply for legal assistant according to law on legal assistance;

7. To hold meetings for checking the handover of, access to and disclosure of evidences and mediating and issue decisions on recognition of the agreements between involved parties according to provisions of this Code;

8. To decide to bring civil lawsuits to Court for trial, or bring civil matters for resolution;

9. To convene people to a trial or a meeting;

10. To work as the chairperson or to participate in adjudicating civil lawsuits and resolving civil matters;11. To request the Court″s Chief Justice to assign ombudspersons to assist the conduct of civil proceedings according to the provisions of this Code;

12. To discover and request the Court″s Chief Justice to request competent agencies to consider amending or repealing a legislative document discovered denoting against constitutions, laws, resolutions of National Assembly, ordinances, resolutions of the Standing committee of the National Assembly, superior legislative documents of regulatory agencies as prescribed in this Code;

13. To resolve the acts obstructing the civil procedures as prescribed in law;

14. To conduct other proceedings when resolving civil cases according to the provisions of this Code.

**Article 49. Tasks and powers of People's Jurors**

As authorized by the Court″s Chief Justice, the People″s Jurors shall have the following tasks and powers:

1. To study case files prior to the opening of Court sessions;

2. To request the Chief Justices and/or Judges to issue necessary decisions according to their respective competence;

3. To participate in the trial panel of civil lawsuits;

4. To conduct proceedings and take equal power to the Judge in voting on issues falling within the trial panels' jurisdiction.

**Article 50. Tasks and powers of ombudspersons**

As assigned by the Court″s Chief Justice, the inspectors shall have the following tasks and powers:

1. To conduct inspection of dossiers of civil cases subject to reconsideration in court″s judgments and decisions according to the cassation or reopening procedures.

2. To make conclusion about the inspection and the inspection results and propose solutions for the civil cases to the Court″s Chief Justice;

3. To collect materials and evidences relevant to the civil cases as prescribed in this Code;

4. To assist the Judge to conduct civil proceedings according to the provisions of this Code;

5. To conduct other tasks according to the provisions of this Code.

**Article 51. Tasks and powers of Court clerks**

As assigned by the Court"s Chief Justice, the Court clerks shall have the following tasks and powers:

1. To make necessary professional preparations prior to the opening of Court sessions;

2. To announce the rules of Court sessions;

3. To check and report to the trial panels the list of those summoned to Court sessions;

4. To write up a minute of the Court session, the meeting and the minute of statements of the involved parties in the civil procedures;

5. To conduct other tasks according to the provisions of this Code.

**Article 52. Cases where proceeding officers must refuse to conduct the procedures or be replaced**

The proceeding officers must refuse to conduct the procedures or be replaced in the following cases:

1. They are concurrently the involved parties, the representatives or relatives of the involved parties;

2. They have participated in the proceedings in the capacity as defense counsels of the legitimate rights and interests of involved parties, witnesses, expert-witnesses or interpreters in the same case;

3. There are clear grounds to believe that they may not be impartial in performing their tasks.

**Article 53. Replacing Judges or People's Jurors**

Judges and/or People"s Jurors must refuse to conduct the civil procedures or be replaced in the following cases:

1. In one of the cases prescribed in Article 52 of this Code;

2. They are in the same trial panel and have a close relationship with one another; in this case, only one person is allowed to participate in the civil procedures;

3. They participated in first-instance, appellate, cassation or reopening procedures in the resolution of such civil cases and have issued first-instance judgments, appellate judgments/decisions, cassation or reopening decisions, civil matter resolving decisions, decisions to terminate the resolution of civil cases or decisions to recognize the agreement between involved parties; if such persons are members of the Council of Judges of the Supreme People"s Court or Committees of Judges of Collegial People"s Courts, they shall be allowed to participate in the resolution of such cases according to cassation/reopening procedures;

4. They have acted as proceeding officers in such cases in the capacity as the ombudsperson, the Court clerk, the prosecutor or the inspector.

**Article 54. Replacement of Court clerks, ombudspersons**

2. In cases where the persons who have advanced the property valuation expenses are obliged to pay them, but the advanced amounts are not enough to cover the actual valuation expenses, such persons must pay the deficits. If the advanced sums exceed the actual valuation expenses, the surpluses shall be refunded to the persons who have advanced the money.

**Article 167. Expenses for witnesses**

1. Reasonable and actual expenses for witnesses shall be borne by the involved parties.

2. The persons who request the Courts to summon witnesses must bear the expenses for such witnesses, if the testimonies of the witnesses are true but not right for the demands of the person requesting to summon such witnesses. If the testimonies are true and right for the demands of the persons requesting to summon such witnesses, the expenses must be borne by the party making requests independent from the former's requests.

**Article 168. Expenses for interpreters and lawyers**

1. Expenses for interpreters mean sum of money payable to interpreters in the course of settling civil cases as agreed upon by the involved parties and the interpreters or stipulated by law.

2. Expenses for lawyers mean sums of money payable to lawyers as agreed upon by the involved parties and the lawyers within the prescribed scope of the law-practicing organization and according to law provisions.

3. Expenses for interpreters or lawyers shall be borne by the persons requesting such interpreters or lawyers, except otherwise agreed upon by the parties.

4. Where the Courts request interpreters, the expenses for the interpreters shall be paid by the courts.

**Article 169. Specific regulations on procedural expenses**

Pursuant to regulations in this Code, the Standing committee of the National Assembly of the Socialist Republic of Vietnam shall issue specific regulations on expense of overseas request for judicial assistance, costs of on-site inspection and appraisal, costs of expertise and price appraisal of properties; cost of payment for witnesses and interpreters; other procedural costs prescribed in other laws and the exemption and decrease of procedural costs during the case settlement.

**Chapter X**

**ISSUANCE, SENDING AND NOTIFICATION OF PROCEDURAL DOCUMENTS**

**Article 170. Obligation to issue, send or notify procedural documents**

The courts, the procuracies and the judgment-executing bodies shall issue, send or notify procedural documents to the involved parties, other participants in procedures and relevant agencies, organizations and individuals according to the provisions of this Code and relevant law provisions.

**Article 171. Procedural documents to be issued, sent or notified**

1. Announcements, written notices, summons, invitations in civil procedures.

2. Judgments and decisions of courts.

3. Appellate decisions of procuracies; documents of civil judgment-executing bodies.

4. Other procedural documents prescribed by law.

**Article 172. Persons effecting the issuance, sending or notification of procedural documents**

The issuance, sending or notification of procedural documents shall be carried out by the following persons:

1. Civil proceeding officers or people of the procedure document-promulgating agencies who are tasked to issue, send or notify procedural documents;

2. The commune-level People's Committees of the localities where the civil procedure participants reside or the agencies or organizations where the civil procedure participants work when so requested by courts;

3. The involved parties, their representatives or the defense counsels of the involved parties' legitimate rights and interests in the cases prescribed by this Code;

4. Postal service organization officers;

5. Persons with sending function;

6. Other persons defined by law.

**Article 173. Modes of issuing, sending or notifying procedural documents**

The issuance, sending or notification of procedural documents may be effected by the following modes:

1. Issuance, sending or notification effected directly or by post office or by the third persons who are authorized to effect the issuance, sending or notification;

2. Issuance, sending or notification effected by electronic means at the request of the involved parties or other participants in accordance with law regulations on electronic transaction;

3. Public posting;

4. Announcement on the mass media;

5. Issuance, sending or notification effected by other modes prescribed in Chapter XXXVIII of this Code.

**Article 174. Validity of the issuance, sending or notification of procedural documents**

1. The issuance, sending or notification of procedural documents, which is carried out in accordance with this Code, shall be considered valid.

2. The persons who are obliged to effect the issuance, sending or notification of procedural documents must comply with the provisions of this Code.

The persons who are obliged to execute procedural documents that are conformably issued, sent or notified must strictly executive such documents.

**Article 175. Procedures for issuance, sending or notification of procedural documents**

1. The persons effecting the issuance, sending or notification of procedural documents must directly hand the relevant procedural documents to the persons to whom such documents are issued, sent or notified. The latter must sign in the minutes or books recording the delivery and

receipt of procedural documents. The time for calculating the procedural time limit is the date when they are issued or sent with, or notified of, the procedural documents.

2. Procedural documents that are issued, sent or notified by post office must be registered mails that are certified by the receivers.

Certified documents must be returned to the Courts.

Time limit for conducting civil procedures shall be calculated from the day on which the receivers certify that they have received the procedural documents from the post office.

**Article 176. Procedures for issuance, sending or notification of procedural documents by electronic means**

The issuance, sending and notification of procedural documents by electronic means shall be conformable to law on electronic transaction.

The Supreme People"s Court shall provide guidance on the implementation of this Article.

**Article 177. Procedures for direct issuance, sending or notification to individuals**

1. Procedural documents that are issued, sent or notified to addresses that the involved parties provided for the Courts in modes requested by the involved parties or to the addresses agreed and requested by the involved parties.

2. If the persons to whom procedural documents are issued, sent or notified are individuals, the procedural documents must be delivered directly to them. Involved parties must sign the minutes of receipt as prescribed in clause 1 Article 175 of this Code.

3. If the persons to whom the procedural documents are issued, sent or notified have moved to new residences and have notified the Courts of the change of residences, such procedural documents must be sent to their new residences. Involved parties must append signatures or fingerprints on the minutes of receipt as prescribed in clause 1 Article 175 of this Code. If such involved parties failed to notify the Courts of the change of residences and the new addresses, the Courts shall comply with provisions of Articles 179 and 180 of this Code.

4. Where the persons to whom the procedural documents are issued, sent or notified refuse to receive such documents, the issuers, senders or notifiers must make records thereon clearly stating reasons therefor, with certification by population group leaders or police offices of communes of their refusal. The records must be recorded in the case files.

5. If the persons to whom the procedural documents are issued/sent/notified are absent from the residences, the issuers/senders/notifiers must make records and deliver the documents to their relatives who have fully civil capacity living with them or to their population group leaders, then ask such relatives or population group leaders to append signatures or fingerprints on the minutes of receipt and to undertake to directly deliver the documents to the to be-issued/sent/notified persons. The records must be recorded in the case files.

If the persons to whom the procedural documents are issued/sent/notified are absent from the residences and the time they return is indefinite or their new residences are unknown, the issuers/senders/notifiers must make a records therein with certification of the population group leaders or Police offices of communes; simultaneously, conduct the public posting procedures of the to be-sent documents according to regulations in Article 179 of this Code. The records must be recorded in the case files.

**Article 178. Procedures for direct issuance, sending or notification to agencies, organizations**

1. Where the persons to whom the procedural documents are issued, sent or notified are agencies or organizations, the procedural documents must be delivered directly to their representatives at law or persons responsible for the receipt thereof, who must sign the receipts. Where the agencies or organizations to which the documents are issued, sent or notified have their representatives to participate in the civil procedure or to receive the procedural documents, such persons shall sign for the receipt thereof. The date of signing for receipt shall be regarded as the date of issuance, sending or notification.

2. If the persons to whom the procedural documents are issued, sent or notified refuse to receive such documents or are absent, provisions in clauses 4 and 5 Article 177 of this Code shall be complied with.

**Article 179. Procedures for public posting**

1. The public posting of procedural documents shall be carried out the procedural documents cannot be issued/sent/notified as prescribed in Articles 177 and 178 of this Code.

2. The public posting of procedural documents shall be conducted by Courts directly, or by persons with sending function or commune-level People's Committees of the localities where the involved parties reside or where the agencies/organizations are headquartered that are authorized by the Courts according to the following procedures:

a) Posting the originals of the procedural documents at the offices of the Courts or the commune-level People's Committees of the localities where the persons to whom the documents are issued, sent or notified reside or reside last, or where the agencies/organizations to which the documents are issued, sent or notified are headquartered or headquartered last;

b) Posting the copies thereof at the places of residence or last residence of such persons to whom the documents are issued, sent or notified; or at the headquarters or last headquarters of the agencies/organizations to which the documents are issued/sent or notified;

c) Making records on the public-posting procedures, clearly stating the date of posting.

