UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § | Civil Action No. 4:19-cv-2994 |
| Plaintiff, | § § | |
| v. | § § | |
| HUNG TRAN and THI NGA NGUYEN, individually and together d/b/a Easybox IPTV, | § § § § § | |
| Defendants. | § § | |

**Entry of Default**

It appears upon the representation of the plaintiff and from the record that defendants Hung Tran and Thi Nga Nguyen failed to plead or otherwise defend in this case as required by law.

Therefore, default is entered against the defendants as authorized by Federal Rule of Civil Procedure 55(a).

David J. Bradley

Clerk of the District Court

_____

By: Deputy Clerk

Date: