**Certificate of Service**

I hereby certify that on December 31, 2019, I served the following documents described as:

- Plaintiff's Application for Clerk's Entry of Default Against Defendants Hung Tran and Thi Nga Nguyen

- Declaration of Stephen M. Ferguson with Exhibits 1-3

- [Proposed] Entry of Default

by placing the documents in a sealed envelope with postage thereon fully prepaid and then deposited the envelopes with the United States Postal Service (International Registered Mail, Return Receipt Requested), addressed to the following non-CM/ECF participants:

Hung Tran
2 Ngo 71 Le Khoi
Quang Trung Vinh, Nghe An 460000
Vietnam

Thi Nga Nguyen
24 Phan Canh Quang, Ngo 4
Ha Huy Tap, Vinh, Nghe An 470000
Vietnam

Aleksandra Ames