United States District Court
Southern District of Texas
**ENTERED**
January 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dish Network, L.L.C., § § § Plaintiff, § § versus § § Easybox IPTV, § § Defendant. § | Civil Action H-19-2994 |

## Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendants failed to plead or otherwise defend in this case as required by law:

Hung Tran and Thi Nga Nguyen

Therefore, default is entered against the defendants as authorized by Federal Rule of Civil Procedure 55.

David J. Bradley
Clerk of the District Court

Date: January 9, 2020

By: Deputy Clerk