# EXHIBIT 1

**Easybox Monitoring**

a.   **Al Arabiya** – 57 instances of retransmission on February 5, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, July 10, 2019, August 6, 2019, September 10, 2019, October 16, 2019, November 13, 2019, December 11, 2019, and January 3, 2020;

b.   **Al Hayah 1** – 47 instances of retransmission on January 26, 2016, February 5, 2016, February 10, 2016, February 23, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, February 26, 2018, March 8, 2018, March 27, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, August 6, 2019, and September 10, 2019;

c.   **Al Jazeera Arabic News** – 52 instances of retransmission on January 26, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, February 26, 2018, March 8, 2018, March 27, 2018, May 3, 2018, May 31, 2018, July 18, 2018, October 11, 2018, October 31, 2018, February 26, 2019, February 27, 2019, March 4, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, August 6, 2019, September 10, 2019, and November 13, 2019;

d.   **Al Jazeera Mubasher** – 21 instances of retransmission on June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 29, 2018, May 3, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, June 1, 2019, and September 10, 2019;

e.   **ART Cima** –15 instances of retransmission on February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 31, 2018, September 27, 2018, October 11, 2018, October 31,

1

2018, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, August 6, 2019, and September 10, 2019;

f.     **ARY Digital** – 48 instances of retransmission on May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 3, 2018, May 31, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, July 10, 2019, August 6, 2019, and September 10, 2019;

g.     **B4U Music** – 43 instances of retransmission on May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 31, 2018, March 4, 2019, March 18, 2019, and March 22, 2019;

h.     **CBC** – 17 instances of retransmission on February 26, 2018, March 8, 2018, March 29, 2018, May 3, 2018, July 18, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, July 10, 2019, August 6, 2019, October 16, 2019, and September 10, 2019;

i.     **CBC Drama** – 14 instances of retransmission on September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 11, 2019, May 17, 2019, June 1, 2019, August 6, 2019, September 10, 2019, November 13, 2019, December 11, 2019, and January 3, 2020;

j.     **Dream 2** – 50 instances of retransmission on January 26, 2016, February 5, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 11, 2019, May 17, 2019, June 1, 2019, August 6, 2019, and September 10, 2019;

k.      **Future TV** – 33 instances of retransmission on February 23, 2016, March 1, 2016, March 22, 2016, May 16, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, November 13, 2017, February 26, 2018, March 8, 2018, March 29, 2018, July 18, 2018, October 11, 2018, March 4, 2019, March 18, 2019, and March 22, 2019;

l.      **Geo News** – 38 instances of retransmission on June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 31, 2018, October 11, 2018, and March 22, 2019;

m.      **Geo TV** – 1 instance of retransmission on March 22, 2019;

n.      **Hekayat** – 20 instances of retransmission on December 13, 2016, January 9, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, March 27, 2018, May 31, 2018, July 18, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, August 6, 2019, and September 10, 2019;

o.      **Hum TV** – 14 instances of retransmission on January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, March 27, 2018, May 17, 2019, August 6, 2019, and September 10, 2019;

p.      **Hum World** – 5 instances of retransmission on March 22, 2019, April 8, 2019, April 11, 2019, June 1, 2019, and July 10, 2019;

q.      **LBC** – 60 instances of retransmission on January 26, 2016, February 5, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 11, 2019, May 17, 2019, June 1, 2019, July 10, 2019, August 6, 2019, September 10, 2019, November 13, 2019, December 11, 2019, and January 3, 2020;

r.    **LDC** – 55 instances of retransmission on January 26, 2016, February 5, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 29, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 11, 2019, May 17, 2019, July 10, 2019, August 6, 2019, September 10, 2019, and December 11, 2019;

s.    **MBC1** – 66 instances of retransmission on January 26, 2016, February 5, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, February 26, 2019, February 27, 2019, February 28, 2019, March 4, 2019, March 18, 2019, March 22, 2019, March 25, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, July 10, 2019, August 6, 2019, September 10, 2019, November 13, 2019, December 11, 2019, and January 3, 2020;

t.    **MBC Drama** – 58 instances of retransmission on January 26, 2016, February 5, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, July 10, 2019, and August 6, 2019;

u.    **MBC Kids/MBC3** – 62 instances of retransmission on January 26, 2016, February 5, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018,

4

March 27, 2018, May 3, 2018, May 31, 2018, July 18, 2018, October 11, 2018, October 31, 2018, February 26, 2019, March 4, 2019, March 18, 2019, March 22, 2019, March 25, 2019, April 8, 2019, April 11, 2019, May 17, 2019, June 1, 2019, July 10, 2019, August 6, 2019, September 10, 2019, November 13, 2019, December 11, 2019, and January 3, 2020;

v.      **MBC Masr** – 56 instances of retransmission on January 26, 2016, February 10, 2016, February 23, 2016, March 1, 2016, March 22, 2016, April 1, 2016, April 18, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 9, 2017, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, February 26, 2018, March 8, 2018, March 29, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, February 26, 2019, March 4, 2019, March 18, 2019, March 21, 2019, March 22, 2019, April 8, 2019, April 11, 2019, May 17, 2019, July 10, 2019, August 6, 2019, September 10, 2019, November 13, 2019, December 11, 2019, and January 3, 2019;

w.      **Melody Classic** – 44 instances of retransmission on March 1, 2016, March 22, 2016, April 1, 2016, May 9, 2016, May 16, 2016, June 1, 2016, June 14, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, December 13, 2016, January 24, 2017, February 6, 2017, February 16, 2017, March 17, 2017, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 3, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, and March 18, 2019;

x.      **SAB** – 40 instances of retransmission on May 16, 2016, June 14, 2016, June 24, 2016, July 11, 2016, July 25, 2016, August 1, 2016, August 15, 2016, August 30, 2016, September 9, 2016, September 20, 2016, October 3, 2016, October 19, 2016, October 28, 2016, November 29, 2016, June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 31, 2018, July 18, 2018, September 27, 2018, October 11, 2018, October 31, 2018, March 4, 2019, March 18, 2019, April 8, 2019, April 11, 2019, May 17, 2019, July 10, 2019, August 6, 2019, and September 10, 2019;

y.      **SET Max** – 21 instances of retransmission on June 22, 2017, July 5, 2017, July 24, 2017, August 4, 2017, November 13, 2017, December 8, 2017, December 21, 2017, January 5, 2018, January 23, 2018, February 26, 2018, March 8, 2018, March 27, 2018, March 29, 2018, May 31, 2018, July 18, 2018, September 27, 2018, April 8, 2019, April 11, 2019, May 17, 2019, August 6, 2019, and September 10, 2019.

