UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § § | Civil Action No. 4:19-cv-2994 |
| Plaintiff, § § | |
| v. § § | |
| HUNG TRAN and THI NGA NGUYEN, § d/b/a Easybox IPTV, § § | |
| Defendants. § § | |

**Declaration of Stephen M. Ferguson**

I, Stephen M. Ferguson, of Houston, Texas declare as follows:

1. I am admitted to practice in Texas, and an attorney with the firm of Hagan Noll & Boyle LLC ("HNB"), counsel for Plaintiff DISH Network L.L.C. ("DISH"). I make this declaration based on personal knowledge and, if called on to testify, would testify competently as stated herein. This declaration is made in support of DISH's Motion for Default Judgment Against Hung Tran and Thi Nga Nguyen (collectively, Defendants).

**Copyright Infringement Notices**

2. Attached as **Exhibit 1** is a true and correct copy of 112 copyright infringement notices that HNB sent to Easybox on behalf of DISH and members of the International Broadcaster Coalition Against Piracy between January 27, 2016 and May 25, 2019. HNB did not receive a response to these notices.

3. Attached as **Exhibit 2** is a true and correct copy of copyright infringement notices that HNB sent to service providers of the Easybox service on behalf of DISH and members of the International Broadcaster Coalition Against Piracy between February 8, 2016 and June 7, 2019.

4.      Attached as **<u>Exhibit 3</u>** is a screenshot taken from the Internet Archive of the webpage previously accessible at https://www.easybox.tv/where-to-buy/, identifying the email address info@easybox.tv.

## Jurisdiction

5.      Defendants Hung Tran ("Tran") and Thi Nga Nguyen ("Nguyen") were served with summons, DISH's First Amended Complaint (Dkt. 12), Order for Conference (Dkt. 4), and Order Resetting Conference (Dkt. 11) on November 21, 2019, at their respective residences via a co-resident, and on December 7, 2019, via first-class mail, with acknowledgement of receipt. (*See* Dkts. 18-19.)

6.      Attached as **<u>Exhibit 4</u>** are the information pages for PayPal accounts owned by Tran and Nguyen, which I received in response to a subpoena issued to PayPal, Inc.  Attached as **<u>Exhibit 5</u>** are relevant portions of transaction records produced by PayPal from Tran's PayPal account supporting Defendants' sale of approximately 95 Easybox set-top boxes (totaling $22,912) to persons in the United States.  I added the portions in grey, including the total for the "Local Currency Amount" column and an "Est. Qty." column for the approximate number of Easybox set-top boxes sold.

7.      Attached as **<u>Exhibit 6</u>** are documents concerning payments made via PayPal from Tran to Xpert Fulfillment Inc., of Benzonia, Michigan, which I received in response to a subpoena issued to Xpert Fulfillment Inc.  Attached as **<u>Exhibit 7</u>** are invoices produced by Xpert Fulfillment Inc. accounting for its receipt of 453 Easybox set-top boxes.

8.      Attached as **<u>Exhibit 8</u>** are emails between a representative of Finest Bargain Inc., of Folcroft, Pennsylvania and Defendants, which I received in response to a subpoena issued to Finest Bargain Inc.  The emails show that Defendants used the email address export@easybox.tv

2

to contract with a United States warehousing and logistics service provider and claimed ownership of a US bank account.

9.     Attached as **Exhibit 9** are documents showing payments from Finest Bargain Inc. to Defendants' respective PayPal accounts. Attached as **Exhibit 10** are invoices from Defendants to the representative of Finest Bargain Inc. These documents evidence Defendants sale of approximately 71 Easybox set-top boxes to Finest Bargain Inc. or its representative.

### Copyright Registrations

10.     Attached as **Exhibit 11** is a true and correct copy of Certificates of Registration from the United States Copyright Office for the following Al Jazeera Media Network works:

1) Hashtag, December 6, 2017 – Reg. # PA0002107544

2) News Bulletin, December 6, 2017 – Reg. # PA0002107543

11.     Attached as **Exhibit 12** is a true and correct copy of Certificates of Registration from the United States Copyright Office for the following ARY Digital USA, LLC works:

