# EXHIBIT 1



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

January 27, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:     Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox:

      This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, International Media Distribution, MBC FZ, TV Today Network, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aaj Tak, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, LBC, MBC 1, MBC Drama, MBC Kids (MBC 3), MBC Masr, NBN, New TV (Al Jadeed), ONTV, and OTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

      IBCAP is writing to demand that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is taking place via the following channel numbers including, but by no means limited to:

                  Aaj Tak – Channel 16
                  Al Hayah 1 – Channel 67
                  Al Jazeera Arabic News – Channel 77
                  Al Nahar – Channel 102
                  Al Nahar Drama – Channel 105
                  Al Nahar Sport – Channel 106
                  LBC – Channel 522

MBC 1 – Channel 545
MBC Drama – Channel 551
MBC Kids (MBC 3) – Channel 547
MBC Masr – Channel 553
NBN – Channel 590
New TV (Al Jadeed) – Channel 75
ONTV – Channel 648
OTV – Channel 662

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner

described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 27, 2016

<u>**VIA Email**</u>

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

     **Re:    Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

    This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Aastha, ART Cinema, Dream 2, Dunya TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

    We are writing to demand that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is taking place via the following channel numbers including, but by no means limited to:

            Aastha – Channel 20
            ART Cinema – Channel 181
            Dream 2 – Channel 320
            Dunya TV – Channel 331
            LDC – Channel 524

    Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding

defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 8, 2016

<u>**VIA Email**</u>

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

      **Re:    Second Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox:

      This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including International Media Distribution, MBC FZ, Soundview Broadcasting, TV Today Network, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aaj USA (Aaj News), Aaj Tak, Al Hayah 1, Al Nahar, Iqraa, LBC, MBC 1, MBC Drama, MBC Kids (MBC 3), Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), ONTV, and OTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

      We sent you correspondence on January 27, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service"). Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

      Aaj USA (Aaj News) (Channel 17) – http://213.152.170.56:8000/481.ch
      Aaj Tak (Channel 18) – http://213.152.170.76:8000/332.ch
      Al Hayah 1 (Channel 84) – http://213.152.170.56:8000/7.ch
      Al Nahar (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
      Iqraa (Channel 430) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
      LBC (Channel 524) – http://109.232.227.38:8000/live/soot3/93retno/179.ts

MBC 1 (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC Drama (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
Murr TV (MTV Lebanon) (Channel 583) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 593) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ONTV (Channel 647) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 664) – http://109.232.227.38:8000/live/soot3/93retno/89.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner

described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 8, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

>      **Re:    Second Notice of Unauthorized Distribution of DISH Network Television**
>      **Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

>      Al Arabiya (Channel 56) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
>      ART Cinema (Channel 194) – http://213.152.170.76:8000/60.ch
>      Dream 2 (Channel 328) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
>      LDC (Channel 527) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in

nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 11, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

      **Re:**    **Third Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

      This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

      We sent you correspondence on January 27, 2016 and February 8, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

      Al Arabiya (Channel 56) – <u>http://109.232.227.38:8000/live/soot3/93retno/14.ts</u>
      ART Cinema (Channel 194) – <u>http://213.152.170.76:8000/60.ch</u>
      Dream 2 (Channel 328) – <u>http://109.232.227.38:8000/live/soot3/93retno/299.ts</u>
      LDC (Channel 527) – <u>http://109.232.227.38:8000/live/soot3/93retno/277.ts</u>

      Enclosed are screenshots evidencing your distribution of the Protected Content in the United States.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



















Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 11, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:   Third Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox:

   This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including International Media Distribution, MBC FZ, Soundview Broadcasting, TV Today Network, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aaj USA (Aaj News), Aaj Tak, Al Hayah 1, Al Nahar, Iqraa, LBC, MBC 1, MBC Drama, MBC Kids (MBC 3), MBC Masr, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), and ONTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

   We sent you correspondence on January 27, 2016 and February 8, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service"). Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

   Aaj USA (Aaj News) (Channel 17) – http://213.152.170.56:8000/481.ch
   Aaj Tak (Channel 18) – http://213.152.170.76:8000/332.ch
   Al Hayah 1 (Channel 84) – http://213.152.170.56:8000/7.ch
   Al Nahar (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
   Iqraa (Channel 430) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
   LBC (Channel 525) – http://109.232.227.38:8000/live/soot3/93retno/179.ts

MBC 1 (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC Drama (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Masr (Channel 555) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
Murr TV (MTV Lebanon) (Channel 583) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 593) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ONTV (Channel 647) – http://109.232.227.38:8000/live/soot3/93retno/47.ts

Enclosed are screenshots evidencing your distribution of the Protected Content in the United States.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification

February 11, 2016
Page 3

is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

















## TV channels

| | |
|---|---|
| 423 | iFilm Arabic |
| 424 | iFilm English |
| 425 | Imagine Movies |
| 426 | Imam Hussein 2 |
| 427 | IMC TV |
| 428 | India TV |
| 429 | Intereconomia TV |
| 430 | **Iqraa TV** |
| 431 | Iran Aryaee |






















TV channels

| 548 | MBC 2 |
| 549 | MBC 3 |
| 550 | MBC 4 |
| 551 | MBC Action |
| 552 | MBC Bollywood |
| 553 | MBC Drama |
| 554 | MBC Maghreb Al... |
| 555 | **MBC Masr** |
| 556 | MBC Masr 2 |

الجمعة

مسرح مصر

**8** PM

مسرح_مصر#

---

Current Local Ti... ✕   +

← 🌐 www.timeanddate.cor   C   »   ≡

≡   ☀️ timeanddate.com   ◄   Q

Main World Clock | Extended World Clock | Personal World
Clock | World Time Lookup | Time Articles

Current Local Time in
Houston, Texas, U.S.A.

ENLARGE

2:34:45 PM CST

Wednesday, February 10, 2016

Country:     United States (USA)
State:       Texas (TX)







TV channels

| 90 | Al Horreya |
| 91 | Al Hurra |
| 92 | AL Hurra Iraq |
| 93 | Al Iraqia |
| 94 | Al Iraqia 2 |
| 95 | Al Iraqiya 3 Sports |
| 96 | Al Iraqiya TV |
| 97 | Al Jadeed |
| 98 | Al Janoubia TV |

الجديد

فك الشيفرة

22:08
aljadeed.tv



Current Local Ti... ✕ +

www.timeanddate.cor

☰ timeanddate.com

Main World Clock | Extended World Clock | Personal World Clock | World Time Lookup | Time Articles

Current Local Time in Houston, Texas, U.S.A.

ENLARGE

2:08:58 PM CST

Wednesday, February 10, 2016

Country:      United States (USA)
State:        Texas (TX)





TV channels

| 640 | NTV+ Sport Plus |
| 641 | Number One Turk |
| 642 | Numidia News TV |
| 643 | Ohota & Rybalka |
| 644 | Olay TV |
| 645 | Oman TV |
| 646 | Oman TV Sport |
| 647 | On TV |
| 648 | Onda Azul |



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 24, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Fourth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, International Media Distribution, MBC FZ, Soundview Broadcasting, TV Today Network, Vedic Broadcasting, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aaj USA (Aaj News), Aaj Tak, Aastha, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Iqraa, LBC, MBC 1, MBC Drama, MBC Kids (MBC 3), MBC Masr, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), ONTV, and OTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, and February 11, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service"). Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

> Aaj USA (Aaj News) (Channel 17) – http://213.152.170.56:8000/481.ch
> Aaj Tak (Channel 18) – http://213.152.170.76:8000/332.ch
> Aastha (Channel 22) – http://213.152.170.76:8000/334.ch
> Al Hayah 1 (Channel 84) – http://213.152.170.56:8000/7.ch

Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Iqraa (Channel 430) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 525) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC Drama (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Masr (Channel 555) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
Murr TV (MTV Lebanon) (Channel 583) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 593) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ONTV (Channel 647) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 664) – http://109.232.227.38:8000/live/soot3/93retno/89.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

February 24, 2016
Page 3

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 24, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Fourth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, and February 11, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 56) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
ART Cinema (Channel 194) – http://213.152.170.76:8000/60.ch
Dream 2 (Channel 328) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 390) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
LDC (Channel 527) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies

of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 2, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:     Fifth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox:

      This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, International Media Distribution, MBC FZ, National Communication Services, Soundview Broadcasting, TV Today Network, Vedic Broadcasting, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aaj USA (Aaj News), Aaj Tak, Aastha, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, Dunya TV, Iqraa, LBC, MBC 1, MBC Drama, MBC Kids (MBC 3), MBC Masr, Melody Classic, Murr TV (MTV Lebanon), New TV (Al Jadeed), and ONTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

      We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, and February 24, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

      Aaj USA (Aaj News) (Channel 17) – http://213.152.170.56:8000/481.ch
      Aaj Tak (Channel 18) – http://213.152.170.76:8000/332.ch
      Aastha (Channel 22) – http://213.152.170.76:8000/334.ch

Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 135) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
Dunya TV (Channel 339) – http://109.232.227.38:8000/live/soot3/93retno/346.ts
Iqraa (Channel 430) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 526) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 548) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC Drama (Channel 554) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Masr (Channel 556) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
Melody Classic (Channel 571) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 584) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ONTV (Channel 648) – http://109.232.227.38:8000/live/soot3/93retno/47.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at \*56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

     We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

     If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 2, 2016

<u>**VIA Email**</u>

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:** **Fifth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network. DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, and February 24, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service"). Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

> Al Arabiya (Channel 56) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
> ART Cinema (Channel 194) – http://213.152.170.76:8000/60.ch
> Dream 2 (Channel 328) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
> Future TV (Channel 390) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
> LDC (Channel 528) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies

of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

HAGAN NOLL & BOYLE LLC

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 30, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Sixth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, and March 2, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

> Al Arabiya (Channel 56) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
> ART Cinema (Channel 195) – http://213.152.170.76:8000/60.ch
> Dream 2 (Channel 341) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
> Future TV (Channel 403) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
> LDC (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies

March 30, 2016
Page 2

of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 30, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:    Sixth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, International Media Distribution, MBC FZ, Soundview Broadcasting, TV Today Network, Vedic Broadcasting, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aaj USA (Aaj News), Aaj Tak, Aastha, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, Iqraa, LBC, MBC 1, MBC Drama, MBC Kids (MBC 3), MBC Masr, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), ONTV, and OTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, and March 2, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Aaj USA (Aaj News) (Channel 17) – http://213.152.170.56:8000/481.ch
Aaj Tak (Channel 18) – http://213.152.170.76:8000/332.ch
Aastha (Channel 22) – http://213.152.170.76:8000/334.ch

Al Hayah 1 (Channel 84) – http://213.152.170.56:8000/7.ch
Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 135) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
Iqraa (Channel 444) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 563) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC Drama (Channel 574) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 566) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Masr (Channel 576) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
Melody Classic (Channel 592) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 606) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 616) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ONTV (Channel 671) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 688) – http://109.232.227.38:8000/live/soot3/93retno/89.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper

authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

April 4, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Seventh Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, International Media Distribution, MBC FZ, Soundview Broadcasting, TV Today Network, Vedic Broadcasting, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aaj USA (Aaj News), Aaj Tak, Aastha, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Iqraa, LBC, MBC 1, MBC Drama, MBC Kids (MBC 3), MBC Masr, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), ONTV, and OTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, and March 30, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

    Aaj USA (Aaj News) (Channel 17) – http://213.152.170.56:8000/481.ch
    Aaj Tak (Channel 18) – http://213.152.170.76:8000/332.ch
    Aastha (Channel 22) – http://213.152.170.76:8000/334.ch

Al Hayah 1 (Channel 84) – http://213.152.170.56:8000/7.ch
Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Iqraa (Channel 444) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 563) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC Drama (Channel 574) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 566) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Masr (Channel 576) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
Melody Classic (Channel 592) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 606) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 616) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ONTV (Channel 671) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 688) – http://109.232.227.38:8000/live/soot3/93retno/89.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com







## TV channels

| 11 | 8XM |
| 12 | A Haber |
| 13 | A Spor |
| 14 | A1 Jordan |
| 15 | A9 TV |
| 16 | AAJ Entertainment |
| 17 | AAJ News |
| 18 | **AAJ TAK** |
| 19 | Aaj Tak Delhi |

● Favorite List  ● Add/remove favorite  ● Filter Manager







































## TV channels

| 559 | Masr Al Arabia |
| 560 | Massaya |
| 561 | Mavi Karadeniz |
| 562 | Mazzika |
| 563 | MBC 1 |
| 564 | MBC 1 TS |
| 565 | MBC 2 |
| **566** | **MBC 3** |
| 567 | MBC 3 TS |



🔴 Favorite List  🟢 Add/remove favorite  🔵 Filter Manager



Curre... ×    + ▾

ⓘ www.timeanddate.cor    ℃  »  ≡

☰  ☼ timeanddate.com  ⟨  Q

Main World Clock | Extended World Clock | Personal World
Clock | World Time Lookup | Time Articles

### Current Local Time in
Houston, Texas, USA  🇺🇸

4:27:02 PM CDT

Friday, April 1, 2016

| Country: | United States |
| State: | Texas (TX) |















## TV channels

| 609 | N24 |
| 610 | Nalia Radio Televi... |
| 611 | Nashe kino |
| 612 | Nashe Novoe Kino |
| 613 | Nat Geo |
| 614 | National Geograp... |
| 615 | Naynawa Alghad |
| 616 | NBN |
| 617 | NDR Fernsehen |

● Favorite List  ● Add/remove favorite  ● Filter Manager



Current Local Time in Houston, Texas, USA

**4:41:03 PM** CDT

Friday, April 1, 2016

Country: United States
State: Texas (TX)















Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

April 4, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:     Seventh Notice of Unauthorized Distribution of DISH Network Television
> Programming**

Dear Easybox:

    This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

    We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, and March 30, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

    Al Arabiya (Channel 56) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
    ART Cinema (Channel 195) – http://213.152.170.76:8000/60.ch
    Dream 2 (Channel 341) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
    LDC (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

    Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in

April 4, 2016
Page 2

nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

HAGAN NOLL & BOYLE LLC

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## TV channels

| 49 | Al Ahd |
|----|--------|
| 50 | Al Ahly Club |
| 51 | Al Ahvaz TV |
| 52 | Al Anwar |
| 53 | Al Anwar 2 |
| 54 | Al Aoula Inter |
| 55 | Al Aqila TV |
| 56 | Al Arabiya |
| 57 | Al Askandria |

العربية
Al Arabiya

🔴 Favorite List   🟢 Add/remove favorite   🔵 Filter Manager



Curre... ×    + ▾

ⓘ www.timeanddate.cor    ⟳   »   ≡

≡   timeanddate.com   ⟨   Q

Main World Clock | Extended World Clock | Personal World
Clock | World Time Lookup | Time Articles

### Current Local Time in
### Houston, Texas, USA

4:05:12 PM CDT

Friday, April 1, 2016

| Country: | United States |
|----------|---------------|
| State: | Texas (TX) |







## TV channels

| 334 | Divinity |
| 335 | Diyalog TV |
| 336 | DMAX |
| 337 | Dolly Cinema |
| 338 | Dom Kino |
| 339 | Domashniy |
| 340 | Dost TV |
| **341** | **Dream 2** |
| 342 | Dream Turk |

د / أحمد جلال : الاصلاح الاقتصادي لا يقوم إلا على اصلاح سياسي حقيقي

● Favorite List   ● Add/remove favorite   ● Filter Manager

11:16 PM



www.timeanddate.cor

timeanddate.com

Main World Clock | Extended World Clock | Personal World Clock | World Time Lookup | Time Articles

### Current Local Time in Houston, Texas, USA

ENLARGE

**4:17:12 PM** CDT

Friday, April 1, 2016

| Country: | United States |
| State: | Texas (TX) |







Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

April 21, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:     Eighth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, International Media Distribution, MBC FZ, TV Today Network, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aaj Tak, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 2, MBC Pro Sports 3, Murr TV (MTV Lebanon), NBN, ONTV, and OTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, and April 4, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Aaj Tak (Channel 12) – http://213.152.170.76:8000/332.ch
Al Hayah 1 (Channel 79) – http://213.152.170.56:8000/7.ch
Al Jazeera Arabic News (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/120.ts

Al Nahar (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/248.ts
Al Nahar Drama (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
Iqraa (Channel 427) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 475) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 499) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 2 (Channel 501) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 504) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC Action (Channel 506) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 508) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Drama (Channel 510) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 502) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Masr (Channel 511) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 512) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 513) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Pro Sports 2 (Channel 516) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 517) – http://109.232.227.38:8000/live/soot3/93retno/112.ts
Murr TV (MTV Lebanon) (Channel 538) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 551) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
ONTV (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 618) – http://109.232.227.38:8000/live/soot3/93retno/89.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In

particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

April 21, 2016

<u>**VIA Email**</u>

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

      **Re:**    **Eighth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

      This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

      We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, and April 4, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

      Al Arabiya (Channel 47) – <u>http://109.232.227.38:8000/live/soot3/93retno/14.ts</u>
      ART Cinema (Channel 204) – <u>http://213.152.170.76:8000/60.ch</u>
      Dream 2 (Channel 341) – <u>http://109.232.227.38:8000/live/soot3/93retno/299.ts</u>
      LDC (Channel 476) – <u>http://109.232.227.38:8000/live/soot3/93retno/277.ts</u>

      Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in

April 21, 2016
Page 2

nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

May 11, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Ninth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Iqraa, LBC, Life OK, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, and April 21, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service"). Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Hayah 1 (Channel 76) – http://213.152.170.56:8000/7.ch
Al Jazeera Arabic News (Channel 92) – http://109.232.227.38:8000/live/soot3/93retno/120.ts