3. The duration for public posting of procedural documents is 15 days as from the date of posting.

**Article 180. Procedures for announcement on the mass media**

1. The announcement on the mass media shall be effected only when it is so provided for by law or when there are grounds to believe that the public posting does not guarantee that the persons to whom the procedural documents are issued, sent or notified get the information on such documents.

2. The announcement on the mass media can be effected if so requested by the other involved parties. In this case, the fees for announcement on the mass media shall be borne by the announcement requesters.

3. Announcement on the mass media shall be published on e-portals of the Courts, on one of central dailies for three consecutive issues, and broadcasted on the central radio or television channels three times for 03 consecutive days.

**Article 181. Notification of results of issuance, sending or notification of procedural documents**

Where the persons that issue, send or notify the procedural documents are neither Courts nor procedural document-issuing agencies, nor their officials, such persons must immediately notify the results of issuance, sending or notification of procedural documents to the Courts or the agencies issuing such procedural documents.

**Chapter XI**

## PROCEDURAL TIME LIMITS

**Article 182. Procedural time limits**

1. The procedural time limit is a period of time which is determined from this point of time to another point of time for the procedure-conducting persons, procedure participants or relevant agencies, organizations and individuals to perform procedural acts prescribed by this Code.

2. The procedural time limit can be determined in hour, day, week, month, year or an event which may occur.

**Article 183. Application of the Civil Code's regulations on time limits**

The method of calculating the procedural time limits, the regulations on procedural time limits, the starting time and the ending time of the procedural time limits in this Code shall comply with the corresponding provisions of the Civil Code.

**Article 184. The statute of limitations for lawsuits, the statute of limitations for requests for civil matter resolution**

1. The statute of limitations for lawsuits, the statute of limitations for requests for civil matter resolution shall conform to provisions of the Civil Code.

2. The Courts shall apply the regulations on statute of limitations according to the requests for application of statute of limitations of one or multiple sides, provided that such requests are made before the first-instance Courts issue the judgments/decisions on such matters/cases.

The persons to get benefits from the application of statute of limitations may refuse to apply the statute of limitations, unless such refusal is to avoid their performance of obligations.

**Article 185. Application of the Civil Code's regulations on statute of limitations**

The Civil Code's regulations on statute of limitations shall apply in civil procedures.

**PART TWO**

## PROCEDURES FOR SETTLING CASES AT FIRST-INSTANCE COURTS

**Chapter XII**

## INSTITUTION AND ACCEPTANCE OF CASES

**Article 186. Right to institute cases**

Agencies, organizations and individuals are entitled to institute cases by themselves or through their lawful representatives (hereinafter referred to as the litigators) at competent Courts to request the protection of their legitimate rights and interests.

# EXHIBIT 2



# Account Info for Tran Huong

## User Info

| | |
|---|---|
| First Name: | Huong |
| Middle Name: | |
| Last Name: | Tran |
| SSN: | |
| TIN: | |
| DOB: | ██████ |
| Credit Card Statement Name: | VASERVICES2 |
| Email: | vaservices2018@gmail.com, tranthhuong37lekhoi@gmail.com |

## Business Info

| | |
|---|---|
| Name: | |
| URL: | |
| Customer Service Phone: | |

## Account Info

| | |
|---|---|
| Account Status: | Limited - High |
| Account #: | ██████ 8797 |
| Account Type: | Premier - Vietnamese Verified by Card (Vietnam) |
| Time Created: | Apr 16, 2018 21:58:38 GMT+07:00 |

## Financials

| | |
|---|---|
| Account Balance: | $0.35 USD |
| Total Amount Sent (USD Equiv): | $0.00 USD |
| Total Amount Received: | $69,740.90 USD |
| Amount Received: (A month is determined by user's signup date, NOT by a calendar month) | Current Month: $64,939.20 USD  Last 3 Months: $0.00 USD  $0.00 USD  $0.00 USD |
| Pending Balance To Be Released: | |
| Minimum Reserve Balance: | $0.00 USD* (0 % - $0.00 USD) [Details] |
| Rolling Reserve Balance: | $0.00 USD* (0 % - 0 days) [Details] |
| Release Amount: | $0.00 USD* (0 % - 0 days) [Details] |

## E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| vaservices2018@gmail.com | ✔ | ✔ | ✔ |
| tranthhuong37lekhoi@gmail.com | | ✔ | ✔ |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|
| | | | |

## Phone numbers

| Phone Number | Type | Confirmation Status |
|---|---|---|
| +84 0944364910 | Home | Unconfirmed |
| +84 0084868747499 | Work | Unconfirmed |

## Addresses

| Date Entered | Address | Use |
|---|---|---|
| 9/14/2018 | Huong Tran  2 Ngo 71 Le Khoi  Quang Trung  Vinh  NGHỆ AN  460000  Vietnam | |
| 9/18/2018 | Huong Tran  2 Ngõ 71 - Lê Khôi - Quang Trung  Vinh  NGHỆ AN  460000  Vietnam | (Home)  (CC 3813 Confirmed) |
| 11/23/2018 | Tran Hung  02 - Ngo 71- Le Khoi - Quang Trung - Nghe An  Vinh  N/A  460000  Vietnam | (Gift Address)  (Hidden) |

## IP Summary

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 14.189.105.149 | 1 | Aug 12, 2019 09:02:38 GMT+07:00 | Aug 12, 2019 09:02:38 GMT+07:00 |
| 14.181.122.186 | 1 | Feb 13, 2019 08:15:57 GMT+07:00 | Feb 13, 2019 08:15:57 GMT+07:00 |
| 113.179.154.70 | 1 | Jan 24, 2019 11:17:39 GMT+07:00 | Jan 24, 2019 11:17:39 GMT+07:00 |
| 171.242.83.243 | 1 | Jan 14, 2019 20:41:52 GMT+07:00 | Jan 14, 2019 20:41:52 GMT+07:00 |
| 14.228.81.152 | 1 | Jan 9, 2019 07:16:39 GMT+07:00 | Jan 9, 2019 07:16:39 GMT+07:00 |
| 14.228.18.241 | 1 | Jan 4, 2019 14:56:05 GMT+07:00 | Jan 4, 2019 14:56:05 GMT+07:00 |
| 27.73.250.145 | 1 | Jan 4, 2019 09:34:40 GMT+07:00 | Jan 4, 2019 09:34:40 GMT+07:00 |
| 116.97.56.65 | 1 | Dec 21, 2018 19:50:27 GMT+07:00 | Dec 21, 2018 19:50:27 GMT+07:00 |
| 14.181.254.255 | 1 | Dec 19, 2018 11:15:46 GMT+07:00 | Dec 19, 2018 11:15:46 GMT+07:00 |
| 171.237.137.134 | 1 | Dec 15, 2018 20:56:59 GMT+07:00 | Dec 15, 2018 20:56:59 GMT+07:00 |
| 14.189.83.127 | 1 | Dec 15, 2018 07:49:08 GMT+07:00 | Dec 15, 2018 07:49:08 GMT+07:00 |
| 14.182.201.46 | 1 | Dec 14, 2018 09:05:19 GMT+07:00 | Dec 14, 2018 09:05:19 GMT+07:00 |
| 14.163.110.27 | 1 | Dec 13, 2018 16:49:09 GMT+07:00 | Dec 13, 2018 16:49:09 GMT+07:00 |
| 14.167.151.16 | 1 | Dec 13, 2018 14:17:34 GMT+07:00 | Dec 13, 2018 14:17:34 GMT+07:00 |
| 113.181.50.30 | 4 | Dec 13, 2018 07:20:26 GMT+07:00 | Dec 13, 2018 11:06:24 GMT+07:00 |
| 14.189.84.194 | 4 | Dec 12, 2018 07:25:53 GMT+07:00 | Dec 12, 2018 16:47:35 GMT+07:00 |
| 171.238.191.84 | 1 | Dec 11, 2018 20:34:24 GMT+07:00 | Dec 11, 2018 20:34:24 GMT+07:00 |
| 14.235.42.48 | 2 | Dec 11, 2018 07:22:56 GMT+07:00 | Dec 11, 2018 14:33:30 GMT+07:00 |
| 14.181.255.40 | 2 | Dec 10, 2018 07:36:07 GMT+07:00 | Dec 10, 2018 14:19:24 GMT+07:00 |
| 171.242.69.243 | 1 | Dec 9, 2018 14:07:35 GMT+07:00 | Dec 9, 2018 14:07:35 GMT+07:00 |
| 27.76.194.199 | 5 | Dec 8, 2018 14:42:53 GMT+07:00 | Dec 9, 2018 07:42:51 GMT+07:00 |
| 14.170.127.5 | 1 | Dec 8, 2018 07:34:38 GMT+07:00 | Dec 8, 2018 07:34:38 GMT+07:00 |
| 14.175.107.169 | 3 | Dec 7, 2018 07:31:00 GMT+07:00 | Dec 7, 2018 16:44:47 GMT+07:00 |
| 113.181.101.29 | 3 | Dec 6, 2018 07:16:12 GMT+07:00 | Dec 6, 2018 15:41:15 GMT+07:00 |
| 117.0.30.234 | 5 | Dec 5, 2018 18:22:35 GMT+07:00 | Dec 5, 2018 21:52:34 GMT+07:00 |
| 14.181.255.249 | 7 | Dec 5, 2018 07:09:54 GMT+07:00 | Dec 5, 2018 15:51:47 GMT+07:00 |
| 27.66.125.81 | 1 | Dec 4, 2018 20:49:45 GMT+07:00 | Dec 4, 2018 20:49:45 GMT+07:00 |
| 113.179.4.118 | 5 | Dec 4, 2018 07:09:42 GMT+07:00 | Dec 4, 2018 14:47:57 GMT+07:00 |
| 171.224.242.92 | 1 | Dec 3, 2018 21:54:32 GMT+07:00 | Dec 3, 2018 21:54:32 GMT+07:00 |
| 14.229.228.123 | 5 | Dec 3, 2018 07:22:29 GMT+07:00 | Dec 3, 2018 15:40:31 GMT+07:00 |
| 116.97.60.65 | 5 | Dec 2, 2018 11:38:00 GMT+07:00 | Dec 2, 2018 21:28:25 GMT+07:00 |
| 59.153.252.88 | 1 | Dec 2, 2018 09:11:59 GMT+07:00 | Dec 2, 2018 09:11:59 GMT+07:00 |
| 171.252.196.248 | 1 | Dec 2, 2018 07:26:35 GMT+07:00 | Dec 2, 2018 07:26:35 GMT+07:00 |
| 117.5.255.103 | 2 | Dec 1, 2018 13:24:27 GMT+07:00 | Dec 1, 2018 14:58:44 GMT+07:00 |
| 14.182.240.218 | 1 | Dec 1, 2018 07:52:16 GMT+07:00 | Dec 1, 2018 07:52:16 GMT+07:00 |
| 171.242.120.34 | 2 | Nov 30, 2018 19:55:38 GMT+07:00 | Nov 30, 2018 20:56:38 GMT+07:00 |
| 113.179.254.62 | 9 | Nov 29, 2018 07:19:47 GMT+07:00 | Nov 30, 2018 15:53:34 GMT+07:00 |
| 171.242.36.110 | 2 | Nov 29, 2018 19:58:33 GMT+07:00 | Nov 29, 2018 20:47:00 GMT+07:00 |
| 116.104.37.13 | 2 | Nov 28, 2018 20:55:32 GMT+07:00 | Nov 28, 2018 21:11:38 GMT+07:00 |
| 14.228.80.109 | 6 | Nov 28, 2018 07:25:44 GMT+07:00 | Nov 28, 2018 15:40:33 GMT+07:00 |
| 171.253.59.233 | 5 | Nov 27, 2018 17:57:50 GMT+07:00 | Nov 27, 2018 21:34:00 GMT+07:00 |
| 14.235.126.201 | 4 | Nov 27, 2018 07:17:54 GMT+07:00 | Nov 27, 2018 16:10:43 GMT+07:00 |
| 171.237.159.231 | 2 | Nov 26, 2018 19:53:02 GMT+07:00 | Nov 26, 2018 21:13:30 GMT+07:00 |
| 14.228.18.229 | 7 | Nov 26, 2018 07:37:38 GMT+07:00 | Nov 26, 2018 16:59:38 GMT+07:00 |
| 171.242.113.95 | 2 | Nov 25, 2018 16:13:16 GMT+07:00 | Nov 25, 2018 16:37:25 GMT+07:00 |
| 27.76.87.17 | 3 | Nov 24, 2018 14:38:02 GMT+07:00 | Nov 25, 2018 07:47:34 GMT+07:00 |
| 14.239.158.39 | 3 | Nov 24, 2018 10:54:31 GMT+07:00 | Nov 24, 2018 10:59:34 GMT+07:00 |
| 59.153.253.11 | 1 | Nov 24, 2018 07:16:44 GMT+07:00 | Nov 24, 2018 07:16:44 GMT+07:00 |
| 116.104.88.210 | 1 | Nov 23, 2018 19:18:01 GMT+07:00 | Nov 23, 2018 19:18:01 GMT+07:00 |
| 14.182.26.108 | 3 | Nov 23, 2018 08:12:46 GMT+07:00 | Nov 23, 2018 14:42:51 GMT+07:00 |
| 116.104.116.74 | 1 | Nov 22, 2018 20:38:14 GMT+07:00 | Nov 22, 2018 20:38:14 GMT+07:00 |
| 123.17.103.154 | 3 | Nov 22, 2018 07:23:00 GMT+07:00 | Nov 22, 2018 14:02:37 GMT+07:00 |