# EXHIBIT 2

Home >   Whois Lookup >   109.202.107.174

# IP Information for 109.202.107.174

**–** **Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 109.202.107.174 |

```
% Abuse contact for '109.202.104.0 - 109.202.107.255' is 'abuse@global-layer.com'

inetnum:        109.202.104.0 - 109.202.107.255
netname:        GLOBALLAYER
descr:          Global Layer network
country:        NL
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
remarks:        INFRA-AW
status:         ASSIGNED PA
mnt-by:         GLOBALLAYER
created:        2013-04-08T16:29:12Z
last-modified:  2016-03-29T20:47:41Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          109.202.107.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
created:        2016-03-17T11:39:02Z
last-modified:  2016-03-17T11:39:02Z
source:         RIPE
```

Home >   Whois Lookup >   109.202.108.222

# IP Information for 109.202.108.222

— **Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.global-layer.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 109.202.108.222 |

```
% Abuse contact for '109.202.108.128 - 109.202.108.255' is 'abuse@global-layer.com'

inetnum:        109.202.108.128 - 109.202.108.255
netname:        GLOBALLAYER
descr:          AS57172 network
country:        NL
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
remarks:        INFRA-AW
status:         ASSIGNED PA
mnt-by:         GLOBALLAYER
created:        2013-12-30T17:35:18Z
last-modified:  2013-12-30T17:35:18Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          109.202.108.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
created:        2016-04-24T19:29:08Z
last-modified:  2016-04-24T19:29:08Z
source:         RIPE
```

Home > Whois Lookup > 109.232.224.13

# IP Information for 109.232.224.13

— **Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.rootlayer.net |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 109.232.224.13 |

```
% Abuse contact for '109.232.224.0 - 109.232.224.31' is 'abuse@global-layer.com'

inetnum:        109.232.224.0 - 109.232.224.31
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          *********************************************
descr:          The Netherlands
descr:          IP space for Global Layer customers
descr:          For abuse, please e-mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24 hours time
descr:          *********************************************
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2019-06-26T19:46:57Z
last-modified:  2019-06-26T19:46:57Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          109.232.224.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
```

Home > Whois Lookup > 109.232.227.38

# IP Information for 109.232.227.38

**—** Quick Stats

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.serverboost.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 109.232.227.38 |

```
% Abuse contact for '109.232.227.0 - 109.232.227.127' is 'abuse@global-layer.com'

inetnum:        109.232.227.0 - 109.232.227.127
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ********************************************
descr:          The Netherlands
descr:          IP space for Global Layer customers
descr:          For abuse, please e-mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24 hours time
descr:          ********************************************
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2015-03-18T16:58:42Z
last-modified:  2016-05-31T11:21:34Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          109.232.227.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
```

Home > Whois Lookup > 109.232.227.50

# IP Information for 109.232.227.50

&#8722; **Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.serverboost.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 109.232.227.50 |

```
% Abuse contact for '109.232.227.0 - 109.232.227.127' is 'abuse@global-layer.com'

inetnum:        109.232.227.0 - 109.232.227.127
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ********************************************
descr:          The Netherlands
descr:          IP space for Global Layer customers
descr:          For abuse, please e-mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24 hours time
descr:          ********************************************
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2015-03-18T16:58:42Z
last-modified:  2016-05-31T11:21:34Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          109.232.227.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
```

Home > Whois Lookup > 134.19.180.26

# IP Information for 134.19.180.26

— **Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | discretize.dairyn.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 134.19.180.26 |
| **Reverse IP** | 4 websites use this address. |

```
% Abuse contact for '134.19.180.0 - 134.19.180.255' is 'abuse@global-layer.com'

inetnum:        134.19.180.0 - 134.19.180.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          *************************************************
descr:          For abuse, please e-mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24 hours time
descr:          *************************************************
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-11-08T14:28:19Z
last-modified:  2018-07-22T11:57:33Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          134.19.180.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
```

Home  >   Whois Lookup  >   134.19.180.30

## IP Information for 134.19.180.30

**━ Quick Stats**

| IP Location | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
|---|---|
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 134.19.180.30 |

```
% Abuse contact for '134.19.180.0 - 134.19.180.255' is 'abuse@global-layer.com'

inetnum:       134.19.180.0 - 134.19.180.255
netname:       GLOBALLAYER
descr:         Global Layer B.V.
country:       NL
descr:         *********************************************
descr:         For abuse, please e-mail only: abuse@global-layer.com
descr:         Abuse messages will be handled within 24 hours time
descr:         *********************************************
admin-c:       GL6540-RIPE
tech-c:        GL6540-RIPE
status:        ASSIGNED PA
remarks:       INFRA-AW
mnt-by:        GLOBALLAYER
notify:        noc@global-layer.com
created:       2011-11-08T14:28:19Z
last-modified: 2018-07-22T11:57:33Z
source:        RIPE

person:        Global Layer
address:       Postbus 190
address:       2950AD Alblasserdam
address:       Netherlands
phone:         +31 78 20 20 228
nic-hdl:       GL6540-RIPE
mnt-by:        GLOBALLAYER
created:       2011-08-04T20:36:25Z
last-modified: 2017-10-30T22:14:45Z
source:        RIPE

route:         134.19.180.0/24
descr:         Global Layer network
origin:        AS49453
mnt-by:        GLOBALLAYER
created:       2016-08-04T20:43:53Z
last-modified: 2016-08-04T20:43:53Z
source:        RIPE
```

Home >   Whois Lookup >   134.19.181.172

# IP Information for 134.19.181.172

— **Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 134.19.181.172 |
| **Reverse IP** | 1 website uses this address. |

```
% Abuse contact for '134.19.181.0 - 134.19.181.255' is 'abuse@global-layer.com'

inetnum:        134.19.181.0 - 134.19.181.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          **************************************************
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated Servers
descr:          For abuse, please e-mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24 hours time
descr:          **************************************************
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-11-08T14:28:34Z
last-modified:  2013-04-11T11:23:29Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          134.19.181.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
```