3) Aangan, Ep. # 36 (2018) – Reg. # PA2145454

4) Bubbly Kya Chahti Hai, Ep. # 103 (2018) – Reg. # PA2145456

5) Bubbly Kya Chahti Hai, Ep. # 112 (2018) – Reg. # PA2145471

6) Dilli Walay Dularay Babu, Ep. # 90 (2018) – Reg. # PA2145474

7) Good Morning Pakistan, July 20, 2018 – Reg. # PA2145464

8) Good Morning Pakistan, September 11, 2018 – Reg. #  PA2154607

9) Jeeto Pakistan, July 20, 2018 – Reg. # PA2145462

10) Jeeto Pakistan, September 14, 2018 – Reg. # PA2195023

11) Kab Mere Kehlaoge, Ep. # 94 (2018) – Reg. # PA2145473

12) Nibah, Ep. # 24, 2018 – Reg. # PA2145468

    13) Pukaar, Ep. # 23, 2018 – Reg. # PA2145460

12. Attached as **Exhibit 13** is a true and correct copy of Certificates of Registration from the United States Copyright Office for the following Geo USA LLC works:

    14) Aaj Shahzeb Khanzada Kay Saath, July 31, 2018 – Reg. # PA2149176

    15) Apas Ki Baat, July 31, 2018 – Reg. # PA2149165

    16) Capital Talk, August 1, 2018 – Reg. # PA2149169

13. Attached as **Exhibit 14** is a true and correct copy of Certificates of Registration from the United State Copyright Office for the following Hum Network Limited works:

    17) Aik Larki Aam Si, Ep. # 31 (2018)– Reg. # PA2149091

    18) Aik Larki Aam Si, Ep. # 32 (2018)– Reg. # PA2149081

    19) Band Khirkiyan, Ep. # 2 (2018) –  Reg. # PA2149161

    20) Band Khirkiyan, Ep. # 8 (2018) –  Reg. # PA2154545

    21) Ishq Tamsha, Ep. # 21 (2018) – Reg. # PA2149076

    22) Jago Pakistan Jago, July 31, 2018 – Reg. # PA2149159

    23) Kaisi Aurat Moon Main, Ep. # 14 (2018) – Reg. # PA2149294

    24) Maa Sadqey, Ep. # 137 (2018) – Reg. # PA2149243

    25) Main Khayal Hoon Kisi Aur Ka, Ep. # 6 (2018) – Reg. # PA2149312

    26) Mein Har Nahin Manongi, Ep. # 13 (2018) – Reg. # PA2149190

    27) Mein Har Nahin Manongi, Ep. # 28 (2018) – Reg. # PA2154586

    28) Tabeer, Ep. # 24 (2018) – Reg. # PA2149272

    29) Ustani Jee, Ep. # 15 (2018) – Reg. # PA2149303

    30) Zun Mureed, Ep. # 22 (2018) – Reg. # PA 2149199

14. Attached as **Exhibit 15** is a true and correct copy of Certificates of Registration from the United State Copyright Office for the following MBC FZ LLC works:

    31) Hit Al Mawsem, Season 2, Ep. # 2 (2018) – Reg. # PA2154603

    32) Sada Al Mala'eb, Ep. #113 (2017) – Reg. # PA2107550

    33) Sada Al Mala'eb, Ep. #115 (2017) – Reg. # PA2107551

    34) Sada Al Mala-eb, Ep. # 454 (2019) – Reg. # PA2187986

    35) Takhareef, Ep. # 1 (2018) – Reg. # PA2154573

    36) Bab Al Hara (Drama Edit V2) (4), Ep. # 18 (2017) – Reg. # PA 2107541

    37) Al Chef Hassan, Ep. # 317 (2017) – Reg. # PA2107548

    38) Al Chef Hassan, Ep. # 319 (2017) – Reg. # PA2107549

    39) Al Hekaya Ma Amr Adib, Ep. # 36 (2019) – Reg. # PA 2187989

    40) Tasali Ahla Alam, Ep. # 316 (2017) – Reg. # PA 2107546

    41) Tasali Ahla Alam, Ep. # 60 (2019) – Reg. # PA 2188002

    42) Yahdoth fe Masr, Ep. 36 (2019) – Reg. # PA 2187990

15. Attached as **Exhibit 16** is a true and correct copy of the screenshots of the registration data pages from the United States Copyright Office online catalog for the following MSM Asia Limited works:

    43) Aladdin: Naam Toh Suna Hoga, Ep. # 30 (2018) – Reg. # PA2164508

    44) Aladdin: Naam Toh Suna Hoga, Ep. # 99 (2019) – Reg. # PA2173211

    45) Aladdin: Naam Toh Suna Hoga, Ep. # 123 (2019) – Reg. # PA2173206

    46) Aladdin: Naam Toh Suna Hoga, Ep. # 143 (2019) – Reg. # PA2183058

    47) Band Baja Band Darwaja, Ep. # 3 (2019) – Reg. # PA2183065

    48) Band Baja Band Darwaja, Ep. # 12 (2019) – Reg. # PA2183062

49) Beechwale Bapu Dekh Raha Hai, Ep. # 1 (2018) – Reg. # PA 2164509

50) Beechwale Bapu Dekh Raha Hai, Ep. # 69 (2019) – Reg. # PA2183073

51) Bhakharwadi, Ep. # 16 (2019) – Reg. # PA2183077

52) Jijaji Chhat Par Hai, Ep. # 238 (2019) – Reg. # PA2171618

53) Jijaji Chhat Par Hai, Ep. # 259 (2019) – Reg. # PA2173231

54) Mangalam, Ep. # 15 (2019) – Reg. # PA2171620

55) Mangalam, Ep. # 37 (2019) – Reg. # PA2173245

56) Mangalam, Ep. # 60 (2019) – Reg. # PA2173258

57) My Name Ijj Lakhan, Ep. # 3 (2019) – Reg. # PA2173264

58) Super Sisters – Meet the Sisters. Ep. # 41 (2018) – Reg. # PA2164513

59) Taraak Mehta Ka Ooltah Chashmah, Ep. # 2566 (2018) – Reg. # PA2164514

60) Taraak Mehta Ka Ooltah Chashmah, Ep. # 2614 (2018) – Reg. # PA2173283

61) Taraak Mehta Ka Ooltah Chashmah, Ep. # 2636 (2019) – Reg. # PA2183100

62) Taraak Mehta Ka Ooltah Chashmah, Ep. # 2679 (2019) – Reg. # PA2183103

63) Tenali Rama, Ep. # 322 (2018) – Reg. # PA 2164515

64) Tenali Rama, Ep. # 370 (2018) – Reg. # PA 2173288

65) Tenali Rama, Ep. # 415 (2019) – Reg. # PA 2179720

66) Tenali Rama, Ep. # 435 (2019) – Reg. # PA 2183108

**Additional Exhibits**

16. Attached as **Exhibit 17** is a true and correct copy of a court order entered on December 7, 2015 in *China Central Television v. Create New Tech. (HK) Ltd.*, No. 15-01869 MMM (AJWx) (C.D. Cal.), Dkt. 158. Attached as **Exhibit 18** is a true and correct copy of a subsequent order entered in that same case on May 31, 2016, Dkt. 192.

17. Attached as **Exhibit 19** is a true and correct copy of an order entered on August 24, 2018 in *DISH Network L.L.C. v. Mo'Ayad Al Zayed Trading Est.*, No. 4:17-cv-03909, Dkt. 24 (S.D. Tex.).

18. Attached as **Exhibit 20** is a true and correct copy of a report and recommendation entered on September 15, 2016 in *DISH Network L.L.C. v. Shava IPTV Network LLC*, No. 1:15-cv-00706 (TSE/IDD) (E.D. Va), Dkt. 120. Attached as **Exhibit 21** is a true and correct copy of a subsequent judgment order entered in that same case on January 24, 2017, Dkt. 124. Attached as **Exhibit 22** is a true and correct copy of a subsequent report and recommendation entered in that same case on February 2, 2018, Dkt. 136. Attached as **Exhibit 23** is a true and correct copy of a subsequent order entered in that same case on February 22, 2018, Dkt. 138.

19. Attached as **Exhibit 24** is a true and correct copy of a court order entered on March 17, 2017 in *DISH Network L.L.C. v. Lool Tech Co., Ltd.*, No. 4:16-cv-01771, Dkt. 25 (S.D. Tex.).

20. Attached as **Exhibit 25** is a true and correct copy of a court order entered on May 5, 2017 in *Times Content Limited v. Doe*, No. 4:17-cv-01287, Dkt. 10 (S.D. Tex.).

21. Attached as **Exhibit 26** is a true and correct copy of a court order entered on April 30, 2015 in *Showtime Networks Inc. v. Doe*, No. 2:15-cv-03147-GW-MRW, Dkt. 20 (C.D. Cal.).

22. Attached as **Exhibit 27** is a true and correct copy of a court order entered on October 3, 2014 in *Warner Bros. Entm't, Inc. v. Doe,* No. 14-cv-3492, Dkt. 27 (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 30, 2020.

/s/ Stephen M. Ferguson
Stephen M. Ferguson