Al Nahar (Channel 126) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 207) – http://213.152.170.76:8000/613.ch
B4U Movies (Channel 218) – http://213.152.170.76:8000/616.ch
B4U Music (Channel 219) – http://213.152.170.76:8000/615.ch
Iqraa (Channel 440) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 483) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
Life OK (Channel 492) – http://213.152.170.76:8000/593.ch
MBC 1 (Channel 509) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 510) – http://213.152.170.56:8000/743.ch
MBC 2 (Channel 511) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 514) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 515) – http://213.152.170.56:8000/746.ch
MBC Action (Channel 516) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 518) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 519) – http://213.152.170.56:8000/748.ch
MBC Drama (Channel 520) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 512) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 513) – http://213.152.170.56:8000/745.ch
MBC Masr (Channel 521) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 522) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 523) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 524) – http://213.152.170.56:8000/749.ch
MBC Pro Sports 1 (Channel 525) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 526) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 527) – http://213.152.170.56:8000/107.ch
MBC Pro Sports 4 (Channel 528) – http://213.152.170.56:8000/109.ch
Melody Classic (Channel 535) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 555) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
New TV (Al Jadeed) (Channel 90) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 576) – http://213.152.170.56:8000/839.ch
ONTV (Channel 591) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 618) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 744) – http://213.152.170.76:8000/602.ch
Zee Cinema (Channel 856) – http://213.152.170.76:8000/587.ch

Under U.S. Copyright law, the operator of a website may be liable for copyright
infringement where the website knowingly hosts, stores, indexes, transmits, retransmits,
streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies
of motion pictures or television programs. This liability may be both direct and contributory in
nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista
Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding
defendants liable for direct and contributory copyright infringement where defendants operated
computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v.
Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir.
1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578,
2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for

inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

May 11, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

      **Re:    Ninth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

      This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

      We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, and April 21, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

      Al Arabiya (Channel 43) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
      ART Cinema (Channel 204) – http://213.152.170.76:8000/60.ch
      Dream 2 (Channel 345) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
      LDC (Channel 484) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

      Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in

nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

May 17, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:     Tenth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Iqraa, LBC, Life OK, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Zee Cinema, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, and May 11, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service"). Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Hayah 1 (Channel 77) – http://213.152.170.56:8000/7.ch
Al Jazeera Arabic News (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/120.ts

Al Nahar (Channel 125) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 128) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 194) – http://213.152.170.76:8000/613.ch
B4U Movies (Channel 205) – http://213.152.170.76:8000/616.ch
B4U Music (Channel 206) – http://213.152.170.76:8000/615.ch
Iqraa (Channel 427) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 469) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
Life OK (Channel 478) – http://213.152.170.76:8000/593.ch
MBC 1 (Channel 495) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 496) – http://213.152.170.56:8000/743.ch
MBC 2 (Channel 497) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 500) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 501) – http://213.152.170.56:8000/746.ch
MBC Action (Channel 502) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 503) – http://213.152.170.56:8000/747.ch
MBC Bollywood (Channel 504) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 505) – http://213.152.170.56:8000/748.ch
MBC Drama (Channel 506) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 498) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 499) – http://213.152.170.56:8000/745.ch
MBC Masr (Channel 507) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 508) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 509) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 510) – http://213.152.170.56:8000/749.ch
MBC Pro Sports 1 (Channel 511) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 512) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 513) – http://213.152.170.56:8000/107.ch
MBC Pro Sports 4 (Channel 514) – http://213.152.170.56:8000/109.ch
Melody Classic (Channel 521) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 531) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
New TV (Al Jadeed) (Channel 91) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 562) – http://213.152.170.56:8000/839.ch
ONTV (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 600) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Zee Cinema (Channel 841) – http://213.152.170.76:8000/587.ch
Zee TV (Channel 845) – http://213.152.170.76:8000/618.ch

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578,

May 17, 2016
Page 3

2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

May 17, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:    Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

IBCAP is writing to demand that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is taking place via the following channel number and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 716) – http://213.152.170.76:8000/590.ch

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the

same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## **EXHIBIT A**

### **SAB**

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

May 17, 2016

<u>**VIA Email**</u>

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

  **Re:**  **Tenth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

  This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

  We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, and May 11, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

  Al Arabiya (Channel 44) – <u>http://109.232.227.38:8000/live/soot3/93retno/14.ts</u>
  Dream 2 (Channel 331) – <u>http://109.232.227.38:8000/live/soot3/93retno/299.ts</u>
  Future TV (Channel 387) – <u>http://109.232.227.38:8000/live/soot3/93retno/174.ts</u>
  LDC (Channel 470) – <u>http://109.232.227.38:8000/live/soot3/93retno/277.ts</u>

  Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in

nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 3, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

  **Re: Eleventh Notice of Unauthorized Distribution of IBCAP Members'
    Television Programming**

Dear Easybox:

  This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, Asia TV USA, B4U U.S., International Media Distribution, MBC FZ, Star India Private
Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control
exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al
Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies,
B4U Music, Iqraa, LBC, MBC 1, MBC 2, MBC Action, MBC Bollywood, MBC Drama, MBC
Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2,
MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New
TV (Al Jadeed), ONTV, Star India Plus, TV5 Monde, and Zee TV ("Protected Content") in the
United States. As such, Members own or control exclusive rights under copyright to distribute
and publicly perform via broadcast or digital transmission a vast number of motion pictures and
television programs in the United States.

  We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016,
February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11,
2016, and May 17, 2016, demanding that you take immediate steps to address the extensive
copyright infringement of Members' Protected Content that is occurring by virtue of your
Easybox service ("Service").  Such infringement is continuing to take place via the following
channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited
to:

  Al Arabiya (Channel 43) – http://109.232.227.38:8000/live/soot3/93retno/14.ts

Al Hayah 1 (Channel 76) – http://213.152.170.56:8000/7.ch
Al Jazeera Arabic News (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 124) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 127) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 128) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 193) – http://213.152.170.76:8000/613.ch
B4U Movies (Channel 204) – http://213.152.170.76:8000/616.ch
B4U Music (Channel 205) – http://213.152.170.76:8000/615.ch
Iqraa (Channel 439) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 489) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 517) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 2 (Channel 520) – http://213.152.170.56:8000/744.ch
MBC Action (Channel 525) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 527) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 505) – http://213.152.170.56:8000/748.ch
MBC Drama (Channel 529) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 530) – http://213.152.170.56:8000/319.ch
MBC Kids (MBC 3) (Channel 521) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 522) – http://213.152.170.56:8000/745.ch
MBC Masr (Channel 531) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 532) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 533) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 534) – http://213.152.170.56:8000/749.ch
MBC Pro Sports 1 (Channel 535) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 536) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 537) – http://213.152.170.56:8000/107.ch
MBC Pro Sports 4 (Channel 538) – http://213.152.170.56:8000/109.ch
Melody Classic (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 556) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 567) – http://213.152.170.56:8000/161.ch
New TV (Al Jadeed) (Channel 91) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ONTV (Channel 602) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
Star India Plus (Channel 755) – http://213.152.170.76:8000/602.ch
TV5 Monde (Channel 836) – http://213.152.170.76:8000/635.ch
Zee TV (Channel 875) – http://213.152.170.76:8000/618.ch

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of

plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 3, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:** **Eleventh Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network. DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, and May 17, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service"). Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

> ART Cinema (Channel 190) – http://213.152.170.76:8000/60.ch
> LDC (Channel 491) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding

defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 15, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:    Twelfth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channel: ART Cinema ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, and June 3, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel number and Uniform Resource Locator ("URL") including, but by no means limited to:

ART Cinema (Channel 194) – http://213.152.170.76:8000/60.ch

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated

computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 15, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

      **Re:**    **Twelfth Notice of Unauthorized Distribution of IBCAP Members'
            Television Programming**

Dear Easybox:

      This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ,
Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which
own or control exclusive rights under copyright to distribute the following channels: Al Arabiya,
Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital,
B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC Action, MBC Bollywood, MBC
Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC
Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, NBN, New TV (Al
Jadeed), Noursat, ONTV, OTV, Star India Plus, TV5 Monde, Zee Cinema, and Zee TV
("Protected Content") in the United States. As such, Members own or control exclusive rights
under copyright to distribute and publicly perform via broadcast or digital transmission a vast
number of motion pictures and television programs in the United States.

      We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016,
February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11,
2016, May 17, 2016, and June 3, 2016, demanding that you take immediate steps to address the
extensive copyright infringement of Members' Protected Content that is occurring by virtue of
your Easybox service ("Service"). Such infringement is continuing to take place via the
following channel numbers and Uniform Resource Locators ("URLs") including, but by no
means limited to:

      Al Arabiya (Channel 47) – http://109.232.227.38:8000/live/soot3/93retno/14.ts

Al Hayah 1 (Channel 80) – http://213.152.170.56:8000/7.ch
Al Jazeera Arabic News (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 198) – http://213.152.170.76:8000/613.ch
B4U Music (Channel 210) – http://213.152.170.76:8000/615.ch
Geo News (Channel 411) – http://213.152.170.76:8000/610.ch
Iqraa (Channel 448) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 497) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 524) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 2 (Channel 526) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC Action (Channel 532) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 534) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Drama (Channel 536) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 528) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 530) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC Masr (Channel 538) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 540) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Pro Sports 1 (Channel 542) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 543) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 544) – http://213.152.170.56:8000/107.ch
MBC Pro Sports 4 (Channel 545) – http://213.152.170.56:8000/109.ch
Melody Classic (Channel 552) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
NBN (Channel 576) – http://213.152.170.56:8000/161.ch
New TV (Al Jadeed) (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 596) – http://213.152.170.56:8000/839.ch
ONTV (Channel 610) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 633) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 763) – http://213.152.170.76:8000/602.ch
TV5 Monde (Channel 844) – http://213.152.170.76:8000/635.ch
Zee Cinema (Channel 882) – http://213.152.170.76:8000/587.ch
Zee TV (Channel 886) – http://213.152.170.76:8000/618.ch

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the

owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 15, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Second Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United Staes.

We sent you correspondence on May 17, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel number and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 752) – http://213.152.170.76:8000/590.ch

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored

and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## <u>EXHIBIT A</u>

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 27, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:   **Thirteenth Notice of Unauthorized Distribution of IBCAP Members'
Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ,
Star India Private Limited, and World Span Media Consulting ("Members"), which own or
control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al
Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital,
B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC
Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro
Sports 1, MBC Pro Sports 2, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat,
ONTV, OTV, Star India Plus, and Zee TV ("Protected Content") in the United States. As such,
Members own or control exclusive rights under copyright to distribute and publicly perform via
broadcast or digital transmission a vast number of motion pictures and television programs in the
United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016,
February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11,
2016, May 17, 2016, June 3, 2016, and June 15, 2016, demanding that you take immediate steps
to address the extensive copyright infringement of Members' Protected Content that is occurring
by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via
the following channel numbers and Uniform Resource Locators ("URLs") including, but by no
means limited to:

Al Arabiya (Channel 47) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 79) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 96) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 198) – http://213.152.170.76:8000/ary-digital
B4U Movies (Channel 208) – http://213.152.170.76:8000/b4u-movies
B4U Music (Channel 209) – http://213.152.170.76:8000/b4u-music
Geo News (Channel 409) – http://213.152.170.76:8000/geo-news
Iqraa (Channel 446) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 494) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 495) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 522) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 523) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 524) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 528) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 529) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 530) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 532) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 533) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 534) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 535) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 526) – http://213.152.170.56:8000/mbc-3-ts
MBC Kids (MBC 3) (Channel 527) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 536) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 537) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 538) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Max (Channel 539) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 540) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
Murr TV (MTV Lebanon) (Channel 563) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 576) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 94) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 597) – http://213.152.170.56:8000/noursat
ONTV (Channel 611) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 632) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 633) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 765) – http://213.152.170.76:8000/star-plus
Zee TV (Channel 891) – http://213.152.170.76:8000/zee-tv

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated

computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 27, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:** **Third Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United Staes.

We sent you correspondence on May 17, 2016 and June 15, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel number and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 752) – http://213.152.170.76:8000/sony-sab

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored

and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## **EXHIBIT A**

### **SAB**

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 27, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:    Thirteenth Notice of Unauthorized Distribution of DISH Network
Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, and June 15, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 194) – http://213.152.170.76:8000/art-cinema
Dream 2 (Channel 340) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 403) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
Future TV (Channel 404) – http://213.152.170.56:8000/future-tv-ts
LDC (Channel 496) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

June 27, 2016
Page 2

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 13, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> Re:    **Fourteenth Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, TV5Monde, Zee Cinema, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, and June 27, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 47) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 78) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 200) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 210) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 211) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 432) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 470) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 521) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 522) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 548) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 549) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 554) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 555) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 556) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 557) – http://213.152.170.56:8000/mbc-action-ts
MBC Bollywood (Channel 558) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 559) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 560) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 561) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 552) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 553) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 562) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 563) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 564) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 565) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 566) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 567) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 568) – http://213.152.170.56:8000/mbc-pro-sports-3
MBC Pro Sports 4 (Channel 569) – http://213.152.170.56:8000/mbc-pro-sports-4
Melody Classic (Channel 576) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 589) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 607) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 634) – http://213.152.170.56:8000/noursat
ONTV (Channel 648) – http://213.152.170.56:8000/ontv-egypt
OTV (Channel 664) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 665) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 809) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 893) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee Cinema (Channel 931) – http://109.232.227.38:8000/live/soot3/93retno/579.ts
Zee TV (Channel 935) – http://109.232.227.38:8000/live/soot3/93retno/560.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 13, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> Re:    **Fourth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United Staes.

We sent you correspondence on May 17, 2016, June 15, 2016, and June 27, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service"). Such infringement is continuing to take place via the following channel number and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 796) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored

and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## <u>EXHIBIT A</u>

**SAB**

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 13, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Fourteenth Notice of Unauthorized Distribution of DISH Network
> Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, and June 27, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

> ART Cinema (Channel 196) – http://213.152.170.76:8000/art-cinema
> Dream 2 (Channel 357) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
> Future TV (Channel 426) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
> Future TV (Channel 427) – http://213.152.170.56:8000/future-tv-ts
> LDC (Channel 523) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 26, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:    Fifteenth Notice of Unauthorized Distribution of IBCAP Members'
          Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, TV5Monde, Zee Cinema, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, and July 13, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service"). Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 47) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 78) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 200) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 210) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 211) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 432) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 470) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 521) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 522) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 548) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 549) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 554) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 555) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 556) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 557) – http://213.152.170.56:8000/mbc-action-ts
MBC Bollywood (Channel 558) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 559) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 560) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 561) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 552) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 553) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 562) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 563) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 564) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 565) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 566) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 567) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 568) – http://213.152.170.56:8000/mbc-pro-sports-3
MBC Pro Sports 4 (Channel 569) – http://213.152.170.56:8000/mbc-pro-sports-4
Melody Classic (Channel 576) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 589) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 607) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 634) – http://213.152.170.56:8000/noursat
ONTV (Channel 648) – http://213.152.170.56:8000/ontv-egypt
OTV (Channel 664) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 665) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 809) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 893) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee Cinema (Channel 931) – http://109.232.227.38:8000/live/soot3/93retno/579.ts
Zee TV (Channel 935) – http://109.232.227.38:8000/live/soot3/93retno/560.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 26, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

>      **Re:     Fifth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United Staes.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, and July 13, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel number and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 796) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored

and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## **EXHIBIT A**

### **SAB**

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 26, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

    **Re:**    **Fifteenth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

    This law firm is legal counsel for DISH Network. DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

    We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, and July 13, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service"). Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

    ART Cinema (Channel 196) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
    Dream 2 (Channel 357) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
    Future TV (Channel 426) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
    Future TV (Channel 427) – http://213.152.170.56:8000/future-tv-ts
    LDC (Channel 523) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 2, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:     **Sixteenth Notice of Unauthorized Distribution of IBCAP Members'
          Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ,
Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which
own or control exclusive rights under copyright to distribute the following channels: Al Arabiya,
Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital,
B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC
Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro
Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, Melody Classic, Murr TV (MTV Lebanon),
NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, TV5Monde, Zee Cinema,
and Zee TV ("Protected Content") in the United States. As such, Members own or control
exclusive rights under copyright to distribute and publicly perform via broadcast or digital
transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016,
February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11,
2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, and July 26,
2016, demanding that you take immediate steps to address the extensive copyright infringement
of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").
Such infringement is continuing to take place via the following channel numbers and Uniform
Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 46) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 77) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 94) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 126) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 197) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 206) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 420) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 457) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 506) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 507) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 533) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 534) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 535) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 538) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 539) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 540) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 542) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 543) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 544) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 545) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 536) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 537) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 546) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 548) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 549) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 551) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 552) – http://213.152.170.56:8000/mbc-pro-sports-3
Melody Classic (Channel 560) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 573) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 590) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 92) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 616) – http://213.152.170.56:8000/noursat
ONTV (Channel 631) – http://213.152.170.56:8000/ontv-egypt
OTV (Channel 662) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 663) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 805) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 879) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee Cinema (Channel 914) – http://109.232.227.38:8000/live/soot3/93retno/579.ts
Zee TV (Channel 918) – http://109.232.227.38:8000/live/soot3/93retno/560.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies

of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

HAGAN NOLL & BOYLE LLC

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 2, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:     Sixth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United Staes.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, and July 26, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel number and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 792) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored

and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

**<u>EXHIBIT A</u>**

**SAB**

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 2, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:     Sixteenth Notice of Unauthorized Distribution of DISH Network Television
            Programming

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, and July 26, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 193) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 348) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 414) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
Future TV (Channel 415) – http://213.152.170.56:8000/future-tv-ts
LDC (Channel 508) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 16, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

>    **Re:    Seventeenth Notice of Unauthorized Distribution of IBCAP Members'
>    Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, and TV5Monde ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, and August 2, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 46) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 77) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 94) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 126) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
B4U Movies (Channel 206) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 420) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 457) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 505) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 506) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 532) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 533) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 534) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 537) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 538) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 540) – http://213.152.170.56:8000/mbc-action-ts
MBC Bollywood (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 542) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 543) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 544) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 535) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 536) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 546) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 548) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 551) – http://213.152.170.56:8000/mbc-pro-sports-3
MBC Pro Sports 4 (Channel 552) – http://213.152.170.56:8000/mbc-pro-sports-4
Melody Classic (Channel 559) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 572) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 589) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 92) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 615) – http://213.152.170.56:8000/noursat
ONTV (Channel 630) – http://213.152.170.56:8000/ontv-egypt
OTV (Channel 661) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 662) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 804) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 878) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in

nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 16, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:     **Seventh Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United Staes.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, and August 2, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel number and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 791) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for

direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## <u>EXHIBIT A</u>

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 16, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:** **Seventeenth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Dream 2 and Future TV ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, and August 2, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Dream 2 (Channel 348) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 414) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
Future TV (Channel 415) – http://213.152.170.56:8000/future-tv-ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in

nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 31, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> Re:    **Eighteenth Notice of Unauthorized Distribution of IBCAP Members'
>        Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and TV5Monde ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, and August 16, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service"). Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 46) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 77) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 94) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 126) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 197) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 206) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 420) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 457) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 505) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 506) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 532) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 533) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 534) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 537) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 538) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 542) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 543) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 544) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 535) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 536) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 546) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 548) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 551) – http://213.152.170.56:8000/mbc-pro-sports-3
Melody Classic (Channel 559) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 572) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 589) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 92) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 615) – http://213.152.170.56:8000/noursat
ONTV (Channel 630) – http://213.152.170.56:8000/ontv-egypt
OTV (Channel 661) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 662) – http://213.152.170.56:8000/otv-ts
TV5Monde (Channel 878) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista*

*Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 31, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:     **Eighth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United Staes.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, and August 16, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel number and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 791) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for

direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## <u>EXHIBIT A</u>

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 31, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

>       **Re:     Eighteenth Notice of Unauthorized Distribution of DISH Network
>                Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, and August 16, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

>     Dream 2 (Channel 348) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
>     Future TV (Channel 414) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
>     Future TV (Channel 415) – http://213.152.170.56:8000/future-tv-ts
>     LDC (Channel 507) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits,

streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

September 14, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

      **Re:**    **Nineteenth Notice of Unauthorized Distribution of IBCAP Members'
             Television Programming**

Dear Easybox:

      This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ,
Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which
own or control exclusive rights under copyright to distribute the following channels: Al Arabiya,
Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, ARY Digital, B4U Movies,
B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood,
MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1,
MBC Pro Sports 2, MBC Pro Sports 3, Melody Classic, Murr TV (MTV Lebanon), NBN, New
TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, TV5Monde, Zee Cinema, and Zee TV
("Protected Content") in the United States. As such, Members own or control exclusive rights
under copyright to distribute and publicly perform via broadcast or digital transmission a vast
number of motion pictures and television programs in the United States.