| IP | Count | Start | End |
|---|---|---|---|
| 27.76.83.248 | 1 | Nov 21, 2018 19:48:43 GMT+07:00 | Nov 21, 2018 19:48:43 GMT+07:00 |
| 113.181.48.229 | 4 | Nov 21, 2018 07:13:15 GMT+07:00 | Nov 21, 2018 16:32:14 GMT+07:00 |
| 123.17.81.73 | 6 | Nov 20, 2018 07:50:59 GMT+07:00 | Nov 20, 2018 16:21:59 GMT+07:00 |
| 116.104.125.83 | 1 | Nov 19, 2018 21:05:05 GMT+07:00 | Nov 19, 2018 21:05:05 GMT+07:00 |
| 123.17.81.144 | 3 | Nov 19, 2018 07:12:03 GMT+07:00 | Nov 19, 2018 14:58:43 GMT+07:00 |
| 117.5.243.151 | 4 | Nov 18, 2018 10:04:38 GMT+07:00 | Nov 18, 2018 21:55:32 GMT+07:00 |
| 171.253.56.79 | 5 | Nov 17, 2018 16:12:53 GMT+07:00 | Nov 18, 2018 07:58:47 GMT+07:00 |
| 14.181.86.202 | 2 | Nov 17, 2018 07:13:04 GMT+07:00 | Nov 17, 2018 11:25:28 GMT+07:00 |
| 59.153.234.191 | 2 | Oct 23, 2018 22:15:49 GMT+07:00 | Nov 17, 2018 09:30:14 GMT+07:00 |
| 123.17.81.237 | 3 | Nov 16, 2018 07:24:59 GMT+07:00 | Nov 16, 2018 16:37:15 GMT+07:00 |
| 14.189.84.243 | 1 | Nov 16, 2018 09:35:13 GMT+07:00 | Nov 16, 2018 09:35:13 GMT+07:00 |
| 27.76.208.140 | 1 | Nov 15, 2018 18:50:51 GMT+07:00 | Nov 15, 2018 18:50:51 GMT+07:00 |
| 113.181.100.112 | 5 | Nov 15, 2018 07:19:33 GMT+07:00 | Nov 15, 2018 14:58:50 GMT+07:00 |
| 171.237.73.106 | 1 | Nov 14, 2018 20:58:47 GMT+07:00 | Nov 14, 2018 20:58:47 GMT+07:00 |
| 123.17.180.69 | 6 | Nov 14, 2018 07:23:21 GMT+07:00 | Nov 14, 2018 16:46:17 GMT+07:00 |
| 14.228.18.208 | 8 | Nov 12, 2018 07:15:16 GMT+07:00 | Nov 13, 2018 16:21:56 GMT+07:00 |
| 116.97.28.238 | 3 | Nov 11, 2018 11:04:39 GMT+07:00 | Nov 11, 2018 18:11:52 GMT+07:00 |
| 171.237.136.66 | 2 | Nov 10, 2018 22:33:19 GMT+07:00 | Nov 11, 2018 07:34:23 GMT+07:00 |
| 14.247.37.63 | 2 | Nov 10, 2018 07:13:26 GMT+07:00 | Nov 10, 2018 11:08:48 GMT+07:00 |
| 123.25.91.20 | 3 | Nov 9, 2018 08:36:30 GMT+07:00 | Nov 9, 2018 14:28:04 GMT+07:00 |
| 116.104.36.10 | 1 | Nov 8, 2018 20:10:47 GMT+07:00 | Nov 8, 2018 20:10:47 GMT+07:00 |
| 123.17.183.121 | 6 | Nov 8, 2018 07:19:04 GMT+07:00 | Nov 8, 2018 14:36:37 GMT+07:00 |
| 14.228.81.143 | 5 | Nov 7, 2018 07:20:36 GMT+07:00 | Nov 7, 2018 16:46:57 GMT+07:00 |
| 14.188.135.113 | 3 | Nov 6, 2018 07:10:19 GMT+07:00 | Nov 6, 2018 14:05:39 GMT+07:00 |
| 171.237.136.3 | 2 | Nov 5, 2018 19:54:17 GMT+07:00 | Nov 5, 2018 21:21:26 GMT+07:00 |
| 14.235.127.117 | 5 | Nov 5, 2018 07:15:46 GMT+07:00 | Nov 5, 2018 15:02:54 GMT+07:00 |
| 116.111.97.106 | 2 | Nov 4, 2018 15:41:40 GMT+07:00 | Nov 4, 2018 17:33:22 GMT+07:00 |
| 117.5.244.181 | 2 | Nov 3, 2018 16:25:16 GMT+07:00 | Nov 4, 2018 08:01:12 GMT+07:00 |
| 113.179.4.45 | 2 | Nov 3, 2018 07:17:50 GMT+07:00 | Nov 3, 2018 08:27:46 GMT+07:00 |
| 123.17.180.197 | 9 | Nov 1, 2018 07:07:07 GMT+07:00 | Nov 2, 2018 14:15:56 GMT+07:00 |
| 171.242.120.173 | 1 | Nov 1, 2018 21:42:13 GMT+07:00 | Nov 1, 2018 21:42:13 GMT+07:00 |
| 117.5.241.225 | 4 | Oct 31, 2018 19:52:15 GMT+07:00 | Oct 31, 2018 19:53:09 GMT+07:00 |
| 113.163.30.223 | 12 | Oct 29, 2018 07:08:59 GMT+07:00 | Oct 31, 2018 17:11:43 GMT+07:00 |
| 116.107.17.188 | 1 | Oct 29, 2018 20:17:15 GMT+07:00 | Oct 29, 2018 20:17:15 GMT+07:00 |
| 171.242.69.52 | 1 | Oct 28, 2018 11:09:14 GMT+07:00 | Oct 28, 2018 11:09:14 GMT+07:00 |
| 27.76.93.186 | 2 | Oct 27, 2018 21:57:55 GMT+07:00 | Oct 28, 2018 07:30:51 GMT+07:00 |
| 113.186.250.72 | 2 | Oct 27, 2018 07:18:55 GMT+07:00 | Oct 27, 2018 11:22:50 GMT+07:00 |
| 27.76.197.68 | 1 | Oct 26, 2018 21:24:56 GMT+07:00 | Oct 26, 2018 21:24:56 GMT+07:00 |
| 14.239.33.212 | 4 | Oct 26, 2018 07:06:43 GMT+07:00 | Oct 26, 2018 16:13:53 GMT+07:00 |
| 171.224.244.107 | 2 | Oct 25, 2018 20:02:47 GMT+07:00 | Oct 25, 2018 21:34:41 GMT+07:00 |
| 123.17.81.223 | 3 | Oct 25, 2018 07:47:12 GMT+07:00 | Oct 25, 2018 14:17:40 GMT+07:00 |
| 171.224.246.214 | 1 | Oct 24, 2018 18:24:56 GMT+07:00 | Oct 24, 2018 18:24:56 GMT+07:00 |
| 123.17.178.161 | 3 | Oct 24, 2018 07:07:00 GMT+07:00 | Oct 24, 2018 15:06:15 GMT+07:00 |
| 171.242.114.90 | 1 | Oct 23, 2018 18:43:53 GMT+07:00 | Oct 23, 2018 18:43:53 GMT+07:00 |
| 113.183.13.236 | 6 | Oct 22, 2018 07:19:45 GMT+07:00 | Oct 23, 2018 16:27:58 GMT+07:00 |
| 171.237.238.255 | 2 | Oct 22, 2018 19:14:18 GMT+07:00 | Oct 22, 2018 20:58:17 GMT+07:00 |
| 59.153.241.76 | 1 | Oct 21, 2018 19:48:06 GMT+07:00 | Oct 21, 2018 19:48:06 GMT+07:00 |
| 59.153.240.38 | 1 | Oct 21, 2018 18:17:11 GMT+07:00 | Oct 21, 2018 18:17:11 GMT+07:00 |
| 59.153.233.219 | 1 | Oct 21, 2018 08:24:02 GMT+07:00 | Oct 21, 2018 08:24:02 GMT+07:00 |
| 123.17.103.213 | 2 | Oct 20, 2018 07:35:28 GMT+07:00 | Oct 20, 2018 08:30:29 GMT+07:00 |
| 113.179.5.233 | 1 | Oct 19, 2018 16:58:03 GMT+07:00 | Oct 19, 2018 16:58:03 GMT+07:00 |
| 123.17.102.66 | 3 | Oct 19, 2018 08:39:06 GMT+07:00 | Oct 19, 2018 14:37:29 GMT+07:00 |