Home >   Whois Lookup >   134.19.187.22

# IP Information for 134.19.187.22

**— Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 134.19.187.22 |

```
% Abuse contact for '134.19.187.0 - 134.19.187.255' is 'abuse@global-layer.com'

inetnum:        134.19.187.0 - 134.19.187.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          *************************************************
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated Servers
descr:          For abuse, please e-mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24 hours time
descr:          *************************************************
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2013-04-11T14:54:46Z
last-modified:  2013-04-11T14:54:46Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          134.19.187.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
created:        2016-06-13T11:08:02Z
```

Home >   Whois Lookup >   134.19.187.198

# IP Information for 134.19.187.198

**━ Quick Stats**

| IP Location | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| --- | --- |
| ASN | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| Whois Server | whois.ripe.net |
| IP Address | 134.19.187.198 |

```
% Abuse contact for '134.19.187.0 - 134.19.187.255' is 'abuse@global-layer.com'

inetnum:        134.19.187.0 - 134.19.187.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ************************************************
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated Servers
descr:          For abuse, please e-mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24 hours time
descr:          ************************************************
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2013-04-11T14:54:46Z
last-modified:  2013-04-11T14:54:46Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          134.19.187.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
created:        2016-06-13T11:08:02Z
```

Home >   Whois Lookup >   134.19.187.226

# IP Information for 134.19.187.226

**▬ Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 134.19.187.226 |

> ⚠ **Viewing a cached Whois record**
> Our system is temporarily unable to provide a real-time Whois lookup for this domain name. The record shown here was current on 07/23/2019. If you refresh your browser we will attempt another lookup.

```
% Abuse contact for '134.19.187.0 - 134.19.187.255' is 'abuse@global-layer.com'

inetnum:        134.19.187.0 - 134.19.187.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ************************************************
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated Servers
descr:          For abuse, please e-mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24 hours time
descr:          ************************************************
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2013-04-11T14:54:46Z
last-modified:  2013-04-11T14:54:46Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
```

Home >   Whois Lookup >   134.19.191.166

# IP Information for 134.19.191.166

**– Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 134.19.191.166 |

```
% Abuse contact for '134.19.176.0 - 134.19.191.255' is 'abuse@global-layer.com'

inetnum:        134.19.176.0 - 134.19.191.255
netname:        NL-GLOBALLAYER-20111104
country:        NL
org:            ORG-SB293-RIPE
admin-c:        SR4706-RIPE
tech-c:         SR4706-RIPE
status:         ALLOCATED PA
notify:         info@serverboost.com
mnt-by:         RIPE-NCC-HM-MNT
mnt-by:         GLOBALLAYER
mnt-lower:      SERVERBOOST-MNT
mnt-lower:      GLOBALLAYER
mnt-routes:     SERVERBOOST-MNT
created:        2011-11-04T14:16:40Z
last-modified:  2018-06-21T09:50:40Z
source:         RIPE

organisation:   ORG-SB293-RIPE
org-name:       Global Layer B.V.
org-type:       LIR
address:        Postbus 190
address:        2950 AD
address:        Alblasserdam
address:        NETHERLANDS
phone:          +31782020228
e-mail:         noc@global-layer.com
abuse-c:        GL8185-RIPE
mnt-ref:        RIPE-NCC-HM-MNT
mnt-ref:        GLOBALLAYER
mnt-by:         RIPE-NCC-HM-MNT
mnt-by:         GLOBALLAYER
created:        2009-06-05T14:04:44Z
last-modified:  2018-01-19T11:12:53Z
source:         RIPE

role:           Global Layer
address:        Postbus 190
```

Home >   Whois Lookup >   134.19.191.194

## IP Information for 134.19.191.194

**— Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 134.19.191.194 |

```
% Abuse contact for '134.19.176.0 - 134.19.191.255' is 'abuse@global-layer.com'

inetnum:        134.19.176.0 - 134.19.191.255
netname:        NL-GLOBALLAYER-20111104
country:        NL
org:            ORG-SB293-RIPE
admin-c:        SR4706-RIPE
tech-c:         SR4706-RIPE
status:         ALLOCATED PA
notify:         info@serverboost.com
mnt-by:         RIPE-NCC-HM-MNT
mnt-by:         GLOBALLAYER
mnt-lower:      SERVERBOOST-MNT
mnt-lower:      GLOBALLAYER
mnt-routes:     SERVERBOOST-MNT
created:        2011-11-04T14:16:40Z
last-modified:  2018-06-21T09:50:40Z
source:         RIPE

organisation:   ORG-SB293-RIPE
org-name:       Global Layer B.V.
org-type:       LIR
address:        Postbus 190
address:        2950 AD
address:        Alblasserdam
address:        NETHERLANDS
phone:          +31782020228
e-mail:         noc@global-layer.com
abuse-c:        GL8185-RIPE
mnt-ref:        RIPE-NCC-HM-MNT
mnt-ref:        GLOBALLAYER
mnt-by:         RIPE-NCC-HM-MNT
mnt-by:         GLOBALLAYER
created:        2009-06-05T14:04:44Z
last-modified:  2018-01-19T11:12:53Z
source:         RIPE

role:           Global Layer
address:        Postbus 190
```

Home >  Whois Lookup >  185.23.213.74

# IP Information for 185.23.213.74

**▬ Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 185.23.213.74 |

```
% Abuse contact for '185.23.213.0 - 185.23.213.255' is 'abuse@global-layer.com'

inetnum:        185.23.213.0 - 185.23.213.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ****************************************************
descr:          The Netherlands
descr:          IP space for Global Layer customers
descr:          For abuse, please e-mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24 hours time
descr:          ****************************************************
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2015-04-09T20:07:14Z
last-modified:  2016-05-31T11:17:59Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          185.23.212.0/22
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
created:        2016-03-06T20:42:21Z
```