      We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016,
February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11,
2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016,
August 2, 2016, August 16, 2016, and August 31, 2016, demanding that you take immediate
steps to address the extensive copyright infringement of Members' Protected Content that is
occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take
place via the following channel numbers and Uniform Resource Locators ("URLs") including,
but by no means limited to:

Al Arabiya (Channel 47) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 78) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 127) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
ARY Digital (Channel 198) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 208) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 425) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 464) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 512) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 513) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 540) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 544) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 545) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 546) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 548) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Bollywood (Channel 549) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 551) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 542) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 543) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 552) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 554) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 555) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 556) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 557) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 558) – http://213.152.170.56:8000/mbc-pro-sports-3
Melody Classic (Channel 566) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 579) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 596) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 622) – http://213.152.170.56:8000/noursat
ONTV (Channel 639) – http://213.152.170.56:8000/ontv-egypt
OTV (Channel 670) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 671) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 814) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 891) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee Cinema (Channel 926) – http://109.232.227.38:8000/live/soot3/93retno/579.ts
Zee TV (Channel 930) – http://109.232.227.38:8000/live/soot3/93retno/560.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies

of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

HAGAN NOLL & BOYLE LLC

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

September 14, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> Re:   Ninth Notice of Unauthorized Distribution of IBCAP Member's Television
>        Programming

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United Staes.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, and August 31, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel number and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 801) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for

direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## <u>EXHIBIT A</u>

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

September 14, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Nineteenth Notice of Unauthorized Distribution of DISH Network
> Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, and August 31, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 194) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 352) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 419) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
Future TV (Channel 420) – http://213.152.170.56:8000/future-tv-ts
LDC (Channel 514) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

HAGAN NOLL & BOYLE LLC

_____

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

September 21, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:** **Twentieth Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and TV5Monde ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on nineteen prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, and September 14, 2016.

continuing to take place via the following channel numbers and Uniform Resource Locators
("URLs") including, but by no means limited to:

Al Arabiya (Channel 46) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 77) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 94) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 126) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 197) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 206) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 420) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 457) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 505) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 506) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 532) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 533) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 534) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 537) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 538) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 542) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 543) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 544) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 535) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 536) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 546) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 548) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 551) – http://213.152.170.56:8000/mbc-pro-sports-3
Melody Classic (Channel 559) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 572) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 589) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 92) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 615) – http://213.152.170.56:8000/noursat
ONTV (Channel 630) – http://213.152.170.56:8000/ontv-egypt
OTV (Channel 661) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 662) – http://213.152.170.56:8000/otv-ts
TV5Monde (Channel 878) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright
infringement where the website knowingly hosts, stores, indexes, transmits, retransmits,
streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies

of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

HAGAN NOLL & BOYLE LLC

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

September 21, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> Re:   **Tenth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United Staes.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, and September 14, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service"). Such infringement is continuing to take place via the following channel number and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 791) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for

direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## **EXHIBIT A**

### **SAB**

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

September 21, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

     **Re:**    **Twentieth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

      This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

      We sent you correspondence on nineteen prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

        Dream 2 (Channel 348) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
        Future TV (Channel 414) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
        Future TV (Channel 415) – http://213.152.170.56:8000/future-tv-ts
        LDC (Channel 507) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, and September 14, 2016.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 5, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:    Twenty-first Notice of Unauthorized Distribution of IBCAP Members'
         Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ,
Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which
own or control exclusive rights under copyright to distribute the following channels: Al Arabiya,
Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital,
B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC
Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, Melody
Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star
India Plus, TV5Monde, Zee Cinema, and Zee TV ("Protected Content") in the United States. As
such, Members own or control exclusive rights under copyright to distribute and publicly
perform via broadcast or digital transmission a vast number of motion pictures and television
programs in the United States.

We sent you correspondence on twenty prior occasions, demanding that you take
immediate steps to address the extensive copyright infringement of Members' Protected Content
that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March
30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016,
July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, and
September 21, 2016.

continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 47) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 78) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 127) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 131) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 198) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 208) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 425) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 464) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 511) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 512) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 538) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 539) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 540) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 543) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 544) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 546) – http://213.152.170.56:8000/mbc-action-ts
MBC Bollywood (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 548) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 550) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 542) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 551) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 552) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 554) – http://213.152.170.56:8000/mbc-max-ts
Melody Classic (Channel 565) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 578) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 595) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 621) – http://213.152.170.56:8000/noursat
ONTV (Channel 639) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/978.ts
OTV (Channel 670) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 671) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 814) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 891) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee Cinema (Channel 926) – http://109.232.227.38:8000/live/soot3/93retno/579.ts
Zee TV (Channel 930) – http://109.232.227.38:8000/live/soot3/93retno/560.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies

of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

HAGAN NOLL & BOYLE LLC

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 5, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:    Eleventh Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United Staes.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, and September 21, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel number and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 801) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for

direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## **EXHIBIT A**

### **SAB**

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 5, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

  **Re:**  **Twenty-first Notice of Unauthorized Distribution of DISH Network**
      **Television Programming**

Dear Easybox:

   This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

   We sent you correspondence on twenty prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

   ART Cinema (Channel 194) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
   Dream 2 (Channel 352) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
   Future TV (Channel 419) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
   Future TV (Channel 420) – http://213.152.170.56:8000/future-tv-ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, and September 21, 2016.

LDC (Channel 513) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 26, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:** **Twenty-second Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, TV5Monde, Zee Cinema, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-one prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, and October 5, 2016.

continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Hayah 1 (Channel 78) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 127) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 131) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 198) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 208) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 425) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 464) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 511) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 512) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 538) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 539) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 540) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 543) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 544) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 546) – http://213.152.170.56:8000/mbc-action-ts
MBC Bollywood (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 548) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 550) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 542) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 551) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 552) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 554) – http://213.152.170.56:8000/mbc-max-ts
Melody Classic (Channel 565) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 578) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 595) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 621) – http://213.152.170.56:8000/noursat
ONTV (Channel 639) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 670) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 671) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 814) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 891) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee Cinema (Channel 926) – http://109.232.227.38:8000/live/soot3/93retno/579.ts
Zee TV (Channel 930) – http://109.232.227.38:8000/live/soot3/93retno/560.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies

of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

HAGAN NOLL & BOYLE LLC

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 26, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

   Re: **Twelfth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

   This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United Staes.

   We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, and October 5, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel number and Uniform Resource Locator ("URL") including, but by no means limited to:

   SAB (Channel 801) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

   Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC*

*v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

       If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

# **EXHIBIT A**

### **SAB**

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 26, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:     Twenty-second Notice of Unauthorized Distribution of DISH Network
            Television Programming**

Dear Easybox:

        This law firm is legal counsel for DISH Network.  DISH Network owns or controls
exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2,
Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns
or controls exclusive rights under copyright to distribute and publicly perform via broadcast or
digital transmission a vast number of motion pictures and television programs in the United
States.

        We sent you correspondence on twenty-one prior occasions, demanding that you take
immediate steps to address the extensive copyright infringement of DISH Network's Protected
Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is
continuing to take place via the following channel numbers and Uniform Resource Locators
("URLs") including, but by no means limited to:

        ART Cinema (Channel 194) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
        Dream 2 (Channel 352) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
        Future TV (Channel 419) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
        Future TV (Channel 420) – http://213.152.170.56:8000/future-tv-ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March
30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016,
July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September
21, 2016, and October 5, 2016.

LDC (Channel 513) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at \*56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

November 1, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:**   **Twenty-third Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, OTV, Star India Plus, TV5Monde, Zee Cinema, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-two prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, and October 26, 2016.

continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Hayah 1 (Channel 78) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 127) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 131) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 198) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 208) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 425) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 464) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 511) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 512) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 538) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 539) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 540) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 543) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 544) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 546) – http://213.152.170.56:8000/mbc-action-ts
MBC Bollywood (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 548) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 550) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 542) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 551) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 552) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 554) – http://213.152.170.56:8000/mbc-max-ts
Melody Classic (Channel 565) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 578) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 595) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 621) – http://213.152.170.56:8000/noursat
OTV (Channel 670) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 671) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 814) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 891) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee Cinema (Channel 926) – http://109.232.227.38:8000/live/soot3/93retno/579.ts
Zee TV (Channel 930) – http://109.232.227.38:8000/live/soot3/93retno/560.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in

nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 1, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Thirteenth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United Staes.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, and October 26, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel number and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 801) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC*

*v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

       If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## <u>EXHIBIT A</u>

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 1, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Twenty-third Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-two prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 194) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 352) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 419) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
Future TV (Channel 420) – http://213.152.170.56:8000/future-tv-ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, and October 26, 2016.

November 1, 2016
Page 2

LDC (Channel 513) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 30, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:    Twenty-fourth Notice of Unauthorized Distribution of IBCAP Members'
Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, and TV5Monde ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-three prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, and November 1, 2016.

continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 50) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar Drama (Channel 134) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 135) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 215) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 216) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 437) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 481) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 551) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 579) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 580) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 581) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 585) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 586) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 587) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 589) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 590) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 591) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 592) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 583) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 584) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 593) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 594) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 596) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 597) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 598) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
Melody Classic (Channel 606) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 620) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 635) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 662) – http://213.152.170.56:8000/noursat
ONTV (Channel 683) – http://213.152.170.56:8000/ontv-live
OTV (Channel 715) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 872) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 961) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding

defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 30, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

      **Re:    Fourteenth Notice of Unauthorized Distribution of IBCAP Member's
              Television Programming**

Dear Easybox:

      This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which
owns or controls exclusive rights under copyright to distribute the following channel: SAB
("Protected Content") in the United States.  As such, Member owns or controls exclusive rights
under copyright to distribute and publicly perform via broadcast or digital transmission a vast
number of motion pictures and television programs in the United Staes.

      We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13,
2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016,
September 21, 2016, October 5, 2016, October 26, 2016, and November 1, 2016, demanding that
you take immediate steps to address the extensive copyright infringement of Member's Protected
Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is
continuing to take place via the following channel number and Uniform Resource Locator
("URL") including, but by no means limited to:

      SAB (Channel 858) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

      Under U.S. Copyright law, the operator of a website may be liable for copyright
infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams,
publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion
pictures or television programs. This liability may be both direct and contributory in nature. *See
Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC*

*v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## **EXHIBIT A**

### **SAB**

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

November 30, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:     Twenty-fourth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-three prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 203) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 360) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 431) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
Future TV (Channel 432) – http://213.152.170.56:8000/future-tv-ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, and November 1, 2016.

November 30, 2016
Page 2

LDC (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

December 14, 2016

**<u>VIA Email</u>**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:     Twenty-fifth Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, B4U U.S., beIN Media Group, Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, ART Movies, ARY Digital, B4U Movies, B4U Music, beIN Sports, Geo News, Hekayat, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and Star India Plus ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-four prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, and November 30, 2016.

continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 50) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 82) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
ART Movies (Channel 97) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/738.ts
ART Movies (Channel 205) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/736.ts
ARY Digital (Channel 206) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 209) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
beIN Sports (Channel 217) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/739.ts
Geo News (Channel 361) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Geo News (Channel 429) – http://109.232.227.38:8000/live/soot3/93retno/567.ts
Hekayat (Channel 203) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/737.ts
Iqraa (Channel 434) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 435) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 478) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 550) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 2 (Channel 578) – http://213.152.170.56:8000/mbc-2-ts
MBC 4 (Channel 581) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 582) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 583) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 584) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 585) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 587) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 588) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 579) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 580) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 589) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 590) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 591) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 592) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 593) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 594) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
Melody Classic (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 596) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 604) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 81) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 618) – http://213.152.170.56:8000/noursat
ONTV (Channel 634) – http://213.152.170.56:8000/ontv-live
OTV (Channels 661, 662) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 683) – http://109.232.227.38:8000/live/soot3/93retno/573.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies

of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

HAGAN NOLL & BOYLE LLC

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

December 14, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:     Twenty-fifth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

        This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

        We sent you correspondence on twenty-four prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

        ART Cinema (Channel 99) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
        Dream 2 (Channel 218) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
        Future TV (Channel 239) – http://213.152.170.56:8000/future-tv-ts
        LDC (Channel 548) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, and November 30, 2016.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

Hagan Noll & Boyle, LLC

Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

January 12, 2017

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re: Twenty-sixth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, B4U U.S., beIN Media Group, Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, ART Movies, ARY Digital, B4U Movies, B4U Music, beIN Sports, Geo News, Hekayat, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and Star India Plus ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-five prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").[1] Such infringement is

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, and December 14, 2016.

continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 301) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 82) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/781.ts
ART Movies (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ART Movies (Channel 205) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
ARY Digital (Channel 206) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/737.ts
B4U Movies (Channel 207) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/736.ts
B4U Music (Channel 209) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
beIN Sports (Channel 217) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
Geo News (Channel 361) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Geo News (Channel 429) – http://213.152.170.56:8000/future-tv-ts
Hekayat (Channel 203) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/738.ts
Iqraa (Channel 434) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
LBC (Channel 435) – http://109.232.227.38:8000/live/soot3/93retno/567.ts
MBC 1 (Channel 549) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/277.ts
MBC 2 (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 2 (Channel 578) – http://213.152.170.56:8000/mbc-1-ts
MBC 4 (Channel 581) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC 4 (Channel 582) – http://213.152.170.56:8000/mbc-3-ts
MBC Action (Channel 583) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC Bollywood (Channel 584) – http://213.152.170.56:8000/mbc-4-ts
MBC Bollywood (Channel 585) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Drama (Channel 588) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Kids (MBC 3) (Channel 579) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC Kids (MBC 3) (Channel 580) – http://213.152.170.56:8000/mbc-2-ts
MBC Masr (Channel 589) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Masr 2 (Channel 590) – http://213.152.170.56:8000/mbc-drama-ts
MBC Max (Channel 591) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Max (Channel 592) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Pro Sports 1 (Channel 593) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Pro Sports 2 (Channel 594) – http://213.152.170.56:8000/mbc-max-ts
Melody Classic (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 596) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
NBN (Channel 604) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
New TV (Al Jadeed) (Channel 81) – http://213.152.170.56:8000/al-hayat-2
Noursat (Channel 618) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
ONTV (Channel 634) – http://213.152.170.56:8000/nbn
OTV (Channel 661) – http://213.152.170.56:8000/noursat
OTV (Channel 662) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
Star India Plus (Channel 683) – http://213.152.170.56:8000/ontv-live

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in

nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 12, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Twenty-sixth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-five prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Dream 2 (Channel 218) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Future TV (Channel 239) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/739.ts
LDC (Channel 548) – http://109.232.227.38:8000/live/soot3/93retno/179.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, and December 14, 2016.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 25, 2017

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:   Twenty-seventh Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-six prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 205) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 366) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 433) – http://109.232.227.38:8000/live/soot3/93retno/174.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, and January 12, 2017.

Future TV (Channel 434) – http://213.152.170.56:8000/future-tv-ts
LDC (Channel 555) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 25, 2017

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:     **Twenty-seventh Notice of Unauthorized Distribution of IBCAP Members'
        Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, B4U U.S., Geo USA Holdings, Hum Network Limited, International Media Distribution,
MBC FZ, TV5 USA, and World Span Media Consulting ("Members"), which own or control
exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al
Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sports, ARY Digital, B4U Movies,
B4U Music, Geo News, Hum TV, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC
Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC
Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon),
NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and TV5Monde ("Protected Content") in the
United States. As such, Members own or control exclusive rights under copyright to distribute
and publicly perform via broadcast or digital transmission a vast number of motion pictures and
television programs in the United States.