| | | | |
|---|---|---|---|
| 71.122.181.196 | 3 | Oct 19, 2018 03:37:04 GMT+07:00 | Oct 19, 2018 03:37:25 GMT+07:00 |
| 27.76.198.220 | 1 | Oct 18, 2018 21:33:25 GMT+07:00 | Oct 18, 2018 21:33:25 GMT+07:00 |
| 14.167.151.104 | 6 | Oct 18, 2018 07:12:27 GMT+07:00 | Oct 18, 2018 17:03:52 GMT+07:00 |
| 14.167.162.142 | 4 | Oct 17, 2018 13:27:32 GMT+07:00 | Oct 17, 2018 16:56:34 GMT+07:00 |
| 14.181.122.28 | 2 | Oct 16, 2018 16:34:58 GMT+07:00 | Oct 17, 2018 07:15:03 GMT+07:00 |
| 14.239.32.140 | 1 | Oct 16, 2018 08:13:48 GMT+07:00 | Oct 16, 2018 08:13:48 GMT+07:00 |
| 27.76.198.58 | 1 | Oct 15, 2018 20:44:35 GMT+07:00 | Oct 15, 2018 20:44:35 GMT+07:00 |
| 14.239.34.159 | 2 | Oct 15, 2018 08:32:40 GMT+07:00 | Oct 15, 2018 15:09:55 GMT+07:00 |
| 27.76.95.120 | 1 | Oct 14, 2018 08:56:31 GMT+07:00 | Oct 14, 2018 08:56:31 GMT+07:00 |
| 59.153.233.182 | 1 | Oct 13, 2018 17:26:33 GMT+07:00 | Oct 13, 2018 17:26:33 GMT+07:00 |
| 113.186.174.82 | 2 | Oct 13, 2018 07:23:28 GMT+07:00 | Oct 13, 2018 07:48:48 GMT+07:00 |
| 123.17.179.212 | 2 | Oct 12, 2018 07:20:48 GMT+07:00 | Oct 12, 2018 14:59:09 GMT+07:00 |
| 27.76.87.111 | 1 | Oct 11, 2018 21:02:17 GMT+07:00 | Oct 11, 2018 21:02:17 GMT+07:00 |
| 14.239.150.129 | 2 | Oct 11, 2018 07:20:02 GMT+07:00 | Oct 11, 2018 16:28:40 GMT+07:00 |
| 113.179.5.121 | 4 | Oct 10, 2018 07:09:33 GMT+07:00 | Oct 10, 2018 14:11:06 GMT+07:00 |
| 123.17.80.76 | 1 | Oct 9, 2018 07:19:19 GMT+07:00 | Oct 9, 2018 07:19:19 GMT+07:00 |
| 171.242.99.122 | 4 | Oct 8, 2018 13:40:18 GMT+07:00 | Oct 8, 2018 20:57:25 GMT+07:00 |
| 123.17.80.161 | 1 | Oct 4, 2018 06:59:43 GMT+07:00 | Oct 4, 2018 06:59:43 GMT+07:00 |
| 14.228.82.24 | 4 | Oct 3, 2018 10:57:08 GMT+07:00 | Oct 3, 2018 15:33:05 GMT+07:00 |
| 116.104.38.220 | 1 | Oct 3, 2018 12:05:43 GMT+07:00 | Oct 3, 2018 12:05:43 GMT+07:00 |
| 113.181.175.16 | 1 | Oct 3, 2018 07:30:41 GMT+07:00 | Oct 3, 2018 07:30:41 GMT+07:00 |
| 171.234.188.46 | 1 | Oct 2, 2018 22:30:52 GMT+07:00 | Oct 2, 2018 22:30:52 GMT+07:00 |
| 123.17.180.156 | 1 | Oct 2, 2018 07:41:38 GMT+07:00 | Oct 2, 2018 07:41:38 GMT+07:00 |
| 14.167.160.170 | 1 | Oct 1, 2018 07:23:27 GMT+07:00 | Oct 1, 2018 07:23:27 GMT+07:00 |
| 27.76.209.9 | 4 | Sep 30, 2018 14:36:52 GMT+07:00 | Sep 30, 2018 20:16:17 GMT+07:00 |
| 27.76.213.94 | 3 | Sep 29, 2018 15:17:18 GMT+07:00 | Sep 30, 2018 06:47:58 GMT+07:00 |
| 113.181.103.179 | 1 | Sep 29, 2018 09:47:23 GMT+07:00 | Sep 29, 2018 09:47:23 GMT+07:00 |
| 171.234.186.230 | 1 | Sep 28, 2018 19:49:58 GMT+07:00 | Sep 28, 2018 19:49:58 GMT+07:00 |
| 14.235.43.1 | 9 | Sep 27, 2018 07:05:03 GMT+07:00 | Sep 28, 2018 11:24:37 GMT+07:00 |
| 116.107.18.48 | 2 | Sep 27, 2018 18:58:10 GMT+07:00 | Sep 27, 2018 21:58:23 GMT+07:00 |
| 123.17.81.32 | 9 | Sep 24, 2018 07:12:31 GMT+07:00 | Sep 26, 2018 13:37:20 GMT+07:00 |
| 116.97.56.171 | 1 | Sep 23, 2018 09:31:56 GMT+07:00 | Sep 23, 2018 09:31:56 GMT+07:00 |
| 14.239.32.233 | 1 | Sep 22, 2018 07:20:00 GMT+07:00 | Sep 22, 2018 07:20:00 GMT+07:00 |
| 117.1.144.91 | 1 | Sep 21, 2018 21:15:05 GMT+07:00 | Sep 21, 2018 21:15:05 GMT+07:00 |
| 113.181.103.17 | 3 | Sep 21, 2018 07:13:56 GMT+07:00 | Sep 21, 2018 14:38:39 GMT+07:00 |
| 171.242.38.124 | 1 | Sep 20, 2018 18:46:58 GMT+07:00 | Sep 20, 2018 18:46:58 GMT+07:00 |
| 14.228.19.61 | 5 | Sep 20, 2018 07:13:37 GMT+07:00 | Sep 20, 2018 16:50:52 GMT+07:00 |
| 14.163.111.251 | 4 | Sep 19, 2018 13:35:18 GMT+07:00 | Sep 19, 2018 17:05:15 GMT+07:00 |
| 113.181.100.212 | 9 | Sep 17, 2018 07:14:37 GMT+07:00 | Sep 19, 2018 11:18:29 GMT+07:00 |
| 116.104.121.82 | 2 | Sep 16, 2018 16:24:39 GMT+07:00 | Sep 16, 2018 17:42:01 GMT+07:00 |
| 116.104.94.96 | 2 | Sep 15, 2018 19:02:07 GMT+07:00 | Sep 16, 2018 07:53:51 GMT+07:00 |
| 116.104.118.204 | 1 | Sep 15, 2018 13:41:46 GMT+07:00 | Sep 15, 2018 13:41:46 GMT+07:00 |
| 14.190.37.8 | 4 | Sep 15, 2018 07:10:46 GMT+07:00 | Sep 15, 2018 10:54:24 GMT+07:00 |
| 171.242.105.21 | 1 | Sep 14, 2018 19:34:46 GMT+07:00 | Sep 14, 2018 19:34:46 GMT+07:00 |
| 113.179.92.36 | 11 | Sep 10, 2018 07:14:46 GMT+07:00 | Sep 14, 2018 13:30:17 GMT+07:00 |
| 171.252.192.170 | 1 | Sep 13, 2018 19:20:18 GMT+07:00 | Sep 13, 2018 19:20:18 GMT+07:00 |
| 27.76.198.78 | 4 | Sep 9, 2018 13:54:07 GMT+07:00 | Sep 9, 2018 21:59:49 GMT+07:00 |
| 171.242.81.7 | 3 | Sep 8, 2018 15:13:43 GMT+07:00 | Sep 9, 2018 07:39:12 GMT+07:00 |
| 14.235.226.11 | 2 | Sep 8, 2018 07:11:31 GMT+07:00 | Sep 8, 2018 09:32:38 GMT+07:00 |
| 171.234.132.85 | 2 | Sep 7, 2018 18:44:37 GMT+07:00 | Sep 7, 2018 19:49:51 GMT+07:00 |
| 113.183.12.53 | 2 | Sep 7, 2018 07:09:47 GMT+07:00 | Sep 7, 2018 13:31:54 GMT+07:00 |
| 14.170.19.86 | 1 | Sep 6, 2018 07:56:55 GMT+07:00 | Sep 6, 2018 07:56:55 GMT+07:00 |

| IP | Count | First | Last |
|---|---|---|---|
| 14.239.151.116 | 5 | Sep 5, 2018 07:22:24 GMT+07:00 | Sep 5, 2018 15:38:19 GMT+07:00 |
| 14.176.231.211 | 4 | Sep 3, 2018 12:26:18 GMT+07:00 | Sep 3, 2018 21:22:46 GMT+07:00 |
| 116.111.187.148 | 1 | Sep 2, 2018 11:04:58 GMT+07:00 | Sep 2, 2018 11:04:58 GMT+07:00 |
| 171.242.118.129 | 4 | Aug 31, 2018 20:03:17 GMT+07:00 | Sep 1, 2018 06:38:33 GMT+07:00 |
| 113.181.174.91 | 6 | Aug 30, 2018 08:47:51 GMT+07:00 | Aug 31, 2018 16:19:51 GMT+07:00 |
| 116.104.121.228 | 1 | Aug 30, 2018 18:54:25 GMT+07:00 | Aug 30, 2018 18:54:25 GMT+07:00 |
| 116.104.89.208 | 1 | Aug 29, 2018 20:01:56 GMT+07:00 | Aug 29, 2018 20:01:56 GMT+07:00 |
| 14.235.43.65 | 3 | Aug 29, 2018 10:31:21 GMT+07:00 | Aug 29, 2018 13:32:34 GMT+07:00 |
| 116.97.30.141 | 2 | Aug 28, 2018 20:02:58 GMT+07:00 | Aug 28, 2018 21:05:28 GMT+07:00 |
| 59.153.241.25 | 1 | Aug 28, 2018 16:06:10 GMT+07:00 | Aug 28, 2018 16:06:10 GMT+07:00 |
| 113.163.30.165 | 4 | Aug 27, 2018 07:13:26 GMT+07:00 | Aug 28, 2018 07:43:36 GMT+07:00 |
| 171.242.101.34 | 1 | Aug 27, 2018 21:39:11 GMT+07:00 | Aug 27, 2018 21:39:11 GMT+07:00 |
| 171.237.159.3 | 3 | Aug 26, 2018 14:50:40 GMT+07:00 | Aug 26, 2018 21:31:51 GMT+07:00 |
| 171.252.192.130 | 6 | Aug 25, 2018 14:28:37 GMT+07:00 | Aug 26, 2018 08:05:22 GMT+07:00 |
| 171.234.181.183 | 1 | Aug 25, 2018 06:35:33 GMT+07:00 | Aug 25, 2018 06:35:33 GMT+07:00 |
| 14.239.32.3 | 5 | Aug 23, 2018 07:16:43 GMT+07:00 | Aug 24, 2018 16:46:09 GMT+07:00 |
| 171.238.191.66 | 4 | Aug 22, 2018 18:33:43 GMT+07:00 | Aug 22, 2018 20:52:52 GMT+07:00 |
| 113.179.92.227 | 3 | Aug 22, 2018 07:11:05 GMT+07:00 | Aug 22, 2018 17:06:22 GMT+07:00 |
| 14.188.73.254 | 1 | Aug 20, 2018 11:09:26 GMT+07:00 | Aug 20, 2018 11:09:26 GMT+07:00 |
| 116.104.34.66 | 1 | Aug 19, 2018 16:17:02 GMT+07:00 | Aug 19, 2018 16:17:02 GMT+07:00 |
| 116.104.36.213 | 1 | Aug 19, 2018 08:11:24 GMT+07:00 | Aug 19, 2018 08:11:24 GMT+07:00 |
| 171.242.119.171 | 1 | Aug 15, 2018 20:15:21 GMT+07:00 | Aug 15, 2018 20:15:21 GMT+07:00 |
| 14.228.119.9 | 21 | Jul 25, 2018 07:38:04 GMT+07:00 | Aug 14, 2018 07:12:07 GMT+07:00 |
| 171.237.74.188 | 1 | Aug 12, 2018 18:13:02 GMT+07:00 | Aug 12, 2018 18:13:02 GMT+07:00 |
| 116.111.96.194 | 2 | Aug 11, 2018 12:16:59 GMT+07:00 | Aug 12, 2018 07:25:10 GMT+07:00 |
| 117.5.241.123 | 2 | Aug 5, 2018 15:59:06 GMT+07:00 | Aug 5, 2018 19:41:21 GMT+07:00 |
| 171.242.93.32 | 3 | Aug 2, 2018 19:08:49 GMT+07:00 | Aug 2, 2018 20:48:12 GMT+07:00 |
| 117.5.247.74 | 2 | Aug 1, 2018 19:36:02 GMT+07:00 | Aug 1, 2018 19:36:53 GMT+07:00 |
| 171.237.74.110 | 1 | Jul 29, 2018 16:59:01 GMT+07:00 | Jul 29, 2018 16:59:01 GMT+07:00 |
| 116.97.29.191 | 2 | Jul 24, 2018 18:44:06 GMT+07:00 | Jul 24, 2018 19:45:27 GMT+07:00 |
| 14.244.139.68 | 1 | Jul 24, 2018 09:28:17 GMT+07:00 | Jul 24, 2018 09:28:17 GMT+07:00 |
| 14.239.158.10 | 3 | Jul 23, 2018 07:25:37 GMT+07:00 | Jul 23, 2018 15:21:41 GMT+07:00 |
| 171.242.37.119 | 1 | Jul 22, 2018 14:14:39 GMT+07:00 | Jul 22, 2018 14:14:39 GMT+07:00 |
| 171.234.176.50 | 2 | Jul 21, 2018 21:48:15 GMT+07:00 | Jul 22, 2018 07:32:42 GMT+07:00 |
| 14.170.127.227 | 1 | Jul 21, 2018 07:46:49 GMT+07:00 | Jul 21, 2018 07:46:49 GMT+07:00 |
| 14.167.150.221 | 1 | Jul 20, 2018 08:06:13 GMT+07:00 | Jul 20, 2018 08:06:13 GMT+07:00 |
| 14.163.129.73 | 3 | Jul 19, 2018 07:17:32 GMT+07:00 | Jul 19, 2018 16:29:02 GMT+07:00 |
| 171.242.72.201 | 1 | Jul 17, 2018 21:05:35 GMT+07:00 | Jul 17, 2018 21:05:35 GMT+07:00 |
| 14.239.151.67 | 1 | Jul 16, 2018 07:39:14 GMT+07:00 | Jul 16, 2018 07:39:14 GMT+07:00 |
| 116.104.113.36 | 1 | Jul 15, 2018 07:52:14 GMT+07:00 | Jul 15, 2018 07:52:14 GMT+07:00 |
| 14.235.214.41 | 9 | Jul 12, 2018 07:28:25 GMT+07:00 | Jul 13, 2018 07:24:28 GMT+07:00 |
| 27.66.124.155 | 2 | Jul 12, 2018 20:07:57 GMT+07:00 | Jul 12, 2018 22:15:05 GMT+07:00 |
| 123.17.82.185 | 2 | Jul 11, 2018 07:11:33 GMT+07:00 | Jul 11, 2018 14:05:25 GMT+07:00 |
| 14.239.35.191 | 1 | Jul 10, 2018 17:07:59 GMT+07:00 | Jul 10, 2018 17:07:59 GMT+07:00 |
| 14.235.127.15 | 3 | Jul 9, 2018 07:16:56 GMT+07:00 | Jul 9, 2018 15:24:35 GMT+07:00 |
| 117.5.241.1 | 1 | Jul 7, 2018 20:06:52 GMT+07:00 | Jul 7, 2018 20:06:52 GMT+07:00 |
| 14.181.255.202 | 3 | Jul 6, 2018 07:17:56 GMT+07:00 | Jul 6, 2018 17:01:25 GMT+07:00 |
| 14.190.118.107 | 2 | Jul 5, 2018 07:33:05 GMT+07:00 | Jul 5, 2018 11:25:33 GMT+07:00 |
| 113.167.190.79 | 1 | Jul 4, 2018 07:27:09 GMT+07:00 | Jul 4, 2018 07:27:09 GMT+07:00 |
| 116.104.115.101 | 1 | Jul 3, 2018 21:52:25 GMT+07:00 | Jul 3, 2018 21:52:25 GMT+07:00 |
| 123.17.97.228 | 4 | Jul 3, 2018 07:30:21 GMT+07:00 | Jul 3, 2018 15:11:59 GMT+07:00 |
| 14.170.126.5 | 2 | Jun 30, 2018 07:13:31 GMT+07:00 | Jul 2, 2018 07:45:54 GMT+07:00 |