Home >   Whois Lookup >   213.152.160.5

# IP Information for 213.152.160.5

### – Quick Stats

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.global-layer.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 213.152.160.5 |

```
% Abuse contact for '213.152.160.0 - 213.152.160.255' is 'abuse@global-layer.com'

inetnum:        213.152.160.0 - 213.152.160.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          *************************************************
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated Servers
descr:          For abuse, please e-mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24 hours time
descr:          *************************************************
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2010-10-20T10:51:35Z
last-modified:  2013-04-11T14:33:25Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          213.152.160.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
```

Home >  Whois Lookup >  213.152.168.6

# IP Information for 213.152.168.6

## ━ Quick Stats

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 213.152.168.6 |
| **Reverse IP** | 1 website uses this address. |

```
% Abuse contact for '213.152.168.0 - 213.152.168.255' is 'abuse@global-layer.com'

inetnum:         213.152.168.0 - 213.152.168.255
netname:         GLOBALLAYER
descr:           Global Layer B.V.
country:         NL
descr:           *************************************************
descr:           Alblasserdam datacenter - The Netherlands
descr:           IP space for European Unmanaged Dedicated Servers
descr:           For abuse, please e-mail only: abuse@global-layer.com
descr:           Abuse messages will be handled within 24 hours time
descr:           *************************************************
admin-c:         GL6540-RIPE
tech-c:          GL6540-RIPE
status:          ASSIGNED PA
remarks:         INFRA-AW
mnt-by:          GLOBALLAYER
notify:          noc@global-layer.com
created:         2011-01-24T12:04:29Z
last-modified:   2013-04-11T10:02:18Z
source:          RIPE

person:          Global Layer
address:         Postbus 190
address:         2950AD Alblasserdam
address:         Netherlands
phone:           +31 78 20 20 228
nic-hdl:         GL6540-RIPE
mnt-by:          GLOBALLAYER
created:         2011-08-04T20:36:25Z
last-modified:   2017-10-30T22:14:45Z
source:          RIPE

route:           213.152.168.0/24
descr:           Global Layer network
origin:          AS49453
mnt-by:          GLOBALLAYER
```

Home  >  Whois Lookup  >  213.152.170.4

# IP Information for 213.152.170.4

**–** Quick Stats

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.instantdedicated.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 213.152.170.4 |

```
% Abuse contact for '213.152.170.0 - 213.152.170.255' is 'abuse@global-layer.com'

inetnum:        213.152.170.0 - 213.152.170.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
org:            ORG-SB293-RIPE
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
remarks:        INFRA-AW
status:         ASSIGNED PA
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-01-24T12:04:55Z
last-modified:  2013-04-10T16:18:01Z
source:         RIPE

organisation:   ORG-SB293-RIPE
org-name:       Global Layer B.V.
org-type:       LIR
address:        Postbus 190
address:        2950 AD
address:        Alblasserdam
address:        NETHERLANDS
phone:          +31782020228
e-mail:         noc@global-layer.com
abuse-c:        GL8185-RIPE
mnt-ref:        RIPE-NCC-HM-MNT
mnt-ref:        GLOBALLAYER
mnt-by:         RIPE-NCC-HM-MNT
mnt-by:         GLOBALLAYER
created:        2009-06-05T14:04:44Z
last-modified:  2018-01-19T11:12:53Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
```

Home >  Whois Lookup >  213.152.170.56

# IP Information for 213.152.170.56

**– Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.instantdedicated.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 213.152.170.56 |

```
% Abuse contact for '213.152.170.0 - 213.152.170.255' is 'abuse@global-layer.com'

inetnum:        213.152.170.0 - 213.152.170.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
org:            ORG-SB293-RIPE
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
remarks:        INFRA-AW
status:         ASSIGNED PA
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-01-24T12:04:55Z
last-modified:  2013-04-10T16:18:01Z
source:         RIPE

organisation:   ORG-SB293-RIPE
org-name:       Global Layer B.V.
org-type:       LIR
address:        Postbus 190
address:        2950 AD
address:        Alblasserdam
address:        NETHERLANDS
phone:          +31782020228
e-mail:         noc@global-layer.com
abuse-c:        GL8185-RIPE
mnt-ref:        RIPE-NCC-HM-MNT
mnt-ref:        GLOBALLAYER
mnt-by:         RIPE-NCC-HM-MNT
mnt-by:         GLOBALLAYER
created:        2009-06-05T14:04:44Z
last-modified:  2018-01-19T11:12:53Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
```

Home >  Whois Lookup >  213.152.170.76

# IP Information for 213.152.170.76

### ━ Quick Stats

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | 213.152.170.76.whouse.pl |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 213.152.170.76 |

```
% Abuse contact for '213.152.170.0 - 213.152.170.255' is 'abuse@global-layer.com'

inetnum:        213.152.170.0 - 213.152.170.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
org:            ORG-SB293-RIPE
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
remarks:        INFRA-AW
status:         ASSIGNED PA
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-01-24T12:04:55Z
last-modified:  2013-04-10T16:18:01Z
source:         RIPE

organisation:   ORG-SB293-RIPE
org-name:       Global Layer B.V.
org-type:       LIR
address:        Postbus 190
address:        2950 AD
address:        Alblasserdam
address:        NETHERLANDS
phone:          +31782020228
e-mail:         noc@global-layer.com
abuse-c:        GL8185-RIPE
mnt-ref:        RIPE-NCC-HM-MNT
mnt-ref:        GLOBALLAYER
mnt-by:         RIPE-NCC-HM-MNT
mnt-by:         GLOBALLAYER
created:        2009-06-05T14:04:44Z
last-modified:  2018-01-19T11:12:53Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
```

Home >   Whois Lookup >   213.152.173.36

# IP Information for 213.152.173.36

**– Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.instantdedicated.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 213.152.173.36 |

```
% Abuse contact for '213.152.173.0 - 213.152.173.255' is 'abuse@global-layer.com'

inetnum:        213.152.173.0 - 213.152.173.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ************************************************
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated Servers
descr:          For abuse, please e-mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24 hours time
descr:          ************************************************
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-01-24T12:05:18Z
last-modified:  2013-04-11T10:01:04Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          213.152.173.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
```