We sent you correspondence on twenty-six prior occasions, demanding that you take
immediate steps to address the extensive copyright infringement of Members' Protected Content
that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is

_____

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March
30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016,
July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September

continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 50) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 135) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sports (Channel 136) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 209) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 217) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 218) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 439) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hum TV (Channel 476) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 483) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 554) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 582) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 583) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 584) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 588) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 589) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 590) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 591) – http://213.152.170.56:8000/mbc-action-ts
MBC Drama (Channel 594) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 595) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 586) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 587) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 596) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 597) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 599) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 600) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 601) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
MBC Pro Sports 3 (Channel 602) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1016.ts
MBC Pro Sports 4 (Channel 603) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1017.ts
Melody Classic (Channel 611) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 625) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 641) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 668) – http://213.152.170.56:8000/noursat
ONTV (Channel 688) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 721) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 722) – http://213.152.170.56:8000/otv-ts

---

21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, and January 12, 2017.

TV5Monde (Channel 968) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 8, 2017

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Twenty-eighth Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, B4U U.S., Geo USA Holdings, Hum Network Limited, International Media Distribution, MBC FZ, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sports, ARY Digital, B4U Movies, B4U Music, Geo News, Hum TV, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and TV5Monde ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-seven prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September

continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 50) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 135) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sports (Channel 136) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 209) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 217) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 218) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 439) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hum TV (Channel 476) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 483) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 554) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 582) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 583) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 584) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 588) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 589) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 590) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 591) – http://213.152.170.56:8000/mbc-action-ts
MBC Drama (Channel 594) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 595) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 586) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 587) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 596) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 597) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 599) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 600) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 601) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
Melody Classic (Channel 611) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 625) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 641) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 668) – http://213.152.170.56:8000/noursat
ONTV (Channel 688) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 721) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
TV5Monde (Channel 968) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

---

21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, and January 25, 2017.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 8, 2017

<u>**VIA Email**</u>

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

      **Re:**    **Twenty-eighth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network. DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-seven prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1] Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

      ART Cinema (Channel 205) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
      Dream 2 (Channel 366) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
      Future TV (Channel 433) – http://109.232.227.38:8000/live/soot3/93retno/174.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, and January 25, 2017.

Future TV (Channel 434) – http://213.152.170.56:8000/future-tv-ts
LDC (Channel 555) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 23, 2017

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:    Twenty-ninth Notice of Unauthorized Distribution of IBCAP Members'
Television Programming

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, B4U U.S., Geo USA Holdings, Hum Network Limited, International Media Distribution,
MBC FZ, TV5 USA, and World Span Media Consulting ("Members"), which own or control
exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al
Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sports, ARY Digital, B4U Movies,
B4U Music, Geo News, Hum TV, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC
Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC
Pro Sports 2, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat,
ONTV, OTV, and TV5Monde ("Protected Content") in the United States. As such, Members
own or control exclusive rights under copyright to distribute and publicly perform via broadcast
or digital transmission a vast number of motion pictures and television programs in the United
States.

We sent you correspondence on twenty-eight prior occasions, demanding that you take
immediate steps to address the extensive copyright infringement of Members' Protected Content
that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March
30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016,
July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September

continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 50) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 135) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sports (Channel 136) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 209) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 217) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 218) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 439) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hum TV (Channel 476) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 483) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 554) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 582) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 583) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 584) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 588) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 589) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 590) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 591) – http://213.152.170.56:8000/mbc-action-ts
MBC Drama (Channel 594) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 595) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 586) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 587) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 596) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 597) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 599) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 600) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 601) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
Melody Classic (Channel 611) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 625) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 641) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 668) – http://213.152.170.56:8000/noursat
ONTV (Channel 688) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 721) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
TV5Monde (Channel 968) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

---

21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, and February 8, 2017.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 23, 2017

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

>     **Re:     Twenty-ninth Notice of Unauthorized Distribution of DISH Network
>     Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network. DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-eight prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1] Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

>     ART Cinema (Channel 205) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
>     Dream 2 (Channel 366) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
>     Future TV (Channel 433) – http://109.232.227.38:8000/live/soot3/93retno/174.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, and February 8, 2017.

February 23, 2017
Page 2

Future TV (Channel 434) – http://213.152.170.56:8000/future-tv-ts
LDC (Channel 555) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 21, 2017

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:    **Thirtieth Notice of Unauthorized Distribution of IBCAP Members'
       Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, B4U U.S., Geo USA Holdings, Hum Network Limited, International Media Distribution, MBC FZ, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sports, ARY Digital, B4U Movies, B4U Music, Geo News, Hum TV, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and TV5Monde ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-nine prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September

continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 50) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 135) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sports (Channel 136) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 209) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 217) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 218) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 439) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hum TV (Channel 476) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 483) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 554) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 582) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 583) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 584) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 588) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 589) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 590) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 591) – http://213.152.170.56:8000/mbc-action-ts
MBC Drama (Channel 594) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 595) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 586) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 587) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 596) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 597) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 599) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 600) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 601) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
Melody Classic (Channel 611) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 625) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 641) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 668) – http://213.152.170.56:8000/noursat
ONTV (Channel 688) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 721) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
TV5Monde (Channel 968) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

---

21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, and February 23, 2017.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 21, 2017

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:** **Thirtieth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network. DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-nine prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1] Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 205) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 366) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 433) – http://109.232.227.38:8000/live/soot3/93retno/174.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, and February 23, 2017.

Future TV (Channel 434) – http://213.152.170.56:8000/future-tv-ts
LDC (Channel 555) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 28, 2017

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:     **Thirty-first Notice of Unauthorized Distribution of IBCAP Members'
        Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, B4U U.S., Hum Network Limited, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Ahly TV, Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Jazeera English, Al Jazeera Mubasher, Al Nahar, Al Nahar Drama, B4U Movies, B4U Music, Hum TV, Iqraa, LBC, Life OK, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, OTV, Star India Plus, and TV5Monde ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September

continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Ahly TV (Channel 40) – http://185.23.213.74:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 48) – http://109.202.107.174:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 75) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 94) – http://109.202.107.174:8000/live/soot3/93retno/123.ts
Al Jazeera English (Channel 96) – http://109.202.107.174:8000/live/soot3/93retno/122.ts
Al Jazeera Mubasher (Channel 97) – http://109.202.107.174:8000/live/soot3/93retno/121.ts
Al Nahar (Channel 127) – http://134.19.187.198:25461/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 130) – http://134.19.187.198:25461/live/soot3/93retno/244.ts
B4U Movies (Channel 217) – http://109.202.107.174:8000/live/soot3/93retno/561.ts
B4U Music (Channel 218) – http://109.202.107.174:8000/live/soot3/93retno/562.ts
Hum TV (Channel 484) – http://109.202.107.174:8000/live/soot3/93retno/568.ts
Iqraa (Channel 490) – http://109.202.107.174:8000/live/soot3/93retno/332.ts
LBC (Channel 559) – http://134.19.187.198:25461/live/soot3/93retno/179.ts
Life OK (Channel 924) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1088.ts
MBC 1 (Channel 594) – http://134.19.187.198:25461/live/clienta18/6CtL6Olz0v/158.ts
MBC 1 (Channel 596) – http://109.202.107.174:8000/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 598) – http://134.19.187.198:25461/live/clienta03/9dPepeexIm/160.ts
MBC 2 (Channel 599) – http://134.19.187.22:25461/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 604) – http://134.19.187.198:25461/live/clienta07/BCa4tsQq3Y/159.ts
MBC 4 (Channel 605) – http://134.19.187.22:25461/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 607) – http://185.23.213.74:25461/live/clienta09/LYaaxiVGRy/163.ts
MBC Action (Channel 608) – http://134.19.187.22:25461/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 610) – http://134.19.187.22:25461/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 612) – http://134.19.187.198:25461/live/clienta15/sZALwci0tb/162.ts
MBC Kids (MBC 3) (Channel 601) – http://134.19.187.198:25461/live/clienta05/77SSAGnUYa/161.ts
MBC Kids (MBC 3) (Channel 602) – http://134.19.187.22:25461/live/clienta06/jtXfzY0JLs/1971.ts
MBC Masr (Channel 614) – http://109.202.107.174:8000/live/clienta13/0s2wuIpes7/166.ts
MBC Max (Channel 616) – http://134.19.187.22:25461/live/clienta11/iPQcymQLm6/165.ts
MBC Max (Channel 617) – http://134.19.187.198:25461/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 619) – http://185.23.213.74:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 620) – http://185.23.213.74:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
MBC Pro Sports 3 (Channel 621) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1016.ts
MBC Pro Sports 4 (Channel 622) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1017.ts
Melody Classic (Channel 629) – http://109.202.107.174:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 645) – http://185.23.213.74:25461/live/soot3/93retno/379.ts
NBN (Channel 646) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
New TV (Al Jadeed) (Channel 92) – http://134.19.187.198:25461/live/soot3/93retno/6.ts
Noursat (Channel 696) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OTV (Channel 757) – http://185.23.213.74:25461/live/soot3/93retno/89.ts
Star India Plus (Channel 925) – http://109.202.107.174:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 1015) – http://109.202.107.174:8000/live/soot3/93retno/539.ts

---

21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, and March 21, 2017.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 28, 2017

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Thirty-first Notice of Unauthorized Distribution of DISH Network**
> **Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 204) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Future TV (Channel 435) – http://134.19.187.198:25461/live/soot3/93retno/174.ts
LDC (Channel 561) – http://134.19.187.198:25461/live/soot3/93retno/277.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, and March 21, 2017.

June 28, 2017
Page 2

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 28, 2017

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Fifteenth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, and November 30, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service"). Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

SAB (Channel 907) – http://109.202.107.174:8000/live/soot3/93retno/577.ts
SET Max (Channel 906) – http://109.202.107.174:8000/live/soot3/93retno/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See*

*Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## EXHIBIT A

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

### SET Max

1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 8, 2017

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
China (PRC)
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Thirty-second Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., IndiaCast US, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Ahly TV, Al Arabiya, Al Jazeera Arabic News, Al Jazeera Documentary, Al Jazeera English, Al Jazeera Mubasher, Al Nahar, Al Nahar Drama, Aapka Colors (Colors), ARY Digital, B4U Movies, B4U Music, Braem, Iqraa, LBC, Life OK, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, OTV, Star India Plus, TV5Monde, Zee, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty-one prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016,

to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Ahly TV (Channel 40) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 48) – http://134.19.187.22:25461/live/soot3/93retno/14.ts
Al Jazeera Arabic News (Channel 94) – http://134.19.187.22:25461/live/soot3/93retno/120.ts
Al Jazeera Documentary (Channel 95) – http://109.202.107.174:8000/live/soot3/93retno/123.ts
Al Jazeera English (Channel 96) – http://134.19.187.22:25461/live/soot3/93retno/122.ts
Al Jazeera Mubasher (Channel 97) – http://134.19.187.22:25461/live/soot3/93retno/121.ts
Al Nahar (Channel 127) – http://134.19.187.22:25461/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 131) – http://134.19.187.22:25461/live/soot3/93retno/244.ts
Aapka Colors (Colors) (Channel 328) – http://109.202.107.174:8000/live/soot3/93retno/1086.ts
ARY Digital (Channel 207) – http://109.202.107.174:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 216) – http://134.19.187.22:25461/live/soot3/93retno/561.ts
B4U Music (Channel 217) – http://134.19.187.22:25461/live/soot3/93retno/562.ts
Braem (Channel 223) – http://109.202.107.174:8000/live/soot3/93retno/265.ts
Geo News (Channel 439) – http://109.202.107.174:8000/live/soot3/93retno/566.ts
Iqraa (Channel 488) – http://134.19.187.22:25461/live/soot3/93retno/332.ts
LBC (Channel 557) – http://134.19.187.22:25461/live/soot3/93retno/277.ts
Life OK (Channel 916) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1088.ts
MBC 1 (Channel 591) – http://134.19.187.22:25461/live/clienta18/6CtL6Olz0v/158.ts
MBC 1 (Channel 592) – http://134.19.187.22:25461/live/clienta01/mryhcRiX5q/158.ts
MBC 1 (Channel 593) – http://134.19.187.22:25461/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 595) – http://134.19.187.22:25461/live/clienta03/9dPepeexIm/160.ts
MBC 2 (Channel 596) – http://134.19.187.198:25461/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 601) – http://134.19.187.22:25461/live/clienta07/BCa4tsQq3Y/159.ts
MBC 4 (Channel 602) – http://134.19.187.198:25461/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 604) – http://134.19.187.22:25461/live/clienta09/LYaaxiVGRy/163.ts
MBC Action (Channel 605) – http://134.19.187.198:25461/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 607) – http://134.19.187.198:25461/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 609) – http://134.19.187.22:25461/live/clienta15/sZALwci0tb/162.ts
MBC Kids (MBC 3) (Channel 598) – http://134.19.187.22:25461/live/clienta05/77SSAGnUYa/161.ts
MBC Kids (MBC 3) (Channel 599) – http://134.19.187.198:25461/live/clienta06/jtXfzY0JLs/1971.ts
MBC Masr (Channel 611) – http://185.23.213.74:25461/live/clienta13/0s2wuIpes7/166.ts
MBC Masr 2 (Channel 612) – http://134.19.187.198:25461/live/clienta14/G48IZ5zdRx/157.ts
MBC Max (Channel 613) – http://134.19.187.198:25461/live/clienta11/iPQcymQLm6/165.ts
MBC Max (Channel 614) – http://134.19.187.22:25461/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 616) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 617) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
MBC Pro Sports 3 (Channel 618) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1016.ts
MBC Pro Sports 4 (Channel 619) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1017.ts
Melody Classic (Channel 626) – http://134.19.187.22:25461/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 642) – http://134.19.187.22:25461/live/soot3/93retno/379.ts

---

July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, and June 28, 2017.

NBN (Channel 661) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
New TV (Al Jadeed) (Channel 92) – http://134.19.187.22:25461/live/soot3/93retno/6.ts
Noursat (Channel 693) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OTV (Channel 749) – http://185.23.213.74:25461/live/soot3/93retno/89.ts
Star India Plus (Channel 917) – http://134.19.187.22:25461/live/soot3/93retno/573.ts
TV5Monde (Channel 1007) – http://134.19.187.22:25461/live/soot3/93retno/539.ts
Zee (1043) (Channel 1043) – http://109.202.107.174:8000/live/soot3/93retno/560.ts
Zee Cinema (Channel 1046) – http://109.202.107.174:8000/live/soot3/93retno/579.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described

herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 8, 2017

**VIA Email**

Easybox
70 Queen's Road Central
Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:     **Sixteenth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, and June 28, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

SAB (Channel 899) – http://134.19.187.22:25461/live/soot3/93retno/577.ts
SET Max (Channel 898) – http://109.202.107.174:8000/live/soot3/93retno/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v.*

*Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com

## EXHIBIT A

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

### SET Max

1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 8, 2017

<u>VIA Email</u>

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

  **Re: Thirty-second Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

  This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

  We sent you correspondence on thirty-one prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

   ART Cinema (Channel 203) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
   Dream 2 (Channel 363) – http://185.23.213.74:25461/live/soot3/93retno/299.ts
   Future TV (Channel 433) – http://134.19.187.22:25461/live/soot3/93retno/174.ts
   LDC (Channel 559) – http://134.19.187.22:25461/live/soot3/93retno/277.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, and June 28, 2017.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

July 26, 2017

**VIA Email**

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:   **Thirty-third Notice of Unauthorized Distribution of IBCAP Members'
Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, Asia TV USA, B4U U.S., IndiaCast US, International Media Distribution, MBC FZ, Star
India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or
control exclusive rights under copyright to distribute the following channels: Ahly TV, Al Arabiya,
Al Jazeera Arabic News, Al Jazeera Documentary, Al Jazeera English, Al Jazeera Mubasher, Al
Nahar, Al Nahar Drama, Aapka Colors (Colors), ARY Digital, B4U Movies, B4U Music, Braem,
Iqraa, LBC, Life OK, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama,
MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports
2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New
TV (Al Jadeed), Noursat, OTV, Star India Plus, TV5Monde, Zee, and Zee Cinema ("Protected
Content") in the United States. As such, Members own or control exclusive rights under copyright
to distribute and publicly perform via broadcast or digital transmission a vast number of motion
pictures and television programs in the United States.