| | | | |
|---|---|---|---|
| 171.242.33.187 | 1 | Jul 1, 2018 12:46:46 GMT+07:00 | Jul 1, 2018 12:46:46 GMT+07:00 |
| 116.107.18.254 | 1 | Jun 30, 2018 15:18:31 GMT+07:00 | Jun 30, 2018 15:18:31 GMT+07:00 |
| 27.76.193.127 | 1 | Jun 29, 2018 15:51:42 GMT+07:00 | Jun 29, 2018 15:51:42 GMT+07:00 |
| 113.189.99.157 | 1 | Jun 27, 2018 19:46:48 GMT+07:00 | Jun 27, 2018 19:46:48 GMT+07:00 |
| 171.242.120.181 | 1 | Jun 24, 2018 23:19:47 GMT+07:00 | Jun 24, 2018 23:19:47 GMT+07:00 |
| 116.107.20.109 | 1 | Jun 24, 2018 07:44:54 GMT+07:00 | Jun 24, 2018 07:44:54 GMT+07:00 |
| 14.181.123.169 | 1 | Jun 23, 2018 08:32:04 GMT+07:00 | Jun 23, 2018 08:32:04 GMT+07:00 |
| 123.17.101.185 | 1 | Jun 22, 2018 07:04:28 GMT+07:00 | Jun 22, 2018 07:04:28 GMT+07:00 |
| 123.17.99.167 | 1 | Jun 21, 2018 07:18:00 GMT+07:00 | Jun 21, 2018 07:18:00 GMT+07:00 |
| 113.179.155.218 | 2 | Jun 20, 2018 07:28:10 GMT+07:00 | Jun 20, 2018 13:29:45 GMT+07:00 |
| 171.242.68.118 | 1 | Jun 19, 2018 23:08:06 GMT+07:00 | Jun 19, 2018 23:08:06 GMT+07:00 |
| 14.229.77.233 | 1 | Jun 19, 2018 14:13:32 GMT+07:00 | Jun 19, 2018 14:13:32 GMT+07:00 |
| 113.186.249.101 | 3 | Jun 18, 2018 07:34:31 GMT+07:00 | Jun 18, 2018 13:40:14 GMT+07:00 |
| 123.17.104.127 | 4 | Jun 15, 2018 11:27:44 GMT+07:00 | Jun 15, 2018 16:41:41 GMT+07:00 |
| 123.17.83.113 | 2 | Jun 13, 2018 14:28:51 GMT+07:00 | Jun 14, 2018 13:54:40 GMT+07:00 |
| 27.76.196.230 | 1 | Jun 10, 2018 19:58:48 GMT+07:00 | Jun 10, 2018 19:58:48 GMT+07:00 |
| 123.17.176.83 | 1 | Jun 9, 2018 08:01:05 GMT+07:00 | Jun 9, 2018 08:01:05 GMT+07:00 |
| 113.179.4.188 | 1 | Jun 8, 2018 10:27:21 GMT+07:00 | Jun 8, 2018 10:27:21 GMT+07:00 |
| 113.181.100.188 | 2 | Jun 7, 2018 07:11:45 GMT+07:00 | Jun 7, 2018 13:37:50 GMT+07:00 |
| 14.170.18.53 | 1 | Jun 5, 2018 07:29:33 GMT+07:00 | Jun 5, 2018 07:29:33 GMT+07:00 |
| 171.234.130.59 | 1 | Jun 4, 2018 20:03:28 GMT+07:00 | Jun 4, 2018 20:03:28 GMT+07:00 |
| 14.239.159.77 | 1 | Jun 4, 2018 11:06:14 GMT+07:00 | Jun 4, 2018 11:06:14 GMT+07:00 |
| 14.239.158.100 | 3 | Jun 2, 2018 07:29:10 GMT+07:00 | Jun 2, 2018 10:21:46 GMT+07:00 |
| 113.186.172.103 | 1 | Jun 1, 2018 07:16:12 GMT+07:00 | Jun 1, 2018 07:16:12 GMT+07:00 |
| 14.188.132.7 | 3 | May 30, 2018 08:29:19 GMT+07:00 | May 31, 2018 17:01:28 GMT+07:00 |
| 113.179.255.223 | 1 | May 28, 2018 07:57:26 GMT+07:00 | May 28, 2018 07:57:26 GMT+07:00 |
| 117.5.253.228 | 1 | May 24, 2018 20:30:57 GMT+07:00 | May 24, 2018 20:30:57 GMT+07:00 |
| 123.27.197.168 | 5 | May 23, 2018 07:24:51 GMT+07:00 | May 23, 2018 15:23:15 GMT+07:00 |
| 171.224.143.170 | 2 | May 22, 2018 18:53:49 GMT+07:00 | May 22, 2018 19:26:46 GMT+07:00 |
| 123.17.104.11 | 4 | May 21, 2018 08:04:43 GMT+07:00 | May 22, 2018 17:14:56 GMT+07:00 |
| 113.186.175.149 | 1 | May 19, 2018 07:58:57 GMT+07:00 | May 19, 2018 07:58:57 GMT+07:00 |
| 123.17.81.3 | 1 | May 17, 2018 11:05:20 GMT+07:00 | May 17, 2018 11:05:20 GMT+07:00 |
| 123.17.83.131 | 1 | May 14, 2018 09:21:49 GMT+07:00 | May 14, 2018 09:21:49 GMT+07:00 |
| 123.17.176.212 | 1 | May 4, 2018 13:33:36 GMT+07:00 | May 4, 2018 13:33:36 GMT+07:00 |
| 14.189.84.235 | 1 | May 3, 2018 07:31:28 GMT+07:00 | May 3, 2018 07:31:28 GMT+07:00 |
| 113.181.49.91 | 1 | Apr 26, 2018 07:24:02 GMT+07:00 | Apr 26, 2018 07:24:02 GMT+07:00 |
| 116.104.38.249 | 5 | Apr 16, 2018 22:11:15 GMT+07:00 | Apr 25, 2018 14:25:00 GMT+07:00 |
| 113.171.177.254 | 2 | Apr 24, 2018 08:03:48 GMT+07:00 | Apr 24, 2018 10:42:09 GMT+07:00 |
| 14.190.36.64 | 1 | Apr 23, 2018 17:00:33 GMT+07:00 | Apr 23, 2018 17:00:33 GMT+07:00 |
| 14.190.242.115 | 2 | Apr 21, 2018 08:05:43 GMT+07:00 | Apr 21, 2018 11:15:11 GMT+07:00 |
| 14.235.42.94 | 1 | Apr 20, 2018 07:19:04 GMT+07:00 | Apr 20, 2018 07:19:04 GMT+07:00 |
| 14.175.103.86 | 1 | Apr 16, 2018 21:58:39 GMT+07:00 | Apr 16, 2018 21:58:39 GMT+07:00 |

| IP Protection | Disabled | [Toggle] |
|---|---|---|

## Restrictions

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|
| ALP Account Closure | | Dec 13, 2018 03:51:28 GMT+07:00 | |

## Banks

| Type | Status | Confirmed | Bank Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|
| No Banks on file | | | | | | |

## Credit cards

| Type | Status | Confirmed | Name | CC Number | Exp. | Currency | Issuer |
|---|---|---|---|---|---|---|---|

**VISA** Debit | Active Visa-RC | CVV2 RdChg (Refunded) | Thi Huong Tran | ▆▆▆▆ 3813 | ▆▆▆ | VND

## Debit cards

| Type | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|------|-----------|--------|----------|----------|----------|-----------|-----------|

No Debit cards on file

## Secure Card Attributes

| | |
|---|---|
| Billing Address: | |
| Secure Card Numbers: | N/A |
| | [View all card numbers] |
| Backup Funding Source: | N/A |
| Daily Spending Limit | $500 ▾ |

## PayPal Cards

### PayPal Cards Account Details

| | |
|---|---|
| PayPal Cards Account Number: | |
| Expiration Date: | |
| Account Status: | |
| Funding Source Availability: | Disabled |
| Authorized Users: | Not Available |

## Auctions

| Auction User ID | Auction Manager User ID |
|-----------------|-------------------------|

No Auctions on file

Go to top

## Mobile payments

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|--------------|--------|-----------------|--------------------------|------------|---------------|

No Mobile payments on file

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this information in error, please contact the sender or delete the material from any computer.