Home >   Whois Lookup >   213.152.173.38

# IP Information for 213.152.173.38

**Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.instantdedicated.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 213.152.173.38 |

```
% Abuse contact for '213.152.173.0 - 213.152.173.255' is 'abuse@global-layer.com'

inetnum:        213.152.173.0 - 213.152.173.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          *********************************************
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated Servers
descr:          For abuse, please e-mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24 hours time
descr:          *********************************************
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-01-24T12:05:18Z
last-modified:  2013-04-11T10:01:04Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          213.152.173.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
```

Home > Whois Lookup > 213.152.173.39

# IP Information for 213.152.173.39

**─ Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Amsterdam Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Resolve Host** | hosted-by.instantdedicated.com |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 213.152.173.39 |

```
% Abuse contact for '213.152.173.0 - 213.152.173.255' is 'abuse@global-layer.com'

inetnum:        213.152.173.0 - 213.152.173.255
netname:        GLOBALLAYER
descr:          Global Layer B.V.
country:        NL
descr:          ********************************************************
descr:          Alblasserdam datacenter - The Netherlands
descr:          IP space for European Unmanaged Dedicated Servers
descr:          For abuse, please e-mail only: abuse@global-layer.com
descr:          Abuse messages will be handled within 24 hours time
descr:          ********************************************************
admin-c:        GL6540-RIPE
tech-c:         GL6540-RIPE
status:         ASSIGNED PA
remarks:        INFRA-AW
mnt-by:         GLOBALLAYER
notify:         noc@global-layer.com
created:        2011-01-24T12:05:18Z
last-modified:  2013-04-11T10:01:04Z
source:         RIPE

person:         Global Layer
address:        Postbus 190
address:        2950AD Alblasserdam
address:        Netherlands
phone:          +31 78 20 20 228
nic-hdl:        GL6540-RIPE
mnt-by:         GLOBALLAYER
created:        2011-08-04T20:36:25Z
last-modified:  2017-10-30T22:14:45Z
source:         RIPE

route:          213.152.173.0/24
descr:          Global Layer network
origin:         AS49453
mnt-by:         GLOBALLAYER
```

# EXHIBIT 3

Home  >   Whois Lookup  >   62.112.8.82

# IP Information for 62.112.8.82

— **Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Naaldwijk Worldstream B.v. |
| **ASN** | 🇳🇱 AS49981 WORLDSTREAM, NL (registered Oct 21, 2009) |
| **Resolve Host** | customer.worldstream.nl |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 62.112.8.82 |

```
% Abuse contact for '62.112.8.0 - 62.112.8.255' is 'abuse@worldstream.nl'

inetnum:       62.112.8.0 - 62.112.8.255
netname:       WORLDSTREAM
country:       NL
admin-c:       WS1670-RIPE
tech-c:        WS1670-RIPE
status:        ASSIGNED PA
mnt-by:        MNT-WORLDSTREAM
mnt-domains:   MNT-WORLDSTREAM
mnt-routes:    MNT-WORLDSTREAM
notify:        info@worldstream.nl
created:       2018-12-18T08:41:25Z
last-modified: 2018-12-18T08:48:21Z
source:        RIPE

role:          WORLDSTREAM DBM
address:       Industriestraat 24
address:       2671CT NAALDWIJK
address:       The Netherlands
phone:         +31174712117
e-mail:        info@worldstream.nl
abuse-mailbox: abuse@worldstream.nl
admin-c:       DV1495-RIPE
tech-c:        DV1495-RIPE
nic-hdl:       WS1670-RIPE
mnt-by:        MNT-WORLDSTREAM
created:       2008-05-15T09:52:38Z
last-modified: 2013-08-20T11:17:59Z
source:        RIPE

route:         62.112.8.0/22
descr:         WORLDSTREAM-BLK-62-112-8-0
origin:        AS49981
remarks:       -----------------------------------------------
remarks:       Abuse notifications to: abuse@worldstream.nl
remarks:       -----------------------------------------------
```

Home  >   Whois Lookup  >   89.38.97.64

# IP Information for 89.38.97.64

▬ **Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Naaldwijk Worldstream B.v. |
| **ASN** | 🇳🇱 AS49981 WORLDSTREAM, NL (registered Oct 21, 2009) |
| **Resolve Host** | customer.worldstream.nl |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 89.38.97.64 |

```
% Abuse contact for '89.38.97.0 - 89.38.97.255' is 'abuse@worldstream.nl'

inetnum:        89.38.97.0 - 89.38.97.255
netname:        WORLDSTREAM
country:        NL
admin-c:        WS1670-RIPE
tech-c:         WS1670-RIPE
status:         ASSIGNED PA
mnt-by:         MNT-WORLDSTREAM
mnt-domains:    MNT-WORLDSTREAM
mnt-routes:     MNT-WORLDSTREAM
notify:         info@worldstream.nl
created:        2018-12-18T10:24:22Z
last-modified:  2018-12-18T10:24:22Z
source:         RIPE

role:           WORLDSTREAM DBM
address:        Industriestraat 24
address:        2671CT NAALDWIJK
address:        The Netherlands
phone:          +31174712117
e-mail:         info@worldstream.nl
abuse-mailbox:  abuse@worldstream.nl
admin-c:        DV1495-RIPE
tech-c:         DV1495-RIPE
nic-hdl:        WS1670-RIPE
mnt-by:         MNT-WORLDSTREAM
created:        2008-05-15T09:52:38Z
last-modified:  2013-08-20T11:17:59Z
source:         RIPE

route:          89.38.96.0/22
origin:         AS49981
remarks:        ------------------------------------------------
remarks:        Abuse notifications to: abuse@worldstream.nl
remarks:        ------------------------------------------------
mnt-by:         MNT-WORLDSTREAM
```