We sent you correspondence on thirty-two prior occasions, demanding that you take
immediate steps to address the extensive copyright infringement of Members' Protected Content
that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March
30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016,
July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September
21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January
12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, and July 8, 2017.

to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Ahly TV (Channel 40) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 48) – http://134.19.187.22:25461/live/soot3/93retno/14.ts
Al Jazeera Arabic News (Channel 94) – http://134.19.187.22:25461/live/soot3/93retno/120.ts
Al Jazeera Documentary (Channel 95) – http://109.202.107.174:8000/live/soot3/93retno/123.ts
Al Jazeera English (Channel 96) – http://134.19.187.22:25461/live/soot3/93retno/122.ts
Al Jazeera Mubasher (Channel 97) – http://134.19.187.22:25461/live/soot3/93retno/121.ts
Al Nahar (Channel 127) – http://134.19.187.22:25461/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 131) – http://134.19.187.22:25461/live/soot3/93retno/244.ts
Aapka Colors (Colors) (Channel 328) – http://109.202.107.174:8000/live/soot3/93retno/1086.ts
ARY Digital (Channel 207) – http://109.202.107.174:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 216) – http://134.19.187.22:25461/live/soot3/93retno/561.ts
B4U Music (Channel 217) – http://134.19.187.22:25461/live/soot3/93retno/562.ts
Braem (Channel 223) – http://109.202.107.174:8000/live/soot3/93retno/265.ts
Geo News (Channel 439) – http://109.202.107.174:8000/live/soot3/93retno/566.ts
Iqraa (Channel 488) – http://134.19.187.22:25461/live/soot3/93retno/332.ts
LBC (Channel 557) – http://134.19.187.22:25461/live/soot3/93retno/179.ts
Life OK (Channel 916) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1088.ts
MBC 1 (Channel 591) – http://134.19.187.22:25461/live/clienta18/6CtL6Olz0v/158.ts
MBC 1 (Channel 592) – http://134.19.187.22:25461/live/clienta01/mryhcRiX5q/158.ts
MBC 1 (Channel 593) – http://134.19.187.22:25461/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 595) – http://134.19.187.22:25461/live/clienta03/9dPepeexIm/160.ts
MBC 2 (Channel 596) – http://134.19.187.198:25461/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 601) – http://134.19.187.22:25461/live/clienta07/BCa4tsQq3Y/159.ts
MBC 4 (Channel 602) – http://134.19.187.198:25461/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 604) – http://134.19.187.22:25461/live/clienta09/LYaaxiVGRv/163.ts
MBC Action (Channel 605) – http://134.19.187.198:25461/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 607) – http://134.19.187.198:25461/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 609) – http://134.19.187.22:25461/live/clienta15/sZALwci0tb/162.ts
MBC Kids (MBC 3) (Channel 598) – http://134.19.187.22:25461/live/clienta05/77SSAGnUYa/161.ts
MBC Kids (MBC 3) (Channel 599) – http://134.19.187.198:25461/live/clienta06/jtXfzY0JLs/1971.ts
MBC Masr (Channel 611) – http://185.23.213.74:25461/live/clienta13/0s2wuIpes7/166.ts
MBC Masr 2 (Channel 612) – http://134.19.187.198:25461/live/clienta14/G48IZ5zdRx/157.ts
MBC Max (Channel 613) – http://134.19.187.198:25461/live/clienta11/iPQcymQLm6/165.ts
MBC Max (Channel 614) – http://134.19.187.22:25461/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 616) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 617) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
MBC Pro Sports 3 (Channel 618) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1016.ts
MBC Pro Sports 4 (Channel 619) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1017.ts
Melody Classic (Channel 626) – http://134.19.187.22:25461/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 642) – http://134.19.187.22:25461/live/soot3/93retno/379.ts
NBN (Channel 661) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
New TV (Al Jadeed) (Channel 92) – http://134.19.187.22:25461/live/soot3/93retno/6.ts
Noursat (Channel 693) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OTV (Channel 749) – http://185.23.213.74:25461/live/soot3/93retno/89.ts
Star India Plus (Channel 917) – http://134.19.187.22:25461/live/soot3/93retno/573.ts

TV5Monde (Channel 1007) – http://134.19.187.22:25461/live/soot3/93retno/539.ts
Zee (1043) (Channel 1043) – http://109.202.107.174:8000/live/soot3/93retno/560.ts
Zee Cinema (Channel 1046) – http://109.202.107.174:8000/live/soot3/93retno/579.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 27, 2017

**VIA Email**

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Seventeenth Notice of Unauthorized Distribution of IBCAP Member's
> Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, June 28, 2017, and July 8, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

> SAB (Channel 899) – http://134.19.187.22:25461/live/soot3/93retno/577.ts
> SET Max (Channel 898) – http://109.202.107.174:8000/live/soot3/93retno/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct

and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com

## EXHIBIT A

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

### SET Max

1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 27, 2017

<u>**VIA Email**</u>

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

  **Re:**  **Thirty-third Notice of Unauthorized Distribution of DISH Network**
      **Television Programming**

Dear Easybox:

  This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

  We sent you correspondence on thirty-two prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

  ART Cinema (Channel 203) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
  Dream 2 (Channel 363) – http://185.23.213.74:25461/live/soot3/93retno/299.ts
  LDC (Channel 559) – http://134.19.187.22:25461/live/soot3/93retno/277.ts

  Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams,

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, and July 8, 2017.

publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

August 10, 2017

**<u>VIA Email</u>**

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:     Thirty-fourth Notice of Unauthorized Distribution of IBCAP Members'
        Television Programming

Dear Easybox TV:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, Asia TV USA, B4U U.S., IndiaCast US, International Media Distribution, MBC FZ, Star
India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or
control exclusive rights under copyright to distribute the following channels: Ahly TV, Al Arabiya,
Al Jazeera Arabic News, Al Jazeera Documentary, Al Jazeera English, Al Jazeera Mubasher, Al
Nahar, Al Nahar Drama, Aapka Colors (Colors), ARY Digital, B4U Movies, B4U Music, Baraem,
Iqraa, LBC, Life OK, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama,
MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports
2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New
TV (Al Jadeed), Noursat, OTV, Star India Plus, TV5Monde, Zee, and Zee Cinema ("Protected
Content") in the United States. As such, Members own or control exclusive rights under copyright
to distribute and publicly perform via broadcast or digital transmission a vast number of motion
pictures and television programs in the United States.

We sent you correspondence on thirty-three prior occasions, demanding that you take
immediate steps to address the extensive copyright infringement of Members' Protected Content
that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March
30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016,
July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21,
2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12,

to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Ahly TV (Channel 40) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 48) – http://134.19.187.22:25461/live/soot3/93retno/14.ts
Al Jadeed (Channel 92) – http://134.19.187.22:25461/live/soot3/93retno/6.ts
Al Jazeera Arabic News (Channel 94) – http://134.19.187.22:25461/live/soot3/93retno/120.ts
Al Jazeera Documentary (Channel 95) – http://109.202.107.174:8000/live/soot3/93retno/123.ts
Al Jazeera English (Channel 96) – http://134.19.187.22:25461/live/soot3/93retno/122.ts
Al Jazeera Mubasher (Channel 97) – http://134.19.187.22:25461/live/soot3/93retno/121.ts
Al Nahar (Channel 127) – http://134.19.187.22:25461/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 131) – http://134.19.187.22:25461/live/soot3/93retno/244.ts
Aapka Colors (Colors) (Channel 328) – http://109.202.107.174:8000/live/soot3/93retno/1086.ts
ARY Digital (Channel 207) – http://109.202.107.174:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 216) – http://134.19.187.22:25461/live/soot3/93retno/561.ts
B4U Music (Channel 217) – http://134.19.187.22:25461/live/soot3/93retno/562.ts
Baraem (Channel 223) – http://109.202.107.174:8000/live/soot3/93retno/265.ts
Geo News (Channel 439) – http://109.202.107.174:8000/live/soot3/93retno/566.ts
Iqraa (Channel 488) – http://134.19.187.22:25461/live/soot3/93retno/332.ts
LBC (Channel 557) – http://134.19.187.22:25461/live/soot3/93retno/179.ts
Life OK (Channel 916) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1088.ts
MBC 1 (Channel 591) – http://134.19.187.22:25461/live/clienta18/6CtL6Olz0v/158.ts
MBC 1 (Channel 592) – http://134.19.187.22:25461/live/clienta01/mryhcRiX5q/158.ts
MBC 1 (Channel 593) – http://134.19.187.22:25461/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 595) – http://134.19.187.22:25461/live/clienta03/9dPepeexIm/160.ts
MBC 2 (Channel 596) – http://134.19.187.198:25461/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 601) – http://134.19.187.22:25461/live/clienta07/BCa4tsQq3Y/159.ts
MBC 4 (Channel 602) – http://134.19.187.198:25461/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 604) – http://134.19.187.22:25461/live/clienta09/LYaaxiVGRy/163.ts
MBC Action (Channel 605) – http://134.19.187.198:25461/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 607) – http://134.19.187.198:25461/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 609) – http://134.19.187.22:25461/live/clienta15/sZALwci0tb/162.ts
MBC Kids (MBC 3) (Channel 598) – http://134.19.187.22:25461/live/clienta05/77SSAGnUYa/161.ts
MBC Kids (MBC 3) (Channel 599) – http://134.19.187.198:25461/live/clienta06/jtXfzY0JLs/1971.ts
MBC Masr (Channel 611) – http://185.23.213.74:25461/live/clienta13/0s2wuIpes7/166.ts
MBC Masr 2 (Channel 612) – http://134.19.187.198:25461/live/clienta14/G48IZ5zdRx/157.ts
MBC Max (Channel 613) – http://134.19.187.198:25461/live/clienta11/iPQcymQLm6/165.ts
MBC Max (Channel 614) – http://134.19.187.22:25461/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 616) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 617) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
MBC Pro Sports 3 (Channel 618) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1016.ts
MBC Pro Sports 4 (Channel 619) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1017.ts
Melody Classic (Channel 626) – http://134.19.187.22:25461/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 642) – http://134.19.187.22:25461/live/soot3/93retno/379.ts

---

2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, and July 26, 2017.

NBN (Channel 661) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
Noursat (Channel 693) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OTV (Channel 749) – http://185.23.213.74:25461/live/soot3/93retno/89.ts
Star India Plus (Channel 917) – http://134.19.187.22:25461/live/soot3/93retno/573.ts
TV5Monde (Channel 1007) – http://134.19.187.22:25461/live/soot3/93retno/539.ts
Zee (Channel 1046) – http://109.202.107.174:8000/live/soot3/93retno/560.ts
Zee Cinema (Channel 1043) – http://109.202.107.174:8000/live/soot3/93retno/579.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

_____

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 10, 2017

**VIA Email**

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:   **Eighteenth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, June 28, 2017, July 8, 2017, and July 27, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

SAB (Channel 899) – http://134.19.187.22:25461/live/soot3/93retno/577.ts
SET Max (Channel 898) – http://134.19.187.22:25461/live/soot3/93retno/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v.*

*Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com

**<u>EXHIBIT A</u>**

**SAB**

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

**SET Max**

1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 10, 2017

**VIA Email**

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:    **Thirty-fourth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty-three prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 203) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 363) – http://185.23.213.74:25461/live/soot3/93retno/299.ts
LDC (Channel 559) – http://134.19.187.22:25461/live/soot3/93retno/277.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, and July 27, 2017.

August 10, 2017
Page 2

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 20, 2017

**VIA Email**

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:     **Thirty-fifth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox TV:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group, IndiaCast US, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Ahly TV, Al Arabiya, Al Jazeera Documentary, Al Jazeera Mubasher, Al Nahar, ARY Digital, B4U Movies, B4U Music, Baraem, beIN Sports 1, Hekayat, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, MBC Variety, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, OnTV, OTV, Star India Plus, TV5Monde, Zee, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty-four prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox set-top box receiver and service ("Service").[1]  Such

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12,

infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Ahly TV (Channel 22) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 29) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Jadeed (Channel 65) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Al Jazeera Documentary (Channel 68) – http://109.232.227.38:8000/live/soot3/93retno/123.ts
Al Jazeera Mubasher (Channel 70) – http://109.232.227.38:8000/live/soot3/93retno/121.ts
Al Nahar (Channel 98) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
ARY Digital (Channel 154) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 159) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 160) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Baraem (Channel 166) – http://109.232.227.38:8000/live/soot3/93retno/265.ts
beIN Sports 1 (Channel 178) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/739.ts
beIN Sports 2 (Channel 183) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/740.ts
beIN Sports 3 (Channel 185) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/741.ts
beIN Sports 4 (Channel 187) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/742.ts
beIN Sports 5 (Channel 189) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/743.ts
beIN Sports 6 (Channel 190) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/744.ts
beIN Sports 7 (Channel 191) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/745.ts
beIN Sports 8 (Channel 192) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/746.ts
beIN Sports 9 (Channel 193) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/747.ts
beIN Sports 10 (Channel 180) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/748.ts
beIN Sports 11 (Channel 181) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/749.ts
beIN Sports 12 (Channel 182) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/750.ts
Geo News (Channel 280) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hekayat (Channel 151) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/737.ts
Hum TV (Channel 291) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 296) – http://134.19.187.198:25461/live/soot3/93retno/332.ts
LBC (Channel 322) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 343) – http://109.232.227.38:8000/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 345) – http://109.232.227.38:8000/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 350) – http://109.232.227.38:8000/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 352) – http://109.232.227.38:8000/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 353) – http://109.232.227.38:8000/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 354) – http://109.232.227.38:8000/live/clienta15/sZALwci0tb/162.ts
MBC Kids (MBC 3) (Channel 348) – http://104.245.124.250:25461/live/clienta03/9dPepeexIm/160.ts
MBC Masr 2 (Channel 356) – http://109.232.227.38:8000/live/clienta14/G48IZ5zdRx/157.ts
MBC Max (Channel 358) – http://109.232.227.38:8000/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 360) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1014.ts
MBC Pro Sports 2 (Channel 361) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1015.ts
MBC Pro Sports 3 (Channel 362) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1016.ts
MBC Pro Sports 4 (Channel 363) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1017.ts
MBC Variety (Channel 364) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/2077.ts

2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 26, 2017, and August 10, 2017.

Melody Classic (Channel 368) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 378) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 397) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
Noursat (Channel 419) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OnTV (Channel 434) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 463) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/560.ts
Zee Cinema (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/579.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which

own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 20, 2017

*__VIA Email__*

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:     Nineteenth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

        This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

        We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, June 28, 2017, July 8, 2017, July 27, 2017, and August 10, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox set-top box receiver and service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

        SAB (Channel 530 ) – http://109.232.227.38:8000/live/soot3/93retno/577.ts
        SET Max (Channel 529) – http://109.232.227.38:8000/live/soot3/93retno/572.ts

        Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v.*

*Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com

**<u>EXHIBIT A</u>**

**SAB**
1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

**SET Max**
1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 20, 2017

*VIA Email*

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:   **Thirty-fifth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty-three prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox set-top box receiver and service ("Service").[1] Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 150) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 244) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 278) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
LDC (Channel 323) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 27, 2017, and August 10, 2017.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

December 14, 2017

*VIA Email*

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:   Thirty-sixth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox TV:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group, IndiaCast US, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Ahly TV, Al Arabiya, Al Jazeera Documentary, Al Jazeera Mubasher, Al Nahar, ARY Digital, B4U Movies, B4U Music, Baraem, beIN Sports 1, Hekayat, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, MBC Variety, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, OnTV, OTV, Star India Plus, TV5Monde, Zee, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty-five prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox set-top box receivers and service ("Service").[1]  Such

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12,

infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Ahly TV (Channel 22) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 29) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Jadeed (Channel 65) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Al Jazeera Documentary (Channel 68) – http://109.232.227.38:8000/live/soot3/93retno/123.ts
Al Jazeera Mubasher (Channel 70) – http://109.232.227.38:8000/live/soot3/93retno/121.ts
Al Nahar (Channel 98) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
ARY Digital (Channel 154) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 159) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 160) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Baraem (Channel 166) – http://109.232.227.38:8000/live/soot3/93retno/265.ts
beIN Sports 1 (Channel 178) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/739.ts
beIN Sports 2 (Channel 183) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/740.ts
beIN Sports 3 (Channel 185) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/741.ts
beIN Sports 4 (Channel 187) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/742.ts
beIN Sports 5 (Channel 189) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/743.ts
beIN Sports 6 (Channel 190) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/744.ts
beIN Sports 7 (Channel 191) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/745.ts
beIN Sports 8 (Channel 192) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/746.ts
beIN Sports 9 (Channel 193) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/747.ts
beIN Sports 10 (Channel 180) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/748.ts
beIN Sports 11 (Channel 181) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/749.ts
beIN Sports 12 (Channel 182) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/750.ts
Geo News (Channel 280) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hekayat (Channel 151) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/737.ts
Hum TV (Channel 291) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 296) – http://134.19.187.198:25461/live/soot3/93retno/332.ts
LBC (Channel 322) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 343) – http://109.232.227.38:8000/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 345) – http://109.232.227.38:8000/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 350) – http://109.232.227.38:8000/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 352) – http://109.232.227.38:8000/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 353) – http://109.232.227.38:8000/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 354) – http://109.232.227.38:8000/live/clienta15/sZALwci0tb/162.ts
MBC Kids (MBC 3) (Channel 348) – http://104.245.124.250:25461/live/clienta03/9dPepeexIm/160.ts
MBC Masr 2 (Channel 356) – http://109.232.227.38:8000/live/clienta14/G48IZ5zdRx/157.ts
MBC Max (Channel 358) – http://109.232.227.38:8000/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 360) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1014.ts
MBC Pro Sports 2 (Channel 361) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1015.ts
MBC Pro Sports 3 (Channel 362) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1016.ts
MBC Pro Sports 4 (Channel 363) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1017.ts
MBC Variety (Channel 364) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/2077.ts

2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 26, 2017, August 10, 2017, and November 20, 2017.

Melody Classic (Channel 368) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 378) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 397) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
Noursat (Channel 419) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OnTV (Channel 434) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 463) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/560.ts
Zee Cinema (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/579.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which

own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

December 14, 2017

*VIA Email*

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:     **Thirty-sixth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty-five prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox set-top box receiver and service ("Service").[1] Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 150) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 244) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
LDC (Channel 323) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, and November 20, 2017.

December 14, 2017
Page 2

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

December 14, 2017

***VIA Email***

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:   Twentieth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, and November 20, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox set-top box receiver and service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

SAB (Channel 530 ) – http://109.232.227.38:8000/live/soot3/93retno/577.ts
SET Max (Channel 529) – http://109.232.227.38:8000/live/soot3/93retno/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v.*

*Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

    If you have any questions, please contact me at (713) 343-0478, or via email at
david.korn@hnbllc.com.

                                      Sincerely,

                                      **HAGAN NOLL & BOYLE LLC**

                                      David M. Korn
                                      Two Memorial City Plaza
                                      820 Gessner, Suite 940
                                      Houston, Texas 77024
                                      T: (713) 343-0478
                                      F: (713) 758-0146
                                      david.korn@hnbllc.com

**<u>EXHIBIT A</u>**

**SAB**
1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

**SET Max**
1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 3, 2018

*VIA Email*

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:     **Thirty-seventh Notice of Unauthorized Distribution of IBCAP Members'
         Television Programming**

Dear Easybox TV:

        This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, Asia TV USA, B4U U.S., beIN Media Group, IndiaCast US, International Media
Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting
("Members"), which own or control exclusive rights under copyright to distribute the following
channels: Ahly TV, Al Arabiya, Al Jazeera Documentary, Al Jazeera Mubasher, Al Nahar, ARY
Digital, B4U Movies, B4U Music, Baraem, beIN Sports 1, Hekayat, Iqraa, LBC, MBC 1, MBC 2,
MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr 2, MBC
MAX, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, MBC
Variety, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, OnTV,
OTV, Star India Plus, TV5Monde, Zee, and Zee Cinema ("Protected Content") in the United
States. As such, Members own or control exclusive rights under copyright to distribute and
publicly perform via broadcast or digital transmission a vast number of motion pictures and
television programs in the United States.