# EXHIBIT 3



# Account Info for Nguyen Thi Nga

## User Info

| | |
|---|---|
| First Name: | Nguyen |
| Middle Name: | |
| Last Name: | Thi Nga |
| SSN: | |
| TIN: | |
| DOB: | ████████ |
| Credit Card Statement Name: | NGUYENTHING |
| Email: | **paymentspaypal2017@gmail.com**, angela85.ggs@gmail.com |

## Business Info

| | |
|---|---|
| Name: | Nguyen Thi Nga |
| URL: | |
| Customer Service Phone: | |

## Account Info

| | |
|---|---|
| Account Status: | **Limited - High** |
| Account #: | ████████ 8513 |
| Account Type: | **Business - Vietnamese Verified by Card - Cat10A (Vietnam)** |
| Time Created: | Apr 25, 2017 10:05:53 GMT+07:00 |

## Financials

| | |
|---|---|
| Account Balance: | $0.83 USD |
| Total Amount Sent (USD Equiv): | $6,683.30 USD |
| Total Amount Received: | $44,089.59 USD |
| Amount Received: (A month is determined by user's signup date, NOT by a calendar month) | Current Month: $0.00 USD<br>Last 3 Months: $2,350.00 USD<br>$9,362.00 USD<br>$14,178.70 USD |
| Pending Balance To Be Released: | |
| Minimum Reserve Balance: | $0.00 USD* (0 % - $0.00 USD) [Details] |
| Rolling Reserve Balance: | $0.00 USD* (0 % - 0 days) [Details] |
| Release Amount: | $0.00 USD* (0 % - 0 days)      [Details] |

## E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| paymentspaypal2017@gmail.com | ✔ | ✔ | ✔ |
| angela85.ggs@gmail.com | | ✔ | ✔ |
| payments@globolstaff.com | | ✔ | |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone numbers

| Phone Number | Type | Confirmation Status |
|---|---|---|
| **+84 0868747499** | Work | Unconfirmed |
| +84 946714568 | Work - Deleted | Unconfirmed |
| **+84 0084868747499** | Mobile | Unconfirmed |

## Addresses

| Date Entered | Address | Use |
|---|---|---|
| 7/5/2017 | Nguyen Thi Nga<br>24 - Phan Canh Quang - Ngo 04<br>Ha Huy Tap<br>Vinh<br>Nghe An<br>470000<br>Vietnam | |
| 7/4/2017 | Nguyen Thi Nga<br>24 - Phan Canh Quang - Ngo 04<br>Ha Huy Tap<br>Vinh<br>Nghe An<br>470000<br>Vietnam | (Home)<br>(CC 1447 Confirmed) |
| 11/1/2017 | Le Hong Nhat<br>Unit 601, 6th FL., Cienco 6 Bldg, 127 Dinh Tien Hoang, Ward 3, Binh Thanh Dist<br>Ho Chi Minh<br>700000<br>Vietnam | (Gift Address)<br>(Hidden) |

**IP Summary**

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| 113.183.13.236 | 1 | Oct 22, 2018 10:37:28 GMT+07:00 | Oct 22, 2018 10:37:28 GMT+07:00 | |
| 113.179.154.183 | 1 | May 12, 2018 09:52:15 GMT+07:00 | May 12, 2018 09:52:15 GMT+07:00 | |
| 116.104.38.249 | 2 | May 1, 2018 15:14:54 GMT+07:00 | May 1, 2018 18:12:27 GMT+07:00 | |
| 14.228.73.199 | 1 | Mar 26, 2018 07:30:23 GMT+07:00 | Mar 26, 2018 07:30:23 GMT+07:00 | |
| 14.181.84.233 | 1 | Mar 22, 2018 11:15:19 GMT+07:00 | Mar 22, 2018 11:15:19 GMT+07:00 | |
| 14.167.162.255 | 1 | Mar 16, 2018 07:40:15 GMT+07:00 | Mar 16, 2018 07:40:15 GMT+07:00 | |
| 14.181.122.95 | 2 | Mar 5, 2018 13:56:15 GMT+07:00 | Mar 6, 2018 07:41:58 GMT+07:00 | |
| 171.234.190.185 | 2 | Feb 14, 2018 11:12:12 GMT+07:00 | Feb 19, 2018 16:59:43 GMT+07:00 | |
| 113.179.3.198 | 1 | Jan 26, 2018 08:08:56 GMT+07:00 | Jan 26, 2018 08:08:56 GMT+07:00 | |
| 171.224.130.87 | 1 | Jan 20, 2018 17:25:46 GMT+07:00 | Jan 20, 2018 17:25:46 GMT+07:00 | |
| 14.189.82.159 | 1 | Jan 19, 2018 16:04:55 GMT+07:00 | Jan 19, 2018 16:04:55 GMT+07:00 | |
| 14.228.82.32 | 2 | Jan 4, 2018 07:28:10 GMT+07:00 | Jan 4, 2018 13:37:06 GMT+07:00 | |
| 14.228.75.107 | 1 | Dec 22, 2017 17:00:46 GMT+07:00 | Dec 22, 2017 17:00:46 GMT+07:00 | |
| 14.167.150.125 | 1 | Dec 12, 2017 14:09:04 GMT+07:00 | Dec 12, 2017 14:09:04 GMT+07:00 | |
| 171.238.131.127 | 1 | Dec 8, 2017 19:52:59 GMT+07:00 | Dec 8, 2017 19:52:59 GMT+07:00 | |
| 123.17.180.195 | 1 | Dec 5, 2017 11:13:57 GMT+07:00 | Dec 5, 2017 11:13:57 GMT+07:00 | |
| 14.190.36.103 | 1 | Dec 4, 2017 10:13:42 GMT+07:00 | Dec 4, 2017 10:13:42 GMT+07:00 | |
| 113.179.93.145 | 1 | Dec 1, 2017 11:14:46 GMT+07:00 | Dec 1, 2017 11:14:46 GMT+07:00 | |
| 14.235.42.110 | 2 | Nov 29, 2017 07:19:25 GMT+07:00 | Nov 29, 2017 14:01:47 GMT+07:00 | |
| 14.181.193.209 | 1 | Nov 28, 2017 08:43:45 GMT+07:00 | Nov 28, 2017 08:43:45 GMT+07:00 | |
| 123.17.101.1 | 3 | Nov 24, 2017 09:04:24 GMT+07:00 | Nov 24, 2017 15:00:15 GMT+07:00 | |
| 116.101.77.61 | 2 | Nov 14, 2017 21:57:42 GMT+07:00 | Nov 14, 2017 21:58:39 GMT+07:00 | |
| 113.179.254.82 | 2 | Nov 10, 2017 07:21:11 GMT+07:00 | Nov 10, 2017 07:55:09 GMT+07:00 | |
| 123.17.182.4 | 1 | Nov 9, 2017 07:25:08 GMT+07:00 | Nov 9, 2017 07:25:08 GMT+07:00 | |
| 171.224.222.104 | 5 | Nov 7, 2017 22:03:26 GMT+07:00 | Nov 8, 2017 21:47:52 GMT+07:00 | |
| 14.167.160.76 | 1 | Nov 8, 2017 07:32:53 GMT+07:00 | Nov 8, 2017 07:32:53 GMT+07:00 | |
| 14.181.123.197 | 4 | Nov 7, 2017 07:29:52 GMT+07:00 | Nov 7, 2017 08:24:59 GMT+07:00 | |
| 14.239.150.40 | 4 | Nov 6, 2017 07:15:54 GMT+07:00 | Nov 6, 2017 08:46:11 GMT+07:00 | |
| 116.107.17.106 | 7 | Nov 1, 2017 21:15:16 GMT+07:00 | Nov 5, 2017 20:18:54 GMT+07:00 | |
| 14.170.125.6 | 1 | Nov 2, 2017 07:47:28 GMT+07:00 | Nov 2, 2017 07:47:28 GMT+07:00 | |
| 14.163.116.68 | 1 | Nov 1, 2017 19:24:41 GMT+07:00 | Nov 1, 2017 19:24:41 GMT+07:00 | |
| 14.170.127.158 | 3 | Nov 1, 2017 07:41:23 GMT+07:00 | Nov 1, 2017 11:20:23 GMT+07:00 | |
| 171.234.176.133 | 13 | Oct 20, 2017 22:37:04 GMT+07:00 | Oct 31, 2017 19:48:27 GMT+07:00 | |
| 14.190.62.252 | 1 | Oct 30, 2017 10:21:25 GMT+07:00 | Oct 30, 2017 10:21:25 GMT+07:00 | |
| 14.239.158.23 | 1 | Oct 26, 2017 10:57:27 GMT+07:00 | Oct 26, 2017 10:57:27 GMT+07:00 | |
| 123.27.199.219 | 1 | Oct 25, 2017 07:39:23 GMT+07:00 | Oct 25, 2017 07:39:23 GMT+07:00 | |
| 113.181.237.2 | 1 | Oct 24, 2017 18:24:42 GMT+07:00 | Oct 24, 2017 18:24:42 GMT+07:00 | |
| 14.170.19.91 | 1 | Oct 24, 2017 15:53:35 GMT+07:00 | Oct 24, 2017 15:53:35 GMT+07:00 | |
| 42.116.20.100 | 1 | Oct 23, 2017 15:22:27 GMT+07:00 | Oct 23, 2017 15:22:27 GMT+07:00 | |
| 14.182.251.63 | 2 | Oct 23, 2017 07:17:22 GMT+07:00 | Oct 23, 2017 14:59:04 GMT+07:00 | |
| 14.235.127.24 | 1 | Oct 21, 2017 07:25:00 GMT+07:00 | Oct 21, 2017 07:25:00 GMT+07:00 | |
| 123.27.197.198 | 2 | Oct 20, 2017 07:22:04 GMT+07:00 | Oct 20, 2017 08:22:37 GMT+07:00 | |
| 116.104.93.55 | 1 | Oct 19, 2017 20:21:48 GMT+07:00 | Oct 19, 2017 20:21:48 GMT+07:00 | |
| 113.171.176.168 | 2 | Oct 19, 2017 08:52:55 GMT+07:00 | Oct 19, 2017 10:50:26 GMT+07:00 | |
| 14.235.126.59 | 4 | Oct 18, 2017 07:21:41 GMT+07:00 | Oct 18, 2017 16:50:59 GMT+07:00 | |
| 14.229.76.149 | 2 | Oct 17, 2017 13:58:34 GMT+07:00 | Oct 17, 2017 17:08:41 GMT+07:00 | |
| 116.104.54.232 | 1 | Oct 16, 2017 22:16:17 GMT+07:00 | Oct 16, 2017 22:16:17 GMT+07:00 | |
| 14.181.255.69 | 2 | Oct 16, 2017 13:18:50 GMT+07:00 | Oct 16, 2017 17:07:07 GMT+07:00 | |
| 14.189.109.139 | 1 | Oct 15, 2017 15:53:00 GMT+07:00 | Oct 15, 2017 15:53:00 GMT+07:00 | |
| 117.5.235.243 | 6 | Oct 11, 2017 23:18:18 GMT+07:00 | Oct 14, 2017 20:47:55 GMT+07:00 | |