Home > Whois Lookup > 190.2.131.56

# IP Information for 190.2.131.56

## ▬ Quick Stats

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Naaldwijk Worldstream Latam B.v |
| **ASN** | 🇳🇱 AS49981 WORLDSTREAM, NL (registered Oct 21, 2009) |
| **Resolve Host** | customer.worldstream.nl |
| **Whois Server** | whois.lacnic.net |
| **IP Address** | 190.2.131.56 |

```
inetnum:     190.2.128/20
status:      reallocated
owner:       WorldStream B.V.
ownerid:     NL-WOBV-LACNIC
responsible: WorldStream B.V.
address:     Industriestraat, 24, -
address:     2671CT - Naaldwijk -
country:     NL
phone:       +31   017471211 [0000]
owner-c:     WLB5
tech-c:      WOB2
abuse-c:     WOB2
inetrev:     190.2.128/20
nserver:     NS1.WORLDSTREAM.NL
nsstat:      20200105 AA
nslastaa:    20200105
nserver:     NS2.WORLDSTREAM.COM
nsstat:      20200105 AA
nslastaa:    20200105
nserver:     NS3.WORLDSTREAM.NET
nsstat:      20200105 AA
nslastaa:    20200105
dsinetrev:   190.2.128/24
dsrecord:    49784   664EB45D5CB030D95182855E0FC60B82629314C5BD3BEC1E78FA9A2D13864F92
dsstatus:    20200105 OK
dslastok:    20200105
dsinetrev:   190.2.129/24
dsrecord:    47129   388D748B6BC99599B5F11B6CE222E2165E7962151A26068CC3B4C180BF496E94
dsstatus:    20200105 OK
dslastok:    20200105
dsinetrev:   190.2.130/24
dsrecord:    43870   F83DACEC898EC843F4863A716EC09F3959E20105F12E5D6A7DE822AA9221BE06
dsstatus:    20200105 OK
dslastok:    20200105
dsinetrev:   190.2.131/24
dsrecord:    49301   DD49746E7225C96FA6DFA488DAAA8644DB4FAF3AEB607261BF6E0F157F73CC3E
dsstatus:    20200105 OK
```

Home >  Whois Lookup >  217.23.13.8

# IP Information for 217.23.13.8

**– Quick Stats**

| | |
|---|---|
| **IP Location** | 🇳🇱 Netherlands Maasdijk Worldstream B.v. |
| **ASN** | 🇳🇱 AS49981 WORLDSTREAM, NL (registered Oct 21, 2009) |
| **Resolve Host** | customer.worldstream.nl |
| **Whois Server** | whois.ripe.net |
| **IP Address** | 217.23.13.8 |

```
% Abuse contact for '217.23.13.0 - 217.23.13.255' is 'abuse@worldstream.nl'

inetnum:        217.23.13.0 - 217.23.13.255
netname:        WORLDSTREAM
descr:          WorldStream IPv4.20
country:        NL
admin-c:        WS1670-RIPE
tech-c:         WS1670-RIPE
status:         ASSIGNED PA
mnt-by:         MNT-WORLDSTREAM
created:        2009-11-18T09:57:46Z
last-modified:  2009-11-18T09:57:46Z
source:         RIPE

role:           WORLDSTREAM DBM
address:        Industriestraat 24
address:        2671CT NAALDWIJK
address:        The Netherlands
phone:          +31174712117
e-mail:         info@worldstream.nl
abuse-mailbox:  abuse@worldstream.nl
admin-c:        DV1495-RIPE
tech-c:         DV1495-RIPE
nic-hdl:        WS1670-RIPE
mnt-by:         MNT-WORLDSTREAM
created:        2008-05-15T09:52:38Z
last-modified:  2013-08-20T11:17:59Z
source:         RIPE

route:          217.23.0.0/20
descr:          WORLDSTREAM-BLK-217-23-0-0
origin:         AS49981
remarks:        -----------------------------------------------
remarks:        Abuse notifications to: abuse@worldstream.nl
remarks:        -----------------------------------------------
mnt-by:         MNT-WORLDSTREAM
created:        2009-12-08T14:13:05Z
```

# EXHIBIT 4

Home > Whois Lookup > 144.217.72.45

# IP Information for 144.217.72.45

**–** **Quick Stats**

| | |
|---|---|
| **IP Location** | 🇨🇦 Canada Montreal Ovh Hosting Inc. |
| **ASN** | 🇨🇦 AS16276 OVH, FR (registered Feb 15, 2001) |
| **Resolve Host** | ns538473.ip-144-217-72.net |
| **Whois Server** | whois.arin.net |
| **IP Address** | 144.217.72.45 |

```
NetRange:       144.217.0.0 - 144.217.255.255
CIDR:           144.217.0.0/16
NetName:        HO-2
NetHandle:      NET-144-217-0-0-1
Parent:         NET144 (NET-144-0-0-0-0)
NetType:        Direct Allocation
OriginAS:
Organization:   OVH Hosting, Inc. (HO-2)
RegDate:        2016-09-07
Updated:        2016-09-07
Ref:            https://rdap.arin.net/registry/ip/144.217.0.0


OrgName:        OVH Hosting, Inc.
OrgId:          HO-2
Address:        800-1801 McGill College
City:           Montreal
StateProv:      QC
PostalCode:     H3A 2N4
Country:        CA
RegDate:        2011-06-22
Updated:        2017-01-28
Ref:            https://rdap.arin.net/registry/entity/HO-2


OrgAbuseHandle: ABUSE3956-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-855-684-5463
OrgAbuseEmail:  abuse@ovh.ca
OrgAbuseRef:    https://rdap.arin.net/registry/entity/ABUSE3956-ARIN


OrgTechHandle: NOC11876-ARIN
OrgTechName:   NOC
OrgTechPhone:  +1-855-684-5463
OrgTechEmail:  noc@ovh.net
OrgTechRef:    https://rdap.arin.net/registry/entity/NOC11876-ARIN
```

1/7/2020
149.56.26.88 / prod1.evenko.ca | Reverse Lookup and IP Address | Whois | DomainTools.com
Case 4:19-cv-02994   Document 26-5   Filed on 01/30/20 in TXSD   Page 37 of 49