        We sent you correspondence on thirty-six prior occasions, demanding that you take
immediate steps to address the extensive copyright infringement of Members' Protected Content
that is occurring by virtue of your Easybox set-top box receivers and service ("Service").[1]  Such

_____

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March
30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016,
July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21,
2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12,

January 3, 2018
Page 2

infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Ahly TV (Channel 22) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 29) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Jadeed (Channel 65) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Al Jazeera Documentary (Channel 68) – http://109.232.227.38:8000/live/soot3/93retno/123.ts
Al Jazeera Mubasher (Channel 70) – http://109.232.227.38:8000/live/soot3/93retno/121.ts
Al Nahar (Channel 98) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
ARY Digital (Channel 154) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 159) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 160) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Baraem (Channel 166) – http://109.232.227.38:8000/live/soot3/93retno/265.ts
beIN Sports 1 (Channel 178) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/739.ts
beIN Sports 2 (Channel 183) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/740.ts
beIN Sports 3 (Channel 185) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/741.ts
beIN Sports 4 (Channel 187) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/742.ts
beIN Sports 5 (Channel 189) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/743.ts
beIN Sports 6 (Channel 190) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/744.ts
beIN Sports 7 (Channel 191) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/745.ts
beIN Sports 8 (Channel 192) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/746.ts
beIN Sports 9 (Channel 193) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/747.ts
beIN Sports 10 (Channel 180) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/748.ts
beIN Sports 11 (Channel 181) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/749.ts
beIN Sports 12 (Channel 182) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/750.ts
Geo News (Channel 280) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hekayat (Channel 151) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/737.ts
Hum TV (Channel 291) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 296) – http://134.19.187.198:25461/live/soot3/93retno/332.ts
LBC (Channel 322) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 343) – http://109.232.227.38:8000/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 345) – http://109.232.227.38:8000/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 350) – http://109.232.227.38:8000/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 352) – http://109.232.227.38:8000/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 353) – http://109.232.227.38:8000/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 354) – http://109.232.227.38:8000/live/clienta15/sZALwci0tb/162.ts
MBC Kids (MBC 3) (Channel 348) – http://104.245.124.250:25461/live/clienta03/9dPepeexIm/160.ts
MBC Masr 2 (Channel 356) – http://109.232.227.38:8000/live/clienta14/G48IZ5zdRx/157.ts
MBC MAX (Channel 358) – http://109.232.227.38:8000/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 360) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1014.ts
MBC Pro Sports 2 (Channel 361) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1015.ts
MBC Pro Sports 3 (Channel 362) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1016.ts
MBC Pro Sports 4 (Channel 363) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1017.ts
MBC Variety (Channel 364) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/2077.ts

2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 26, 2017, August 10, 2017, November 20, 2017, and December 14, 2017.

Melody Classic (Channel 368) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 378) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 397) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
Noursat (Channel 419) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OnTV (Channel 434) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 463) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/560.ts
Zee Cinema (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/579.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which

January 3, 2018
Page 4

own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 3, 2018

***VIA Email***

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> Re:     **Twenty-first Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

     This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

     We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 20, 2017, and December 14, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox set-top box receiver and service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

     SAB (Channel 530 ) – http://109.232.227.38:8000/live/soot3/93retno/577.ts
     SET Max (Channel 529) – http://109.232.227.38:8000/live/soot3/93retno/572.ts

     Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See*

*Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com

**EXHIBIT A**

**SAB**
1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

**SET Max**
1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 3, 2018

*VIA Email*

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:   Thirty-seventh Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty-six prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox set-top box receiver and service ("Service").[1] Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 150) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 244) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
LDC (Channel 323) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 20, 2017, and December 14, 2017.

January 3, 2018
Page 2

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 11, 2018

*VIA Email*

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:     **Thirty-eighth Notice of Unauthorized Distribution of IBCAP Members'
        Television Programming**

Dear Easybox TV:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group, IndiaCast US, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Ahly TV, Al Arabiya, Al Jazeera Documentary, Al Jazeera Mubasher, Al Nahar, ARY Digital, B4U Movies, B4U Music, Baraem, beIN Sports 1, Hekayat, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr 2, MBC MAX, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, MBC Variety, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, OnTV, OTV, Star India Plus, TV5Monde, Zee, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty-seven prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox set-top box receivers and service ("Service").[1]  Such

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12,

infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Ahly TV (Channel 22) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 29) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Jadeed (Channel 65) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Al Jazeera Documentary (Channel 68) – http://109.232.227.38:8000/live/soot3/93retno/123.ts
Al Jazeera Mubasher (Channel 70) – http://109.232.227.38:8000/live/soot3/93retno/121.ts
Al Nahar (Channel 98) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
ARY Digital (Channel 154) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 159) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 160) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Baraem (Channel 166) – http://109.232.227.38:8000/live/soot3/93retno/265.ts
beIN Sports 1 (Channel 178) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/739.ts
beIN Sports 2 (Channel 183) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/740.ts
beIN Sports 3 (Channel 185) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/741.ts
beIN Sports 4 (Channel 187) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/742.ts
beIN Sports 5 (Channel 189) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/743.ts
beIN Sports 6 (Channel 190) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/744.ts
beIN Sports 7 (Channel 191) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/745.ts
beIN Sports 8 (Channel 192) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/746.ts
beIN Sports 9 (Channel 193) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/747.ts
beIN Sports 10 (Channel 180) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/748.ts
beIN Sports 11 (Channel 181) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/749.ts
beIN Sports 12 (Channel 182) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/750.ts
Geo News (Channel 280) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hekayat (Channel 151) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/737.ts
Hum TV (Channel 291) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 296) – http://134.19.187.198:25461/live/soot3/93retno/332.ts
LBC (Channel 322) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 343) – http://109.232.227.38:8000/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 345) – http://109.232.227.38:8000/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 350) – http://109.232.227.38:8000/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 352) – http://109.232.227.38:8000/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 353) – http://109.232.227.38:8000/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 354) – http://109.232.227.38:8000/live/clienta15/sZALwci0tb/162.ts
MBC Kids (MBC 3) (Channel 348) – http://104.245.124.250:25461/live/clienta03/9dPepeexIm/160.ts
MBC Masr 2 (Channel 356) – http://109.232.227.38:8000/live/clienta14/G48IZ5zdRx/157.ts
MBC MAX (Channel 358) – http://109.232.227.38:8000/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 360) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1014.ts
MBC Pro Sports 2 (Channel 361) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1015.ts
MBC Pro Sports 3 (Channel 362) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1016.ts
MBC Pro Sports 4 (Channel 363) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1017.ts
MBC Variety (Channel 364) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/2077.ts

2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 26, 2017, August 10, 2017, November 20, 2017, December 14, 2017, and January 3, 2018.

Melody Classic (Channel 368) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 378) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 397) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
Noursat (Channel 419) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OnTV (Channel 434) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 463) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/560.ts
Zee Cinema (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/579.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which

own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 11, 2018

*VIA Email*

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:    Twenty-second Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 20, 2017, December 14, 2017, and January 3, 2018, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox set-top box receiver and service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

SAB (Channel 530 ) – http://109.232.227.38:8000/live/soot3/93retno/577.ts
SET Max (Channel 529) – http://109.232.227.38:8000/live/soot3/93retno/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See*

*Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

       If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

                           Sincerely,

                           **HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com

**<u>EXHIBIT A</u>**

**SAB**
1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

**SET Max**
1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 11, 2018

*__VIA Email__*

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:    Thirty-eighth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty-seven prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox set-top box receiver and service ("Service").[1] Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 150) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 244) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
LDC (Channel 323) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 20, 2017, December 14, 2017, and January 3, 2018.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

April 3, 2018

*VIA Email*

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:   **Thirty-ninth Notice of Unauthorized Distribution of IBCAP Members'
      Television Programming**

Dear Easybox TV:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., IndiaCast US, International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Hayat 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, ART Cima, ARY Digital, B4U Movies, B4U Music, Hekayat, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr 2, MBC MAX, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Aflam, Melody Classic, NBN, Noursat, OTV, Star India Plus, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty-eight prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox set-top box receivers and service ("Service").[1]  Such

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 26, 2017, August 10, 2017, November 20, 2017, December 14, 2017, January 3, 2018, and January 12, 2018.

April 3, 2018
Page 2

infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Hayat 1 (channel 49) – http://149.56.26.88:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/2098.ts
Al Jazeera Arabic News (channel 62) – http://213.152.170.4:8000/live/5I693Rkh5m/5AcDZzXxlu/120.ts
Al Jazeera Arabic News (channel 65) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/121.ts
Al Nahar (channel 93) – http://149.56.26.88:25461/live/wyTMYj6BL2/FjHw0ioCCO/243.ts
Al Nahar (channel 97) – http://149.56.26.88:25461/live/soot3/93retno/39.ts
Al Nahar Drama (channel 96) – http://149.56.26.88:25461/live/soot3/93retno/244.ts
ART Cima (channel 142) – http://213.152.170.4:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/738.ts
ARY Digital (channel 146) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/564.ts
B4U Movies (channel 151) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/561.ts
B4U Music (channel 152) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/562.ts
Geo News (channel 269) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/566.ts
Hekayat (channel 143) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/737.ts
Hekayat (channel 144) – http://213.152.170.4:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/736.ts
Hum TV (channel 279) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/568.ts
Iqraa (channel 284) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/332.ts
LBC (channel 309) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/179.ts
MBC (channel 327) – http://149.56.26.88:25461/live/5I693Rkh5m/5AcDZzXxlu/158.ts
MBC 2 (channel 340) – http://213.152.170.4:8000/live/5I693Rkh5m/5AcDZzXxlu/157.ts
MBC 4 (channel 333) – http://149.56.26.88:25461/live/5I693Rkh5m/5AcDZzXxlu/159.ts
MBC Action (channel 336) – http://134.19.180.30:25461/live/5I693Rkh5m/5AcDZzXxlu/1652.ts
MBC Bollywood (channel 337) – http://213.152.170.4:8000/live/5I693Rkh5m/5AcDZzXxlu/164.ts
MBC Drama (channel 204) – http://149.56.26.88:25461/live/soot3/93retno/245.ts
MBC Kids (MBC 3) (channel 334) – http://213.152.170.4:8000/live/tJon3cTSWo/DlkDRZ4AdW/1972.ts
MBC MAX (channel 341) – http://134.19.180.30:25461/live/5I693Rkh5m/5AcDZzXxlu/1617.ts
MBC Pro Sports 1 (channel 343) – http://213.152.170.4:8000/live/5I693Rkh5m/5AcDZzXxlu/1014.ts
MBC Pro Sports 2 (channel 344) – http://213.152.170.4:8000/live/5I693Rkh5m/5AcDZzXxlu/1015.ts
MBC Pro Sports 3 (channel 345) – http://213.152.170.4:8000/live/gNhQGszpWM/KURCmZosAj/1016.ts
MBC Pro Sports 4 (channel 346) – http://213.152.170.4:8000/live/5I693Rkh5m/5AcDZzXxlu/1017.ts
Melody Aflam (channel 186) – http://134.19.180.30:25461/live/soot3/93retno/255.ts
Melody Classic (channel 351) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/83.ts
NBN (Channel 371) – http://134.19.180.30:25461/live/wyTMYj6BL2/FjHw0ioCCO/1659.ts
Noursat (Channel 392) – http://134.19.180.30:25461/live/wyTMYj6BL2/FjHw0ioCCO/1817.ts
OTV (channel 435) – http://149.56.26.88:25461/live/wyTMYj6BL2/FjHw0ioCCO/89.ts
Star India Plus (channel 508) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/573.ts
Zee Cinema (channel 215) – http://109.232.224.13:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/757.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same);

April 3, 2018
Page 3

*Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146

david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

April 4, 2018

*__VIA Email__*

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:   **Twenty-third Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 20, 2017, December 14, 2017, January 3, 2018, and January 11, 2018, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox set-top box receiver and service ("Service").  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

SAB (channel 500 ) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/577.ts
SET Max (channel 499) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See*

*Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

April 4, 2018
Page 3

 

 

 

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com

## **EXHIBIT A**

### **SAB**
1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

### **SET Max**
1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

May 11, 2018

*VIA Email*

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:    **Fortieth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Easybox TV:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group, Geo USA Holdings, IndiaCast US, International Media Distribution, MBC FZ, Star India Private Limited, Turner Broadcasting System Arabia, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aapka Colors (Colors), Al Jadeed, Al Jazeera Arabic News, Al Jazeera Documentary, Al Jazeera Mubasher, Al Jazeera English, Al Nahar, Al Nahar Drama, ARY Digital, B4U Movies, B4U Music, Baraem, beIN Sports 1, beIN Sports 2, beIN Sports 3, beIN Sports 4, beIN Sports 5, beIN Sports 6, beIN Sports 7, beIN Sports 8, beIN Sports 9, beIN Sports 10, beIN Sports 11, beIN Sports 12, Cartoon Network Arabia, CBC, Geo News, LBC, Life OK, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr 2, MBC Masr, MBC Masr 2, MBC MAX, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, MBC Variety, Melody Classic, NBN, Noursat, OTV, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty-nine prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox set-top box receivers and service ("Service").[1]  Such

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016,

infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Aapka Colors (Colors) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/566.ts
Al Jadeed – http://144.217.72.45:25461/live/soot3/93retno/6.ts
Al Jazeera Arabic News – http://144.217.72.45:25461/live/5I693Rkh5m/5AcDZzXxlu/120.ts
Al Jazeera Documentary – http://144.217.72.45:25461/live/wyTMYj6BL2/FjHw0ioCCO/123.ts
Al Jazeera English – http://144.217.72.45:25461/live/soot3/93retno/122.ts
Al Jazeera Mubasher – http://144.217.72.45:25461/live/wyTMYj6BL2/FjHw0ioCCO/121.ts
Al Nahar – http://144.217.72.45:25461/live/wyTMYj6BL2/FjHw0ioCCO/243.ts
Al Nahar Drama – http://144.217.72.45:25461/live/soot3/93retno/244.ts
ARY Digital – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/564.ts
B4U Movies – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/562.ts
B4U Music – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/561.ts
Baraem – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/265.ts
beIN Sports 1 – http://144.217.72.45:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1628.ts
beIN Sports 1 – http://213.152.168.6:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1980.ts
beIN Sports 1 – http://144.217.72.45:25461/live/qyeIRmWklZ/lcKmWjaDkS/748.ts
beIN Sports 2 – http://144.217.72.45:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1581.ts
beIN Sports 3 – http://144.217.72.45:25461/live/qyeIRmWklZ/lcKmWjaDkS/739.ts
beIN Sports 3 – http://144.217.72.45:25461/live/qyeIRmWklZ/lcKmWjaDkS/741.tsF
beIN Sports 3 – http://144.217.72.45:25461/live/bSCvChb6dw/nKlGRKV8GT/742.ts
beIN Sports 4 – http://213.152.168.6:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/2105.ts
beIN Sports 4 – http://144.217.72.45:25461/live/bSCvChb6dw/nKlGRKV8GT/743.ts
beIN Sports 5 – http://144.217.72.45:25461/live/bSCvChb6dw/nKlGRKV8GT/744.ts
beIN Sports 5 – http://213.152.168.6:25461/live/kCv4fF3m4J/EUIeCbZFT1/2110.ts
beIN Sports 6 – http://144.217.72.45:25461/live/bSCvChb6dw/nKlGRKV8GT/745.ts
beIN Sports 6 – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/560.ts
beIN Sports 7 – http://144.217.72.45:25461/live/bSCvChb6dw/nKlGRKV8GT/746.ts
beIN Sports 8 – http://144.217.72.45:25461/live/bSCvChb6dw/nKlGRKV8GT/747.ts
beIN Sports 9 – http://144.217.72.45:25461/live/soot3/93retno/50.ts
beIN Sports 10 – http://144.217.72.45:25461/live/qyeIRmWklZ/lcKmWjaDkS/749.ts
beIN Sports 11 – http://144.217.72.45:25461/live/qyeIRmWklZ/lcKmWjaDkS/750.ts
beIN Sports 12 – http://144.217.72.45:25461/live/qyeIRmWklZ/lcKmWjaDkS/740.ts
beIN Sports 12 – http://144.217.72.45:25461/live/qyeIRmWklZ/lcKmWjaDkS/741.ts
Cartoon Network Arabia – http://213.152.170.4:8000/live/soot3/93retno/1086.ts
CBC – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/299.ts
Geo News – http://144.217.72.45:25461/live/5I693Rkh5m/5AcDZzXxlu/158.ts
LBC – http://144.217.72.45:25461/live/5I693Rkh5m/5AcDZzXxlu/1969.ts
Life OK – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/560.ts
MBC – http://144.217.72.45:25461/live/5I693Rkh5m/5AcDZzXxlu/160.ts

---

July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 26, 2017, August 10, 2017, November 20, 2017, December 14, 2017, January 3, 2018, January 12, 2018, and April 3, 2018.