| | | | |
|---|---|---|---|
| 113.179.92.166 | 1 | Oct 14, 2017 07:38:08 GMT+07:00 | Oct 14, 2017 07:38:08 GMT+07:00 |
| 14.239.33.175 | 3 | Oct 13, 2017 08:03:34 GMT+07:00 | Oct 13, 2017 14:29:13 GMT+07:00 |
| 136.0.7.55 | 2 | Oct 12, 2017 17:00:16 GMT+07:00 | Oct 12, 2017 17:18:17 GMT+07:00 |
| 14.190.36.57 | 3 | Oct 12, 2017 07:29:32 GMT+07:00 | Oct 12, 2017 11:06:22 GMT+07:00 |
| 100.73.90.27 | 4 | Oct 11, 2017 07:23:19 GMT+07:00 | Oct 11, 2017 11:25:31 GMT+07:00 |
| 14.181.122.99 | 1 | Oct 10, 2017 10:50:16 GMT+07:00 | Oct 10, 2017 10:50:16 GMT+07:00 |
| 14.239.150.202 | 3 | Oct 9, 2017 07:24:30 GMT+07:00 | Oct 9, 2017 16:07:59 GMT+07:00 |
| 116.104.94.139 | 17 | Sep 27, 2017 23:10:27 GMT+07:00 | Oct 8, 2017 21:37:57 GMT+07:00 |
| 14.167.162.110 | 2 | Oct 6, 2017 14:52:19 GMT+07:00 | Oct 6, 2017 16:55:46 GMT+07:00 |
| 113.179.155.28 | 2 | Oct 5, 2017 07:35:34 GMT+07:00 | Oct 5, 2017 11:00:18 GMT+07:00 |
| 14.235.127.67 | 2 | Oct 4, 2017 08:35:42 GMT+07:00 | Oct 4, 2017 16:27:52 GMT+07:00 |
| 113.181.174.152 | 1 | Sep 29, 2017 07:17:55 GMT+07:00 | Sep 29, 2017 07:17:55 GMT+07:00 |
| 14.235.215.108 | 2 | Sep 28, 2017 11:04:17 GMT+07:00 | Sep 28, 2017 16:12:46 GMT+07:00 |
| 113.179.3.139 | 2 | Sep 27, 2017 10:50:22 GMT+07:00 | Sep 27, 2017 14:13:17 GMT+07:00 |
| 113.181.103.151 | 4 | Sep 26, 2017 07:23:03 GMT+07:00 | Sep 26, 2017 13:54:44 GMT+07:00 |
| 117.5.241.1 | 6 | Sep 22, 2017 21:17:22 GMT+07:00 | Sep 25, 2017 19:49:23 GMT+07:00 |
| 113.179.254.191 | 4 | Sep 25, 2017 07:19:17 GMT+07:00 | Sep 25, 2017 15:53:31 GMT+07:00 |
| 113.181.175.194 | 1 | Sep 23, 2017 07:27:04 GMT+07:00 | Sep 23, 2017 07:27:04 GMT+07:00 |
| 14.182.201.164 | 2 | Sep 22, 2017 13:34:31 GMT+07:00 | Sep 22, 2017 11:06:03 GMT+07:00 |
| 27.76.170.158 | 8 | Sep 16, 2017 13:24:46 GMT+07:00 | Sep 22, 2017 06:33:00 GMT+07:00 |
| 14.182.27.109 | 1 | Sep 21, 2017 07:41:31 GMT+07:00 | Sep 21, 2017 07:41:31 GMT+07:00 |
| 113.183.13.230 | 1 | Sep 20, 2017 08:13:44 GMT+07:00 | Sep 20, 2017 08:13:44 GMT+07:00 |
| 113.179.154.1 | 3 | Sep 19, 2017 07:21:32 GMT+07:00 | Sep 19, 2017 17:04:11 GMT+07:00 |
| 14.181.84.26 | 2 | Sep 18, 2017 09:38:17 GMT+07:00 | Sep 18, 2017 14:53:35 GMT+07:00 |
| 14.167.163.210 | 2 | Sep 16, 2017 07:27:03 GMT+07:00 | Sep 16, 2017 11:27:52 GMT+07:00 |
| 117.5.227.170 | 6 | Sep 12, 2017 19:49:14 GMT+07:00 | Sep 15, 2017 13:50:08 GMT+07:00 |
| 113.181.102.244 | 1 | Sep 15, 2017 07:24:22 GMT+07:00 | Sep 15, 2017 07:24:22 GMT+07:00 |
| 14.167.161.248 | 1 | Sep 14, 2017 08:32:51 GMT+07:00 | Sep 14, 2017 08:32:51 GMT+07:00 |
| 14.181.84.230 | 6 | Sep 13, 2017 08:37:21 GMT+07:00 | Sep 13, 2017 16:58:53 GMT+07:00 |
| 123.17.80.99 | 3 | Sep 12, 2017 09:51:18 GMT+07:00 | Sep 12, 2017 15:49:34 GMT+07:00 |
| 116.104.54.71 | 11 | Sep 8, 2017 22:35:04 GMT+07:00 | Sep 11, 2017 22:09:51 GMT+07:00 |
| 14.167.160.190 | 3 | Sep 11, 2017 10:57:02 GMT+07:00 | Sep 11, 2017 14:17:43 GMT+07:00 |
| 42.113.24.112 | 3 | Sep 9, 2017 08:05:22 GMT+07:00 | Sep 9, 2017 08:40:28 GMT+07:00 |
| 14.176.35.231 | 4 | Sep 8, 2017 08:28:12 GMT+07:00 | Sep 8, 2017 14:29:51 GMT+07:00 |
| 27.76.165.110 | 26 | Aug 20, 2017 21:41:30 GMT+07:00 | Sep 7, 2017 19:48:39 GMT+07:00 |
| 14.228.119.240 | 1 | Sep 7, 2017 13:30:10 GMT+07:00 | Sep 7, 2017 13:30:10 GMT+07:00 |
| 14.229.76.206 | 2 | Sep 6, 2017 13:29:09 GMT+07:00 | Sep 6, 2017 14:02:01 GMT+07:00 |
| 113.181.101.87 | 6 | Sep 4, 2017 07:36:05 GMT+07:00 | Sep 5, 2017 13:40:57 GMT+07:00 |
| 123.17.92.192 | 1 | Sep 2, 2017 10:32:32 GMT+07:00 | Sep 2, 2017 10:32:32 GMT+07:00 |
| 14.167.151.11 | 1 | Aug 31, 2017 15:18:32 GMT+07:00 | Aug 31, 2017 15:18:32 GMT+07:00 |
| 113.181.100.175 | 1 | Aug 30, 2017 07:59:59 GMT+07:00 | Aug 30, 2017 07:59:59 GMT+07:00 |
| 14.182.27.134 | 2 | Aug 29, 2017 13:31:34 GMT+07:00 | Aug 29, 2017 15:46:20 GMT+07:00 |
| 14.167.163.242 | 2 | Aug 28, 2017 11:14:53 GMT+07:00 | Aug 28, 2017 14:22:58 GMT+07:00 |
| 14.235.126.136 | 1 | Aug 25, 2017 17:04:21 GMT+07:00 | Aug 25, 2017 17:04:21 GMT+07:00 |
| 113.163.30.128 | 3 | Aug 24, 2017 07:24:50 GMT+07:00 | Aug 24, 2017 10:40:00 GMT+07:00 |
| 183.81.119.157 | 1 | Aug 23, 2017 15:57:54 GMT+07:00 | Aug 23, 2017 15:57:54 GMT+07:00 |
| 123.17.182.5 | 2 | Aug 23, 2017 07:27:46 GMT+07:00 | Aug 23, 2017 13:30:34 GMT+07:00 |
| 118.71.205.235 | 2 | Aug 22, 2017 13:30:19 GMT+07:00 | Aug 22, 2017 14:19:16 GMT+07:00 |
| 14.190.62.155 | 3 | Aug 21, 2017 07:34:06 GMT+07:00 | Aug 21, 2017 15:06:27 GMT+07:00 |
| 14.181.255.160 | 1 | Aug 19, 2017 07:25:42 GMT+07:00 | Aug 19, 2017 07:25:42 GMT+07:00 |
| 14.181.254.124 | 2 | Aug 18, 2017 07:29:43 GMT+07:00 | Aug 18, 2017 13:32:06 GMT+07:00 |
| 116.111.67.157 | 2 | Aug 14, 2017 18:34:13 GMT+07:00 | Aug 17, 2017 20:55:24 GMT+07:00 |