Home >  Whois Lookup >  149.56.26.88

## IP Information for 149.56.26.88

**— Quick Stats**

| | |
|---|---|
| **IP Location** | 🇨🇦 Canada Montreal Ovh Hosting Inc. |
| **ASN** | 🇨🇦 AS16276 OVH, FR (registered Feb 15, 2001) |
| **Resolve Host** | prod1.evenko.ca |
| **Whois Server** | whois.arin.net |
| **IP Address** | 149.56.26.88 |

```
NetRange:       149.56.16.0 - 149.56.31.255
CIDR:           149.56.16.0/20
NetName:        OVH-DEDICATED-149-56-16-NET
NetHandle:      NET-149-56-16-0-1
Parent:         HO-2 (NET-149-56-0-0-1)
NetType:        Reassigned
OriginAS:       AS16276
Organization:   OVH Hosting, Inc. (HO-2)
RegDate:        2016-07-29
Updated:        2016-07-29
Comment:        OVH-DEDICATED-149-56-16-NET
Ref:            https://rdap.arin.net/registry/ip/149.56.16.0

OrgName:        OVH Hosting, Inc.
OrgId:          HO-2
Address:        800-1801 McGill College
City:           Montreal
StateProv:      QC
PostalCode:     H3A 2N4
Country:        CA
RegDate:        2011-06-22
Updated:        2017-01-28
Ref:            https://rdap.arin.net/registry/entity/HO-2

OrgTechHandle: NOC11876-ARIN
OrgTechName:   NOC
OrgTechPhone:  +1-855-684-5463
OrgTechEmail:  noc@ovh.net
OrgTechRef:    https://rdap.arin.net/registry/entity/NOC11876-ARIN

OrgAbuseHandle: ABUSE3956-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-855-684-5463
OrgAbuseEmail:  abuse@ovh.ca
OrgAbuseRef:    https://rdap.arin.net/registry/entity/ABUSE3956-ARIN

NetRange:       149.56.0.0 - 149.56.255.255
```

# EXHIBIT 5

Home > Whois Lookup > 104.245.124.250

# IP Information for 104.245.124.250

**– Quick Stats**

| | |
|---|---|
| **IP Location** | 🇺🇸 United States Of America West Palm Beach Expedited Travel |
| **ASN** | 🇺🇸 AS47869 NETROUTING-AS, NL (registered Sep 09, 2008) |
| **Resolve Host** | ip4-104-245-124-250.rdns.netrouting.net |
| **Whois Server** | whois.arin.net |
| **IP Address** | 104.245.124.250 |

```
NetRange:       104.245.124.0 - 104.245.127.255
CIDR:           104.245.124.0/22
NetName:        COLOHOUSE
NetHandle:      NET-104-245-124-0-1
Parent:         NET104 (NET-104-0-0-0-0)
NetType:        Direct Allocation
OriginAS:       AS47869
Organization:   ColoHouse LLC (CL-1763)
RegDate:        2014-12-09
Updated:        2019-08-05
Ref:            https://rdap.arin.net/registry/ip/104.245.124.0

OrgName:        ColoHouse LLC
OrgId:          CL-1763
Address:        36 NE 2nd Street Ste 400
City:           Miami
StateProv:      FL
PostalCode:     33132
Country:        US
RegDate:        2018-12-13
Updated:        2019-08-09
Ref:            https://rdap.arin.net/registry/entity/CL-1763

OrgAbuseHandle: NAD91-ARIN
OrgAbuseName:   Netrouting Abuse Department
OrgAbusePhone:  +1-866-790-2656
OrgAbuseEmail:  abuse@netrouting.com
OrgAbuseRef:    https://rdap.arin.net/registry/entity/NAD91-ARIN

OrgTechHandle: NNO91-ARIN
OrgTechName:   Netrouting Network Operations
OrgTechPhone:  +1-866-790-2656
OrgTechEmail:  noc@netrouting.com
OrgTechRef:    https://rdap.arin.net/registry/entity/NNO91-ARIN

OrgNOCHandle: NNO91-ARIN
OrgNOCName:    Netrouting Network Operations
```

# EXHIBIT 6

Home >   Whois Lookup >   E900X.com

# Whois Record for E900X.com

### ━ Domain Profile

| | |
|---|---|
| **Proximity Score** | 29 |
| **Email** | abuse@namecheap.com is associated with ~11,469,185 domains<br>8f57f82004e24d8cb9893...@whoisguard.com |
| **Registrar** | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br><br>abuse@namecheap.com<br>(p) 16613102107 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 717 days old<br>Created on 2018-01-20<br>Expires on 2020-01-20<br>Updated on 2019-01-03 |
| **Name Servers** | DNS1.REGISTRAR-SERVERS.COM (has 5,694,190 domains)<br>DNS2.REGISTRAR-SERVERS.COM (has 5,694,190 domains) |
| **IP Address** | 134.19.180.26 - 3 other sites hosted on this server |
| **IP Location** | 🇳🇱 - Noord-holland - Amsterdam - Global Layer B.v. |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 24 records have been archived since 2018-01-20 |
| **IP History** | 5 changes on 5 unique IP addresses over 2 years |
| **Registrar History** | 2 registrars |
| **Hosting History** | 1 change on 2 unique name servers over 2 years |
| **Whois Server** | whois.namecheap.com |

## Website

| Website Title | 🌐 500 Can t connect to 134.19.180.26:80 (connect: Invalid argument) |
| --- | --- |
| Response Code | 500 |
| Terms | 311 (Unique: 171, Linked: 47) |
| Images | 3 (Alt tags missing: 2) |
| Links | 28   (Internal: 9, Outbound: 18) |

### Whois Record ( last updated on 2020-01-07 )

```
Domain name: e900x.com
Registry Domain ID: 2215583898_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-01-03T08:05:50.13Z
Creation Date: 2018-01-20T11:08:15.00Z
Registrar Registration Expiration Date: 2020-01-20T11:08:15.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 8f57f82004e24d8cb9893b267d6349ee.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 8f57f82004e24d8cb9893b267d6349ee.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
```

```
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 8f57f82004e24d8cb9893b267d6349ee.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp
```