MBC – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/1970.ts
MBC 2 – http://144.217.72.45:25461/live/NB933xvYrZ/Fc8lLuhVGf/161.ts
MBC 2 – http://213.152.168.6:25461/live/7Wuo8HFng5/QPGVKUQyQ7/1971.ts
MBC 4 – http://213.152.168.6:25461/live/GuUBxLDl8f/zGsBOC0W0o/1652.ts
MBC 4 – http://144.217.72.45:25461/live/5I693Rkh5m/5AcDZzXxlu/164.ts
MBC Action – http://144.217.72.45:25461/live/5I693Rkh5m/5AcDZzXxlu/164.ts
MBC Action – http://144.217.72.45:25461/live/K53WUosxjs/9TMzzts4pj/166.ts
MBC Bollywood – http://144.217.72.45:25461/live/K53WUosxjs/9TMzzts4pj/166.ts
MBC Drama – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/1617.ts
MBC Kids (MBC 3) – http://213.152.170.4:8000/live/tJon3cTSWo/DlkDRZ4AdW/1972.ts
MBC Kids (MBC 3) – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/1652.ts
MBC Masr – http://213.152.168.6:25461/live/7epLqjrjNz/Dan1OuEdzN/1617.ts
MBC Masr 2 – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/1014.ts
MBC MAX – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/1015.ts
MBC MAX – http://213.152.168.6:25461/live/gNhQGszpWM/KURCmZosAj/1016.ts
MBC Pro Sports 1 – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/1017.ts
MBC Pro Sports 2 – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/1017.ts
MBC Pro Sports 3 – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/2077.ts
MBC Pro Sports 4 – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/83.ts
MBC Variety – http://134.19.180.30:25461/live/wyTMYj6BL2/FjHw0ioCCO/1659.ts
Melody Classic – http://213.152.168.6:25461/live/wyTMYj6BL2/FjHw0ioCCO/1817.ts
NBN – http://144.217.72.45:25461/live/wyTMYj6BL2/FjHw0ioCCO/89.ts
Noursat – http://109.232.224.13:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1088.ts
OTV – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/579.ts
Zee Cinema – http://213.152.168.6:25461/live/QF7YrAdFvi/CRJMUBdg8V/2109.ts

Under U.S. copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

May 11, 2018

***VIA Email***

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:    Thirty-ninth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema and Dream 2 ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty-eight prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox set-top box receiver and service ("Service").[1] Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

> ART Cinema – http://213.152.168.6:25461/live/wyTMYj6BL2/FjHw0ioCCO/735.ts
> Dream 2 – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/179.ts

Under U.S. copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams,

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 20, 2017, December 14, 2017, January 3, 2018, and January 18, 2018.

publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 3, 2018

***VIA Email***

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:    Twenty-fourth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 20, 2017, December 14, 2017, January 3, 2018, January 11, 2018, and April 4, 2018, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your Easybox set-top box receiver and service ("Service").   Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

SAB – http://213.152.170.4:8000/live/
SET Max – http://213.152.170.4:8000/live/

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See*

*Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by the Service. Exhibit A is provided as a representative sample of the infringements being committed as a result of your operation of the Service and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the Service or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on the Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com

## <u>EXHIBIT A</u>

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

### SET Max

1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 3, 2018

*<u>VIA Email</u>*

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> **Re:  Fortieth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cima, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on thirty-nine prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox set-top box receiver and service ("Service").[1] Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

> ART Cima – http://213.152.170.4:8000/live/
> Dream 2 – http://213.152.170.4:8000/live/
> LDC – http://144.217.72.45:25461/live/

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 20, 2017, December 14, 2017, January 3, 2018, January 18, 2018, and May 11, 2018.

Under U.S. copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

October 3, 2018
Page 3

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 3, 2018

*VIA Email*

Easybox
70 Queen's Road Central, Central
Hong Kong
info@easybox.tv
jetliuzhe@gmail.com
noreply@data-protected.net

**Re:     Forty-first Notice of Unauthorized Distribution of IBCAP Members'
Television Programming**

Dear Easybox TV:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, Asia TV USA, B4U U.S., beIN Media Group, Geo USA Holdings, International Media
Distribution, MBC FZ, Star India Private Limited, Turner Broadcasting System Arabia, and World
Span Media Consulting ("Members"), which own or control exclusive rights under copyright to
distribute the following channels: Al Arabiya, Al Hayat 1, Al Jadeed, Al Jazeera Mubasher, Al
Jazeera English, ARY Digital, B4U Music, beIN Sports, beIN Sports 1, beIN Sports 2, beIN Sports
3, beIN Sports 4, beIN Sports 5, beIN Sports 6, beIN Sports 7, beIN Sports 8, beIN Sports 10,
beIN Sports 11, beIN Sports 12, Cartoon Network Arabia, CBC Drama, Geo News, Iqraa, LBC,
MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3),
MBC Masr 2, MBC Masr, MBC Masr 2, MBC MAX, Melody Classic, NBN, Noursat, OTV, Star
India Plus, and Zee Cinema ("Protected Content") in the United States. As such, Members own or
control exclusive rights under copyright to distribute and publicly perform via broadcast or digital
transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on forty prior occasions, demanding that you take immediate
steps to address the extensive copyright infringement of Members' Protected Content that is
occurring by virtue of your Easybox set-top box receivers and service ("Service").[1]     Such

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March
30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016,
July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21,
2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12,
2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 26,

October 3, 2018
Page 2

infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya – http://213.152.170.4:8000/live/
Al Hayat 1 – http://109.202.108.222:25461/live/
Al Jadeed – http://144.217.72.45:25461/live/
Al Jazeera English – http://109.232.227.50:25461/live/
Al Jazeera Mubasher – http://109.232.227.50:25461/live/
ARY Digital – http://213.152.170.4:8000/live/
B4U Music – http://213.152.170.4:8000/live/
beIN Sports – http://134.19.180.30:25461/live/
beIN Sports – http://e900x.com:8000/live/
beIN Sports 1 – http://109.232.227.50:25461/live/
beIN Sports 1 – http://www.e900x.com:8000/live/
beIN Sports 1 – http://144.217.72.45:25461/live/
beIN Sports 2 – http://144.217.72.45:25461/live/
beIN Sports 3 – http://109.232.227.50:25461/live/
beIN Sports 4 – http://109.232.227.50:25461/live/
beIN Sports 4 – http://144.217.72.45:25461/live/
beIN Sports 5 – http://144.217.72.45:25461/live/
beIN Sports 5 – http://109.232.227.50:25461/live/
beIN Sports 5 – http://www.e900x.com:8000/live/
beIN Sports 6 – http://144.217.72.45:25461/live/
beIN Sports 6 – http://109.232.227.50:25461/live/
beIN Sports 6 – http://www.e900x.com:8000/live/
beIN Sports 7 – http://109.232.227.50:25461/live/
beIN Sports 8 – http://109.232.227.50:25461/live/
beIN Sports 10 – http://109.232.227.50:25461/live/
beIN Sports 11 – http://109.232.227.50:25461/live/
beIN Sports 12 – http://109.232.227.50:25461/live/
Cartoon Network Arabia – http://144.217.72.45:25461/live/
CBC Drama – http://144.217.72.45:25461/live/
Geo News – http://213.152.170.4:8000/live/
Iqraa – http://144.217.72.45:25461/live/
LBC – http://213.152.170.4:8000/live/
MBC – http://144.217.72.45:25461/live/
MBC 2 – http://144.217.72.45:25461/live/
MBC 4 – http://144.217.72.45:25461/live/
MBC Action – http://144.217.72.45:25461/live/
MBC Bollywood – http://144.217.72.45:25461/live/
MBC Drama – http://144.217.72.45:25461/live/
MBC Kids (MBC 3) – http://144.217.72.45:25461/live/
MBC Masr – http://144.217.72.45:25461/live/
MBC MAX – http://144.217.72.45:25461/live/

---

2017, August 10, 2017, November 20, 2017, December 14, 2017, January 3, 2018, January 12, 2018, April 3, 2018, and May 11, 2018.

Melody Classic – http://213.152.170.4:8000/live/
Murr TV (MTV Lebanon) – http://144.217.72.45:25461/live/
NBN – http://213.152.170.4:8000/live/
Noursat – http://109.232.227.50:25461/live/
OTV – http://144.217.72.45:25461/live/
Star India Plus – http://213.152.170.4:8000/live/
Zee – http://213.152.170.4:8000/live/
Zee Aflam – http://213.152.170.4:8000/live/
Zee Awan – http://109.232.224.13/ZeeAlwan/2018/09/27/13/23/22-10000.ts
Zee Cinema – http://www.e900x.com:8000/live/

Under U.S. copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at \*56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described

herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 12, 2019

*__VIA Email & Int'l Registered Mail RRR__*

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Easybox
70 Queen's Road Central, Central
Hong Kong
Angela.ggs@gmail.com
paymentspaypal2017@gmail.com

Guangzhou Haotu Trading Ltd.,
TS Zhou, Jingkeng 21 Industrial Park Road 20,
Caotang Village Southern Towns Pany, District
Guangzhou Guangdong, 511431
China
Vaservices2018@gmail.com

> **Re:   Forty-second Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Easybox TV:

      This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, Asia TV USA, B4U U.S., beIN Media Group, International Media Distribution, MBC FZ,
MSM Asia Limited, Star India Private Limited, TV5 USA, Turner Broadcasting System Arabia,
Viacom 18 Media Private Limited, and World Span Media Consulting ("Members"), which own
or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al
Hayat 1, Al Jadeed, Al Jazeera Documentary, Al Jazeera English, Al Jazeera Mubasher, ARY
Digital, B4U Movies, B4U Music, beIN Sports 1, beIN Sports 2, beIN Sports 3, beIN Sports 4,

beIN Sports 5, beIN Sports 6, beIN Sports 7, beIN Sports 8, beIN Sports 10, beIN Sports 11, beIN Sports 12, Cartoon Network Arabia, CBC, CBC Drama, CBC Extra, CBC Sofra, Iqraa, Jeem, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr 2, MBC Masr, MBC Masr 2, MBC MAX, MBC Variety, Melody Classic, Noursat, OTV, Rishtey, SAB, TV5 Monde, Zee Aflam, Zee Alwan, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We have sent forty-one previous letters demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox set-top box receivers and service ("Service").[1]  Such infringement is continuing to take place at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/14
Al Hayat 1 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1606
Al Jadeed – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/6
Al Jazeera Arabic News – http://www.e900x.com:8000/Z0T9s8W5mt/OEJxx2ZIqT/120
Al Jazeera Documentary – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/123
Al Jazeera English – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/122
Al Jazeera Mubasher – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/121
ARY Digital – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/564
B4U Movies – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/561
B4U Music – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/562
beIN Sports 1 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1980
beIN Sports 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/740
beIN Sports 3 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2088
beIN Sports 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2105
beIN Sports 5 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2109
beIN Sports 6 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/744
beIN Sports 7 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/745
beIN Sports 8 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/746
beIN Sports 9 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/747
beIN Sports 10 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/748
beIN Sports 11 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/749
beIN Sports 12 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/750
beIN Sports News – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2065
Cartoon Network Arabia – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/50

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 26, 2017, August 10, 2017, November 20, 2017, December 14, 2017, January 3, 2018, January 12, 2018, April 3, 2018, May 11, 2018, and October 3, 2018.

CBC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/246
CBC Drama – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/245
CBC Extra – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/247
CBC Sofra – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/901
Hekayat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/737
Iqraa – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/332
Jeem – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1998
LBC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/179
MBC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1969
MBC 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1970
MBC 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1972
MBC Action – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1652
MBC Bollywood – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/164
MBC Drama – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/706
MBC Kids (MBC 3) – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1971
MBC Masr – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/157
MBC MAX – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1617
MBC MAX – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/165
MBC Variety – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2077
Melody Classic – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/83
Noursat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1817
OTV – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/89
Rishtey – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1087
SAB – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/577
TV5 Monde – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/539
Zee – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/560
Zee Aflam – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/315
Zee Awan – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/51
Zee Cinema – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/579

Under U.S. copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 12, 2019

***VIA Email & Int'l Registered Mail RRR***

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Easybox
70 Queen's Road Central, Central
Hong Kong
Angela.ggs@gmail.com
paymentspaypal2017@gmail.com

Guangzhou Haotu Trading Ltd.,
TS Zhou, Jingkeng 21 Industrial Park Road 20,
Caotang Village Southern Towns Pany, District
Guangzhou Guangdong, 511431
China
Vaservices2018@gmail.com

> **Re:    Forty-second Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Easybox TV:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We have sent forty-one previous letters demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by

virtue of your Easybox set-top box receivers and service ("Service").[1]  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

      Dream 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/299
      Future TV – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/174
      LDC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/277

Under U.S. copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 26, 2017, August 10, 2017, November 20, 2017, December 14, 2017, January 3, 2018, January 12, 2018, April 3, 2018, May 11, 2018, and October 3, 2018.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 22, 2019

*__VIA Email & Int'l Registered Mail RRR__*

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Easybox
70 Queen's Road Central, Central
Hong Kong
Angela.ggs@gmail.com
paymentspaypal2017@gmail.com

Guangzhou Haotu Trading Ltd.,
TS Zhou, Jingkeng 21 Industrial Park Road 20,
Caotang Village Southern Towns Pany, District
Guangzhou Guangdong, 511431
China
Vaservices2018@gmail.com

Re:   **Forty-third Notice of Unauthorized Distribution of IBCAP Members'
Television Programming**

Dear Easybox TV:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, Asia TV USA, B4U U.S., beIN Media Group, International Media Distribution, MBC FZ,
MSM Asia Limited, Star India Private Limited, TV5 USA, Turner Broadcasting System Arabia,
Viacom 18 Media Private Limited, and World Span Media Consulting ("Members"), which own
or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al
Hayat 1, Al Jadeed, Al Jazeera Documentary, Al Jazeera English, Al Jazeera Mubasher, ARY
Digital, B4U Movies, B4U Music, beIN Sports 1, beIN Sports 2, beIN Sports 3, beIN Sports 4,

beIN Sports 5, beIN Sports 6, beIN Sports 7, beIN Sports 8, beIN Sports 10, beIN Sports 11, beIN Sports 12, Cartoon Network Arabia, CBC, CBC Drama, CBC Extra, CBC Sofra, Iqraa, Jeem, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr 2, MBC Masr, MBC Masr 2, MBC MAX, MBC Variety, Melody Classic, Noursat, OTV, Rishtey, SAB, TV5 Monde, Zee Aflam, Zee Alwan, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We have sent forty-two previous letters demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox set-top box receivers and service ("Service").[1]  Such infringement is continuing to take place at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/14
Al Hayat 1 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1606
Al Jadeed – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/6
Al Jazeera Documentary – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/123
Al Jazeera English – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/122
Al Jazeera Mubasher – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/121
ARY Digital – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/564
B4U Movies – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/561
B4U Music – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/562
beIN Sports 1 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1980
beIN Sports 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/740
beIN Sports 3 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2088
beIN Sports 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2105
beIN Sports 5 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2109
beIN Sports 6 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/744
beIN Sports 7 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/745
beIN Sports 8 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/746
beIN Sports 9 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/747
beIN Sports 10 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/748
beIN Sports 11 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/749
beIN Sports 12 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/750
beIN Sports News – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2065
Cartoon Network Arabia – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/50
CBC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/246

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 26, 2017, August 10, 2017, November 20, 2017, December 14, 2017, January 3, 2018, January 12, 2018, April 3, 2018, May 11, 2018, October 3, 2018, and March 12, 2019.

CBC Drama – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/245
CBC Extra – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/247
CBC Sofra – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/901
Hekayat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/737
Iqraa – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/332
Jeem – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1998
LBC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/179
MBC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1969
MBC 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1970
MBC 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1972
MBC Action – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1652
MBC Bollywood – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/164
MBC Drama – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/706
MBC Kids (MBC 3) – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1971
MBC Masr – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/157
MBC MAX – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1617
MBC MAX – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/165
MBC Variety – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2077
Melody Classic – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/83
NBN – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1659
Noursat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1817
OTV – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/89
Rishtey – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1087
SAB – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/577
TV5 Monde – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/539
Zee – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/560
Zee Aflam – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/315
Zee Alwan – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/51
Zee Cinema – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/579

Under U.S. copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

March 22, 2018
Page 4

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 22, 2019

*VIA Email & Int'l Registered Mail RRR*

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Easybox
70 Queen's Road Central, Central
Hong Kong
Angela.ggs@gmail.com
paymentspaypal2017@gmail.com

Guangzhou Haotu Trading Ltd.,
TS Zhou, Jingkeng 21 Industrial Park Road 20,
Caotang Village Southern Towns Pany, District
Guangzhou Guangdong, 511431
China
Vaservices2018@gmail.com

Re:   **Forty-third Notice of Unauthorized Distribution of DISH Network Television
      Programming**

Dear Easybox TV:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls
exclusive rights under copyright to distribute the following channels: Dream 2, Future TV, and
LDC ("Protected Content") in the United States. As such, DISH Network owns or controls
exclusive rights under copyright to distribute and publicly perform via broadcast or digital
transmission a vast number of motion pictures and television programs in the United States.

We have sent forty-two previous letters demanding that you take immediate steps to
address the extensive copyright infringement of Members' Protected Content that is occurring by

virtue of your Easybox set-top box receivers and service ("Service").[1]  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

> Dream 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/299
> Future TV – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/174
> LDC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/277

Under U.S. copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 26, 2017, August 10, 2017, November 20, 2017, December 14, 2017, January 3, 2018, January 12, 2018, April 3, 2018, May 11, 2018, October 3, 2018, and March 12, 2019.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

April 13, 2019

*VIA Email &*

Easybox
70 Queen's Road Central, Central
Hong Kong
Angela.ggs@gmail.com
paymentspaypal2017@gmail.com

Guangzhou Haotu Trading Ltd.,
TS Zhou, Jingkeng 21 Industrial Park Road
20,
Caotang Village Southern Towns Pany,
District
Guangzhou Guangdong, 511431
China
Vaservices2018@gmail.com

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

Re:     Forty-fourth Notice of Unauthorized Distribution of IBCAP Members'
        Television Programming

Dear Easybox TV:

        This law firm is legal counsel for DISH Network L.L.C. ("DISH") and the International
Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH,
Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group,
Hum Network Limited, IndiaCast US, International Media Distribution, MBC FZ, MSM Asia
Limited, Star India Private Limited, TV5 USA, Turner Broadcasting System Arabia, and World
Span Media Consulting ("Members"), which own or control exclusive rights under copyright to
distribute the following channels: Aapka Colors, Al Arabiya, Al Hayat 1, Al Jadeed, Al Jazeera
Arabic News, Al Jazeera English, ART Cima, ARY Digital, beIN Sports 1, beIN Sports 2, beIN
Sports 3, beIN Sports 5, Cartoon Network Arabia, CBC, CBC Extra, Hekayat, Hum World, Iqraa,
MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3),
MBC Masr 2, MBC Masr, MBC Masr 2, MBC MAX, MBC Variety, Murr TV, Noursat, OTV,

April 13, 2018
Page 2

Rotana Masriya, Rotana Music, Rishtey, SAB, SET Max, TV5 Monde, Zee Aflam, Zee Alwan, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We have sent forty-three previous letters demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox set-top box receivers and service ("Service").[1]  Such infringement is continuing to take place at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Aapka Colors – http://www.k2442.com:8000/live/[REMOVED]/[REMOVED]/1086.ts
Aapka Colors – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1086.ts?token=
Al Arabiya – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/14
Al Arabiya – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/14.ts?token=
Al Hayat 1 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1606
Al Hayat 1 – http://134.19.187.226:25461/live/[REMOVED]/[REMOVED]/1606.ts?token=
Al Jadeed – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/6
Al Jadeed – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/6.ts?token=
Al Jazeera Arabic News – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/120.ts
Al Jazeera Arabic News – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/120.ts?token=
Al Jazeera English – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/122
Al Jazeera English – http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/122.ts?token=
ART Cima – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/1698.ts
ART Cima – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1698.ts?token=
ARY Digital – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/564
ARY Digital – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/564.ts?token=
beIN Sports 1 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/739.ts
beIN Sports 1 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/749.ts
beIN Sports 1 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/739.ts?token=
beIN Sports 2 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/748.ts
beIN Sports 2 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/740.ts
beIN Sports 2 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/747.ts
beIN Sports 2 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/748.ts?token=
beIN Sports 3 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/741.ts
beIN Sports 3 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/741.ts?token=
beIN Sports 5 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/743.ts
beIN Sports 5 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/743.ts?token=
beIN Sports News – http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/2065.ts?token=

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 26, 2017, August 10, 2017, November 20, 2017, December 14, 2017, January 3, 2018, January 12, 2018, April 3, 2018, May 11, 2018, October 3, 2018, March 12, 2019 and March 21, 2019.