| IP | Count | Start | End |
|---|---|---|---|
| 113.179.93.23 | 1 | Aug 17, 2017 07:25:49 GMT+07:00 | Aug 17, 2017 07:25:49 GMT+07:00 |
| 14.170.17.125 | 2 | Aug 16, 2017 08:18:58 GMT+07:00 | Aug 16, 2017 13:55:40 GMT+07:00 |
| 113.183.40.253 | 2 | Aug 15, 2017 07:30:24 GMT+07:00 | Aug 15, 2017 11:11:42 GMT+07:00 |
| 14.175.106.58 | 1 | Aug 14, 2017 15:41:13 GMT+07:00 | Aug 14, 2017 15:41:13 GMT+07:00 |
| 14.170.19.156 | 2 | Aug 14, 2017 08:02:29 GMT+07:00 | Aug 14, 2017 13:29:40 GMT+07:00 |
| 116.104.94.218 | 7 | Aug 1, 2017 21:00:53 GMT+07:00 | Aug 13, 2017 21:21:10 GMT+07:00 |
| 14.181.125.38 | 2 | Aug 11, 2017 16:04:35 GMT+07:00 | Aug 11, 2017 16:30:42 GMT+07:00 |
| 14.170.17.100 | 1 | Aug 9, 2017 17:10:28 GMT+07:00 | Aug 9, 2017 17:10:28 GMT+07:00 |
| 14.229.76.162 | 2 | Aug 8, 2017 07:46:32 GMT+07:00 | Aug 8, 2017 14:05:22 GMT+07:00 |
| 113.163.30.0 | 1 | Aug 5, 2017 08:15:17 GMT+07:00 | Aug 5, 2017 08:15:17 GMT+07:00 |
| 14.190.63.173 | 1 | Aug 2, 2017 07:51:36 GMT+07:00 | Aug 2, 2017 07:51:36 GMT+07:00 |
| 14.228.80.53 | 1 | Jul 31, 2017 07:35:25 GMT+07:00 | Jul 31, 2017 07:35:25 GMT+07:00 |
| 27.76.9.81 | 1 | Jul 26, 2017 20:37:03 GMT+07:00 | Jul 26, 2017 20:37:03 GMT+07:00 |
| 123.27.197.6 | 1 | Jul 26, 2017 15:00:10 GMT+07:00 | Jul 26, 2017 15:00:10 GMT+07:00 |
| 113.181.51.226 | 1 | Jul 25, 2017 13:30:32 GMT+07:00 | Jul 25, 2017 13:30:32 GMT+07:00 |
| 123.25.68.163 | 2 | Jul 24, 2017 07:32:10 GMT+07:00 | Jul 24, 2017 14:07:38 GMT+07:00 |
| 27.76.174.26 | 4 | Jul 17, 2017 20:35:24 GMT+07:00 | Jul 23, 2017 20:12:47 GMT+07:00 |
| 14.228.118.178 | 1 | Jul 22, 2017 07:38:33 GMT+07:00 | Jul 22, 2017 07:38:33 GMT+07:00 |
| 123.25.91.157 | 1 | Jul 19, 2017 14:23:47 GMT+07:00 | Jul 19, 2017 14:23:47 GMT+07:00 |
| 14.189.48.229 | 1 | Jul 18, 2017 16:49:52 GMT+07:00 | Jul 18, 2017 16:49:52 GMT+07:00 |
| 14.181.126.214 | 1 | Jul 17, 2017 07:36:08 GMT+07:00 | Jul 17, 2017 07:36:08 GMT+07:00 |
| 27.76.44.188 | 6 | Jul 14, 2017 20:35:00 GMT+07:00 | Jul 16, 2017 20:13:57 GMT+07:00 |
| 14.228.118.54 | 2 | Jul 15, 2017 07:20:17 GMT+07:00 | Jul 15, 2017 10:49:06 GMT+07:00 |
| 14.228.118.27 | 2 | Jul 14, 2017 15:56:37 GMT+07:00 | Jul 14, 2017 16:45:56 GMT+07:00 |
| 172.111.150.30 | 1 | Jul 13, 2017 17:10:05 GMT+07:00 | Jul 13, 2017 17:10:05 GMT+07:00 |
| 14.228.19.91 | 1 | Jul 13, 2017 07:28:58 GMT+07:00 | Jul 13, 2017 07:28:58 GMT+07:00 |
| 117.5.250.224 | 6 | Jul 8, 2017 21:50:30 GMT+07:00 | Jul 12, 2017 21:55:59 GMT+07:00 |
| 14.229.76.240 | 3 | Jul 12, 2017 07:35:30 GMT+07:00 | Jul 12, 2017 13:42:03 GMT+07:00 |
| 14.175.11.113 | 3 | Jul 11, 2017 07:47:52 GMT+07:00 | Jul 11, 2017 16:59:58 GMT+07:00 |
| 42.113.24.42 | 1 | Jul 10, 2017 07:36:44 GMT+07:00 | Jul 10, 2017 07:36:44 GMT+07:00 |
| 14.190.242.89 | 1 | Jul 8, 2017 10:59:47 GMT+07:00 | Jul 8, 2017 10:59:47 GMT+07:00 |
| 14.228.81.193 | 2 | Jul 7, 2017 10:22:00 GMT+07:00 | Jul 7, 2017 10:37:12 GMT+07:00 |
| 27.76.6.235 | 2 | Jul 4, 2017 19:38:31 GMT+07:00 | Jul 5, 2017 19:34:30 GMT+07:00 |
| 14.229.76.101 | 4 | Jul 5, 2017 09:41:02 GMT+07:00 | Jul 5, 2017 13:58:41 GMT+07:00 |
| 14.190.63.14 | 4 | Jul 4, 2017 07:29:14 GMT+07:00 | Jul 4, 2017 14:23:59 GMT+07:00 |
| 14.163.129.61 | 3 | Jul 3, 2017 10:12:52 GMT+07:00 | Jul 3, 2017 17:00:34 GMT+07:00 |
| 14.229.76.123 | 1 | Jun 30, 2017 14:53:10 GMT+07:00 | Jun 30, 2017 14:53:10 GMT+07:00 |
| 14.188.134.232 | 1 | Jun 28, 2017 09:24:14 GMT+07:00 | Jun 28, 2017 09:24:14 GMT+07:00 |
| 14.190.243.214 | 2 | Jun 27, 2017 07:38:18 GMT+07:00 | Jun 27, 2017 08:31:23 GMT+07:00 |
| 27.76.42.147 | 1 | Jun 25, 2017 18:37:26 GMT+07:00 | Jun 25, 2017 18:37:26 GMT+07:00 |
| 171.234.190.211 | 1 | Jun 23, 2017 18:53:11 GMT+07:00 | Jun 23, 2017 18:53:11 GMT+07:00 |
| 14.228.18.240 | 2 | Jun 23, 2017 14:18:01 GMT+07:00 | Jun 23, 2017 16:53:39 GMT+07:00 |
| 113.181.48.173 | 1 | Jun 22, 2017 14:58:17 GMT+07:00 | Jun 22, 2017 14:58:17 GMT+07:00 |
| 14.188.73.109 | 1 | Jun 21, 2017 10:59:44 GMT+07:00 | Jun 21, 2017 10:59:44 GMT+07:00 |
| 14.228.83.34 | 6 | Jun 19, 2017 09:36:27 GMT+07:00 | Jun 20, 2017 14:56:28 GMT+07:00 |
| 27.76.14.188 | 2 | Jun 15, 2017 20:49:54 GMT+07:00 | Jun 18, 2017 07:48:43 GMT+07:00 |
| 14.228.19.7 | 2 | Jun 17, 2017 07:18:37 GMT+07:00 | Jun 17, 2017 07:58:13 GMT+07:00 |
| 14.181.127.69 | 3 | Jun 16, 2017 07:27:42 GMT+07:00 | Jun 16, 2017 16:21:46 GMT+07:00 |
| 14.182.250.236 | 2 | Jun 15, 2017 07:31:10 GMT+07:00 | Jun 15, 2017 08:15:58 GMT+07:00 |
| 123.25.91.73 | 1 | Jun 14, 2017 07:20:44 GMT+07:00 | Jun 14, 2017 07:20:44 GMT+07:00 |
| 171.224.157.108 | 12 | Jun 4, 2017 15:10:26 GMT+07:00 | Jun 13, 2017 21:27:47 GMT+07:00 |
| 14.190.242.75 | 5 | Jun 13, 2017 07:25:26 GMT+07:00 | Jun 13, 2017 08:22:18 GMT+07:00 |

| | | | |
|---|---|---|---|
| 113.181.50.162 | 7 | Jun 12, 2017 07:34:56 GMT+07:00 | Jun 12, 2017 17:02:17 GMT+07:00 |
| 14.181.87.8 | 2 | Jun 10, 2017 07:30:48 GMT+07:00 | Jun 10, 2017 11:02:01 GMT+07:00 |
| 14.175.11.10 | 1 | Jun 9, 2017 09:09:54 GMT+07:00 | Jun 9, 2017 09:09:54 GMT+07:00 |
| 113.167.79.125 | 2 | Jun 8, 2017 07:20:52 GMT+07:00 | Jun 8, 2017 13:33:22 GMT+07:00 |
| 14.188.134.212 | 2 | Jun 7, 2017 07:25:55 GMT+07:00 | Jun 7, 2017 08:32:15 GMT+07:00 |
| 14.190.119.234 | 3 | Jun 6, 2017 07:29:29 GMT+07:00 | Jun 6, 2017 11:27:24 GMT+07:00 |
| 14.228.19.9 | 5 | Jun 5, 2017 07:13:11 GMT+07:00 | Jun 5, 2017 14:34:30 GMT+07:00 |
| 117.5.252.137 | 2 | Jun 4, 2017 15:03:57 GMT+07:00 | Jun 4, 2017 15:04:58 GMT+07:00 |
| 117.5.250.103 | 2 | Jun 4, 2017 07:19:40 GMT+07:00 | Jun 4, 2017 14:58:08 GMT+07:00 |
| 117.5.228.41 | 1 | Jun 3, 2017 22:20:48 GMT+07:00 | Jun 3, 2017 22:20:48 GMT+07:00 |
| 117.5.228.15 | 1 | Jun 2, 2017 20:04:53 GMT+07:00 | Jun 2, 2017 20:04:53 GMT+07:00 |
| 116.104.92.9 | 3 | Jun 1, 2017 20:03:01 GMT+07:00 | Jun 2, 2017 19:57:41 GMT+07:00 |
| 113.181.50.123 | 2 | Jun 1, 2017 09:30:13 GMT+07:00 | Jun 1, 2017 15:19:18 GMT+07:00 |
| 103.234.36.149 | 1 | May 31, 2017 20:53:33 GMT+07:00 | May 31, 2017 20:53:33 GMT+07:00 |
| 14.189.48.226 | 1 | May 29, 2017 14:12:20 GMT+07:00 | May 29, 2017 14:12:20 GMT+07:00 |
| 14.182.26.97 | 1 | May 27, 2017 09:06:27 GMT+07:00 | May 27, 2017 09:06:27 GMT+07:00 |
| 113.183.46.69 | 2 | May 26, 2017 08:36:22 GMT+07:00 | May 26, 2017 16:04:51 GMT+07:00 |
| 103.255.238.174 | 3 | May 15, 2017 19:27:03 GMT+07:00 | May 24, 2017 07:21:08 GMT+07:00 |
| 14.175.11.254 | 1 | May 23, 2017 13:39:04 GMT+07:00 | May 23, 2017 13:39:04 GMT+07:00 |
| 103.255.238.172 | 2 | May 20, 2017 11:05:30 GMT+07:00 | May 20, 2017 11:05:30 GMT+07:00 |
| 113.181.49.132 | 1 | May 19, 2017 08:16:24 GMT+07:00 | May 19, 2017 08:16:24 GMT+07:00 |
| 103.255.238.173 | 2 | May 16, 2017 15:14:59 GMT+07:00 | May 17, 2017 09:34:14 GMT+07:00 |
| 103.255.238.171 | 2 | May 16, 2017 07:47:31 GMT+07:00 | May 17, 2017 07:43:42 GMT+07:00 |
| 103.255.238.168 | 3 | May 15, 2017 16:55:24 GMT+07:00 | May 16, 2017 20:06:07 GMT+07:00 |
| 103.255.238.169 | 2 | May 16, 2017 15:38:30 GMT+07:00 | May 16, 2017 15:40:10 GMT+07:00 |
| 103.255.238.170 | 3 | May 13, 2017 14:39:06 GMT+07:00 | May 16, 2017 11:28:14 GMT+07:00 |
| 88.150.140.141 | 1 | May 12, 2017 11:25:03 GMT+07:00 | May 12, 2017 11:25:03 GMT+07:00 |
| 123.25.91.249 | 3 | May 12, 2017 07:42:03 GMT+07:00 | May 12, 2017 10:58:28 GMT+07:00 |
| 216.230.82.218 | 1 | May 2, 2017 15:10:24 GMT+07:00 | May 2, 2017 15:10:24 GMT+07:00 |
| 196.53.35.17 | 1 | May 2, 2017 08:52:11 GMT+07:00 | May 2, 2017 08:52:11 GMT+07:00 |
| 27.76.12.178 | 2 | May 1, 2017 17:20:26 GMT+07:00 | May 1, 2017 20:55:43 GMT+07:00 |
| 117.5.237.16 | 1 | May 1, 2017 15:08:48 GMT+07:00 | May 1, 2017 15:08:48 GMT+07:00 |
| 14.190.37.67 | 2 | Apr 26, 2017 07:43:55 GMT+07:00 | Apr 26, 2017 07:45:56 GMT+07:00 |
| 27.76.160.209 | 2 | Apr 25, 2017 16:59:44 GMT+07:00 | Apr 25, 2017 19:40:07 GMT+07:00 |
| 113.183.39.82 | 2 | Apr 25, 2017 10:05:54 GMT+07:00 | Apr 25, 2017 17:05:33 GMT+07:00 |

| IP Protection | Disabled | [Toggle] |
|---|---|---|

## Restrictions

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|
| COMPLIANCE - PEP - Verification ROW | | Jun 27, 2019 11:24:31 GMT+07:00 | |
| AUP Account Closure | | Nov 10, 2017 07:34:33 GMT+07:00 | |

## Banks

| Type | Status | Confirmed | Bank Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|
| No Banks on file | | | | | | |

## Credit cards

| Type | Status | Confirmed | Name | CC Number | Exp. | Currency | Issuer |
|---|---|---|---|---|---|---|---|
| Credit | Active | CVV2 RdChg (Refunded) | Nguyen Thi Nga Nguyen Thi Nga | 1447 | | VND | |

## Debit cards

| Type | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|
| No Debit cards on file | | | | | | | |

## Secure Card Attributes

| Billing Address: | |
|---|---|
| Secure Card Numbers: | N/A |
| | **[View all card numbers]** |
| Backup Funding Source: | N/A |
| Daily Spending Limit | $500 |

**PayPal Cards**

**PayPal Cards Account Details**

| PayPal Cards Account Number: | |
|---|---|
| Expiration Date: | |
| Account Status: | |
| Funding Source Availability: | Disabled |
| Authorized Users: | Not Available |

**Auctions**

| Auction User ID | Auction Manager User ID |
|---|---|
| No Auctions on file | |

Go to top

**Mobile payments**

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|---|---|---|---|---|---|
| No Mobile payments on file | | | | | |

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this information in error, please contact the sender or delete the material from any computer.

10/16/2019