## Tools

| Whois History |
|---|

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse Whois Lookup | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Buy This Domain ▼ |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

| Queue Screenshot for Addition |
|---|

## Available TLDs

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| E900X.com | View Whois |
|---|---|

| E900X.net | Buy Domain |
|---|---|

| E900X.org | Buy Domain |
|---|---|

| E900X.info | Buy Domain |
|---|---|

Home  >  Whois Lookup  >  k2442.com

# Whois Record for k2442.com

| **Domain Profile** | | |
|---|---|---|
| **Proximity Score** | 29 | → |
| **Email** | abuse@namecheap.com is associated with ~11,469,185 domains<br>d9455c6b3d5d4a04b2a30...@whoisguard.com | → |
| **Registrar** | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br><br>abuse@namecheap.com<br>(p) 16613102107 | |
| **Registrar Status** | clientTransferProhibited | |
| **Dates** | 717 days old<br>Created on 2018-01-20<br>Expires on 2020-01-20<br>Updated on 2019-01-03 | → |
| **Name Servers** | DNS1.REGISTRAR-SERVERS.COM (has 5,694,190 domains)<br>DNS2.REGISTRAR-SERVERS.COM (has 5,694,190 domains) | → |
| **IP Address** | 134.19.180.26 - 3 other sites hosted on this server | → |
| **IP Location** | 🇳🇱 - Noord-holland - Amsterdam - Global Layer B.v. | |
| **ASN** | 🇳🇱 AS49453 GLOBALLAYER, NL (registered Feb 09, 2016) | |
| **Domain Status** | Registered And Active Website | |
| **Whois History** | 10 records have been archived since 2018-01-20 | → |
| **IP History** | 5 changes on 5 unique IP addresses over 2 years | → |
| **Registrar History** | 2 registrars | → |
| **Hosting History** | 1 change on 2 unique name servers over 2 years | → |
| **Whois Server** | whois.namecheap.com | |

## ➖ Website

| Website Title | 🌐 500 Can t connect to 134.19.180.26:80 (connect: Invalid argument) | ↱ |
|---|---|---|
| Response Code | 500 | |

**Whois Record ( last updated on 2020-01-07 )**

```
Domain name: k2442.com
Registry Domain ID: 2215588443_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2019-01-03T08:05:52.67Z
Creation Date: 2018-01-20T12:41:21.00Z
Registrar Registration Expiration Date: 2020-01-20T12:41:21.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: d9455c6b3d5d4a04b2a30371882c5714.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: d9455c6b3d5d4a04b2a30371882c5714.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: d9455c6b3d5d4a04b2a30371882c5714.protect@whoisguard.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

Case 4:19-cv-02994   Document 26-5   Filed on 01/30/20 in TXSD   Page 46 of 49

```
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp
```



**Tools**

| Whois History |
|---|

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse Whois Lookup | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Buy This Domain ▼ |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

| Queue Screenshot for Addition |
|---|

**Available TLDs**

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| k2442.com | View Whois |
|---|---|
| k2442.net | Buy Domain |
| k2442.org | Buy Domain |
| k2442.info | Buy Domain |
| k2442.biz | Buy Domain |
| k2442.us | Buy Domain |

Home > Whois Lookup > EasyBox.tv

# Whois Record for EasyBox.tv

---

**━ Domain Profile**

| | | |
|---|---|---|
| **Proximity Score** | 17 | ➤ |
| **Email** | abuse@enom.com is associated with ~5,518,141 domains | ➤ |
| **Registrar** | ENOM, INC. eNom, LLC<br>IANA ID: 48<br>URL: WWW.ENOM.COM,http://www.enom.com<br>Whois Server: WHOIS.ENOM.COM<br><br>abuse@enom.com<br>(p) 14259744689 | |
| **Registrar Status** | pendingDelete, redemptionPeriod | |
| **Dates** | 1,875 days old<br>Created on 2014-11-20<br>Expires on 2019-11-20<br>Updated on 2020-01-02 | ➤ |
| **Name Servers** | DNS1.NAME-SERVICES.COM (has 1,771,646 domains)<br>DNS2.NAME-SERVICES.COM (has 1,771,646 domains)<br>DNS3.NAME-SERVICES.COM (has 1,771,646 domains)<br>DNS4.NAME-SERVICES.COM (has 1,771,646 domains)<br>DNS5.NAME-SERVICES.COM (has 1,771,646 domains) | ➤ |
| **IP Address** | 69.64.147.10 - 1,411 other sites hosted on this server | ➤ |
| **IP Location** | 🇺🇸 - Washington - Kirkland - Rightside Group Ltd | |
| **Domain Status** | Registered And Active Website | |
| **Whois History** | 109 records have been archived since 2012-04-08 | ➤ |
| **Hosting History** | 7 changes on 6 unique name servers over 6 years | ➤ |
| **Whois Server** | whois.enom.com | |

**━ Website**

| | | |
|---|---|---|
| **Website Title** | 🌐 500 Can t connect to 69.64.147.10:80 (connect: timeout) | ➤ |

| Response Code | 500 |
|---|---|
| Terms | 67 (Unique: 41, Linked: 2) |
| Images | 2 (Alt tags missing: 1) |
| Links | 3   (Internal: 0, Outbound: 1) |

**Whois Record ( last updated on 2020-01-08 )**

```
Domain Name: easybox.tv
Registry Domain ID: 110650118_DOMAIN_TV-VRSN
Registrar WHOIS Server: WHOIS.ENOM.COM
Registrar URL: WWW.ENOM.COM
Updated Date: 2020-01-02T22:03:55.00Z
Creation Date: 2014-11-21T05:53:00.00Z
Registrar Registration Expiration Date: 2019-11-21T05:53:07.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Domain Status: redemptionPeriod https://www.icann.org/epp#redemptionPeriod
Domain Status: pendingDelete https://www.icann.org/epp#pendingDelete
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street:
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Email: https://tieredaccess.com/contact/c1745e8f-6aac-418e-881b-4aa4d884b252
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street:
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Email: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street:
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Email: REDACTED FOR PRIVACY
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
DNSSEC: unsigned
```

```
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4259744689
URL of the ICANN WHOIS Data Problem Reporting System: HTTP://WDPRS.INTERNIC.NET/
```



## Tools

| Whois History |
|---|

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse Whois Lookup | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Buy This Domain ▼ |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

| 正在施工<br><br>很抱歉此网站正在建设中，很快就会回来。<br><br>**Under contruction**<br>The website is under construction and soon will be back.<br><br>Image Supplied By DomainTools.com |
|---|

| View Screenshot History |
|---|

Last checked October 28, 2019

| Queue Screenshot for Update |
|---|

## Available TLDs

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more
information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.