Cartoon Network Arabia – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/50
Cartoon Network Arabia – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/50.ts?token=
CBC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/245
CBC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2589
CBC – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/245.ts?token=
CBC Extra – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/247.ts?token=
Hekayat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/737
Hekayat – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/737.ts?token=
Hum World – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/568.ts
Hum World – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/568.ts?token=
Iqraa – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/332
Iqraa – http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/332.ts?token=
MBC – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/1969.ts?token=
MBC 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1970
MBC 2 – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/160.ts?token=
MBC 2 – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1970.ts?token=
MBC 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1972
MBC 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/159
MBC 4 – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/159.ts?token=
MBC 4 – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1972.ts?token=
MBC Action – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1652
MBC Action – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1652.ts?token=
MBC Bollywood – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/164.ts?token=
MBC Drama – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/162
MBC Drama – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/162.ts?token=
MBC Kids (MBC 3) – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/161
MBC Kids (MBC 3) – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/1971.ts
MBC Kids (MBC 3) – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/161.ts?token=
MBC Kids (MBC 3) – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1971.ts?token=
MBC Masr – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/157
MBC Masr – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/166.ts?token=
MBC Masr 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr 2 – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/157.ts?token=
MBC MAX – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1617
MBC MAX – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1617.ts?token=
MBC Variety – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/706
MBC Variety – http://213.152.160.5:25461/live/[REMOVED]/[REMOVED]/2077.ts?token=
Murr TV – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/379.ts
Murr TV – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/379.ts?token=
NBN – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1659
NBN – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1659.ts?token=
Noursat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1817
Noursat – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1817.ts?token=
OTV – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/89
Rotana Masriya – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/154.ts
Rotana Music – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/150.ts
Rishtey – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1087

SAB – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/577
SAB – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/577.ts?token=
SET Max – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/572.ts
SET Max – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/572.ts?token=
TV5 Monde – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/539
TV5 Monde – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/539.ts?token=
Zee – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/560
Zee – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/560.ts?token=
Zee Aflam – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/315
Zee Aflam – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/315.ts?token=
Zee Alwan – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/51
Zee Alwan – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/51.ts?token=
Zee Cinema – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/579
Zee Cinema – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/579.ts?token=

Under U.S. copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

April 22, 2019

*VIA Email &*

Easybox
70 Queen's Road Central, Central
Hong Kong
Angela.ggs@gmail.com
paymentspaypal2017@gmail.com

Guangzhou Haotu Trading Ltd.,
TS Zhou, Jingkeng 21 Industrial Park Road
20,
Caotang Village Southern Towns Pany,
District
Guangzhou Guangdong, 511431
China
Vaservices2018@gmail.com

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> Re:   **Forty-fifth Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Easybox TV:

This law firm is legal counsel for DISH Network L.L.C. ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group, Hum Network Limited, IndiaCast US, International Media Distribution, MBC FZ, MSM Asia Limited, TV5 USA, Turner Broadcasting System Arabia, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aapka Colors, Al Arabiya, Al Hayat 1, Al Jadeed, Al Jazeera Arabic News, Al Jazeera English, Alresalah, ART Cima, ARY Digital, beIN Sports 1, beIN Sports 2, beIN Sports 3, beIN Sports 5, Cartoon Network Arabia, CBC, CBC Drama, CBC Extra, CBC Sofra, Dream 2, Hekayat, Hum World, Iqraa, LBC, LDC, MBC, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC MAX, MBC Variety, Murr TV,

April 22, 2018
Page 2

Noursat, OTV, Rishtey, Rotana Aflam, Rotana Cinema, Rotana Classic, Rotana Clip, Rotana Masriya, Rotana Music, SAB, SET Max, TV5 Monde, Zee Aflam, Zee Alwan, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We have sent forty-four previous letters demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox set-top box receivers and service ("Service").[1]  Such infringement is continuing to take place at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Aapka Colors – http://www.k2442.com:8000/live/REMOVED/1086.ts
Aapka Colors – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1086.ts?token=
Al Arabiya – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/14
Al Arabiya – http://185.23.213.74:25461/live/
Al Hayat 1 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1606
Al Hayat 1 – http://134.19.187.226:25461/live/[REMOVED]/[REMOVED]/1606.ts?token=
Al Jadeed – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/6
Al Jadeed – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/6.ts?token=
Al Jazeera Arabic News – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/120.ts
Al Jazeera Arabic News – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/120.ts?token=
Al Jazeera Arabic News – http://213.152.170.4:8000/live/REMOVED/123.ts
Al Jazeera English – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/122
Al Jazeera English – http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/122.ts?token=
Alresalah – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1673
Alresalah – http://213.152.170.4:8000/live/REMOVED/1673.ts
ART Cima – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/1698.ts
ARY Digital – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/564
ARY Digital – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/564.ts?token=
beIN Sports 1 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/739.ts
beIN Sports 1 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/739.ts?token=
beIN Sports 2 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/748.ts
beIN Sports 2 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/740.ts
beIN Sports 2 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/747.ts
beIN Sports 2 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/748.ts?token=
beIN Sports 3 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/741.ts
beIN Sports 3 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/741.ts?token=
beIN Sports 5 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/743.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 26, 2017, August 10, 2017, November 20, 2017, December 14, 2017, January 3, 2018, January 12, 2018, April 3, 2018, May 11, 2018, October 3, 2018, March 12, 2019, March 21, 2019, and April 13, 2019.

beIN Sports 5 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/743.ts?token=
beIN Sports News – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/2065.ts
beIN Sports News – http://213.152.173.38:25461/live/REMOVED/2065.ts
Cartoon Network Arabia – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/50
CBC – http://www.k2442.com:8000/live/REMOVED/246.ts
CBC – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/245.ts?token=
CBC Drama – http://www.e900x.com:8000/live/REMOVED/245.ts
CBC Drama – http://185.23.213.74:25461/live/REMOVED/245.ts
CBC Extra – http://www.e900x.com:8000/live/REMOVED/247.ts
CBC Extra – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/247.ts?token=
CBC Sofra – http://www.e900x.com:8000/live/REMOVED/901.ts
CBC Sofra – http://213.152.173.39:25461/live/REMOVED/901.ts
Dream 2 – http://www.e900x.com:8000/live/REMOVED/299.ts
Dream 2 – http://213.152.170.4:8000/live/REMOVED/299.ts
Hekayat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/737
Hekayat – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/737.ts?token=
Hum World – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/568.ts
Hum World – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/568.ts?token=
Iqraa – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/332
Iqraa – http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/332.ts?token=
LBC – http://www.e900x.com:8000/live/REMOVED/179.ts
LBC – http://213.152.170.4:8000/live/REMOVED/179.ts
LDC – http://www.e900x.com:8000/live/REMOVED/277.ts
LDC – http://213.152.170.4:8000/live/REMOVED/277.ts
MBC – http://www.e900x.com:8000/live/REMOVED/158.ts
MBC – http://www.e900x.com:8000/live/REMOVED/1969.ts
MBC – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/1969.ts?token=
MBC – http://109.232.227.50:25461/live/REMOVED/1970.ts
MBC 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1970
MBC 2 – http://134.19.180.30:25461/REMOVED/744.ts
MBC 2 – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/160.ts?token=
MBC 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1972
MBC 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/159
MBC 4 – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/159.ts?token=
MBC 4 – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1972.ts?token=
MBC Action – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1652
MBC Action – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1652.ts?token=
MBC Bollywood – http://www.e900x.com:8000/live/REMOVED/164.ts
MBC Bollywood – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/164.ts?token=
MBC Drama – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/162
MBC Drama – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/162.ts?token=
MBC Kids (MBC 3) – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/161
MBC Kids (MBC 3) – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1971.ts?token=
MBC Masr – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr – http://109.232.224.13/MBCMasr2TS/video-1554740538-now.m3u8
MBC Masr – http://185.23.213.74:25461/live/REMOVED/166.ts
MBC Masr 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr 2 – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/157.ts?token=

MBC MAX – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1617
MBC MAX – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1617.ts?token=
MBC Variety – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/706
MBC Variety – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2077
MBC Variety – http://213.152.160.5:25461/live/[REMOVED]/[REMOVED]/2077.ts?token=
Murr TV – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/379.ts
Murr TV – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/379.ts?token=
NBN – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1659
NBN – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1659.ts?token=
Noursat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1817
Noursat – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1817.ts?token=
OTV – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/89
OTV – http://185.23.213.74:25461/live/
Rishtey – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1087
Rishtey – http://134.19.187.226:25461/live/
Rotana Aflam – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/155
Rotana Aflam – http://185.23.213.74:25461/live/
Rotana Cinema – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/156
Rotana Cinema – http://185.23.213.74:25461/live/
Rotana Classic – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/153
Rotana Classic – http://185.23.213.74:25461/live/
Rotana Clip – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/151
Rotana Clip – http://185.23.213.74:25461/live/
Rotana Masriya – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/154
Rotana Masriya – http://185.23.213.74:25461/live/
Rotana Music – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/150
Rotana Music – http://185.23.213.74:25461/live/
SAB – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/577
SAB – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/577.ts?token=
SET Max – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/572.ts
SET Max – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/572.ts?token=
TV5 Monde – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/539
TV5 Monde – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/539.ts?token=
Zee – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/560
Zee – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/560.ts?token=
Zee Aflam – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/315
Zee Aflam – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/315.ts?token=
Zee Alwan – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/51
Zee Alwan – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/51.ts?token=
Zee Cinema – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/579
Zee Cinema – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/579.ts?token=

Under U.S. copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct

and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940

Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

May 25, 2019

*VIA Email &*

Easybox.tv
info@easybox.tv
export@easybox.tv
jetliuzhe@gmail.com
Angela.ggs@gmail.com
paymentspaypal2017@gmail.com
Vaservices2018@gmail.com

Re:     Forty-sixth Notice of Unauthorized Distribution of IBCAP Members'
        Television Programming

Dear Easybox TV:

This law firm is legal counsel for DISH Network L.L.C. ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group, Hum Network Limited, IndiaCast US, International Media Distribution, MBC FZ, MSM Asia Limited, TV5 USA, Turner Broadcasting System Arabia, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aapka Colors, Al Arabiya, Al Hayat 1, Al Jadeed, Al Jazeera Arabic News, Al Jazeera English, Alresalah, ART Cima, ARY Digital, beIN Sports 1, beIN Sports 2, beIN Sports 3, beIN Sports 4, beIN Sports 5, beIN Sports 6, beIN Sports 7, beIN Sports 8, beIN Sports 9, Cartoon Network Arabia, CBC, CBC Drama, CBC Extra, CBC Sofra, Dream 2, Hekayat, Hum Europe, Iqraa, LBC, LDC, MBC, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC MAX, MBC Variety, Murr TV, Noursat, OTV, Rishtey, Rotana Aflam, Rotana Cinema, Rotana Classic, Rotana Clip, Rotana Masriya, Rotana Music, SAB, SET Max, TV5 Monde, Zee Aflam, Zee Alwan, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We have sent forty-four previous letters demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by

virtue of your Easybox set-top box receivers and service ("Service").[1]   Such infringement is continuing to take place at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Aapka Colors – http://www.k2442.com:8000/live/REMOVED/1086.ts
Aapka Colors – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1086.ts?token=
Al Arabiya – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/14
Al Arabiya – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/14.ts?token=
Al Hayat 1 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1606
Al Hayat 1 – http://134.19.187.226:25461/live/[REMOVED]/[REMOVED]/1606.ts?token=
Al Jadeed – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/6
Al Jadeed – http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/6.ts?token=
Al Jazeera Arabic News – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/120.ts
Al Jazeera Arabic News – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/120.ts?token=
Al Jazeera English – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/122
Al Jazeera English – http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/122.ts?token=
Alresalah – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1673
Alresalah – http://213.152.170.4:8000/live/REMOVED/1673.ts
ART Cima – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/1698.ts
ART Cima – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1698.ts?token=
ARY Digital – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/564
ARY Digital – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/564.ts?token=
beIN Sports 1 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/739.ts
beIN Sports 1 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/739.ts?token=
beIN Sports 2 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/748.ts
beIN Sports 2 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/748.ts?token=
beIN Sports 3 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/749.ts
beIN Sports 3 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/749.ts?token=
beIN Sports 4 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/740.ts
beIN Sports 4 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/750.ts?token=
beIN Sports 5 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/743.ts
beIN Sports 5 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/743.ts?token=
beIN Sports 6 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/742.ts
beIN Sports 6 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/742.ts?token=
beIN Sports 7 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/743.ts
beIN Sports 7 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/743.ts?token=
beIN Sports 8 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/744.ts
beIN Sports 8 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/744.ts?token=
beIN Sports 9 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/745.ts
beIN Sports 9 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/745.ts?token=

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, December 14, 2016, January 12, 2017, January 25, 2017, February 8, 2017, February 23, 2017, March 21, 2017, June 28, 2017, July 8, 2017, July 26, 2017, August 10, 2017, November 20, 2017, December 14, 2017, January 3, 2018, January 12, 2018, April 3, 2018, May 11, 2018, October 3, 2018, March 12, 2019, March 21, 2019, April 13, 2019, and April 22, 2019.

beIN Sports News – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/2065.ts
beIN Sports News – http://213.152.173.38:25461/live/REMOVED/2065.ts
Cartoon Network Arabia – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/50
Cartoon Network Arabia – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/50.ts?token=
CBC – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/2589.ts
CBC Drama – http://www.e900x.com:8000/live/REMOVED/245.ts
CBC Extra – http://www.e900x.com:8000/live/REMOVED/247.ts
CBC Extra – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/247.ts?token=
CBC Sofra – http://www.e900x.com:8000/live/REMOVED/901.ts
CBC Sofra – http://213.152.160.5:25461/live/[REMOVED]/[REMOVED]/901.ts?token=
Dream 2 – http://www.e900x.com:8000/live/REMOVED/299.ts
Dream 2 – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/299.ts?token=
Hekayat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/737
Hekayat – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/737.ts?token=
Hum Europe – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/568.ts
Hum Europe – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/568.ts?token=
Iqraa – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/332
Iqraa – http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/332.ts?token=
LBC – http://www.e900x.com:8000/live/REMOVED/179.ts
LBC – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/179.ts?token=
LDC – http://www.e900x.com:8000/live/REMOVED/277.ts
LDC – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/277.ts?token=
MBC – http://www.e900x.com:8000/live/REMOVED/158.ts
MBC – http://www.e900x.com:8000/live/REMOVED/1969.ts
MBC – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/158.ts?token=
MBC – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/1969.ts?token=
MBC – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1970.ts?token=
MBC 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1970
MBC 2 – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/160.ts?token=
MBC 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1972
MBC 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/159
MBC 4 – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/159.ts?token=
MBC 4 – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1972.ts?token=
MBC Action – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1652
MBC Action – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1652.ts?token=
MBC Bollywood – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/164.ts?token=
MBC Drama – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/164
MBC Drama – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/162.ts?token=
MBC Kids (MBC 3) – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/161
MBC Kids (MBC 3) – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1971.ts?token=
MBC Kids – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/161.ts?token=
MBC Masr – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/166.ts?token=
MBC Masr 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr 2 – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/157.ts?token=
MBC MAX – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1617
MBC MAX – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1617.ts?token=
MBC Variety – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2077

MBC Variety – http://213.152.160.5:25461/live/[REMOVED]/[REMOVED]/2077.ts?token=
Murr TV – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/379.ts
Murr TV – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/379.ts?token=
NBN – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1659
NBN – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1659.ts?token=
Noursat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1817
Noursat – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1817.ts?token=
OTV – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/89
OTV – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/89.ts?token=
Rishtey – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1087
Rishtey – http://134.19.187.226:25461/live/[REMOVED]/[REMOVED]/1087.ts?token=
Rotana Aflam – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/155
Rotana Aflam – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/155.ts?token=
Rotana Cinema – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/156
Rotana Cinema – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/156.ts?token=
Rotana Classic – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/153
Rotana Classic – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/153.ts?token=
Rotana Clip – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/151
Rotana Clip – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/151.ts?token=
Rotana Masriya – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/154
Rotana Masriya – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/154.ts?token=
Rotana Music – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/150
Rotana Music – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/150.ts?token=
SAB – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/577
SAB – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/577.ts?token=
SET Max – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/572.ts
SET Max – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/572.ts?token=
TV5 Monde – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/539
TV5 Monde – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/539.ts?token=
Zee – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/560.ts?token=
Zee Aflam – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/315
Zee Aflam – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/315.ts?token=
Zee Alwan – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/51
Zee Alwan – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/51.ts?token=
Zee Cinema – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/579
Zee Cinema – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/579.ts?token=

Under U.S. copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated

a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com