# EXHIBIT 2



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

February 8, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com

**Re:    Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including International Media Distribution, MBC FZ, Soundview Broadcasting, TV Today Network, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aaj USA (Aaj News), Aaj Tak, Al Hayah 1, Al Nahar, Iqraa, LBC, MBC 1, MBC Drama, MBC Kids (MBC 3), Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), ONTV, and OTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

IBCAP is writing to demand that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box. Such infringement is taking place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Aaj USA (Aaj News) (Channel 17) – http://213.152.170.56:8000/481.ch
Aaj Tak (Channel 18) – http://213.152.170.76:8000/332.ch
Al Hayah 1 (Channel 84) – http://213.152.170.56:8000/7.ch
Al Nahar (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Iqraa (Channel 430) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 524) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC Drama (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
Murr TV (MTV Lebanon) (Channel 583) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 593) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ONTV (Channel 647) – http://109.232.227.38:8000/live/soot3/93retno/47.ts

OTV (Channel 664) – http://109.232.227.38:8000/live/soot3/93retno/89.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 8, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com

**Re:    Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We are writing to demand that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box.  Such infringement is taking place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 56) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
ART Cinema (Channel 194) – http://213.152.170.76:8000/60.ch
Dream 2 (Channel 328) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
LDC (Channel 527) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578,

2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 11, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com

Instant Dedicated
abuse@instantdedicated.com

  **Re:**  **Second Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer and Instant Dedicated:

  This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including International Media Distribution, MBC FZ, Soundview Broadcasting, TV Today Network, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aaj USA (Aaj News), Aaj Tak, Al Hayah 1, Al Nahar, Iqraa, LBC, MBC 1, MBC Drama, MBC Kids (MBC 3), MBC Masr, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), and ONTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

  We sent you correspondence on February 8, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and IPs 213.152.170.56, 213.152.170.76, and 109.232.227.38. Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

  Aaj USA (Aaj News) (Channel 17) – http://213.152.170.56:8000/481.ch
  Aaj Tak (Channel 18) – http://213.152.170.76:8000/332.ch
  Al Hayah 1 (Channel 84) – http://213.152.170.56:8000/7.ch
  Al Nahar (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
  Iqraa (Channel 430) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
  LBC (Channel 525) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
  MBC 1 (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/158.ts

MBC Drama (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Masr (Channel 555) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
Murr TV (MTV Lebanon) (Channel 583) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 593) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ONTV (Channel 647) – http://109.232.227.38:8000/live/soot3/93retno/47.ts

Enclosed are screenshots evidencing the distribution of the Protected Content in the United States via the Easybox set-top box and IPs 213.152.170.56, 213.152.170.76, and 109.232.227.38.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner

described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

      If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

TV channels

| 10 | 8tv |
| 11 | 8XM |
| 12 | A Haber |
| 13 | A Spor |
| 14 | A1 Jordan |
| 15 | A9 TV |
| 16 | AAJ Entertainment |
| 17 | AAJ News |
| 18 | AAJ TAK |



timeanddate.co... ×   +

www.timeanddate.cor   »   ≡

☰  timeanddate.com   ⪪   Q

Newsletter | About Us | Site Map | Account/Settings | Article Topics

Current Time

Wednesday
Feb 10, 2016
Houston, U.S.A. - Texas

1:59 PM .56

Set home location ▶

World Clock ▶

City/Country/Time Zon   Go

Time Zones

■ Time Zone Map

## TV channels

| 11 | 8XM |
| 12 | A Haber |
| 13 | A Spor |
| 14 | A1 Jordan |
| 15 | A9 TV |
| 16 | AAJ Entertainment |
| 17 | AAJ News |
| 18 | AAJ TAK |
| 19 | Aaj Tak Delhi |

HEADLEY          REFUSED          SHAH RUKH

BJP: DRUNK ON POWER, SP LEADERS INDULGING IN



Current Local Time in Houston, Texas, U.S.A.

2:02:55 PM CST

Wednesday, February 10, 2016

Country: United States (USA)
State: Texas (TX)



## TV channels

| 77 | Al Fayhaa |
| 78 | Al Forat 1 |
| 79 | Al Forat 2 |
| 80 | Al Ghad Al Araby |
| 81 | Al Ghadeer |
| 82 | Al Gharbiya |
| 83 | Al Hadath |
| 84 | Al Hayat |
| 85 | Al Hayat 2 |

الحياة

لاصة الكلام " عقب برنامج بوضوح ويليه مستقبل

### Current Local Time in Houston, Texas, U.S.A.

2:06:40 PM CST

Wednesday, February 10, 2016

| Country: | United States (USA) |
| State: | Texas (TX) |

## TV channels

| 123 | Al Masriya |
| 124 | Al Mayadeen TV |
| 125 | Al Mehwer TV |
| 126 | Al Mold |
| 127 | Al Mustakillah TV |
| 128 | Al Nabaa TV |
| 129 | Al Naeem |
| 130 | Al Nahar 1 |
| 131 | Al Nahar 2 |



≡ ꞏ꞉ timeanddate.com ‹ Q

Main World Clock | Extended World Clock | Personal World Clock | World Time Lookup | Time Articles

**Current Local Time in Houston, Texas, U.S.A.**

ENLARGE

2:11:40 PM CST

Wednesday, February 10, 2016

Country:     United States (USA)
State:       Texas (TX)

## TV channels

| 423 | iFilm Arabic |
| 424 | iFilm English |
| 425 | Imagine Movies |
| 426 | Imam Hussein 2 |
| 427 | IMC TV |
| 428 | India TV |
| 429 | Intereconomia TV |
| 430 | Iqraa TV |
| 431 | Iran Aryaee |



Current Local Time in Houston, Texas, U.S.A.

2:24:20 PM CST

Wednesday, February 10, 2016

| Country: | United States (USA) |
| State: | Texas (TX) |

## TV channels

| 518 | L'index TV El Djaz... |
| 519 | La 1 HD |
| 520 | La 2 |
| 521 | La Otra |
| 522 | La Sexta HD |
| 523 | Lana TV |
| 524 | Layaly Cinema |
| 525 | LBC Sat |
| 526 | LCD Aflam |

LBC

الحريم أسيا

9:00 p.m
بتوقيت السعودية

الجمعة



TV channels

| | |
|---|---|
| 540 | Majan |
| 541 | Majestic Cinema |
| 542 | Manoto 1 |
| 543 | Masr Al Arabia |
| 544 | Massaya |
| 545 | Mavi Karadeniz |
| 546 | Mazzika |
| 547 | MBC 1 |
| 548 | MBC 2 |



Current Local Ti... ✕ +

← ⊕ www.timeanddate.cor   ↻   »   ≡

≡   ☀️ timeanddate.com   ⤙   Q

Main World Clock | Extended World Clock | Personal World Clock | World Time Lookup | Time Articles

Current Local Time in 🇺🇸
Houston, Texas, U.S.A.

2:30:34 PM CST
Wednesday, February 10, 2016

| Country: | United States (USA) |
|---|---|
| State: | Texas (TX) |





TV channels

| 576 | Misurata TV |
| 577 | Mix |
| 578 | Mnogo TV |
| 579 | Mody Kids |
| 580 | Moga Cinema |
| 581 | Moga Comedy |
| 582 | Mohabat TV |
| 583 | **MTV Lebanon** |
| 584 | Music Al Hanen |

mtv

إتصال من الياس بو صعب
وزير التربية

| محليات | الطقس | اقتصاد | إقليميات | 10 FEB |

أوغلو: الهجمات الأخيرة في شمال سوريا ترقى إلى حد التطهير العرقي   22:41



Current Local Ti... ✕   +

www.timeanddate.cor

≡ timeanddate.com   ⊲   Q

Main World Clock | Extended World Clock | Personal World Clock | World Time Lookup | Time Articles

Current Local Time in
Houston, Texas, U.S.A.

2:42:24 PM CST
Wednesday, February 10, 2016

| Country: | United States (USA) |
| State: | Texas (TX) |

TV channels

| 586 | N24 |
| 587 | Nalia Radio Televi... |
| 588 | Nashe kino |
| 589 | Nashe Novoe Kino |
| 590 | Nat Geo |
| 591 | National Geograp... |
| 592 | Naynawa Alghad |
| 593 | NBN |
| 594 | NDR Fernsehen |

مباشر

عين على الإرهاب

لافروف: موسكو قلقة من الأنشطة   اخبار   الروسية   22.42

Current Local Ti... ✕   +

www.timeanddate.cor

timeanddate.com

Main World Clock | Extended World Clock | Personal World Clock | World Time Lookup | Time Articles

Current Local Time in Houston, Texas, U.S.A.

ENLARGE

2:43:22 PM CST

Wednesday, February 10, 2016

Country:     United States (USA)
State:       Texas (TX)



## TV channels

| 90 | Al Horreya |
| 91 | Al Hurra |
| 92 | AL Hurra Iraq |
| 93 | Al Iraqia |
| 94 | Al Iraqia 2 |
| 95 | Al Iraqiya 3 Sports |
| 96 | Al Iraqiya TV |
| 97 | Al Jadeed |
| 98 | Al Janoubia TV |

الجديد

فك الشيفرة

22:08
aljadeed.tv

### Current Local Time in Houston, Texas, U.S.A.

2:08:58 PM CST

Wednesday, February 10, 2016

Country:   United States (USA)
State:     Texas (TX)

## TV channels

| 640 | NTV+ Sport Plus |
| 641 | Number One Turk |
| 642 | Numidia News TV |
| 643 | Ohota & Rybalka |
| 644 | Olay TV |
| 645 | Oman TV |
| 646 | Oman TV Sport |
| 647 | On TV |
| 648 | Onda Azul |



**Current Local Time in Houston, Texas, U.S.A.**

2:45:54 PM CST

Wednesday, February 10, 2016

| Country: | United States (USA) |
| State: | Texas (TX) |



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 11, 2016

**VIA Email**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com

Instant Dedicated
abuse@instantdedicated.com

**Re:     Second Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer and Instant Dedicated:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and IP addresses 213.152.170.76 and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 56) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
ART Cinema (Channel 194) – http://213.152.170.76:8000/60.ch
Dream 2 (Channel 328) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
LDC (Channel 527) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Enclosed are screenshots evidencing the distribution of the Protected Content in the United States via the Easybox set-top box and IP addresses 213.152.170.76, and 109.232.227.38.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## TV channels

| 49 | Al Ahd |
| 50 | Al Ahly Club |
| 51 | Al Ahvaz TV |
| 52 | Al Anwar |
| 53 | Al Anwar 2 |
| 54 | Al Aoula Inter |
| 55 | Al Aqila TV |
| 56 | **Al Arabiya** |
| 57 | Al Askandria |

العربية
Al Arabiya

سوريا...
الثورة
8:03 GMT

المعارضة تتمسك بشروطها قبل الشروع في ال

وزارة الصحة الفلسطينية مقتل
العربية عن الإرهابيين في الدستور



≡ ☀ timeanddate.com 〈 Q

Main World Clock | Extended World Clock | Personal World
Clock | World Time Lookup | Time Articles

**Current Local Time in**
**Houston, Texas, U.S.A.**

ENLARGE

2:04:26 PM CST

Wednesday, February 10, 2016

Country: United States (USA)
State: Texas (TX)



## TV channels

| 187 | Armenia 1 TV |
| 188 | Armenia TV |
| 189 | Arrabia |
| 190 | Arryadia |
| 191 | ART |
| 192 | ART Aflam 1 |
| 193 | ART Aflam 2 |
| 194 | ART Cinema |
| 195 | ART Hekayat 2 |



Current Local Ti... ✕  +

www.timeanddate.cor

☰  timeanddate.com  ❮  Q

Main World Clock | Extended World Clock | Personal World Clock | World Time Lookup | Time Articles

## Current Local Time in Houston, Texas, U.S.A.

ENLARGE

2:15:38 PM CST

Wednesday, February 10, 2016

Country:  United States (USA)
State:  Texas (TX)

TV channels

| 321 | Divinity |
| 322 | Diyalog TV |
| 323 | DMAX |
| 324 | Dolly Cinema |
| 325 | Dom Kino |
| 326 | Domashniy |
| 327 | Dost TV |
| **328** | **Dream 2** |
| 329 | Dream Turk |

مباشر

للاتـصـال و المـشـاركـة
أرضي 09009700 - موبايل 1781- دولي 08821622774295

10:20 PM   سماعيل يوسف مديرا للكرة   منتخب التايكوندو بـ



Current Local Ti...  +

www.timeanddate.cor

☰  timeanddate.com  <  Q

Main World Clock | Extended World Clock | Personal World
Clock | World Time Lookup | Time Articles

Current Local Time in
Houston, Texas, U.S.A.

ENLARGE

2:21:01 PM CST

Wednesday, February 10, 2016

Country:    United States (USA)
State:      Texas (TX)



## TV channels

| | |
|---|---|
| 520 | La 2 |
| 521 | La Otra |
| 522 | La Sexta HD |
| 523 | Lana TV |
| 524 | Layaly Cinema |
| 525 | LBC Sat |
| 526 | LCD Aflam |
| 527 | LDC |
| 528 | Lebanon TV |

Current Local Time in
Houston, Texas, U.S.A.

2:28:30 PM CST

Wednesday, February 10, 2016

Country:   United States (USA)
State:     Texas (TX)



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 24, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com

Instant Dedicated
abuse@instantdedicated.com

      **Re:**    **Third Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer and Instant Dedicated:

      This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, International Media Distribution, MBC FZ, Soundview Broadcasting, TV Today Network, Vedic Broadcasting, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aaj USA (Aaj News), Aaj Tak, Aastha, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Iqraa, LBC, MBC 1, MBC Drama, MBC Kids (MBC 3), MBC Masr, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), ONTV, and OTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

      We sent you correspondence on February 8, 2016 and February 11, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and IP addresses 213.152.170.56, 213.152.170.76, and 109.232.227.38. Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

      Aaj USA (Aaj News) (Channel 17) – <u>http://213.152.170.56:8000/481.ch</u>
      Aaj Tak (Channel 18) – <u>http://213.152.170.76:8000/332.ch</u>
      Aastha (Channel 22) – <u>http://213.152.170.76:8000/334.ch</u>
      Al Hayah 1 (Channel 84) – <u>http://213.152.170.56:8000/7.ch</u>

Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Iqraa (Channel 430) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 525) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC Drama (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Masr (Channel 555) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
Murr TV (MTV Lebanon) (Channel 583) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 593) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ONTV (Channel 647) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 664) – http://109.232.227.38:8000/live/soot3/93retno/89.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not

authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 24, 2016

**VIA Email**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com

Instant Dedicated
abuse@instantdedicated.com

**Re:     Third Notice of Unauthorized Distribution of DISH Network Television
         Programming**

Dear Global Layer and Instant Dedicated:

      This law firm is legal counsel for DISH Network.  DISH Network owns or controls
exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema,
Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH
Network owns or controls exclusive rights under copyright to distribute and publicly perform via
broadcast or digital transmission a vast number of motion pictures and television programs in the
United States.

      We sent you correspondence on February 8, 2016 and February 11, 2016, demanding that
you take immediate steps to address the extensive copyright infringement of DISH Network's
Protected Content that is occurring by virtue of your servers hosting streams of Protected
Content distributed via the Easybox set-top box and IP addresses 213.152.170.76 and
109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators
("URLs") including, but by no means limited to:

      Al Arabiya (Channel 56) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
      ART Cinema (Channel 194) – http://213.152.170.76:8000/60.ch
      Dream 2 (Channel 328) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
      Future TV (Channel 390) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
      LDC (Channel 527) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

      Under U.S. Copyright law, the operator of a website may be liable for copyright
infringement where the website knowingly hosts, stores, indexes, transmits, retransmits,
streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies
of motion pictures or television programs. This liability may be both direct and contributory in

nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 2, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com

Instant Dedicated
abuse@instantdedicated.com

**Re:** **Fourth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer and Instant Dedicated:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, International Media Distribution, MBC FZ, National Communication Services, Soundview Broadcasting, TV Today Network, Vedic Broadcasting, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aaj USA (Aaj News), Aaj Tak, Aastha, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, Dunya TV, Iqraa, LBC, MBC 1, MBC Drama, MBC Kids (MBC 3), MBC Masr, Melody Classic, Murr TV (MTV Lebanon), New TV (Al Jadeed), and ONTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, and February 24, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and IP addresses 213.152.170.56, 213.152.170.76, and 109.232.227.38. Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Aaj USA (Aaj News) (Channel 17) – <u>http://213.152.170.56:8000/481.ch</u>
Aaj Tak (Channel 18) – <u>http://213.152.170.76:8000/332.ch</u>
Aastha (Channel 22) – <u>http://213.152.170.76:8000/334.ch</u>

Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 135) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
Dunya TV (Channel 339) – http://109.232.227.38:8000/live/soot3/93retno/346.ts
Iqraa (Channel 430) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 526) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 548) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC Drama (Channel 554) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Masr (Channel 556) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
Melody Classic (Channel 571) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 584) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ONTV (Channel 648) – http://109.232.227.38:8000/live/soot3/93retno/47.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 2, 2016

**VIA Email**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com

Instant Dedicated
abuse@instantdedicated.com

> Re: **Fourth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer and Instant Dedicated:

This law firm is legal counsel for DISH Network. DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, and February 24, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and IP addresses 213.152.170.76 and 109.232.227.38. Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 56) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
ART Cinema (Channel 194) – http://213.152.170.76:8000/60.ch
Dream 2 (Channel 328) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 390) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
LDC (Channel 527) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in

March 2, 2016
Page 2

nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 30, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

**Re:    Fifth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, and March 2, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and IP addresses 213.152.170.76 and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 56) – http://109.232.227.38:8000/live/soot3/93retno/14.ts

ART Cinema (Channel 195) – http://213.152.170.76:8000/60.ch
Dream 2 (Channel 341) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 403) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
LDC (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 30, 2016

<u>**VIA Email**</u>

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

   Re: **Fifth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

   This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, International Media Distribution, MBC FZ, Soundview Broadcasting, TV Today Network, Vedic Broadcasting, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aaj USA (Aaj News), Aaj Tak, Aastha, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Iqraa, LBC, MBC 1, MBC Drama, MBC Kids (MBC 3), MBC Masr, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), ONTV, and OTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, and March 2, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and IP addresses 213.152.170.56, 213.152.170.76, and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Aaj USA (Aaj News) (Channel 17) – http://213.152.170.56:8000/481.ch
Aaj Tak (Channel 18) – http://213.152.170.76:8000/332.ch
Aastha (Channel 22) – http://213.152.170.76:8000/334.ch
Al Hayah 1 (Channel 84) – http://213.152.170.56:8000/7.ch
Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Iqraa (Channel 430) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 525) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC Drama (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Masr (Channel 555) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
Murr TV (MTV Lebanon) (Channel 583) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 593) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ONTV (Channel 647) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 664) – http://109.232.227.38:8000/live/soot3/93retno/89.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at \*56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

April 4, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

  **Re: Sixth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

  This law firm is legal counsel for DISH Network. DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

  We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, and March 30, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and IP addresses 213.152.170.76 and 109.232.227.38. Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

  Al Arabiya (Channel 56) – http://109.232.227.38:8000/live/soot3/93retno/14.ts

ART Cinema (Channel 195) – http://213.152.170.76:8000/60.ch
Dream 2 (Channel 341) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
LDC (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## TV channels

| 49 | Al Ahd |
| 50 | Al Ahly Club |
| 51 | Al Ahvaz TV |
| 52 | Al Anwar |
| 53 | Al Anwar 2 |
| 54 | Al Aoula Inter |
| 55 | Al Aqila TV |
| 56 | Al Arabiya |
| 57 | Al Askandria |

🔴 Favorite List  🟢 Add/remove favorite  🔵 Filter Manager



www.timeanddate.cor

≡  timeanddate.com  <  Q

Main World Clock | Extended World Clock | Personal World
Clock | World Time Lookup | Time Articles

Current Local Time in
Houston, Texas, USA

ENLARGE

4:05:12 PM CDT
Friday, April 1, 2016

Country:    United States
State:      Texas (TX)

## TV channels

| 188 | Armenia 1 TV |
| 189 | Armenia TV |
| 190 | Arrabia |
| 191 | Arryadia |
| 192 | ART |
| 193 | ART Aflam 1 |
| 194 | ART Aflam 2 |
| 195 | **ART Cinema** |
| 196 | ART Hekayat 2 |

● Favorite List  ● Add/remove favorite  ● Filter Manager



www.timeanddate.cor

☰ ☀ timeanddate.com  ＜  Q

Main World Clock | Extended World Clock | Personal World
Clock | World Time Lookup | Time Articles

### Current Local Time in
### Houston, Texas, USA

4:14:37 PM CDT

Friday, April 1, 2016

Country:   United States
State:     Texas (TX)

TV channels

| 334 | Divinity |
| 335 | Diyalog TV |
| 336 | DMAX |
| 337 | Dolly Cinema |
| 338 | Dom Kino |
| 339 | Domashniy |
| 340 | Dost TV |
| 341 | Dream 2 |
| 342 | Dream Turk |

د / أحمد جلال : الاصلاح الاقتصادي لا يقوم إلا على اصلاح سياسي حقيقي

11:16 PM

● Favorite List   ● Add/remove favorite   ● Filter Manager



Current Local Time in Houston, Texas, USA

4:17:12 PM CDT

Friday, April 1, 2016

| Country: | United States |
| State: | Texas (TX) |

## TV channels

| | |
|---|---|
| 534 | La 2 |
| 535 | La Otra |
| 536 | La Sexta HD |
| 537 | Lana TV |
| 538 | Layaly Cinema |
| 539 | LBC Sat |
| 540 | LCD Aflam |
| 541 | LDC |
| 542 | Lebanon TV |

● Favorite List  ● Add/remove favorite  ● Filter Manager



www.timeanddate.com

≡  ∴ timeanddate.com  ⧉  Q

Main World Clock | Extended World Clock | Personal World Clock | World Time Lookup | Time Articles

Current Local Time in Houston, Texas, USA

ENLARGE

4:23:50 PM CDT

Friday, April 1, 2016

Country:  United States
State:  Texas (TX)



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

April 4, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Sixth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, International Media Distribution, MBC FZ, Soundview Broadcasting, TV Today Network, Vedic Broadcasting, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aaj USA (Aaj News), Aaj Tak, Aastha, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Iqraa, LBC, MBC 1, MBC Drama, MBC Kids (MBC 3), MBC Masr, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), ONTV, and OTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, and March 2, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and IP addresses 213.152.170.56, 213.152.170.76, and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Aaj USA (Aaj News) (Channel 17) – http://213.152.170.56:8000/481.ch
Aaj Tak (Channel 18) – http://213.152.170.76:8000/332.ch
Aastha (Channel 22) – http://213.152.170.76:8000/334.ch
Al Hayah 1 (Channel 84) – http://213.152.170.56:8000/7.ch
Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Iqraa (Channel 444) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 563) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC Drama (Channel 574) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 566) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Masr (Channel 576) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
Melody Classic (Channel 592) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 606) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 616) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ONTV (Channel 671) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 688) – http://109.232.227.38:8000/live/soot3/93retno/89.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request

April 4, 2016
Page 3

for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

TV channels

| 10 | 8tv |
| 11 | 8XM |
| 12 | A Haber |
| 13 | A Spor |
| 14 | A1 Jordan |
| 15 | A9 TV |
| 16 | AAJ Entertainment |
| 17 | AAJ News |
| 18 | AAJ TAK |

● Favorite List   ● Add/remove favorite   ● Filter Manager



www.timeanddate.cor

☰ ☀ timeanddate.com   <   Q

Main World Clock | Extended World Clock | Personal World Clock | World Time Lookup | Time Articles

Current Local Time in
Houston, Texas, USA

ENLARGE

4:00:43 PM CDT

Friday, April 1, 2016

Country:   United States
State:     Texas (TX)

## TV channels

| 11 | 8XM |
| 12 | A Haber |
| 13 | A Spor |
| 14 | A1 Jordan |
| 15 | A9 TV |
| 16 | AAJ Entertainment |
| 17 | AAJ News |
| 18 | **AAJ TAK** |
| 19 | Aaj Tak Delhi |

🔴 Favorite List   🟢 Add/remove favorite   🔵 Filter Manager



## TV channels

| 15 | A9 TV |
| 16 | AAJ Entertainment |
| 17 | AAJ News |
| 18 | AAJ TAK |
| 19 | Aaj Tak Delhi |
| 20 | AAJ TAK TEZ |
| 21 | Aakaash Bangla |
| 22 | Aastha TV |
| 23 | AB Channel |

आस्था
aasthatv.com

शंकराचार्य श्री ''श्रीजी'' महाराज के पावन सानि

🔴 Favorite List   🟢 Add/remove favorite   🔵 Filter Manager



Main World Clock | Extended World Clock | Personal World Clock | World Time Lookup | Time Articles

### Current Local Time in Houston, Texas, USA

4:03:23 PM CDT

Friday, April 1, 2016

| Country: | United States |
| State: | Texas (TX) |

## TV channels

| 77 | Al Fayhaa |
| 78 | Al Forat 1 |
| 79 | Al Forat 2 |
| 80 | Al Ghad Al Araby |
| 81 | Al Ghadeer |
| 82 | Al Gharbiya |
| 83 | Al Hadath |
| 84 | Al Hayat |
| 85 | Al Hayat 2 |

● Favorite List   ● Add/remove favorite   ● Filter Manager



Current Local Time in Houston, Texas, USA

4:06:49 PM CDT

Friday, April 1, 2016

Country:    United States
State:      Texas (TX)

## TV channels

| 92 | AL Hurra Iraq |
| 93 | Al Iraqia |
| 94 | Al Iraqia 2 |
| 95 | Al Iraqiya 3 Sports |
| 96 | Al Iraqiya TV |
| 97 | Al Jadeed |
| 98 | Al Janoubia TV |
| 99 | **Al Jazeera** |
| 100 | Al Jazeera America |

هنيـة: لا نقبـل لأي وفـد فلسطينـي إطلاقـ
يعزي في وفاة ضابـط فـي الجيـش الإسرائيـل

🔴 Favorite List   🟢 Add/remove favorite   🔵 Filter Manager



www.timeanddate.cor

☰  ☀️ timeanddate.com

Main World Clock | Extended World Clock | Personal World
Clock | World Time Lookup | Time Articles

## Current Local Time in Houston, Texas, USA

**4:09:39 PM** CDT

Friday, April 1, 2016

| Country: | United States |
| State: | Texas (TX) |

## TV channels

| 123 | Al Masriya |
| 124 | Al Mayadeen TV |
| 125 | Al Mehwer TV |
| 126 | Al Mold |
| 127 | Al Mustakillah TV |
| 128 | Al Nabaa TV |
| 129 | Al Naeem |
| 130 | **Al Nahar 1** |
| 131 | Al Nahar 2 |

🔴 Favorite List  🟢 Add/remove favorite  🔵 Filter Manager



Current Local Time in Houston, Texas, USA

4:13:09 PM CDT
Friday, April 1, 2016

| Country: | United States |
| State: | Texas (TX) |

## TV channels

| 126 | Al Mold |
| 127 | Al Mustakillah TV |
| 128 | Al Nabaa TV |
| 129 | Al Naeem |
| 130 | Al Nahar 1 |
| 131 | Al Nahar 2 |
| 132 | Al Nahar Al Youm |
| 133 | Al Nahar Drama |
| 134 | Al Nahar Laki |

🔴 Favorite List   🟢 Add/remove favorite   🔵 Filter Manager





TV channels

| 437 | Huda TV |
| 438 | iFilm Arabic |
| 439 | iFilm English |
| 440 | Imagine Movies |
| 441 | Imam Hussein 2 |
| 442 | IMC TV |
| 443 | India TV |
| 444 | **Iqraa TV** |
| 445 | Iran Aryaee |

● Favorite List   ● Add/remove favorite   ● Filter Manager

www.timeanddate.cor

≡  ⁖ timeanddate.com  ◁  Q

Main World Clock | Extended World Clock | Personal World
Clock | World Time Lookup | Time Articles

**Current Local Time in**
**Houston, Texas, USA**

4:20:17 PM CDT

Friday, April 1, 2016

Country:     United States
State:       Texas (TX)

## TV channels

| | |
|---|---|
| 532 | L'index TV El Djaz... |
| 533 | La 1 HD |
| 534 | La 2 |
| 535 | La Otra |
| 536 | La Sexta HD |
| 537 | Lana TV |
| 538 | Layaly Cinema |
| 539 | LBC Sat |
| 540 | LCD Aflam |

**LBC**

🔴 Favorite List  🟢 Add/remove favorite  🔵 Filter Manager



Current Local Time in Houston, Texas, USA

4:22:38 PM CDT

Friday, April 1, 2016

Country:    United States
State:      Texas (TX)

TV channels

556  Majan

557  Majestic Cinema

558  Manoto 1

559  Masr Al Arabia

560  Massaya

561  Mavi Karadeniz

562  Mazzika

563  MBC 1

564  MBC 1 TS

اتصل السعودية (ر.س)  55166  VIVA  1544  Ooredo

🔴 Favorite List  🟢 Add/remove favorite  🔵 Filter Manager



Curre...  + ▾

ⓘ  www.timeanddate.cor  ⟳  »  ≡

≡  timeanddate.com  ◁  Q

Main World Clock | Extended World Clock | Personal World
Clock | World Time Lookup | Time Articles

Current Local Time in
Houston, Texas, USA

ENLARGE

4:25:10 PM CDT
Friday, April 1, 2016

Country:  United States
State:  Texas (TX)



## TV channels

| 567 | MBC 3 TS |
| 568 | MBC 4 |
| 569 | MBC 4 TS |
| 570 | MBC Action |
| 571 | MBC Action TS |
| 572 | MBC Bollywood |
| 573 | MBC Bollywood TS |
| 574 | **MBC Drama** |
| 575 | MBC Maghreb Al... |

🔴 Favorite List   🟢 Add/remove favorite   🔵 Filter Manager



www.timeanddate.cor

⚡ timeanddate.com

Main World Clock | Extended World Clock | Personal World Clock | World Time Lookup | Time Articles

### Current Local Time in Houston, Texas, USA

**4:28:24 PM** CDT

Friday, April 1, 2016

| Country: | United States |
| State: | Texas (TX) |



## TV channels

| 559 | Masr Al Arabia |
| 560 | Massaya |
| 561 | Mavi Karadeniz |
| 562 | Mazzika |
| 563 | MBC 1 |
| 564 | MBC 1 TS |
| 565 | MBC 2 |
| 566 | MBC 3 |
| 567 | MBC 3 TS |

🔴 Favorite List   🟢 Add/remove favorite   🔵 Filter Manager



Current Local Time in
Houston, Texas, USA

4:27:02 PM CDT

Friday, April 1, 2016

Country:   United States
State:     Texas (TX)

## TV channels

| 569 | MBC 4 TS |
|-----|----------|
| 570 | MBC Action |
| 571 | MBC Action TS |
| 572 | MBC Bollywood |
| 573 | MBC Bollywood TS |
| 574 | MBC Drama |
| 575 | MBC Maghreb Al... |
| 576 | MBC Masr |
| 577 | MBC Masr 2 |

● Favorite List  ● Add/remove favorite  ● Filter Manager



Current Local Time in Houston, Texas, USA

Main World Clock | Extended World Clock | Personal World Clock | World Time Lookup | Time Articles

4:33:28 PM CDT
Friday, April 1, 2016

Country: United States
State: Texas (TX)



TV channels

| 585 | MCTV |
| 586 | MDR Sachsen |
| 587 | Med Nuce |
| 588 | Medi 1 TV |
| 589 | MEGA |
| 590 | Mehran TV |
| 591 | Mekameleen TV |
| 592 | Melody Classic |
| 593 | Melody TV |

🔴 Favorite List   🟢 Add/remove favorite   🔵 Filter Manager

## TV channels

| 599 | Mitra |
| 600 | Mix |
| 601 | Mnogo TV |
| 602 | Mody Kids |
| 603 | Moga Cinema |
| 604 | Moga Comedy |
| 605 | Mohabat TV |
| **606** | **MTV Lebanon** |
| 607 | Music Al Hanen |

mtv

🔴 Favorite List    🟢 Add/remove favorite    🔵 Filter Manager



www.timeanddate.cor

timeanddate.com

Main World Clock | Extended World Clock | Personal World Clock | World Time Lookup | Time Articles

**Current Local Time in Houston, Texas, USA**

4:39:27 PM CDT

Friday, April 1, 2016

| Country: | United States |
| State: | Texas (TX) |



## TV channels

| 609 | N24 |
| 610 | Nalia Radio Televi... |
| 611 | Nashe kino |
| 612 | Nashe Novoe Kino |
| 613 | Nat Geo |
| 614 | National Geograp... |
| 615 | Naynawa Alghad |
| **616** | **NBN** |
| 617 | NDR Fernsehen |

● Favorite List  ● Add/remove favorite  ● Filter Manager



**Current Local Time in Houston, Texas, USA**

4:41:03 PM CDT

Friday, April 1, 2016

| Country: | United States |
| State: | Texas (TX) |

## TV channels

| 90 | Al Horreya |
|----|------------|
| 91 | Al Hurra |
| 92 | AL Hurra Iraq |
| 93 | Al Iraqia |
| 94 | Al Iraqia 2 |
| 95 | Al Iraqiya 3 Sports |
| 96 | Al Iraqiya TV |
| 97 | **Al Jadeed** |
| 98 | Al Janoubia TV |

🔴 Favorite List   🟢 Add/remove favorite   🔵 Filter Manager



timeanddate.com

Main World Clock | Extended World Clock | Personal World Clock | World Time Lookup | Time Articles

Current Local Time in Houston, Texas, USA

4:08:09 PM CDT
Friday, April 1, 2016

Country:  United States
State:    Texas (TX)

## TV channels

| 664 | NTV+ Sport Plus |
| 665 | Number One Turk |
| 666 | Numidia News TV |
| 667 | Ohota & Rybalka |
| 668 | Olay TV |
| 669 | Oman TV |
| 670 | Oman TV Sport |
| 671 | On TV |
| 672 | Onda Azul |

🔴 Favorite List   🟢 Add/remove favorite   🔵 Filter Manager





TV channels

| 681 | OSN MOVIES HD |
| 682 | OSN MOVIES HD... |
| 683 | OSN MOVIES KIDS |
| 684 | OSN Sports 1 |
| 685 | OSN Sports 2 |
| 686 | OSN W Network |
| 687 | OSN YaHala |
| 688 | OTV Lebanon |
| 689 | Palestine |

21.30

wednesday

المنبر

OTV

🔴 Favorite List   🟢 Add/remove favorite   🔵 Filter Manager



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

April 21, 2016

<u>**VIA Email**</u>

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

  Re: **Seventh Notice of Unauthorized Distribution of IBCAP Members'
     Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

   This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, International
Media Distribution, MBC FZ, TV Today Network, and World Span Media Consulting
("Members"), which own or control exclusive rights under copyright to distribute the following
channels: Aaj Tak, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar
Sport, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama,
MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 2, MBC Pro Sports
3, Murr TV (MTV Lebanon), NBN, ONTV, and OTV ("Protected Content") in the United
States. As such, Members own or control exclusive rights under copyright to distribute and
publicly perform via broadcast or digital transmission a vast number of motion pictures and
television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, and April 4, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56, 213.152.170.76, and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

     Aaj Tak (Channel 12) – http://213.152.170.76:8000/332.ch
     Al Hayah 1 (Channel 79) – http://213.152.170.56:8000/7.ch
     Al Jazeera Arabic News (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
     Al Nahar (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/248.ts
     Al Nahar Drama (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
     Al Nahar Sport (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
     Iqraa (Channel 427) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
     LBC (Channel 475) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
     MBC 1 (Channel 499) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
     MBC 2 (Channel 501) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
     MBC 4 (Channel 504) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
     MBC Action (Channel 506) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
     MBC Bollywood (Channel 508) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
     MBC Drama (Channel 510) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
     MBC Kids (MBC 3) (Channel 502) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
     MBC Masr (Channel 511) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
     MBC Masr 2 (Channel 512) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
     MBC Max (Channel 513) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
     MBC Pro Sports 2 (Channel 516) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
     MBC Pro Sports 3 (Channel 517) – http://109.232.227.38:8000/live/soot3/93retno/112.ts
     Murr TV (MTV Lebanon) (Channel 538) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
     NBN (Channel 551) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
     ONTV (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
     OTV (Channel 618) – http://109.232.227.38:8000/live/soot3/93retno/89.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the

owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

April 21, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Seventh Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, and April 4, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.76 and 109.232.227.38. Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 47) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
ART Cinema (Channel 204) – http://213.152.170.76:8000/60.ch
Dream 2 (Channel 341) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
LDC (Channel 476) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

May 11, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> Re:   **Eighth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

      This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Iqraa, LBC, Life OK, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, and April 21, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56, 213.152.170.76, and 109.232.227.38. Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Hayah 1 (Channel 76) – http://213.152.170.56:8000/7.ch
Al Jazeera Arabic News (Channel 92) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 126) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 207) – http://213.152.170.76:8000/613.ch
B4U Movies (Channel 218) – http://213.152.170.76:8000/616.ch
B4U Music (Channel 219) – http://213.152.170.76:8000/615.ch
Iqraa (Channel 440) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 483) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
Life OK (Channel 492) – http://213.152.170.76:8000/593.ch
MBC 1 (Channel 509) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 510) – http://213.152.170.56:8000/743.ch
MBC 2 (Channel 511) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 514) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 515) – http://213.152.170.56:8000/746.ch
MBC Action (Channel 516) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 518) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 519) – http://213.152.170.56:8000/748.ch
MBC Drama (Channel 520) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 512) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 513) – http://213.152.170.56:8000/745.ch
MBC Masr (Channel 521) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 522) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 523) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 524) – http://213.152.170.56:8000/749.ch
MBC Pro Sports 1 (Channel 525) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 526) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 527) – http://213.152.170.56:8000/107.ch
MBC Pro Sports 4 (Channel 528) – http://213.152.170.56:8000/109.ch
Melody Classic (Channel 535) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 555) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
New TV (Al Jadeed) (Channel 90) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 576) – http://213.152.170.56:8000/839.ch
ONTV (Channel 591) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 618) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 744) – http://213.152.170.76:8000/602.ch

Zee Cinema (Channel 856) – http://213.152.170.76:8000/587.ch

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

May 11, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:** **Eighth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for DISH Network. DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Al Arabiya, ART Cinema, Dream 2, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, and April 21, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.76 and 109.232.227.38. Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 43) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
ART Cinema (Channel 204) – http://213.152.170.76:8000/60.ch
Dream 2 (Channel 345) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
LDC (Channel 484) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

May 17, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:  Ninth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Iqraa, LBC, Life OK, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Zee Cinema, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, and May 11, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56, 213.152.170.76, and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Hayah 1 (Channel 77) – http://213.152.170.56:8000/7.ch
Al Jazeera Arabic News (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 125) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 128) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 194) – http://213.152.170.76:8000/613.ch
B4U Movies (Channel 205) – http://213.152.170.76:8000/616.ch
B4U Music (Channel 206) – http://213.152.170.76:8000/615.ch
Iqraa (Channel 427) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 469) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
Life OK (Channel 478) – http://213.152.170.76:8000/593.ch
MBC 1 (Channel 495) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 496) – http://213.152.170.56:8000/743.ch
MBC 2 (Channel 497) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 500) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 501) – http://213.152.170.56:8000/746.ch
MBC Action (Channel 502) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 503) – http://213.152.170.56:8000/747.ch
MBC Bollywood (Channel 504) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 505) – http://213.152.170.56:8000/748.ch
MBC Drama (Channel 506) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 498) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 499) – http://213.152.170.56:8000/745.ch
MBC Masr (Channel 507) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 508) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 509) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 510) – http://213.152.170.56:8000/749.ch
MBC Pro Sports 1 (Channel 511) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 512) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 513) – http://213.152.170.56:8000/107.ch
MBC Pro Sports 4 (Channel 514) – http://213.152.170.56:8000/109.ch
Melody Classic (Channel 521) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 531) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/5.ts
New TV (Al Jadeed) (Channel 91) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 562) – http://213.152.170.56:8000/839.ch
ONTV (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 600) – http://109.232.227.38:8000/live/soot3/93retno/89.ts

Zee Cinema (Channel 841) – http://213.152.170.76:8000/587.ch
Zee TV (Channel 845) – http://213.152.170.76:8000/618.ch

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

May 17, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

**Re:    Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

IBCAP is writing to demand that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") address 213.152.170.76.  Such infringement is taking place via Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 716) – http://213.152.170.76:8000/590.ch

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of

the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

   If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

# EXHIBIT A

## SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

May 17, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

>    **Re:     Ninth Notice of Unauthorized Distribution of DISH Network Television
>            Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

    This law firm is legal counsel for DISH Network.  DISH Network owns or controls
exclusive rights under copyright to distribute the following channels: Al Arabiya, Dream 2,
Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns
or controls exclusive rights under copyright to distribute and publicly perform via broadcast or
digital transmission a vast number of motion pictures and television programs in the United
States.

    We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016,
March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, and May 11, 2016, demanding
that you take immediate steps to address the extensive copyright infringement of DISH
Network's Protected Content that is occurring by virtue of your servers hosting streams of
Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") address
109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators
("URLs") including, but by no means limited to:

Al Arabiya (Channel 44) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Dream 2 (Channel 331) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 387) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
LDC (Channel 470) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 3, 2016

<u>**VIA Email**</u>

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

Re:    **Tenth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Iqraa, LBC, MBC 1, MBC 2, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), ONTV, Star India Plus, TV5 Monde, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, and May 17, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56, 213.152.170.76, and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 43) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 76) – http://213.152.170.56:8000/7.ch
Al Jazeera Arabic News (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 124) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 127) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 128) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 193) – http://213.152.170.76:8000/613.ch
B4U Movies (Channel 204) – http://213.152.170.76:8000/616.ch
B4U Music (Channel 205) – http://213.152.170.76:8000/615.ch
Iqraa (Channel 439) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 489) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 517) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 2 (Channel 520) – http://213.152.170.56:8000/744.ch
MBC Action (Channel 525) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 527) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 505) – http://213.152.170.56:8000/748.ch
MBC Drama (Channel 529) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 530) – http://213.152.170.56:8000/319.ch
MBC Kids (MBC 3) (Channel 521) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 522) – http://213.152.170.56:8000/745.ch
MBC Masr (Channel 531) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 532) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 533) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 534) – http://213.152.170.56:8000/749.ch
MBC Pro Sports 1 (Channel 535) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 536) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 537) – http://213.152.170.56:8000/107.ch
MBC Pro Sports 4 (Channel 538) – http://213.152.170.56:8000/109.ch
Melody Classic (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 556) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 567) – http://213.152.170.56:8000/161.ch
New TV (Al Jadeed) (Channel 91) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ONTV (Channel 602) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
Star India Plus (Channel 755) – http://213.152.170.76:8000/602.ch
TV5 Monde (Channel 836) – http://213.152.170.76:8000/635.ch
Zee TV (Channel 875) – http://213.152.170.76:8000/618.ch

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 3, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

  **Re: Tenth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

  This law firm is legal counsel for DISH Network. DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

  We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, and May 17, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.76 and 109.232.227.38. Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 190) – http://213.152.170.76:8000/60.ch
LDC (Channel 491) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 15, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:** **Eleventh Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for DISH Network. DISH Network owns or controls exclusive rights under copyright to distribute the following channel: ART Cinema ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, and June 3, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") address 213.152.170.76. Such infringement is continuing to take place via Uniform Resource Locator ("URL") including, but by no means limited to:

ART Cinema (Channel 194) – http://213.152.170.76:8000/60.ch

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 15, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Eleventh Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, TV5 Monde, Zee Cinema, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, and June 3, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56, 213.152.170.76, and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 47) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://213.152.170.56:8000/7.ch
Al Jazeera Arabic News (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 198) – http://213.152.170.76:8000/613.ch
B4U Music (Channel 210) – http://213.152.170.76:8000/615.ch
Geo News (Channel 411) – http://213.152.170.76:8000/610.ch
Iqraa (Channel 448) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 497) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 524) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 2 (Channel 526) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC Action (Channel 532) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 534) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Drama (Channel 536) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Kids (MBC 3) (Channel 528) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 530) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC Masr (Channel 538) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 540) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Pro Sports 1 (Channel 542) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 543) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 544) – http://213.152.170.56:8000/107.ch
MBC Pro Sports 4 (Channel 545) – http://213.152.170.56:8000/109.ch
Melody Classic (Channel 552) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
NBN (Channel 576) – http://213.152.170.56:8000/161.ch
New TV (Al Jadeed) (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 596) – http://213.152.170.56:8000/839.ch
ONTV (Channel 610) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 633) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 763) – http://213.152.170.76:8000/602.ch
TV5 Monde (Channel 844) – http://213.152.170.76:8000/635.ch
Zee Cinema (Channel 882) – http://213.152.170.76:8000/587.ch
Zee TV (Channel 886) – http://213.152.170.76:8000/618.ch

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits,

streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

HAGAN NOLL & BOYLE LLC

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 15, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Second Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") address 213.152.170.76.  Such infringement is continuing to take place via Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 752) – http://213.152.170.76:8000/590.ch

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of

the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## <u>EXHIBIT A</u>

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 27, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> Re:   **Twelfth Notice of Unauthorized Distribution of IBCAP Members'**
> **Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, and June 15, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56, 213.152.170.76, and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 47) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 79) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 96) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 198) – http://213.152.170.76:8000/ary-digital
B4U Movies (Channel 208) – http://213.152.170.76:8000/b4u-movies
B4U Music (Channel 209) – http://213.152.170.76:8000/b4u-music
Geo News (Channel 409) – http://213.152.170.76:8000/geo-news
Iqraa (Channel 446) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 494) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 495) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 522) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 523) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 524) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 528) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 529) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 530) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 532) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 533) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 534) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 535) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 526) – http://213.152.170.56:8000/mbc-3-ts
MBC Kids (MBC 3) (Channel 527) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 536) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 537) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 538) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Max (Channel 539) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 540) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
Murr TV (MTV Lebanon) (Channel 563) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 576) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 94) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 597) – http://213.152.170.56:8000/noursat
ONTV (Channel 611) – http://109.232.227.38:8000/live/soot3/93retno/47.ts
OTV (Channel 632) – http://109.232.227.38:8000/live/soot3/93retno/89.ts

OTV (Channel 633) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 765) – http://213.152.170.76:8000/star-plus
Zee TV (Channel 891) – http://213.152.170.76:8000/zee-tv

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 27, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Third Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016 and June 15, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") address 213.152.170.76. Such infringement is continuing to take place via Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 752) – http://213.152.170.76:8000/sony-sab

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your

servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## EXHIBIT A

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 27, 2016

<u>**VIA Email**</u>

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

Re:     **Twelfth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, and June 15, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56, 213.152.170.76, and

109.232.227.38..  Such infringement is continuing to take place via Uniform Resource Locator ("URL") including, but by no means limited to:

> ART Cinema (Channel 194) – http://213.152.170.76:8000/art-cinema
> Dream 2 (Channel 340) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
> Future TV (Channel 403) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
> Future TV (Channel 404) – http://213.170.170.56:8000/future-tv-ts
> LDC (Channel 496) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the

manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

      If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

                    Sincerely,

                    **HAGAN NOLL & BOYLE LLC**

                    Stephen M. Ferguson
                    **Hagan Noll & Boyle LLC**
                    Two Memorial City Plaza
                    820 Gessner, Suite 940
                    Houston, Texas 77024
                    T: (713) 343-0478
                    F: (713) 758-0146
                    stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 13, 2016

<u>**VIA Email**</u>

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

  Re: **Thirteenth Notice of Unauthorized Distribution of IBCAP Members'**
     **Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

   This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, TV5Monde, Zee Cinema, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via

broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, and June 27, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 47) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 78) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 200) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 210) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 211) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 432) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 470) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 521) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 522) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 548) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 549) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 554) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 555) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 556) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 557) – http://213.152.170.56:8000/mbc-action-ts
MBC Bollywood (Channel 558) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 559) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 560) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 561) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 552) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 553) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 562) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 563) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 564) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 565) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 566) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 567) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 568) – http://213.152.170.56:8000/mbc-pro-sports-3
MBC Pro Sports 4 (Channel 569) – http://213.152.170.56:8000/mbc-pro-sports-4
Melody Classic (Channel 576) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 589) – http://109.232.227.38:8000/live/soot3/93retno/379.ts

NBN (Channel 607) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 634) – http://213.152.170.56:8000/noursat
ONTV (Channel 648) – http://213.152.170.56:8000/ontv-egypt
OTV (Channel 664) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 665) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 809) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 893) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee Cinema (Channel 931) – http://109.232.227.38:8000/live/soot3/93retno/579.ts
Zee TV (Channel 935) – http://109.232.227.38:8000/live/soot3/93retno/560.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members,

which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 13, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

  Re: **Fourth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

  This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

  We sent you correspondence on May 17, 2016, June 15, 2016, and June 27, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box.  Such infringement is continuing to take place via Internet Protocol ("IP") address 109.232.227.38 and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 796) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your

servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## <u>EXHIBIT A</u>

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 13, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

   Re:  **Thirteenth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

   This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

   We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, and June 27, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56, 213.152.170.76, and

109.232.227.38..  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

> ART Cinema (Channel 196) – http://213.152.170.76:8000/art-cinema
> Dream 2 (Channel 357) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
> Future TV (Channel 426) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
> Future TV (Channel 427) – http://213.152.170.56:8000/future-tv-ts
> LDC (Channel 523) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the

manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 26, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> Re:   **Fourteenth Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, TV5Monde, Zee Cinema, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via

broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, and July 13, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38. Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 47) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 78) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 133) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 200) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 210) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 211) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 432) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 470) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 521) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 522) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 548) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 549) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 554) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 555) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 556) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 557) – http://213.152.170.56:8000/mbc-action-ts
MBC Bollywood (Channel 558) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 559) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 560) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 561) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 552) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 553) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 562) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 563) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 564) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 565) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 566) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 567) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 568) – http://213.152.170.56:8000/mbc-pro-sports-3
MBC Pro Sports 4 (Channel 569) – http://213.152.170.56:8000/mbc-pro-sports-4
Melody Classic (Channel 576) – http://109.232.227.38:8000/live/soot3/93retno/83.ts

Murr TV (MTV Lebanon) (Channel 589) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 607) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 634) – http://213.152.170.56:8000/noursat
ONTV (Channel 648) – http://213.152.170.56:8000/ontv-egypt
OTV (Channel 664) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 665) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 809) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 893) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee Cinema (Channel 931) – http://109.232.227.38:8000/live/soot3/93retno/579.ts
Zee TV (Channel 935) – http://109.232.227.38:8000/live/soot3/93retno/560.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification

is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



**Hagan Noll & Boyle, LLC**

Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

July 26, 2016

<u>**VIA Email**</u>

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

      Re:    **Fifth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

      This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

      We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, and July 13, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box.  Such infringement is continuing to take place via Internet Protocol ("IP") address 109.232.227.38 and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 796) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your

servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## __EXHIBIT A__

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 26, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Fourteenth Notice of Unauthorized Distribution of DISH Network
> Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, and July 13, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56

and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

> ART Cinema (Channel 196) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
> Dream 2 (Channel 357) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
> Future TV (Channel 426) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
> Future TV (Channel 427) – http://213.152.170.56:8000/future-tv-ts
> LDC (Channel 523) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the

manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

      If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

                           Sincerely,

                           **HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 2, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

Re:   **Fifteenth Notice of Unauthorized Distribution of IBCAP Members'
Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, TV5Monde, Zee Cinema, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 46) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 77) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 94) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 126) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 197) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 206) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 420) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 457) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 506) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 507) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 533) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 534) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 535) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 538) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 539) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 540) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 542) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 543) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 544) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 545) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 536) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 537) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 546) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 548) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 549) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 551) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 552) – http://213.152.170.56:8000/mbc-pro-sports-3
Melody Classic (Channel 560) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 573) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 590) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 92) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 616) – http://213.152.170.56:8000/noursat

ONTV (Channel 631) – http://213.152.170.56:8000/ontv-egypt
OTV (Channel 662) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 663) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 805) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 879) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee Cinema (Channel 914) – http://109.232.227.38:8000/live/soot3/93retno/579.ts
Zee TV (Channel 918) – http://109.232.227.38:8000/live/soot3/93retno/560.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 2, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Sixth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, and July 26, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box.  Such infringement is continuing to take place via Internet Protocol ("IP") address 109.232.227.38 and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 792) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your

servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

   If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

   Sincerely,

   **HAGAN NOLL & BOYLE LLC**

   Stephen M. Ferguson
   **Hagan Noll & Boyle LLC**
   Two Memorial City Plaza
   820 Gessner, Suite 940
   Houston, Texas 77024
   T: (713) 343-0478
   F: (713) 758-0146
   stephen.ferguson@hnbllc.com

## <u>EXHIBIT A</u>

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 2, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

>    **Re:     Fifteenth Notice of Unauthorized Distribution of DISH Network Television**
>         **Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

     This law firm is legal counsel for DISH Network.  DISH Network owns or controls
exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2,
Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns
or controls exclusive rights under copyright to distribute and publicly perform via broadcast or
digital transmission a vast number of motion pictures and television programs in the United
States.

     We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016,
March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016,
June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, and July 26, 2016, demanding that
you take immediate steps to address the extensive copyright infringement of DISH Network's
Protected Content that is occurring by virtue of your servers hosting streams of Protected
Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses

213.152.170.56 and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

> ART Cinema (Channel 193) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
> Dream 2 (Channel 348) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
> Future TV (Channel 414) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
> Future TV (Channel 415) – http://213.152.170.56:8000/future-tv-ts
> LDC (Channel 508) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the

manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

   If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

       Sincerely,

       **HAGAN NOLL & BOYLE LLC**

       Stephen M. Ferguson
       **Hagan Noll & Boyle LLC**
       Two Memorial City Plaza
       820 Gessner, Suite 940
       Houston, Texas 77024
       T: (713) 343-0478
       F: (713) 758-0146
       stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 16, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Sixteenth Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, and TV5Monde ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, and August 2, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 46) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 77) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 94) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 126) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
B4U Movies (Channel 206) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 420) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 457) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 505) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 506) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 532) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 533) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 534) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 537) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 538) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 540) – http://213.152.170.56:8000/mbc-action-ts
MBC Bollywood (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 542) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 543) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 544) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 535) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 536) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 546) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 548) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 551) – http://213.152.170.56:8000/mbc-pro-sports-3
MBC Pro Sports 4 (Channel 552) – http://213.152.170.56:8000/mbc-pro-sports-4
Melody Classic (Channel 559) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 572) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 589) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 92) – http://109.232.227.38:8000/live/soot3/93retno/6.ts

Noursat (Channel 615) – http://213.152.170.56:8000/noursat
ONTV (Channel 630) – http://213.152.170.56:8000/ontv-egypt
OTV (Channel 661) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 662) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 804) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 878) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total money award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 16, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:** **Seventh Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, and August 2, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box. Such infringement is continuing to take place via Internet Protocol ("IP") address 109.232.227.38 and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 791) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your

servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## __EXHIBIT A__

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 16, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:** **Sixteenth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Dream 2 and Future TV ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, and August 2, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses

213.152.170.56 and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

> Dream 2 (Channel 348) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
> Future TV (Channel 414) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
> Future TV (Channel 415) – http://213.152.170.56:8000/future-tv-ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 31, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

>    **Re:    Seventeenth Notice of Unauthorized Distribution of IBCAP Members'**
>    **Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and TV5Monde ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, and August 31, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 46) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 77) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 94) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 126) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 197) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 206) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 420) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 457) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 505) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 506) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 532) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 533) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 534) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 537) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 538) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 542) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 543) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 544) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 535) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 536) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 546) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 548) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 551) – http://213.152.170.56:8000/mbc-pro-sports-3
Melody Classic (Channel 559) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 572) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 589) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 92) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 615) – http://213.152.170.56:8000/noursat

ONTV (Channel 630) – http://213.152.170.56:8000/ontv-egypt
OTV (Channel 661) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 662) – http://213.152.170.56:8000/otv-ts
TV5Monde (Channel 878) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 31, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:     Eighth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, and August 16, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box.  Such infringement is continuing to take place via Internet Protocol ("IP")

address 109.232.227.38 and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 791) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## <u>EXHIBIT A</u>

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 31, 2016

<u>**VIA Email**</u>

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:**     **Seventeenth Notice of Unauthorized Distribution of DISH Network
> Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

        This law firm is legal counsel for DISH Network.  DISH Network owns or controls
exclusive rights under copyright to distribute the following channels: Dream 2, Future TV, and
LDC ("Protected Content") in the United States. As such, DISH Network owns or controls
exclusive rights under copyright to distribute and publicly perform via broadcast or digital
transmission a vast number of motion pictures and television programs in the United States.

        We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016,
March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016,
June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, and
August 16, 2016, demanding that you take immediate steps to address the extensive copyright
infringement of DISH Network's Protected Content that is occurring by virtue of your servers
hosting streams of Protected Content distributed via the Easybox set-top box and Internet

Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

    Dream 2 (Channel 348) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
    Future TV (Channel 414) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
    Future TV (Channel 415) – http://213.152.170.56:8000/future-tv-ts
    LDC (Channel 507) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

September 14, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Eighteenth Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, TV5Monde, Zee Cinema, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, and August 31, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 47) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 78) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 127) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
ARY Digital (Channel 198) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 208) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 425) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 464) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 512) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 513) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 540) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 544) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 545) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 546) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 548) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Bollywood (Channel 549) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 551) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 542) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 543) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 552) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 554) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 555) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 556) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 557) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 558) – http://213.152.170.56:8000/mbc-pro-sports-3
Melody Classic (Channel 566) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 579) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 596) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 622) – http://213.152.170.56:8000/noursat
ONTV (Channel 639) – http://213.152.170.56:8000/ontv-egypt

OTV (Channel 670) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 671) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 814) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 891) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee Cinema (Channel 926) – http://109.232.227.38:8000/live/soot3/93retno/579.ts
Zee TV (Channel 930) – http://109.232.227.38:8000/live/soot3/93retno/560.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

September 14, 2016

<u>**VIA Email**</u>

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Ninth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

   This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

   We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, and August 31, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box.  Such infringement is continuing to take place via

Internet Protocol ("IP") address 109.232.227.38 and Uniform Resource Locator ("URL") including, but by no means limited to:

> SAB (Channel 801) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## **EXHIBIT A**

### **SAB**

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

September 14, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:** **Eighteenth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for DISH Network. DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, and August 31, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top

box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38. Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

> ART Cinema (Channel 194) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
> Dream 2 (Channel 352) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
> Future TV (Channel 419) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
> Future TV (Channel 420) – http://213.152.170.56:8000/future-tv-ts
> LDC (Channel 514) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the

manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

September 21, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

Re:     **Nineteenth Notice of Unauthorized Distribution of IBCAP Members'
Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and TV5Monde ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 31, 2016, and September 14, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 46) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 77) – http://213.152.170.56:8000/al-hayat-1
Al Jazeera Arabic News (Channel 94) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 126) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 129) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 197) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 206) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 420) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 457) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 505) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 506) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 532) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 533) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 534) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 537) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 538) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 542) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 543) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 544) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 535) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 536) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 546) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 548) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/31.ts
MBC Pro Sports 2 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/32.ts
MBC Pro Sports 3 (Channel 551) – http://213.152.170.56:8000/mbc-pro-sports-3
Melody Classic (Channel 559) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 572) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 589) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 92) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 615) – http://213.152.170.56:8000/noursat

ONTV (Channel 630) – http://213.152.170.56:8000/ontv-egypt
OTV (Channel 661) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 662) – http://213.152.170.56:8000/otv-ts
TV5Monde (Channel 878) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

September 21, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Tenth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, and September 14, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box.  Such infringement is continuing to

take place via Internet Protocol ("IP") address 109.232.227.38 and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 791) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

September 21, 2016
Page 3

 We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

 If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## <u>EXHIBIT A</u>

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

September 21, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Nineteenth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, and September 14, 2016, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.

Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

    Dream 2 (Channel 348) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
    Future TV (Channel 414) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
    Future TV (Channel 415) – http://213.152.170.56:8000/future-tv-ts
    LDC (Channel 507) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 5, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

Re: **Twentieth Notice of Unauthorized Distribution of IBCAP Members'
Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, TV5Monde, Zee Cinema, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on nineteen prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.[1]  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 47) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 78) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 127) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 131) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 198) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 208) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 425) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 464) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 511) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 512) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 538) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 539) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 540) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 543) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 544) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 546) – http://213.152.170.56:8000/mbc-action-ts
MBC Bollywood (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 548) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 550) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 542) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 551) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 552) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 554) – http://213.152.170.56:8000/mbc-max-ts
Melody Classic (Channel 565) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 578) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 595) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 621) – http://213.152.170.56:8000/noursat

---

[1] See letters dated February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 31, 2016, September 14, 2016, and September 21, 2016.

ONTV (Channel 639) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/978.ts
OTV (Channel 670) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 671) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 814) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 891) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee Cinema (Channel 926) – http://109.232.227.38:8000/live/soot3/93retno/579.ts
Zee TV (Channel 930) – http://109.232.227.38:8000/live/soot3/93retno/560.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 5, 2016

**<u>VIA Email</u>**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Eleventh Notice of Unauthorized Distribution of IBCAP Member's
> Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, and September 21, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box.  Such infringement

is continuing to take place via Internet Protocol ("IP") address 109.232.227.38 and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 801) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## __EXHIBIT A__

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 5, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:** **Twentieth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on nineteen prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56

and 109.232.227.38.[1]  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

ART Cinema (Channel 194) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 352) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 419) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
Future TV (Channel 420) – http://213.152.170.56:8000/future-tv-ts
LDC (Channel 513) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

---

[1] See letters dated February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, and September 21, 2016.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 26, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

  Re: **Twenty-first Notice of Unauthorized Distribution of IBCAP Members'
    Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

    This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital
USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ,
Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which
own or control exclusive rights under copyright to distribute the following channels: Al Hayah 1,
Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U
Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC
Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, Melody
Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star
India Plus, TV5Monde, Zee Cinema, and Zee TV ("Protected Content") in the United States. As
such, Members own or control exclusive rights under copyright to distribute and publicly
perform via broadcast or digital transmission a vast number of motion pictures and television
programs in the United States.

We sent you correspondence on twenty prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.[1]  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Hayah 1 (Channel 78) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 127) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 131) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 198) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 208) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 425) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 464) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 511) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 512) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 538) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 539) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 540) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 543) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 544) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 546) – http://213.152.170.56:8000/mbc-action-ts
MBC Bollywood (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 548) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 550) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 542) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 551) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 552) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 554) – http://213.152.170.56:8000/mbc-max-ts
Melody Classic (Channel 565) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 578) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 595) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 621) – http://213.152.170.56:8000/noursat
ONTV (Channel 639) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts

[1] See letters dated February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 31, 2016, September 14, 2016, September 21, 2016, and October 5, 2016.

OTV (Channel 670) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
OTV (Channel 671) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 814) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 891) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee Cinema (Channel 926) – http://109.232.227.38:8000/live/soot3/93retno/579.ts
Zee TV (Channel 930) – http://109.232.227.38:8000/live/soot3/93retno/560.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 26, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Twelfth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, and October 5, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box.

Such infringement is continuing to take place via Internet Protocol ("IP") address 109.232.227.38 and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 801) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## <u>EXHIBIT A</u>

**SAB**

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 26, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:** **Twenty-first Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for DISH Network. DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56

and 109.232.227.38.[1]  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

> ART Cinema (Channel 194) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
> Dream 2 (Channel 352) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
> Future TV (Channel 419) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
> Future TV (Channel 420) – http://213.152.170.56:8000/future-tv-ts
> LDC (Channel 513) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

---

[1] See letters dated February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, and October 5, 2016.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 1, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:   Twenty-second Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, OTV, Star India Plus, TV5Monde, Zee Cinema, and Zee TV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.[1]  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Hayah 1 (Channel 78) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 127) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 130) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 131) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 198) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 208) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 425) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 464) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 511) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 512) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 538) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 539) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 540) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 543) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 544) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 545) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 546) – http://213.152.170.56:8000/mbc-action-ts
MBC Bollywood (Channel 547) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 548) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 550) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 541) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 542) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 551) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 552) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 554) – http://213.152.170.56:8000/mbc-max-ts
Melody Classic (Channel 565) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 578) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 595) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 93) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 621) – http://213.152.170.56:8000/noursat
OTV (Channel 670) – http://109.232.227.38:8000/live/soot3/93retno/89.ts

---

[1] See letters dated February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, and October 26, 2016.

OTV (Channel 671) – http://213.152.170.56:8000/otv-ts
Star India Plus (Channel 814) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 891) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee Cinema (Channel 926) – http://109.232.227.38:8000/live/soot3/93retno/579.ts
Zee TV (Channel 930) – http://109.232.227.38:8000/live/soot3/93retno/560.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 1, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:** **Thirteenth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States. As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, and October 26, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box. Such infringement is continuing to take place via Internet Protocol ("IP")

address 109.232.227.38 and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 801) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## **EXHIBIT A**

### **SAB**

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 1, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:    Twenty-second Notice of Unauthorized Distribution of DISH Network
> Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-one prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56

November 1, 2016
Page 2

and 109.232.227.38.[1]  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

> ART Cinema (Channel 194) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
> Dream 2 (Channel 352) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
> Future TV (Channel 419) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
> Future TV (Channel 420) – http://213.152.170.56:8000/future-tv-ts
> LDC (Channel 513) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

---

[1] See letters dated February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, and October 26, 2016.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 30, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> Re:  **Twenty-third Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, B4U U.S., Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar Drama, Al Nahar Sport, ARY Digital, B4U Movies, B4U Music, Geo News, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, Star India Plus, and TV5Monde ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-two prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.[1]  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 50) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar Drama (Channel 134) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sport (Channel 135) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ARY Digital (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 215) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 216) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Geo News (Channel 437) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Iqraa (Channel 481) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 551) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 579) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 580) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 581) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 585) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 586) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 587) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 589) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 590) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 591) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 592) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 583) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 584) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 593) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 594) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 596) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 597) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 598) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
Melody Classic (Channel 606) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 620) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 635) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 95) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 662) – http://213.152.170.56:8000/noursat

---

[1] See letters dated February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, and November 1, 2016.

ONTV (Channel 683) – http://213.152.170.56:8000/ontv-live
OTV (Channel 715) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 872) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 961) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 30, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> Re:   **Fourteenth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channel: SAB ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on May 17, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, and November 1, 2016, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box.  Such infringement is continuing to take place via

Internet Protocol ("IP") address 109.232.227.38 and Uniform Resource Locator ("URL") including, but by no means limited to:

SAB (Channel 858) – http://109.232.227.38:8000/live/soot3/93retno/577.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

        We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

        If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.


                                    Sincerely,

                                    **HAGAN NOLL & BOYLE LLC**


                                    Stephen M. Ferguson
                                    **Hagan Noll & Boyle LLC**
                                    Two Memorial City Plaza
                                    820 Gessner, Suite 940
                                    Houston, Texas 77024
                                    T: (713) 343-0478
                                    F: (713) 758-0146
                                    stephen.ferguson@hnbllc.com

## <u>EXHIBIT A</u>

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 30, 2016

<u>**VIA Email**</u>

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:** **Twenty-third Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

      This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

      We sent you correspondence on twenty-two prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56

and 109.232.227.38.[1]  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

>ART Cinema (Channel 203) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
>Dream 2 (Channel 360) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
>Future TV (Channel 431) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
>Future TV (Channel 432) – http://213.152.170.56:8000/future-tv-ts
>LDC (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

---

[1] See letters dated February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, and November 1, 2016.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

December 14, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> Re:   **Twenty-fourth Notice of Unauthorized Distribution of IBCAP Members'**
> **Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, B4U U.S., beIN Media Group, Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, ART Movies, ARY Digital, B4U Movies, B4U Music, beIN Sports, Geo News, Hekayat, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and Star India Plus ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

December 14, 2016
Page 2

We sent you correspondence on twenty-three prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.[1]  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 50) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 82) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
ART Movies (Channel 97) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/738.ts
ART Movies (Channel 205) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/736.ts
ARY Digital (Channel 206) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 207) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 209) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
beIN Sports (Channel 217) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/739.ts
Geo News (Channel 361) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Geo News (Channel 429) – http://109.232.227.38:8000/live/soot3/93retno/567.ts
Hekayat (Channel 203) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/737.ts
Iqraa (Channel 434) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 435) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 478) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 549) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 550) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 2 (Channel 578) – http://213.152.170.56:8000/mbc-2-ts
MBC 4 (Channel 581) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 582) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 583) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Bollywood (Channel 584) – http://109.232.227.38:8000/live/soot3/93retno/164.ts
MBC Bollywood (Channel 585) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Drama (Channel 587) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 588) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 579) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 580) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 589) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 590) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 591) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 592) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 593) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 594) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts

---

[1] See letters dated February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, and November 30, 2016.

Melody Classic (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 596) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 604) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 81) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 618) – http://213.152.170.56:8000/noursat
ONTV (Channel 634) – http://213.152.170.56:8000/ontv-live
OTV (Channels 661, 662) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 683) – http://109.232.227.38:8000/live/soot3/93retno/573.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner

described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

   If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

                              Sincerely,

                              **HAGAN NOLL & BOYLE LLC**

                              Stephen M. Ferguson
                              **Hagan Noll & Boyle LLC**
                              Two Memorial City Plaza
                              820 Gessner, Suite 940
                              Houston, Texas 77024
                              T: (713) 343-0478
                              F: (713) 758-0146
                              stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

December 14, 2016

**VIA Email**

Global Layer B.V.
Attn: Jelle Maes
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
j.maes@global-layer.com

Instant Dedicated
Attn: Jelle Maes
abuse@instantdedicated.com
j.maes@instantdedicated.com

ServerBoost
Attn: Jelle Maes
abuse@serverboost.com
j.maes@serverboost.com

> **Re:   Twenty-fourth Notice of Unauthorized Distribution of DISH Network Television Programming**

Dear Global Layer, Instant Dedicated, ServerBoost, and Mr. Maes:

This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-three prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56

December 14, 2016
Page 2

and 109.232.227.38.[1]  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

> ART Cinema (Channel 99) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
> Dream 2 (Channel 218) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
> Future TV (Channel 239) – http://213.152.170.56:8000/future-tv-ts
> LDC (Channel 548) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your servers is

---

[1] See letters dated February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, and November 30, 2016.

not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 12, 2017

**VIA Email**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com

Re:   **Notice of Unauthorized Distribution of Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, B4U U.S., beIN Media Group, Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, ART Cinema, ART Movies, ARY Digital, B4U Movies, B4U Music, beIN Sports, Dream 2, Future TV, Geo News, Hekayat, Iqraa, LBC, LDC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and Star India Plus ("Protected Content") in the United States. As such, Members, including DISH, own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

DISH and IBCAP are writing to request that you take steps to address the extensive copyright infringement of DISH and IBCAP Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38. Such infringement is taking place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 301) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 82) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/781.ts
ART Cinema (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
ART Movies (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts

ART Movies (Channel 205) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
ARY Digital (Channel 206) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/737.ts
B4U Movies (Channel 207) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/736.ts
B4U Music (Channel 209) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
beIN Sports (Channel 217) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
Dream 2 (Channel 218) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Future TV (Channel 239) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/739.ts
Geo News (Channel 361) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Geo News (Channel 429) – http://213.152.170.56:8000/future-tv-ts
Hekayat (Channel 203) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/738.ts
Iqraa (Channel 434) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
LBC (Channel 435) – http://109.232.227.38:8000/live/soot3/93retno/567.ts
LDC (Channel 548) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 549) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/277.ts
MBC 2 (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 2 (Channel 578) – http://213.152.170.56:8000/mbc-1-ts
MBC 4 (Channel 581) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC 4 (Channel 582) – http://213.152.170.56:8000/mbc-3-ts
MBC Action (Channel 583) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC Bollywood (Channel 584) – http://213.152.170.56:8000/mbc-4-ts
MBC Bollywood (Channel 585) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Drama (Channel 588) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Kids (MBC 3) (Channel 579) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC Kids (MBC 3) (Channel 580) – http://213.152.170.56:8000/mbc-2-ts
MBC Masr (Channel 589) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Masr 2 (Channel 590) – http://213.152.170.56:8000/mbc-drama-ts
MBC Max (Channel 591) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Max (Channel 592) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Pro Sports 1 (Channel 593) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Pro Sports 2 (Channel 594) – http://213.152.170.56:8000/mbc-max-ts
Melody Classic (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 596) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
NBN (Channel 604) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
New TV (Al Jadeed) (Channel 81) – http://213.152.170.56:8000/al-hayat-2
Noursat (Channel 618) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
ONTV (Channel 634) – http://213.152.170.56:8000/nbn
OTV (Channel 661) – http://213.152.170.56:8000/noursat
OTV (Channel 662) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
Star India Plus (Channel 683) – http://213.152.170.56:8000/ontv-live

Under U.S. Copyright law, the operator of a website may be liable for copyright
infringement where the website knowingly hosts, stores, indexes, transmits, retransmits,
streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies
of motion pictures or television programs. This liability may be both direct and contributory in
nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista
Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding
defendants liable for direct and contributory copyright infringement where defendants operated
computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v.*

*Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content. (See attached.) Despite our letters, your customer continues to engage in extensive copyright infringement of DISH and Members' Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH and Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove DISH and Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove DISH and Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH and Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH and Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH and Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 12, 2017

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

> Re:   **Twenty-sixth Notice of Unauthorized Distribution of IBCAP Members'
> Television Programming**

Dear Easybox:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, B4U U.S., beIN Media Group, Geo USA Holdings, International Media Distribution, MBC FZ, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, ART Movies, ARY Digital, B4U Movies, B4U Music, beIN Sports, Geo News, Hekayat, Iqraa, LBC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and Star India Plus ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on twenty-five prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, and December 14, 2016.

continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 301) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 82) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/781.ts
ART Movies (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
ART Movies (Channel 205) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
ARY Digital (Channel 206) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/737.ts
B4U Movies (Channel 207) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/736.ts
B4U Music (Channel 209) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
beIN Sports (Channel 217) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
Geo News (Channel 361) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Geo News (Channel 429) – http://213.152.170.56:8000/future-tv-ts
Hekayat (Channel 203) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/738.ts
Iqraa (Channel 434) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
LBC (Channel 435) – http://109.232.227.38:8000/live/soot3/93retno/567.ts
MBC 1 (Channel 549) – http://213.152.170.56:8000/lbc-ts
MBC 1 (Channel 550) – http://109.232.227.38:8000/live/soot3/93retno/277.ts
MBC 2 (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 2 (Channel 578) – http://213.152.170.56:8000/mbc-1-ts
MBC 4 (Channel 581) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC 4 (Channel 582) – http://213.152.170.56:8000/mbc-3-ts
MBC Action (Channel 583) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC Bollywood (Channel 584) – http://213.152.170.56:8000/mbc-4-ts
MBC Bollywood (Channel 585) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Drama (Channel 588) – http://213.152.170.56:8000/mbc-bollywood-ts
MBC Kids (MBC 3) (Channel 579) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC Kids (MBC 3) (Channel 580) – http://213.152.170.56:8000/mbc-2-ts
MBC Masr (Channel 589) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Masr 2 (Channel 590) – http://213.152.170.56:8000/mbc-drama-ts
MBC Max (Channel 591) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Max (Channel 592) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Pro Sports 1 (Channel 593) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Pro Sports 2 (Channel 594) – http://213.152.170.56:8000/mbc-max-ts
Melody Classic (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 596) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
NBN (Channel 604) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
New TV (Al Jadeed) (Channel 81) – http://213.152.170.56:8000/al-hayat-2
Noursat (Channel 618) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
ONTV (Channel 634) – http://213.152.170.56:8000/nbn
OTV (Channel 661) – http://213.152.170.56:8000/noursat
OTV (Channel 662) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
Star India Plus (Channel 683) – http://213.152.170.56:8000/ontv-live

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in

nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

IBCAP hereby demands that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Members' rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Members' Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Members in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson

**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 12, 2016

**VIA Email**

Easybox
Level 18
130 Hubin Road
Huang-pu District, Shanghai 200021
People's Republic of China
info@easybox.tv
jetliuzhe@gmail.com
1FDB32D7B5254EA78AA984EB116D8AD7.PROTECT@WHOISGUARD.COM

**Re:     Twenty-sixth Notice of Unauthorized Distribution of DISH Network
         Television Programming**

Dear Easybox:

        This law firm is legal counsel for DISH Network.  DISH Network owns or controls exclusive rights under copyright to distribute the following channels: ART Cinema, Dream 2, Future TV, and LDC ("Protected Content") in the United States. As such, DISH Network owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

        We sent you correspondence on twenty-five prior occasions, demanding that you take immediate steps to address the extensive copyright infringement of DISH Network's Protected Content that is occurring by virtue of your Easybox service ("Service").[1]  Such infringement is continuing to take place via the following channel numbers and Uniform Resource Locators ("URLs") including, but by no means limited to:

        ART Cinema (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
        Dream 2 (Channel 218) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
        Future TV (Channel 239) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/739.ts
        LDC (Channel 548) – http://109.232.227.38:8000/live/soot3/93retno/179.ts

---

[1] See letters dated January 27, 2016, February 8, 2016, February 11, 2016, February 24, 2016, March 2, 2016, March 30, 2016, April 4, 2016, April 21, 2016, May 11, 2016, May 17, 2016, June 3, 2016, June 15, 2016, June 27, 2016, July 13, 2016, July 26, 2016, August 2, 2016, August 16, 2016, August 31, 2016, September 14, 2016, September 21, 2016, October 5, 2016, October 26, 2016, November 1, 2016, November 30, 2016, and December 14, 2016.

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

We hereby demand that you immediately cease and desist from using your Service to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH Network's rights in the Protected Content. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of DISH Network's Protected Content and that you ensure that the Protected Content does not appear on your Service in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH Network in the manner occurring via your Service is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH Network, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH Network, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

February 8, 2017

**<u>VIA Email</u>**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com

**Re:    Notice of Unauthorized Distribution of Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, B4U U.S., Geo USA Holdings, Hum Network Limited, International Media Distribution, MBC FZ, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sports, ART Cinema, ARY Digital, B4U Movies, B4U Music, Dream 2, Future TV, Geo News, Hum TV, Iqraa, LBC, LDC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and TV5Monde ("Protected Content") in the United States. As such, Members, including DISH, own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

DISH and IBCAP are writing to request that you take steps to address the extensive copyright infringement of DISH and IBCAP Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.  Such infringement is taking place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 50) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/243.ts

Al Nahar Drama (Channel 135) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sports (Channel 136) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ART Cinema (Channel 205) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
ARY Digital (Channel 209) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 217) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 218) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Dream 2 (Channel 366) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 433) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
Future TV (Channel 434) – http://213.152.170.56:8000/future-tv-ts
Geo News (Channel 439) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hum TV (Channel 476) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 483) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 554) – http://213.152.170.56:8000/lbc-ts
LDC (Channel 555) – http://109.232.227.38:8000/live/soot3/93retno/277.ts
MBC 1 (Channel 582) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 583) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 584) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 588) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 589) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 590) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 591) – http://213.152.170.56:8000/mbc-action-ts
MBC Drama (Channel 594) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 595) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 586) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 587) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 596) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 597) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 599) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 600) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 601) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
Melody Classic (Channel 611) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 625) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 641) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 668) – http://213.152.170.56:8000/noursat
ONTV (Channel 688) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 721) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
TV5Monde (Channel 968) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated

February 8, 2017
Page 3

computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content. (See attached.)  Despite our letters, your customer continues to engage in extensive copyright infringement of DISH and Members' Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH and Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove DISH and Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove DISH and Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH and Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH and Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH and Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

February 23, 2017

**VIA Email**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com

**Re:   Notice of Unauthorized Distribution of Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, B4U U.S., Geo USA Holdings, Hum Network Limited, International Media Distribution, MBC FZ, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sports, ART Cinema, ARY Digital, B4U Movies, B4U Music, Dream 2, Future TV, Geo News, Hum TV, Iqraa, LBC, LDC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and TV5Monde ("Protected Content") in the United States. As such, Members, including DISH, own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

DISH and IBCAP are writing to request that you take steps to address the extensive copyright infringement of DISH and IBCAP Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.  Such infringement is taking place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 50) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/243.ts

Al Nahar Drama (Channel 135) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sports (Channel 136) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ART Cinema (Channel 205) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
ARY Digital (Channel 209) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 217) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 218) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Dream 2 (Channel 366) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 433) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
Future TV (Channel 434) – http://213.152.170.56:8000/future-tv-ts
Geo News (Channel 439) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hum TV (Channel 476) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 483) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 554) – http://213.152.170.56:8000/lbc-ts
LDC (Channel 555) – http://109.232.227.38:8000/live/soot3/93retno/277.ts
MBC 1 (Channel 582) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 583) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 584) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 588) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 589) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 590) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 591) – http://213.152.170.56:8000/mbc-action-ts
MBC Drama (Channel 594) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 595) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 586) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 587) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 596) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 597) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 599) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 600) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 601) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
Melody Classic (Channel 611) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 625) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 641) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 668) – http://213.152.170.56:8000/noursat
ONTV (Channel 688) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 721) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
TV5Monde (Channel 968) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated

computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content. (See attached.)  Despite our letters, your customer continues to engage in extensive copyright infringement of DISH and Members' Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH and Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove DISH and Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove DISH and Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH and Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH and Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH and Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 21, 2017

**VIA Email**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com

**Re:    Notice of Unauthorized Distribution of Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, B4U U.S., Geo USA Holdings, Hum Network Limited, International Media Distribution, MBC FZ, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Nahar, Al Nahar Drama, Al Nahar Sports, ART Cinema, ARY Digital, B4U Movies, B4U Music, Dream 2, Future TV, Geo News, Hum TV, Iqraa, LBC, LDC, MBC 1, MBC 2, MBC 4, MBC Action, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, ONTV, OTV, and TV5Monde ("Protected Content") in the United States. As such, Members, including DISH, own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

DISH and IBCAP are writing to request that you take steps to address the extensive copyright infringement of DISH and IBCAP Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 213.152.170.56 and 109.232.227.38.  Such infringement is taking place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya (Channel 50) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 80) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 99) – http://109.232.227.38:8000/live/soot3/93retno/120.ts
Al Nahar (Channel 132) – http://109.232.227.38:8000/live/soot3/93retno/243.ts

Al Nahar Drama (Channel 135) – http://109.232.227.38:8000/live/soot3/93retno/244.ts
Al Nahar Sports (Channel 136) – http://109.232.227.38:8000/live/soot3/93retno/58.ts
ART Cinema (Channel 205) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
ARY Digital (Channel 209) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 217) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 218) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Dream 2 (Channel 366) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 433) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
Future TV (Channel 434) – http://213.152.170.56:8000/future-tv-ts
Geo News (Channel 439) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hum TV (Channel 476) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 483) – http://109.232.227.38:8000/live/soot3/93retno/332.ts
LBC (Channel 553) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
LBC (Channel 554) – http://213.152.170.56:8000/lbc-ts
LDC (Channel 555) – http://109.232.227.38:8000/live/soot3/93retno/277.ts
MBC 1 (Channel 582) – http://109.232.227.38:8000/live/soot3/93retno/158.ts
MBC 1 (Channel 583) – http://213.152.170.56:8000/mbc-1-ts
MBC 2 (Channel 584) – http://109.232.227.38:8000/live/soot3/93retno/160.ts
MBC 4 (Channel 588) – http://109.232.227.38:8000/live/soot3/93retno/159.ts
MBC 4 (Channel 589) – http://213.152.170.56:8000/mbc-4-ts
MBC Action (Channel 590) – http://109.232.227.38:8000/live/soot3/93retno/163.ts
MBC Action (Channel 591) – http://213.152.170.56:8000/mbc-action-ts
MBC Drama (Channel 594) – http://109.232.227.38:8000/live/soot3/93retno/162.ts
MBC Drama (Channel 595) – http://213.152.170.56:8000/mbc-drama-ts
MBC Kids (MBC 3) (Channel 586) – http://109.232.227.38:8000/live/soot3/93retno/161.ts
MBC Kids (MBC 3) (Channel 587) – http://213.152.170.56:8000/mbc-3-ts
MBC Masr (Channel 596) – http://109.232.227.38:8000/live/soot3/93retno/166.ts
MBC Masr 2 (Channel 597) – http://109.232.227.38:8000/live/soot3/93retno/157.ts
MBC Max (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/165.ts
MBC Max (Channel 599) – http://213.152.170.56:8000/mbc-max-ts
MBC Pro Sports 1 (Channel 600) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 601) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
Melody Classic (Channel 611) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 625) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 641) – http://213.152.170.56:8000/nbn
New TV (Al Jadeed) (Channel 97) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Noursat (Channel 668) – http://213.152.170.56:8000/noursat
ONTV (Channel 688) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 721) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
TV5Monde (Channel 968) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated

computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content. (See attached.)  Despite our letters, your customer continues to engage in extensive copyright infringement of DISH and Members' Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of DISH and Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove DISH and Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove DISH and Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by DISH and Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of DISH and Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of DISH and Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 28, 2017

**<u>VIA Email</u>**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com

**Re:    Notice of Unauthorized Distribution of Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, B4U U.S., Hum Network Limited, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Ahly TV, Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Jazeera English, Al Jazeera Mubasher, Al Nahar, Al Nahar Drama, ART Cinema, B4U Movies, B4U Music, Future TV, Hum TV, Iqraa, LBC, LDC, Life OK, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, OTV, Star India Plus, and TV5Monde ("Protected Content") in the United States.  As such, Members, including DISH, own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

DISH and IBCAP are writing to request that you take steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 109.202.107.174, 134.19.187.22, 134.19.187.198, and 185.23.213.74. Such infringement is taking place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Ahly TV (Channel 40) – http://185.23.213.74:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 48) – http://109.202.107.174:8000/live/soot3/93retno/14.ts
Al Hayah 1 (Channel 75) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/985.ts
Al Jazeera Arabic News (Channel 94) – http://109.202.107.174:8000/live/soot3/93retno/123.ts

June 28, 2017
Page 2

Al Jazeera English (Channel 96) – http://109.202.107.174:8000/live/soot3/93retno/122.ts
Al Jazeera Mubasher (Channel 97) – http://109.202.107.174:8000/live/soot3/93retno/121.ts
Al Nahar (Channel 127) – http://134.19.187.198:25461/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 130) – http://134.19.187.198:25461/live/soot3/93retno/244.ts
ART Cinema (Channel 204) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
B4U Movies (Channel 217) – http://109.202.107.174:8000/live/soot3/93retno/561.ts
B4U Music (Channel 218) – http://109.202.107.174:8000/live/soot3/93retno/562.ts
Future TV (Channel 435) – http://134.19.187.198:25461/live/soot3/93retno/174.ts
Hum TV (Channel 484) – http://109.202.107.174:8000/live/soot3/93retno/568.ts
Iqraa (Channel 490) – http://109.202.107.174:8000/live/soot3/93retno/332.ts
LBC (Channel 559) – http://134.19.187.198:25461/live/soot3/93retno/179.ts
LDC (Channel 561) – http://134.19.187.198:25461/live/soot3/93retno/277.ts
Life OK (Channel 924) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1088.ts
MBC 1 (Channel 594) – http://134.19.187.198:25461/live/clienta18/6CtL6Olz0v/158.ts
MBC 1 (Channel 596) – http://109.202.107.174:8000/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 598) – http://134.19.187.198:25461/live/clienta03/9dPepeexIm/160.ts
MBC 2 (Channel 599) – http://134.19.187.22:25461/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 604) – http://134.19.187.198:25461/live/clienta07/BCa4tsQq3Y/159.ts
MBC 4 (Channel 605) – http://134.19.187.22:25461/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 607) – http://185.23.213.74:25461/live/clienta09/LYaaxiVGRv/163.ts
MBC Action (Channel 608) – http://134.19.187.22:25461/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 610) – http://134.19.187.22:25461/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 612) – http://134.19.187.198:25461/live/clienta15/sZALwci0tb/162.ts
MBC Kids (MBC 3) (Channel 601) – http://134.19.187.198:25461/live/clienta05/77SSAGnUYa/161.ts
MBC Kids (MBC 3) (Channel 602) – http://134.19.187.22:25461/live/clienta06/jtXfzY0JLs/1971.ts
MBC Masr (Channel 614) – http://109.202.107.174:8000/live/clienta13/0s2wuIpes7/166.ts
MBC Max (Channel 616) – http://134.19.187.22:25461/live/clienta11/iPQcymQLm6/165.ts
MBC Max (Channel 617) – http://134.19.187.198:25461/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 619) – http://185.23.213.74:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 620) – http://185.23.213.74:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
MBC Pro Sports 3 (Channel 621) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1016.ts
MBC Pro Sports 4 (Channel 622) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1017.ts
Melody Classic (Channel 629) – http://109.202.107.174:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 645) – http://185.23.213.74:25461/live/soot3/93retno/379.ts
NBN (Channel 646) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
New TV (Al Jadeed) (Channel 92) – http://134.19.187.198:25461/live/soot3/93retno/6.ts
Noursat (Channel 696) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OTV (Channel 757) – http://185.23.213.74:25461/live/soot3/93retno/89.ts
Star India Plus (Channel 925) – http://109.202.107.174:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 1015) – http://109.202.107.174:8000/live/soot3/93retno/539.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to secondary liability for copyright infringement. *See BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.,* No. 1:14-cv-1611, 2016 WL 4224964, at *1 (E.D. Va. Aug. 8, 2016) (upholding jury's award of $25 million in damages against Internet service provider Cox based on its customer's infringement of copyrights on the Cox network).

June 28, 2017
Page 3

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content. Despite our letters, your customer continues to engage in extensive copyright infringement of Members' Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 28, 2017

**VIA Email**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com

**Re:   Notice of Unauthorized Distribution of IBCAP Member's Television
Programming**

Dear Global Layer:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

IBCAP is writing to demand that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") address 109.202.107.174.  Such infringement is taking place via Uniform Resource Locators ("URLs") including, but by no means limited to:

SAB (Channel 907) – http://109.202.107.174:8000/live/soot3/93retno/577.ts
SET Max (Channel 906) – http://109.202.107.174:8000/live/soot3/93retno/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578,

2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at stephen.ferguson@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

Stephen M. Ferguson
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
stephen.ferguson@hnbllc.com

## EXHIBIT A

### SAB
1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

### SET Max
1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 8, 2017

**VIA Email**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

      **Re:**    **Second Notice of Unauthorized Distribution of Television Programming**

Dear Global Layer:

      This law firm is legal counsel for DISH Network ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., IndiaCast US, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aapka Colors (Colors), Ahly TV, Al Arabiya, Al Jazeera Arabic News, Al Jazeera Documentary, Al Jazeera English, Al Jazeera Mubasher, Al Nahar, Al Nahar Drama, Art Cinema, ARY Digital, B4U Movies, B4U Music, Braem, Dream 2, Future TV, Iqraa, LBC, LDC, Life OK, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, OTV, Star India Plus, TV5Monde, Zee, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

      We sent you correspondence on June 28, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 185.23.213.74, 109.202.107.174, 134.19.187.22, 134.19.187.198, and 185.23.213.74. Such infringement continues to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Aapka Colors (Colors) (Channel 328) – http://109.202.107.174:8000/live/soot3/93retno/1086.ts
Ahly TV (Channel 40) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts

July 8, 2017
Page 2

Al Arabiya (Channel 48) – http://134.19.187.22:25461/live/soot3/93retno/14.ts
Al Jazeera Arabic News (Channel 94) – http://134.19.187.22:25461/live/soot3/93retno/120.ts
Al Jazeera Documentary (Channel 95) – http://109.202.107.174:8000/live/soot3/93retno/123.ts
Al Jazeera English (Channel 96) – http://134.19.187.22:25461/live/soot3/93retno/122.ts
Al Jazeera Mubasher (Channel 97) – http://134.19.187.22:25461/live/soot3/93retno/121.ts
Al Nahar (Channel 127) – http://134.19.187.22:25461/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 131) – http://134.19.187.22:25461/live/soot3/93retno/244.ts
ARY Digital (Channel 207) – http://109.202.107.174:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 216) – http://134.19.187.22:25461/live/soot3/93retno/561.ts
B4U Music (Channel 217) – http://134.19.187.22:25461/live/soot3/93retno/562.ts
Braem (Channel 223) – http://109.202.107.174:8000/live/soot3/93retno/265.ts
Geo News (Channel 439) – http://109.202.107.174:8000/live/soot3/93retno/566.ts
Iqraa (Channel 488) – http://134.19.187.22:25461/live/soot3/93retno/332.ts
LBC (Channel 557) – http://134.19.187.22:25461/live/soot3/93retno/277.ts
Life OK (Channel 916) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1088.ts
MBC 1 (Channel 591) – http://134.19.187.22:25461/live/clienta18/6CtL6Olz0v/158.ts
MBC 1 (Channel 592) – http://134.19.187.22:25461/live/clienta01/mryhcRiX5q/158.ts
MBC 1 (Channel 593) – http://134.19.187.22:25461/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 595) – http://134.19.187.22:25461/live/clienta03/9dPepeexIm/160.ts
MBC 2 (Channel 596) – http://134.19.187.198:25461/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 601) – http://134.19.187.22:25461/live/clienta07/BCa4tsQq3Y/159.ts
MBC 4 (Channel 602) – http://134.19.187.198:25461/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 604) – http://134.19.187.22:25461/live/clienta09/LYaaxiVGRv/163.ts
MBC Action (Channel 605) – http://134.19.187.198:25461/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 607) – http://134.19.187.198:25461/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 609) – http://134.19.187.22:25461/live/clienta15/sZALwci0tb/162.ts
MBC Kids (MBC 3) (Channel 598) – http://134.19.187.22:25461/live/clienta05/77SSAGnUYa/161.ts
MBC Kids (MBC 3) (Channel 599) – http://134.19.187.198:25461/live/clienta06/jtXfzY0JLs/1971.ts
MBC Masr (Channel 611) – http://185.23.213.74:25461/live/clienta13/0s2wuIpes7/166.ts
MBC Masr 2 (Channel 612) – http://134.19.187.198:25461/live/clienta14/G48IZ5zdRx/157.ts
MBC Max (Channel 613) – http://134.19.187.198:25461/live/clienta11/iPQcymQLm6/165.ts
MBC Max (Channel 614) – http://134.19.187.22:25461/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 616) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 617) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
MBC Pro Sports 3 (Channel 618) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1016.ts
MBC Pro Sports 4 (Channel 619) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1017.ts
Melody Classic (Channel 626) – http://134.19.187.22:25461/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 642) – http://134.19.187.22:25461/live/soot3/93retno/379.ts
NBN (Channel 661) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
New TV (Al Jadeed) (Channel 92) – http://134.19.187.22:25461/live/soot3/93retno/6.ts
Noursat (Channel 693) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OTV (Channel 749) – http://185.23.213.74:25461/live/soot3/93retno/89.ts
Star India Plus (Channel 917) – http://134.19.187.22:25461/live/soot3/93retno/573.ts
TV5Monde (Channel 1007) – http://134.19.187.22:25461/live/soot3/93retno/539.ts
Zee (1043) (Channel 1043) – http://109.202.107.174:8000/live/soot3/93retno/560.ts
Zee Cinema (Channel 1046) – http://109.202.107.174:8000/live/soot3/93retno/579.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to secondary liability for copyright infringement. *See BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.,* No. 1:14-cv-1611, 2016 WL 4224964, at *1 (E.D. Va. Aug. 8, 2016) (upholding jury's award of $25 million in damages against Internet service provider Cox based on its customer's infringement of copyrights on the Cox network).

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content. Despite our letters, your customer continues to engage in extensive copyright infringement of Members' Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 8, 2017

**<u>VIA Email</u>**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
noc@global-layer.com

**Re:    Second Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") address 134.19.187.22. Such infringement continues to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

SAB (Channel 899) – http://134.19.187.22:25461/live/soot3/93retno/577.ts
SET Max (Channel 898) – http://134.19.187.22:25461/live/soot3/93retno/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp.

July 8, 2017
Page 2

543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com

**<u>EXHIBIT A</u>**

**SAB**
1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

**SET Max**
1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 27, 2017

<u>**VIA Email**</u>

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
noc@global-layer.com

**Re:** **Third Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States. As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017 and July 8, 2017 demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") address 134.19.187.22. Such infringement continues to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

SAB (Channel 899) – http://134.19.187.22:25461/live/soot3/93retno/577.ts
SET Max (Channel 898) – http://134.19.187.22:25461/live/soot3/93retno/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for

direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com

## EXHIBIT A

### SAB
1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

### SET Max
1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 27, 2017

**VIA Email**

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

Re:     **Third Notice of Unauthorized Distribution of Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., IndiaCast US, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aapka Colors (Colors), Ahly TV, Al Arabiya, Al Jazeera Arabic News, Al Jazeera Documentary, Al Jazeera English, Al Jazeera Mubasher, Al Nahar, Al Nahar Drama, Art Cinema, ARY Digital, Art Cinema, B4U Movies, B4U Music, Braem, Dream 2, Iqraa, LBC, LDC, Life OK, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, OTV, Star India Plus, TV5Monde, Zee, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017 and July 8, 2017 demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 185.23.213.74, 109.202.107.174, 134.19.187.22, 134.19.187.198, and 185.23.213.74. Such infringement continues to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Aapka Colors (Colors) (Channel 328) – http://109.202.107.174:8000/live/soot3/93retno/1086.ts

Ahly TV (Channel 40) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 48) – http://134.19.187.22:25461/live/soot3/93retno/14.ts
Al Jazeera Arabic News (Channel 94) – http://134.19.187.22:25461/live/soot3/93retno/120.ts
Al Jazeera Documentary (Channel 95) – http://109.202.107.174:8000/live/soot3/93retno/123.ts
Al Jazeera English (Channel 96) – http://134.19.187.22:25461/live/soot3/93retno/122.ts
Al Jazeera Mubasher (Channel 97) – http://134.19.187.22:25461/live/soot3/93retno/121.ts
Al Nahar (Channel 127) – http://134.19.187.22:25461/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 131) – http://134.19.187.22:25461/live/soot3/93retno/244.ts
ART Cinema (Channel 203) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
ARY Digital (Channel 207) – http://109.202.107.174:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 216) – http://134.19.187.22:25461/live/soot3/93retno/561.ts
B4U Music (Channel 217) – http://134.19.187.22:25461/live/soot3/93retno/562.ts
Braem (Channel 223) – http://109.202.107.174:8000/live/soot3/93retno/265.ts
Dream 2 (Channel 363) – http://185.23.213.74:25461/live/soot3/93retno/299.ts
Geo News (Channel 439) – http://109.202.107.174:8000/live/soot3/93retno/566.ts
Iqraa (Channel 488) – http://134.19.187.22:25461/live/soot3/93retno/332.ts
LBC (Channel 557) – http://134.19.187.22:25461/live/soot3/93retno/179.ts
LDC (Channel 559) – http://134.19.187.22:25461/live/soot3/93retno/277.ts
Life OK (Channel 916) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1088.ts
MBC 1 (Channel 591) – http://134.19.187.22:25461/live/clienta18/6CtL6Olz0v/158.ts
MBC 1 (Channel 592) – http://134.19.187.22:25461/live/clienta01/mryhcRiX5q/158.ts
MBC 1 (Channel 593) – http://134.19.187.22:25461/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 595) – http://134.19.187.22:25461/live/clienta03/9dPepeexIm/160.ts
MBC 2 (Channel 596) – http://134.19.187.198:25461/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 601) – http://134.19.187.22:25461/live/clienta07/BCa4tsQq3Y/159.ts
MBC 4 (Channel 602) – http://134.19.187.198:25461/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 604) – http://134.19.187.22:25461/live/clienta09/LYaaxiVGRv/163.ts
MBC Action (Channel 605) – http://134.19.187.198:25461/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 607) – http://134.19.187.198:25461/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 609) – http://134.19.187.22:25461/live/clienta15/sZALwci0tb/162.ts
MBC Kids (MBC 3) (Channel 598) – http://134.19.187.22:25461/live/clienta05/77SSAGnUYa/161.ts
MBC Kids (MBC 3) (Channel 599) – http://134.19.187.198:25461/live/clienta06/jtXfzY0JLs/1971.ts
MBC Masr (Channel 611) – http://185.23.213.74:25461/live/clienta13/0s2wuIpes7/166.ts
MBC Masr 2 (Channel 612) – http://134.19.187.198:25461/live/clienta14/G48IZ5zdRx/157.ts
MBC Max (Channel 613) – http://134.19.187.198:25461/live/clienta11/iPQcymQLm6/165.ts
MBC Max (Channel 614) – http://134.19.187.22:25461/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 616) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 617) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
MBC Pro Sports 3 (Channel 618) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1016.ts
MBC Pro Sports 4 (Channel 619) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1017.ts
Melody Classic (Channel 626) – http://134.19.187.22:25461/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 642) – http://134.19.187.22:25461/live/soot3/93retno/379.ts
NBN (Channel 661) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
New TV (Al Jadeed) (Channel 92) – http://134.19.187.22:25461/live/soot3/93retno/6.ts
Noursat (Channel 693) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OTV (Channel 749) – http://185.23.213.74:25461/live/soot3/93retno/89.ts
Star India Plus (Channel 917) – http://134.19.187.22:25461/live/soot3/93retno/573.ts
TV5Monde (Channel 1007) – http://134.19.187.22:25461/live/soot3/93retno/539.ts

July 27, 2017
Page 3

Zee (1043) (Channel 1043) – http://109.202.107.174:8000/live/soot3/93retno/560.ts
Zee Cinema (Channel 1046) – http://109.202.107.174:8000/live/soot3/93retno/579.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to secondary liability for copyright infringement. *See BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.,* No. 1:14-cv-1611, 2016 WL 4224964, at *1 (E.D. Va. Aug. 8, 2016) (upholding jury's award of $25 million in damages against Internet service provider Cox based on its customer's infringement of copyrights on the Cox network).

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content. Despite our letters, your customer continues to engage in extensive copyright infringement of Members' Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

August 10, 2017

**VIA Email**

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

Re:  **Fourth Notice of Unauthorized Distribution of Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., IndiaCast US, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aapka Colors (Colors), Ahly TV, Al Arabiya, Al Jazeera Arabic News, Al Jazeera Documentary, Al Jazeera English, Al Jazeera Mubasher, Al Nahar, Al Nahar Drama, Art Cinema, ARY Digital, Art Cinema, B4U Movies, B4U Music, Braem, Dream 2, Iqraa, LBC, LDC, Life OK, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Classic, Murr TV (MTV Lebanon), NBN, New TV (Al Jadeed), Noursat, OTV, Star India Plus, TV5Monde, Zee, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, and July 27, 2017 demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 185.23.213.74, 109.202.107.174, 134.19.187.22, and 134.19.187.198.  Such infringement continues to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Aapka Colors (Colors) (Channel 328) – http://109.202.107.174:8000/live/soot3/93retno/1086.ts

Ahly TV (Channel 40) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 48) – http://134.19.187.22:25461/live/soot3/93retno/14.ts
Al Jazeera Arabic News (Channel 94) – http://134.19.187.22:25461/live/soot3/93retno/120.ts
Al Jazeera Documentary (Channel 95) – http://109.202.107.174:8000/live/soot3/93retno/123.ts
Al Jazeera English (Channel 96) – http://134.19.187.22:25461/live/soot3/93retno/122.ts
Al Jazeera Mubasher (Channel 97) – http://134.19.187.22:25461/live/soot3/93retno/121.ts
Al Nahar (Channel 127) – http://134.19.187.22:25461/live/soot3/93retno/243.ts
Al Nahar Drama (Channel 131) – http://134.19.187.22:25461/live/soot3/93retno/244.ts
ART Cinema (Channel 203) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
ARY Digital (Channel 207) – http://109.202.107.174:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 216) – http://134.19.187.22:25461/live/soot3/93retno/561.ts
B4U Music (Channel 217) – http://134.19.187.22:25461/live/soot3/93retno/562.ts
Braem (Channel 223) – http://109.202.107.174:8000/live/soot3/93retno/265.ts
Dream 2 (Channel 363) – http://185.23.213.74:25461/live/soot3/93retno/299.ts
Geo News (Channel 439) – http://109.202.107.174:8000/live/soot3/93retno/566.ts
Iqraa (Channel 488) – http://134.19.187.22:25461/live/soot3/93retno/332.ts
LBC (Channel 557) – http://134.19.187.22:25461/live/soot3/93retno/179.ts
LDC (Channel 559) – http://134.19.187.22:25461/live/soot3/93retno/277.ts
Life OK (Channel 916) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1088.ts
MBC 1 (Channel 591) – http://134.19.187.22:25461/live/clienta18/6CtL6Olz0v/158.ts
MBC 1 (Channel 592) – http://134.19.187.22:25461/live/clienta01/mryhcRiX5q/158.ts
MBC 1 (Channel 593) – http://134.19.187.22:25461/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 595) – http://134.19.187.22:25461/live/clienta03/9dPepeexIm/160.ts
MBC 2 (Channel 596) – http://134.19.187.198:25461/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 601) – http://134.19.187.22:25461/live/clienta07/BCa4tsgQq3Y/159.ts
MBC 4 (Channel 602) – http://134.19.187.198:25461/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 604) – http://134.19.187.22:25461/live/clienta09/LYaaxiVGRv/163.ts
MBC Action (Channel 605) – http://134.19.187.198:25461/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 607) – http://134.19.187.198:25461/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 609) – http://134.19.187.22:25461/live/clienta15/sZALwci0tb/162.ts
MBC Kids (MBC 3) (Channel 598) – http://134.19.187.22:25461/live/clienta05/77SSAGnUYa/161.ts
MBC Kids (MBC 3) (Channel 599) – http://134.19.187.198:25461/live/clienta06/jtXfzY0JLs/1971.ts
MBC Masr (Channel 611) – http://185.23.213.74:25461/live/clienta13/0s2wuIpes7/166.ts
MBC Masr 2 (Channel 612) – http://134.19.187.198:25461/live/clienta14/G48IZ5zdRx/157.ts
MBC Max (Channel 613) – http://134.19.187.198:25461/live/clienta11/iPQcymQLm6/165.ts
MBC Max (Channel 614) – http://134.19.187.22:25461/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 616) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1014.ts
MBC Pro Sports 2 (Channel 617) – http://109.202.107.174:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1015.ts
MBC Pro Sports 3 (Channel 618) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1016.ts
MBC Pro Sports 4 (Channel 619) – http://134.19.187.22:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1017.ts
Melody Classic (Channel 626) – http://134.19.187.22:25461/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 642) – http://134.19.187.22:25461/live/soot3/93retno/379.ts
NBN (Channel 661) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
New TV (Al Jadeed) (Channel 92) – http://134.19.187.22:25461/live/soot3/93retno/6.ts
Noursat (Channel 693) – http://134.19.187.198:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OTV (Channel 749) – http://185.23.213.74:25461/live/soot3/93retno/89.ts
Star India Plus (Channel 917) – http://134.19.187.22:25461/live/soot3/93retno/573.ts
TV5Monde (Channel 1007) – http://134.19.187.22:25461/live/soot3/93retno/539.ts

Zee (Channel 1046) – http://109.202.107.174:8000/live/soot3/93retno/560.ts
Zee Cinema (Channel 1043) – http://109.202.107.174:8000/live/soot3/93retno/579.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to secondary liability for copyright infringement. *See BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.,* No. 1:14-cv-1611, 2016 WL 4224964, at *1 (E.D. Va. Aug. 8, 2016) (upholding jury's award of $25 million in damages against Internet service provider Cox based on its customer's infringement of copyrights on the Cox network).

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content.  Despite our letters, your customer continues to engage in extensive copyright infringement of Members' Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

August 10, 2017

**VIA Email**

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
noc@global-layer.com

Re:   **Fourth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, and July 27, 2017 demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") address 134.19.187.22. Such infringement continues to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

    SAB (Channel 899) – http://134.19.187.22:25461/live/soot3/93retno/577.ts
    SET Max (Channel 898) – http://134.19.187.22:25461/live/soot3/93retno/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct

and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com

**<u>EXHIBIT A</u>**

**SAB**
1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

**SET Max**
1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 20, 2017

*VIA Email*

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

    **Re:**    **Fifth Notice of Unauthorized Distribution of DISH Network and IBCAP Member Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., IndiaCast US, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Ahly TV, Al Arabiya, Al Jadeed, Al Jazeera Documentary, Al Jazeera Mubasher, Al Nahar, ART Cinema, ARY Digital, B4U Movies, B4U Music, Baraem, beIN Sports 1, beIN Sports 2, beIN Sports 3, beIN Sports 4, beIN Sports 5, beIN Sports 6, beIN Sports 7, beIN Sports 8, beIN Sports 9, beIN Sports 10, beIN Sports 11 beIN Sports 12, Dream 2, Future TV, Hekayat, Iqraa, LBC, LDC MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, MBC Variety, Melody Classic, Murr TV (MTV Lebanon), NBN, Noursat, OnTV, OTV, Star India Plus, TV5Monde, Zee, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, and August 10, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 109.232.227.38, and 134.19.187.198.  Such infringement continues to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Ahly TV (Channel 22) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 29) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Jadeed (Channel 65) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Al Jazeera Documentary (Channel 68) – http://109.232.227.38:8000/live/soot3/93retno/123.ts
Al Jazeera Mubasher (Channel 70) – http://109.232.227.38:8000/live/soot3/93retno/121.ts
Al Nahar (Channel 98) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
ARY Digital (Channel 154) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 159) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 160) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Baraem (Channel 166) – http://109.232.227.38:8000/live/soot3/93retno/265.ts
beIN Sports 1 (Channel 178) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/739.ts
beIN Sports 2 (Channel 183) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/740.ts
beIN Sports 3 (Channel 185) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/741.ts
beIN Sports 4 (Channel 187) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/742.ts
beIN Sports 5 (Channel 189) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/743.ts
beIN Sports 6 (Channel 190) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/744.ts
beIN Sports 7 (Channel 191) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/745.ts
beIN Sports 8 (Channel 192) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/746.ts
beIN Sports 9 (Channel 193) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/747.ts
beIN Sports 10 (Channel 180) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/748.ts
beIN Sports 11 (Channel 181) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/749.ts
beIN Sports 12 (Channel 182) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/750.ts
Geo News (Channel 280) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hekayat (Channel 151) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/737.ts
Hum TV (Channel 291) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 296) – http://134.19.187.198:25461/live/soot3/93retno/332.ts
LBC (Channel 322) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 343) – http://109.232.227.38:8000/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 345) – http://109.232.227.38:8000/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 350) – http://109.232.227.38:8000/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 352) – http://109.232.227.38:8000/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 353) – http://109.232.227.38:8000/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 354) – http://109.232.227.38:8000/live/clienta15/sZALwci0tb/162.ts
MBC Masr 2 (Channel 356) – http://109.232.227.38:8000/live/clienta14/G48IZ5zdRx/157.ts
MBC Max (Channel 358) – http://109.232.227.38:8000/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 360) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1014.ts
MBC Pro Sports 2 (Channel 361) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1015.ts
MBC Pro Sports 3 (Channel 362) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1016.ts
MBC Pro Sports 4 (Channel 363) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1017.ts
MBC Variety (Channel 364) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/2077.ts
Melody Classic (Channel 368) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 378) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 397) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
Noursat (Channel 419) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OnTV (Channel 434) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 463) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

November 20, 2017
Page 3

Zee (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/560.ts
Zee Cinema (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/579.ts

ART Cinema (Channel 150) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 244) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
Future TV (Channel 278) – http://109.232.227.38:8000/live/soot3/93retno/174.ts
LDC (Channel 323) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to secondary liability for copyright infringement. *See BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.,* No. 1:14-cv-1611, 2016 WL 4224964, at *1 (E.D. Va. Aug. 8, 2016) (upholding jury's award of $25 million in damages against Internet service provider Cox based on its customer's infringement of copyrights on the Cox network).

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content. Despite our letters, your customer continues to engage in extensive copyright infringement of Members' Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024

T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 20, 2017

*VIA Email*

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
noc@global-layer.com

> Re:   **Fifth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, and August 10, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receiver and Internet Protocol ("IP") address 109.232.227.38. Such infringement continues to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

> SAB (Channel 530 ) – http://109.232.227.38:8000/live/soot3/93retno/577.ts
> SET Max (Channel 529) – http://109.232.227.38:8000/live/soot3/93retno/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct

and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 21, 2017

*VIA Email*

Netrouting Inc.
36 NE 2nd Street Ste. 400
Miami, FL 33132
legal@netrouting.com
abuse@netrouting.com

**Re:    Notice of Unauthorized Distribution of IBCAP Member Television Programming**

Dear Netrouting Inc.:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MBC FZ-LLC ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: MBC Kids (MBC 3) ("Protected Content") in the United States. As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We are writing to demand that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers, Internet Protocol ("IP") address 104.245.124.250, hosting streams of Protected Content distributed via the Easybox set-top box receiver and service.  Such infringement is taking place via Uniform Resource Locators ("URLs") including, but by no means limited to:

MBC Kids (MBC 3) (Channel 348) – http://104.245.124.250:25461/live/clienta03/9dPepeexIm/160.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to secondary liability for copyright infringement.  *See BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.,* No. 1:14-cv-1611, 2016 WL 4224964, at *1 (E.D. Va. Aug. 8, 2016) (upholding jury's award of $25 million in damages against Internet service provider Cox based on its customer's infringement of copyrights on the Cox network).

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content.  Despite our letters, your customer continues to engage in extensive copyright infringement of Member's Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Member's rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Member's Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

December 14, 2017

*VIA Email*

Netrouting Inc.
36 NE 2nd Street Ste. 400
Miami, FL 33132
legal@netrouting.com
abuse@netrouting.com

**Re:    Second Notice of Unauthorized Distribution of IBCAP Member Television
Programming**

Dear Netrouting Inc.:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MBC FZ-LLC ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: MBC Kids (MBC 3) ("Protected Content") in the United States. As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on November 21, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers, Internet Protocol ("IP") address 104.245.124.250, hosting streams of Protected Content distributed via the Easybox set-top box receiver and service.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

MBC Kids (MBC 3) (Channel 348) – http://104.245.124.250:25461/live/clienta03/9dPepeexIm/160.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to secondary liability for copyright infringement.  *See BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.,* No. 1:14-cv-1611, 2016 WL 4224964, at *1 (E.D. Va. Aug. 8, 2016) (upholding jury's award of $25 million in damages against Internet service provider Cox based on its customer's infringement of copyrights on the Cox network).

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content.  Despite our letters, your customer continues to engage in extensive copyright infringement of Member's Protected Content.

December 14, 2017
Page 2

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Member's rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Member's Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Member's Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

December 14, 2017

***VIA Email***

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

**Re:** **Sixth Notice of Unauthorized Distribution of DISH Network and IBCAP Member Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., IndiaCast US, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Ahly TV, Al Arabiya, Al Jadeed, Al Jazeera Documentary, Al Jazeera Mubasher, Al Nahar, ART Cinema, ARY Digital, B4U Movies, B4U Music, Baraem, beIN Sports 1, beIN Sports 2, beIN Sports 3, beIN Sports 4, beIN Sports 5, beIN Sports 6, beIN Sports 7, beIN Sports 8, beIN Sports 9, beIN Sports 10, beIN Sports 11 beIN Sports 12, Dream 2, Hekayat, Iqraa, LBC, LDC MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, MBC Variety, Melody Classic, Murr TV (MTV Lebanon), NBN, Noursat, OnTV, OTV, Star India Plus, TV5Monde, Zee, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, and November 21, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box and Internet Protocol ("IP") addresses 109.232.227.38, and 134.19.187.198.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Ahly TV (Channel 22) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 29) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Jadeed (Channel 65) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Al Jazeera Documentary (Channel 68) – http://109.232.227.38:8000/live/soot3/93retno/123.ts
Al Jazeera Mubasher (Channel 70) – http://109.232.227.38:8000/live/soot3/93retno/121.ts
Al Nahar (Channel 98) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
ARY Digital (Channel 154) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 159) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 160) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Baraem (Channel 166) – http://109.232.227.38:8000/live/soot3/93retno/265.ts
beIN Sports 1 (Channel 178) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/739.ts
beIN Sports 2 (Channel 183) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/740.ts
beIN Sports 3 (Channel 185) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/741.ts
beIN Sports 4 (Channel 187) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/742.ts
beIN Sports 5 (Channel 189) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/743.ts
beIN Sports 6 (Channel 190) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/744.ts
beIN Sports 7 (Channel 191) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/745.ts
beIN Sports 8 (Channel 192) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/746.ts
beIN Sports 9 (Channel 193) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/747.ts
beIN Sports 10 (Channel 180) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/748.ts
beIN Sports 11 (Channel 181) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/749.ts
beIN Sports 12 (Channel 182) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/750.ts
Geo News (Channel 280) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hekayat (Channel 151) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/737.ts
Hum TV (Channel 291) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 296) – http://134.19.187.198:25461/live/soot3/93retno/332.ts
LBC (Channel 322) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 343) – http://109.232.227.38:8000/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 345) – http://109.232.227.38:8000/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 350) – http://109.232.227.38:8000/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 352) – http://109.232.227.38:8000/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 353) – http://109.232.227.38:8000/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 354) – http://109.232.227.38:8000/live/clienta15/sZALwci0tb/162.ts
MBC Masr 2 (Channel 356) – http://109.232.227.38:8000/live/clienta14/G48IZ5zdRx/157.ts
MBC Max (Channel 358) – http://109.232.227.38:8000/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 360) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1014.ts
MBC Pro Sports 2 (Channel 361) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1015.ts
MBC Pro Sports 3 (Channel 362) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1016.ts
MBC Pro Sports 4 (Channel 363) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1017.ts
MBC Variety (Channel 364) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/2077.ts
Melody Classic (Channel 368) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 378) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 397) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
Noursat (Channel 419) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OnTV (Channel 434) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 463) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/573.ts
TV5Monde (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/539.ts

December 14, 2017
Page 3

Zee (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/560.ts
Zee Cinema (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/579.ts

ART Cinema (Channel 150) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 244) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
LDC (Channel 323) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to secondary liability for copyright infringement. *See BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, No. 1:14-cv-1611, 2016 WL 4224964, at *1 (E.D. Va. Aug. 8, 2016) (upholding jury's award of $25 million in damages against Internet service provider Cox based on its customer's infringement of copyrights on the Cox network).

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content. Despite our letters, your customer continues to engage in extensive copyright infringement of Members' Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478

F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

December 14, 2017

*VIA Email*

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
noc@global-layer.com

**Re:** **Sixth Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, and November 21, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receiver and Internet Protocol ("IP") address 109.232.227.38. Such infringement continues to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

SAB (Channel 530 ) – http://109.232.227.38:8000/live/soot3/93retno/577.ts
SET Max (Channel 529) – http://109.232.227.38:8000/live/soot3/93retno/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct

and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com

**<u>EXHIBIT A</u>**

**SAB**
1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

**SET Max**
1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 3, 2018

*VIA Email*

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

**Re:** **Seventh Notice of Unauthorized Distribution of DISH Network and IBCAP Member Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., IndiaCast US, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Ahly TV, Al Arabiya, Al Jadeed, Al Jazeera Documentary, Al Jazeera Mubasher, Al Nahar, ART Cinema, ARY Digital, B4U Movies, B4U Music, Baraem, beIN Sports 1, beIN Sports 2, beIN Sports 3, beIN Sports 4, beIN Sports 5, beIN Sports 6, beIN Sports 7, beIN Sports 8, beIN Sports 9, beIN Sports 10, beIN Sports 11 beIN Sports 12, Dream 2, Hekayat, Iqraa, LBC, LDC MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, MBC Variety, Melody Classic, Murr TV (MTV Lebanon), NBN, Noursat, OnTV, OTV, Star India Plus, TV5Monde, Zee, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 21, 2017, and December 14, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receivers and Internet Protocol ("IP") addresses 109.232.227.38, and 134.19.187.198.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Ahly TV (Channel 22) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 29) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Jadeed (Channel 65) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Al Jazeera Documentary (Channel 68) – http://109.232.227.38:8000/live/soot3/93retno/123.ts
Al Jazeera Mubasher (Channel 70) – http://109.232.227.38:8000/live/soot3/93retno/121.ts
Al Nahar (Channel 98) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
ARY Digital (Channel 154) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 159) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 160) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Baraem (Channel 166) – http://109.232.227.38:8000/live/soot3/93retno/265.ts
beIN Sports 1 (Channel 178) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/739.ts
beIN Sports 2 (Channel 183) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/740.ts
beIN Sports 3 (Channel 185) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/741.ts
beIN Sports 4 (Channel 187) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/742.ts
beIN Sports 5 (Channel 189) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/743.ts
beIN Sports 6 (Channel 190) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/744.ts
beIN Sports 7 (Channel 191) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/745.ts
beIN Sports 8 (Channel 192) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/746.ts
beIN Sports 9 (Channel 193) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/747.ts
beIN Sports 10 (Channel 180) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/748.ts
beIN Sports 11 (Channel 181) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/749.ts
beIN Sports 12 (Channel 182) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/750.ts
Geo News (Channel 280) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hekayat (Channel 151) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/737.ts
Hum TV (Channel 291) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 296) – http://134.19.187.198:25461/live/soot3/93retno/332.ts
LBC (Channel 322) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 343) – http://109.232.227.38:8000/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 345) – http://109.232.227.38:8000/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 350) – http://109.232.227.38:8000/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 352) – http://109.232.227.38:8000/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 353) – http://109.232.227.38:8000/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 354) – http://109.232.227.38:8000/live/clienta15/sZALwci0tb/162.ts
MBC Masr 2 (Channel 356) – http://109.232.227.38:8000/live/clienta14/G48IZ5zdRx/157.ts
MBC Max (Channel 358) – http://109.232.227.38:8000/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 360) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1014.ts
MBC Pro Sports 2 (Channel 361) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1015.ts
MBC Pro Sports 3 (Channel 362) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1016.ts
MBC Pro Sports 4 (Channel 363) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1017.ts
MBC Variety (Channel 364) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/2077.ts
Melody Classic (Channel 368) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 378) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 397) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
Noursat (Channel 419) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OnTV (Channel 434) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 463) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/573.ts

January 3, 2018
Page 3

TV5Monde (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/560.ts
Zee Cinema (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/579.ts

ART Cinema (Channel 150) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 244) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
LDC (Channel 323) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to secondary liability for copyright infringement. *See BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.,* No. 1:14-cv-1611, 2016 WL 4224964, at *1 (E.D. Va. Aug. 8, 2016) (upholding jury's award of $25 million in damages against Internet service provider Cox based on its customer's infringement of copyrights on the Cox network).

We have directly sent your customer numerous correspondences demanding that they remove the Protected Content. Despite our letters, your customer continues to engage in extensive copyright infringement of Members' Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024

T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 3, 2018

*VIA Email*

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
noc@global-layer.com

**Re:     Seventh Notice of Unauthorized Distribution of IBCAP Member's Television Programming**

Dear Global Layer:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 21, 2017, and December 14, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receiver and Internet Protocol ("IP") address 109.232.227.38. Such infringement continues to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

SAB (Channel 530) – http://109.232.227.38:8000/live/soot3/93retno/577.ts
SET Max (Channel 529) – http://109.232.227.38:8000/live/soot3/93retno/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v. Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct

and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See*, *e.g.*, *Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A.  In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com

**<u>EXHIBIT A</u>**

**SAB**
1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

**SET Max**
1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 3, 2018

*__VIA Email__*

Netrouting Inc.
36 NE 2ⁿᵈ Street Ste. 400
Miami, FL 33132
legal@netrouting.com
abuse@netrouting.com

**Re:   Third Notice of Unauthorized Distribution of IBCAP Member Television Programming**

Dear Netrouting Inc.:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MBC FZ-LLC ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: MBC Kids (MBC 3) ("Protected Content") in the United States. As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on November 21, 2017 and December 14, 2017, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers, Internet Protocol ("IP") address 104.245.124.250, hosting streams of Protected Content distributed via the Easybox set-top box receiver and service.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

MBC Kids (MBC 3) (Channel 348) – http://104.245.124.250:25461/live/clienta03/9dPepeexIm/160.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to secondary liability for copyright infringement.  *See BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.,* No. 1:14-cv-1611, 2016 WL 4224964, at *1 (E.D. Va. Aug. 8, 2016) (upholding jury's award of $25 million in damages against Internet service provider Cox based on its customer's infringement of copyrights on the Cox network).

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content.  Despite our letters, your customer continues to engage in extensive copyright infringement of Member's Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Member's rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Member's Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Member's Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 11, 2018

*__VIA Email__*

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

Re:  **Eighth Notice of Unauthorized Distribution of DISH Network and IBCAP Member Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., IndiaCast US, International Media Distribution, MBC FZ, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Ahly TV, Al Arabiya, Al Jadeed, Al Jazeera Documentary, Al Jazeera Mubasher, Al Nahar, ART Cinema, ARY Digital, B4U Movies, B4U Music, Baraem, beIN Sports 1, beIN Sports 2, beIN Sports 3, beIN Sports 4, beIN Sports 5, beIN Sports 6, beIN Sports 7, beIN Sports 8, beIN Sports 9, beIN Sports 10, beIN Sports 11 beIN Sports 12, Dream 2, Hekayat, Iqraa, LBC, LDC MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Masr 2, MBC Max, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, MBC Variety, Melody Classic, Murr TV (MTV Lebanon), NBN, Noursat, OnTV, OTV, Star India Plus, TV5Monde, Zee, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 21, 2017, December 14, 2017, and January 3, 2018, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receivers and Internet Protocol ("IP") addresses 109.232.227.38, and 134.19.187.198. Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

Ahly TV (Channel 22) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/992.ts
Al Arabiya (Channel 29) – http://109.232.227.38:8000/live/soot3/93retno/14.ts
Al Jadeed (Channel 65) – http://109.232.227.38:8000/live/soot3/93retno/6.ts
Al Jazeera Documentary (Channel 68) – http://109.232.227.38:8000/live/soot3/93retno/123.ts
Al Jazeera Mubasher (Channel 70) – http://109.232.227.38:8000/live/soot3/93retno/121.ts
Al Nahar (Channel 98) – http://109.232.227.38:8000/live/soot3/93retno/243.ts
ARY Digital (Channel 154) – http://109.232.227.38:8000/live/soot3/93retno/564.ts
B4U Movies (Channel 159) – http://109.232.227.38:8000/live/soot3/93retno/561.ts
B4U Music (Channel 160) – http://109.232.227.38:8000/live/soot3/93retno/562.ts
Baraem (Channel 166) – http://109.232.227.38:8000/live/soot3/93retno/265.ts
beIN Sports 1 (Channel 178) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/739.ts
beIN Sports 2 (Channel 183) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/740.ts
beIN Sports 3 (Channel 185) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/741.ts
beIN Sports 4 (Channel 187) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/742.ts
beIN Sports 5 (Channel 189) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/743.ts
beIN Sports 6 (Channel 190) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/744.ts
beIN Sports 7 (Channel 191) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/745.ts
beIN Sports 8 (Channel 192) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/746.ts
beIN Sports 9 (Channel 193) – http://109.232.227.38:8000/live/clientb01/IKMZ8ETsx1/747.ts
beIN Sports 10 (Channel 180) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/748.ts
beIN Sports 11 (Channel 181) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/749.ts
beIN Sports 12 (Channel 182) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/750.ts
Geo News (Channel 280) – http://109.232.227.38:8000/live/soot3/93retno/566.ts
Hekayat (Channel 151) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/737.ts
Hum TV (Channel 291) – http://109.232.227.38:8000/live/soot3/93retno/568.ts
Iqraa (Channel 296) – http://134.19.187.198:25461/live/soot3/93retno/332.ts
LBC (Channel 322) – http://109.232.227.38:8000/live/soot3/93retno/179.ts
MBC 1 (Channel 343) – http://109.232.227.38:8000/live/clienta02/2FfaP8Rp37/1969.ts
MBC 2 (Channel 345) – http://109.232.227.38:8000/live/clienta04/MpKwuOYFGv/1970.ts
MBC 4 (Channel 350) – http://109.232.227.38:8000/live/clienta08/eeFaggReV1/1972.ts
MBC Action (Channel 352) – http://109.232.227.38:8000/live/clienta10/QsUNmsthJC/1652.ts
MBC Bollywood (Channel 353) – http://109.232.227.38:8000/live/clienta16/MYPQrxsWBr/164.ts
MBC Drama (Channel 354) – http://109.232.227.38:8000/live/clienta15/sZALwci0tb/162.ts
MBC Masr 2 (Channel 356) – http://109.232.227.38:8000/live/clienta14/G48IZ5zdRx/157.ts
MBC Max (Channel 358) – http://109.232.227.38:8000/live/clienta12/y9ApY3LtQN/1617.ts
MBC Pro Sports 1 (Channel 360) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1014.ts
MBC Pro Sports 2 (Channel 361) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1015.ts
MBC Pro Sports 3 (Channel 362) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1016.ts
MBC Pro Sports 4 (Channel 363) – http://109.232.227.38:8000/live/client08/5LeELRHjak/1017.ts
MBC Variety (Channel 364) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/2077.ts
Melody Classic (Channel 368) – http://109.232.227.38:8000/live/soot3/93retno/83.ts
Murr TV (MTV Lebanon) (Channel 378) – http://109.232.227.38:8000/live/soot3/93retno/379.ts
NBN (Channel 397) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1659.ts
Noursat (Channel 419) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1817.ts
OnTV (Channel 434) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/980.ts
OTV (Channel 463) – http://109.232.227.38:8000/live/soot3/93retno/89.ts
Star India Plus (Channel 539) – http://109.232.227.38:8000/live/soot3/93retno/573.ts

TV5Monde (Channel 577) – http://109.232.227.38:8000/live/soot3/93retno/539.ts
Zee (Channel 598) – http://109.232.227.38:8000/live/soot3/93retno/560.ts
Zee Cinema (Channel 595) – http://109.232.227.38:8000/live/soot3/93retno/579.ts

ART Cinema (Channel 150) – http://109.232.227.38:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/735.ts
Dream 2 (Channel 244) – http://109.232.227.38:8000/live/soot3/93retno/299.ts
LDC (Channel 323) – http://109.232.227.38:8000/live/soot3/93retno/277.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to secondary liability for copyright infringement. *See BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.,* No. 1:14-cv-1611, 2016 WL 4224964, at *1 (E.D. Va. Aug. 8, 2016) (upholding jury's award of $25 million in damages against Internet service provider Cox based on its customer's infringement of copyrights on the Cox network).

We have directly sent your customer numerous correspondences demanding that they remove the Protected Content. Despite our letters, your customer continues to engage in extensive copyright infringement of Members' Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024

T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 11, 2018

*VIA Email*

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
abuse@global-layer.com
noc@global-layer.com

> Re:   **Eighth Notice of Unauthorized Distribution of IBCAP Member's Television
> Programming**

Dear Global Layer:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MSM Asia Limited ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: SAB and SET Max ("Protected Content") in the United States.  As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 21, 2017, December 14, 2017, and January 3, 2018, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receiver and Internet Protocol ("IP") address 109.232.227.38. Such infringement continues to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

> SAB (Channel 530) – http://109.232.227.38:8000/live/soot3/93retno/577.ts
> SET Max (Channel 529) – http://109.232.227.38:8000/live/soot3/93retno/572.ts

Under U.S. Copyright law, the operator of a website may be liable for copyright infringement where the website knowingly hosts, stores, indexes, transmits, retransmits, streams, publicly performs, and/or otherwise provides unauthorized access to infringing copies of motion pictures or television programs. This liability may be both direct and contributory in nature. *See Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Arista Records LLC v.*

*Usenet.com, Inc.*, 633 F. Supp. 2d 124, 155 (S.D.N.Y. 2009) (holding defendants liable for direct and contributory copyright infringement where defendants operated computers that stored and distributed infringing content); *Playboy Enterprises, Inc. v. Webbworld, Inc.*, 991 F. Supp. 543, 551-553 (N.D. Tex. 1997), *aff'd*, 168 F.3d 486 (5th Cir. 1999) (unpublished) (holding the same); *Columbia Pictures Indus., Inc. v. Fung*, No. 06-5578, 2009 U.S. Dist. Lexis 122661, at *56 (C.D. Cal. Dec. 21, 2009) (holding defendants liable for inducement of infringement where they operated a website that provided access to copies of plaintiffs' works). Indeed, in *Warner Bros. Entertainment Inc. v. Free-tv-video-online.info*, Case No. CV 08-8484 (C.D. Cal. Feb. 1, 2010), a court granted summary judgment against the owner of an Internet website who knowingly provided links to infringing works that streamed from websites which host and store infringing content.

Your copyright infringement can subject you to liability for substantial damages, along with attorneys' fees, costs, and a permanent injunction. *See, e.g., Universal City Studios Prods. LLLP v. Movierumor.com*, Case No. CV 08-4931 (C.D. Cal. Jun. 18, 2009) (approving request for damages in the amount of $150,000 per infringed work, for a total monetary award against the operator of a website in excess of $1.6 million).

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the Member and/or its affiliates and that are being infringed by your servers. Exhibit A is provided as a representative sample of the infringements being committed as a result of the operation of your servers and to demonstrate the readily apparent nature of the massive infringement occurring thereon. The list is not intended to suggest that the identified infringements are the only ones occurring on the servers or are the only ones that you must immediately and permanently remove.

IBCAP hereby demands that you immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of the Member's copyrighted works, including but not limited to the works identified in the enclosed Exhibit A. In particular, we demand that you stop hosting, storing, indexing, providing access to, or in any way contributing to the infringement of the Member's copyrighted works and that you ensure that copies of these works in Exhibit A and other motion pictures and television programs whose copyrights are owned by the Member do not appear on your servers in the future, unless you have obtained proper authorization from the respective copyright owner. Please contact us within 5 days to inform us that you have agreed to and are in compliance with the foregoing demands.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com

## EXHIBIT A

### SAB

1) Taraak Mehta Ka Ooltah Chasmah
2) F.I.R.
3) Lapataganj
4) Tu Mere Agal Bagal Hai
5) Preetam Payaare Aur Wohh
6) Chidya Ghar
7) Badi Door Se Aaye Hai
8) Balveer
9) Betaal Aur Sinhasan Battisi
10) Chandrakant Chiplunkar Seedi Bambawala
11) Peterson Hill
12) Rhythm N Soul
13) Singhasan Battisi
14) Umang
15) Yam Hai Hum

### SET Max

1) Mere Brother Ki Dulhan
2) Gunday
3) Rowdy Rathore
4) Ek Main Aur Ekk Tu
5) Mere Dad Ki Maruti
6) Ladies Vs Ricky Bahl
7) Tere Naal Love Ho Gaya
8) Krrish 3
9) Ek Tha Tiger
10) Dangerous Ishhq
11) Dirty Picture
12) Lootera
13) Aurangzeb
14) Baghban
15) Talaash
16) 3 Idiots
17) Rocket Singh
18) Extraa Shots Special



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

January 11, 2018

*VIA Email*

Netrouting Inc.
36 NE 2nd Street Ste. 400
Miami, FL 33132
legal@netrouting.com
abuse@netrouting.com

**Re:**   **Fourth Notice of Unauthorized Distribution of IBCAP Member Television Programming**

Dear Netrouting Inc.:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including MBC FZ-LLC ("Member"), which owns or controls exclusive rights under copyright to distribute the following channels: MBC Kids (MBC 3) ("Protected Content") in the United States. As such, Member owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on November 21, 2017, December 14, 2017, and January 3, 2018, demanding that you take immediate steps to address the extensive copyright infringement of Member's Protected Content that is occurring by virtue of your servers, Internet Protocol ("IP") address 104.245.124.250, hosting streams of Protected Content distributed via the Easybox set-top box receiver and service.  Such infringement is continuing to take place via Uniform Resource Locators ("URLs") including, but by no means limited to:

MBC Kids (MBC 3) (Channel 348) – http://104.245.124.250:25461/live/clienta03/9dPepeexIm/160.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to liability for copyright infringement.  *See BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.,* No. 1:14-cv-1611, 2016 WL 4224964, at *1 (E.D. Va. Aug. 8, 2016) (upholding jury's award of $25 million in damages against Internet service provider Cox based on its customer's infringement of copyrights on the Cox network).

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content.  Despite our letters, your customer continues to engage in extensive copyright infringement of Member's Protected Content.

January 11, 2018
Page 2

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Member's rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Member's Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Member's Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 20, 2018

*__VIA Email__*

OVH.com
OVH SAS
abuse@ovh.net
abuse@ovh.ca
noc@ovh.net

**Re:    Notice of Unauthorized Distribution of DISH Network and IBCAP Members'
Television Programming**

Dear OVH:

This law firm is legal counsel for the International Broadcaster Coalition Against Piracy
("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, beIN Media
Group, IndiaCast US, International Media Distribution, MBC FZ-LLC, and Turner Broadcasting
System ("Members"), which own or control exclusive rights under copyright to distribute the
following channels: Al Arabiya, Al Jaded, Al Jazeera Arabic News, beIN Sports 1, beIN Sports 2,
beIN Sports 3, beIN Sports 4, beIN Sports 5, beIN Sports 6, beIN sports 7, beIN Sports 8, beIN
Sports 10, beIN Sports 11, beIN Sports 12, Cartoon Network Arabic, Future TV, LBC, MBC 4,
MBC Action, MBC Bollywood, MBC Masr, MBC Masr 2, MBC MAX, MBC Kids (MBC 3),
MBC Variety, MTV Hindi, Rotana America, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro
Sports 3, and MBC Pro Sports 4 ("Protected Content") in the United States. As such, Member
owns or controls exclusive rights under copyright to distribute and publicly perform via broadcast
or digital transmission a vast number of motion pictures and television programs in the United
States.

We are writing to demand that you take immediate steps to address the extensive copyright
infringement of Members' Protected Content that is occurring by virtue of your servers, Internet
Protocol ("IP") address 149.56.26.88, hosting streams of Protected Content distributed via the
Easybox set-top box receivers and Easy Box Mediaplayer service.   Such infringement is
continuing to take place via the following channels and IP addresses.

| Channel | IP address |
|---|---|
| Al Arabiya | 149.56.26.88 |
| Al Jadeed | 149.56.26.88 |
| Al Jazeera Arabic News | 149.56.26.88 |
| beIN Sports 1 | 149.56.26.88 |

| beIN Sports 2 | 149.56.26.88 |
| beIN Sports 3 | 149.56.26.88 |
| beIN Sports 4 | 149.56.26.88 |
| beIN Sports 5 | 149.56.26.88 |
| beIN Sports 6 | 149.56.26.88 |
| beIN Sports 7 | 149.56.26.88 |
| beIN Sports 8 | 149.56.26.88 |
| beIN Sports 10 | 149.56.26.88 |
| beIN Sports 11 | 149.56.26.88 |
| beIN Sports 12 | 149.56.26.88 |
| Cartoon Network Arabic | 149.56.26.88 |
| Future TV | 149.56.26.88 |
| LBC | 149.56.26.88 |
| MBC 4 | 149.56.26.88 |
| MBC Action | 149.56.26.88 |
| MBC Bollywood | 149.56.26.88 |
| MBC Masr | 149.56.26.88 |
| MBC Masr 2 | 149.56.26.88 |
| MBC Kids (MBC 3) | 149.56.26.88 |
| MBC MAX | 149.56.26.88 |
| MBC Pro Sports 1 | 149.56.26.88 |
| MBC Pro Sports 2 | 149.56.26.88 |
| MBC Pro Sports 3 | 149.56.26.88 |
| MBC Pro Sports 4 | 149.56.26.88 |
| MBC Variety | 149.56.26.88 |
| MTV Hindi | 149.56.26.88 |
| Rotana America | 149.56.26.88 |

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to liability for copyright infringement. *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc*., No. 16-1972, 2018 WL 650316, at *3–*7 (4th Cir. Feb. 1, 2018) (affirming denial of DMCA safe harbor protection where ISP failed to terminate subscribers who were repeat copyright infringers).

We have directly sent your customer numerous correspondence demanding that they remove the Protected Content. Despite our letters, your customer continues to engage in extensive copyright infringement of Member's Protected Content.

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Member's Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification

is accurate and, under penalty of perjury, we are authorized to act on behalf of Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 20, 2018

***VIA Email***

 WorldStream Internet Solutions
WorldStream.nl
abuse@worldstream.nl
info@worldstream.nl
support@worldstream.nl

**Re:    Notice of Unauthorized Distribution of DISH Network and IBCAP Members'
Television Programming**

Dear WorldStream:

This law firm is legal counsel for DISH Network ("DISH") and the International
Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH,
Al Jazeera Media Network, B4U US, GEO USA Holdings, TV 5 USA, International Media
Distribution, MBC FZ-LLC, MSM Asia Limited ("Members"), which own or control exclusive
rights under copyright to distribute the following channels: Al Jadeed, Al Jazeera Documentary,
Al Jazeera English, Al Jazeera Mubasher, Al Nahar, Al Nahar Drama, ART America, ART Cima,
ART Digital, Baraem, B4U Movies, B4U Music, CBC, Dream 2, GEO News, LDC, MBC, MBC
2, MBC Drama, Melody Classic, Noursat, SAB, SET Max, and TV5 Monde ("Protected Content")
in the United States. As such, Member owns or controls exclusive rights under copyright to
distribute and publicly perform via broadcast or digital transmission a vast number of motion
pictures and television programs in the United States.

We are writing to demand that you take immediate steps to address the extensive copyright
infringement of Members' Protected Content that is occurring by virtue of your servers, Internet
Protocol ("IP") addresses 190.2.131.56, 217.23.13.8, 62,112.8.82, and 89.38.97.64 hosting
streams of Protected Content distributed via the Easybox set-top box receivers and Easy Box
Mediaplayer service.  Such infringement is continuing to take place via the following channels and
IP addresses.

| Channel | IP address |
| --- | --- |
| Al Jadeed | 190.2.131.56 |
| Al Jazeera Documentary | 89.38.97.64 |
| Al Jazeera English | 89.38.97.64 |
| Al Jazeera Mubasher | 89.38.97.64 |

| | |
|---|---|
| ART America | 217.23.13.8 |
| ART Cima | 217.23.13.8 |
| ART Digital | 217.23.13.8 |
| Al Hayat1 | 62.112.8.82 |
| Al Nahar | 217.23.13.8 |
| Al Nahar Drama | 217.23.13.8 |
| Baraem | 89.38.97.64 |
| B4U Movies | 89.38.97.64 |
| B4U Music | 89.38.97.64 |
| CBC | 89.38.97.64 |
| Dream 2 | 217.23.13.8 |
| GEO News | 149.56.26.88 |
| LDC | 190.2.131.56 |
| MBC | 190.2.131.56 |
| MBC 2 | 190.2.131.56 |
| MBC Drama | 190.2.131.56 |
| Noursat | 62.112.8.82 |
| NBN | 89.38.97.64 |
| Melody Classic | 89.38.97.64 |
| SAB | 89.38.97.64 |
| SET Max | 89.38.97.64 |
| TV5 Monde | 217.23.13.8 |

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to liability for copyright infringement. *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, No. 16-1972, 2018 WL 650316, at *3–*7 (4th Cir. Feb. 1, 2018) (affirming denial of DMCA safe harbor protection where ISP failed to terminate subscribers who were repeat copyright infringers).

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Member's Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Member in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Member, which owns or controls exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Member, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

---

April 4, 2018

**_VIA Email_**

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

  **Re:  Ninth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer:

  This law firm is legal counsel for the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., IndiaCast US, International Media Distribution, MBC FZ, MSM Asia Limited, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Jazeera Arabic News, ART Cima, ARY Digital, B4U Movies, B4U Music, Hekayat, Iqraa, LBC, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr 2, MBC MAX, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, Melody Aflam, Melody Classic, NBN, Noursat, SAB, SET Max, Star India Plus, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

  We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 21, 2017, December 14, 2017, January 3, 2018, and January 11, 2018, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receivers and service. Such infringement is continuing to take place on your servers, Internet Protocol ("IP") addresses 109.232.224.13, 134.19.180.30, and 213.152.170.4, at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Jazeera Arabic News (channel 62) – http://213.152.170.4:8000/live/5I693Rkh5m/5AcDZzXxlu/120.ts
Al Jazeera Arabic News (channel 65) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/121.ts

April 4, 2018
Page 2

ART Cima (channel 142) – http://213.152.170.4:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/738.ts
ARY Digital (channel 146) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/564.ts
B4U Movies (channel 151) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/561.ts
B4U Music (channel 152) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/562.ts
Geo News (channel 269) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/566.ts
Hekayat (channel 143) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/737.ts
Hekayat (channel 144) – http://213.152.170.4:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/736.ts
Hum TV (channel 279) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/568.ts
Iqraa (channel 284) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/332.ts
LBC (channel 309) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/179.ts
MBC 2 (channel 340) – http://213.152.170.4:8000/live/5I693Rkh5m/5AcDZzXxlu/157.ts
MBC Action (channel 336) – http://134.19.180.30:25461/live/5I693Rkh5m/5AcDZzXxlu/1652.ts
MBC Bollywood (channel 337) – http://213.152.170.4:8000/live/5I693Rkh5m/5AcDZzXxlu/164.ts
MBC Kids (MBC 3) (channel 334) – http://213.152.170.4:8000/live/tJon3cTSWo/DlkDRZ4AdW/1972.ts
MBC MAX (channel 341) – http://134.19.180.30:25461/live/5I693Rkh5m/5AcDZzXxlu/1617.ts
MBC Pro Sports 1 (channel 343) – http://213.152.170.4:8000/live/5I693Rkh5m/5AcDZzXxlu/1014.ts
MBC Pro Sports 2 (channel 344) – http://213.152.170.4:8000/live/5I693Rkh5m/5AcDZzXxlu/1015.ts
MBC Pro Sports 3 (channel 345) – http://213.152.170.4:8000/live/gNhQGszpWM/KURCmZosAj/1016.ts
MBC Pro Sports 4 (channel 346) – http://213.152.170.4:8000/live/5I693Rkh5m/5AcDZzXxlu/1017.ts
Melody Aflam (channel 186) – http://134.19.180.30:25461/live/soot3/93retno/255.ts
Melody Classic (channel 351) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/83.ts
NBN (Channel 371) – http://134.19.180.30:25461/live/wyTMYj6BL2/FjHw0ioCCO/1659.ts
Noursat (Channel 392) – http://134.19.180.30:25461/live/wyTMYj6BL2/FjHw0ioCCO/1817.ts
SAB (channel 500) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/577.ts
SET Max (channel 499) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/572.ts
Star India Plus (channel 508) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/573.ts
Zee Cinema (channel 215) – http://109.232.224.13:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/757.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to liability for copyright infringement. *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc*., 881 F.3d 293, 305 (4th Cir. 2018) (affirming denial of DMCA safe harbor protection where ISP failed to terminate subscribers who were repeat copyright infringers).

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

April 4, 2018
Page 3

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

May 14, 2018

*VIA Email*

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

**Re:    Tenth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group, IndiaCast US, International Media Distribution, MBC FZ, Star India Private Limited, Turner Broadcasting System Arabia, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aapka Colors (Colors), ART Cinema, ARY Digital, B4U Movies, B4U Music, Baraem, beIN Sports 1, beIN Sports 4, beIN Sports 5, beIN Sports 6, Cartoon Network Arabia, CBC, Dream 2, Life OK, MBC, MBC 2, MBC 4, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC MAX, MBC Pro Sports 1, MBC Pro Sports 2, MBC Pro Sports 3, MBC Pro Sports 4, MBC Variety, Melody Classic, Noursat, OTV, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 21, 2017, December 14, 2017, January 3, 2018, January 11, 2018, and April 4, 2018, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receivers and service. Such infringement is continuing to take place on your servers, Internet Protocol ("IP") addresses 109.232.224.13, 134.19.180.30, 213.152.170.4, and 213.152.168.6, at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Aapka Colors (Colors) – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/566.ts
ARY Digital – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/564.ts
B4U Movies – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/562.ts
B4U Music – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/561.ts
Baraem – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/265.ts
beIN Sports 1 – http://213.152.168.6:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1980.ts
beIN Sports 4 – http://213.152.168.6:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/2105.ts
beIN Sports 5 – http://213.152.168.6:25461/live/kCv4fF3m4J/EUIeCbZFT1/2110.ts
beIN Sports 6 – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/560.ts
Cartoon Network Arabia – http://213.152.170.4:8000/live/soot3/93retno/1086.ts
CBC – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/299.ts
Life OK – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/560.ts
MBC – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/1970.ts
MBC 2 – http://213.152.168.6:25461/live/7Wuo8HFng5/QPGVKUQyQ7/1971.ts
MBC 4 – http://213.152.168.6:25461/live/GuUBxLDl8f/zGsBOC0W0o/1652.ts
MBC Drama – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/1617.ts
MBC Kids (MBC 3) – http://213.152.170.4:8000/live/tJon3cTSWo/DlkDRZ4AdW/1972.ts
MBC Kids (MBC 3) – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/1652.ts
MBC Masr – http://213.152.168.6:25461/live/7epLqjrjNz/Dan1OuEdzN/1617.ts
MBC Masr 2 – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/1014.ts
MBC MAX – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/1015.ts
MBC MAX – http://213.152.168.6:25461/live/gNhQGszpWM/KURCmZosAj/1016.ts
MBC Pro Sports 1 – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/1017.ts
MBC Pro Sports 2 – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/1017.ts
MBC Pro Sports 3 – http://213.152.168.6:25461/live/5I693Rkh5m/5AcDZzXxlu/2077.ts
MBC Pro Sports 4 – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/83.ts
MBC Variety – http://134.19.180.30:25461/live/wyTMYj6BL2/FjHw0ioCCO/1659.ts
Melody Classic – http://213.152.168.6:25461/live/wyTMYj6BL2/FjHw0ioCCO/1817.ts
Noursat – http://109.232.224.13:25461/live/Z0T9s8W5mt/OEJxx2ZIqT/1088.ts
OTV – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/579.ts
Zee Cinema – http://213.152.168.6:25461/live/QF7YrAdFvi/CRJMUBdg8V/2109.ts


ART Cinema – http://213.152.168.6:25461/live/wyTMYj6BL2/FjHw0ioCCO/735.ts
Dream 2 – http://213.152.170.4:8000/live/wyTMYj6BL2/FjHw0ioCCO/179.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to liability for copyright infringement. *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, 881 F.3d 293, 305 (4th Cir. 2018) (affirming denial of DMCA safe harbor protection where ISP failed to terminate subscribers who were repeat copyright infringers).

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 3, 2018

*VIA Email*

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

Re:   **Eleventh Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group, Geo USA Holdings, International Media Distribution, MBC FZ, MSM Asia Limited, Star India Private Limited, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayat 1, Al Jazeera English, Al Jazeera Mubasher, ART Cima, ARY Digital, B4U Music, beIN Sports, beIN Sports 1, beIN Sports 3, beIN Sports 4, beIN Sports 5, beIN Sports 6, beIN Sports 7, beIN Sports 8, beIN Sports 10, beIN Sports 11, beIN Sports 12, Dream 2, Geo News, LBC, Melody Classic, NBN, Noursat, SAB, SET Max, Star India Plus, Zee, Zee Aflam, Zee Alwan, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 21, 2017, December 14, 2017, January 3, 2018, January 11, 2018, April 4, 2018, and May 14, 2018, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receivers and service. Such infringement is continuing to take place on your servers, Internet Protocol ("IP") addresses -- 109.202.108.222, 109.232.227.50, 134.19.180.30, 134.19.181.172, and 213.152.170.4 -- at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya – http://213.152.170.4:8000/live/
Al Hayat 1 – http://109.202.108.222:25461/live/
Al Jazeera English – http://109.232.227.50:25461/live/
Al Jazeera Mubasher – http://109.232.227.50:25461/live/
ARY Digital – http://213.152.170.4:8000/live/
B4U Music – http://213.152.170.4:8000/live/
beIN Sports – http://134.19.180.30:25461/live/
beIN Sports – http://e900x.com:8000/live/
beIN Sports 1 – http://109.232.227.50:25461/live/
beIN Sports 1 – http://www.e900x.com:8000/live/
beIN Sports 3 – http://109.232.227.50:25461/live/
beIN Sports 4 – http://109.232.227.50:25461/live/
beIN Sports 5 – http://109.232.227.50:25461/live/
beIN Sports 5 – http://www.e900x.com:8000/live/
beIN Sports 6 – http://109.232.227.50:25461/live/
beIN Sports 6 – http://www.e900x.com:8000/live/
beIN Sports 7 – http://109.232.227.50:25461/live/
beIN Sports 8 – http://109.232.227.50:25461/live/
beIN Sports 10 – http://109.232.227.50:25461/live/
beIN Sports 11 – http://109.232.227.50:25461/live/
beIN Sports 12 – http://109.232.227.50:25461/live/
Geo News – http://213.152.170.4:8000/live/
LBC – http://213.152.170.4:8000/live/
Melody Classic – http://213.152.170.4:8000/live/
NBN – http://213.152.170.4:8000/live/
Noursat – http://109.232.227.50:25461/live/
Star India Plus – http://213.152.170.4:8000/live/
Zee – http://213.152.170.4:8000/live/
Zee Aflam – http://213.152.170.4:8000/live/
Zee Awan – http://109.232.224.13/ZeeAlwan/2018/09/27/13/23/22-10000.ts
Zee Cinema – http://www.e900x.com:8000/live/


SAB – http://213.152.170.4:8000/live/
SET Max – http://213.152.170.4:8000/live/


ART Cima – http://213.152.170.4:8000/live/
Dream 2 – http://213.152.170.4:8000/live/


Continued use of your servers to unlawfully retransmit the Protected Content subjects you to liability for copyright infringement. *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc*., 881 F.3d 293, 305 (4th Cir. 2018) (denying DMCA safe-harbor protection to ISP that failed to terminate subscribers who were repeat copyright infringers).

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members'

October 3, 2018
Page 3

Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

October 3, 2018

*VIA Email &*
*OVH Online Abuse Portal—https://www.ovh.com/world/abuse/*

OVH.com
OVH SAS
abuse@ovh.net
abuse@ovh.ca
noc@ovh.net

**Re:    Second Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear OVH:

This law firm is legal counsel for DISH Network ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, beIN Media Group, International Media Distribution, MBC FZ, Turner Broadcasting System Arabia, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Jadeed, beIN Sports 1, beIN Sports 2, beIN Sports 4, beIN Sports 5, beIN Sports 6, Cartoon Network Arabia, CBC Drama, Iqraa, LDC, LBC, MBC, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC MAX, Murr TV (MTV Lebanon), and OTV ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you notice on May 14, 2018, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receivers and service. Such infringement is continuing to take place on your servers, Internet Protocol ("IP") address 144.217.72.45, at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Jadeed – http://144.217.72.45:25461/live/
beIN Sports 1 – http://144.217.72.45:25461/live/
beIN Sports 2 – http://144.217.72.45:25461/live/
beIN Sports 4 – http://144.217.72.45:25461/live/
beIN Sports 5 – http://144.217.72.45:25461/live/

beIN Sports 6 – http://144.217.72.45:25461/live/
Cartoon Network – http://144.217.72.45:25461/live/
CBC Drama – http://144.217.72.45:25461/live/
Iqraa – http://144.217.72.45:25461/live/
LDC – http://144.217.72.45:25461/live/
MBC – http://144.217.72.45:25461/live/
MBC 2 – http://144.217.72.45:25461/live/
MBC 4 – http://144.217.72.45:25461/live/
MBC Action – http://144.217.72.45:25461/live/
MBC Bollywood – http://144.217.72.45:25461/live/
MBC Drama – http://144.217.72.45:25461/live/
MBC Kids (MBC 3) – http://144.217.72.45:25461/live/
MBC Masr – http://144.217.72.45:25461/live/
MBC MAX – http://144.217.72.45:25461/live/
Murr TV (MTV Lebanon) – http://144.217.72.45:25461/live/
OTV – http://144.217.72.45:25461/live/

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to liability for copyright infringement. *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, 881 F.3d 293, 305 (4th Cir. 2018) (denying DMCA safe-harbor protection to ISP that failed to terminate subscribers who were repeat copyright infringers).

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn

Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

November 6, 2018

*VIA Email*

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

Re:    **Twelfth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group, Geo USA Holdings, International Media Distribution, MBC FZ, MSM Asia Limited, Star India Private Limited, TV5 USA, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayat 1, Al Jazeera Arabic News, Al Jazeera English, Al Jazeera Mubasher, ART Cima, ARY Digital, B4U Movies, B4U Music, beIN Sports 1, beIN Sports 4, beIN Sports 5, beIN Sports 8, beIN Sports 10, beIN Sports 11, Geo News, LBC, Melody Classic, NBN, Noursat, SAB, SET Max, Star Bharat, Star India Plus, TV5 Monde, Zee, Zee Aflam, Zee Alwan, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 21, 2017, December 14, 2017, January 3, 2018, January 11, 2018, April 4, 2018, May 14, 2018, and October 3, 2018, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receivers and service. Such infringement is continuing to take place on your servers, Internet Protocol ("IP") addresses -- 109.202.108.222, 109.232.224.13, 109.232.227.50, 134.19.180.30, 134.19.181.172, and 213.152.170.4 -- at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya – http://213.152.170.4:8000/live/14.ts
Al Hayat 1 – http://109.202.108.222:25461/live/1606.ts
Al Jazeera Arabic News – http://109.232.227.50:25461/live/120.ts
Al Jazeera Arabic News – http://213.152.170.4:8000/live/123.ts
Al Jazeera English – http://109.232.227.50:25461/live/122.ts
Al Jazeera Mubasher – http://109.232.227.50:25461/live/121.ts
ART Cima – http://213.152.170.4:8000/live/1698.ts
ARY Digital – http://213.152.170.4:8000/live/ /564.ts
B4U Movies – http://213.152.170.4:8000/live/561.ts
B4U Music – http://213.152.170.4:8000/live/562.ts
beIN Sports 1 – http://109.232.227.50:25461/live/739.ts
beIN Sports 4 – http://109.232.227.50:25461/live/742.ts
beIN Sports 5 – http://109.232.227.50:25461/live/743.ts
beIN Sports 8 – http://109.232.227.50:25461/live/746.ts
beIN Sports 10 – http://109.232.227.50:25461/live/748.ts
beIN Sports 11 – http://109.232.227.50:25461/live/749.ts
Geo News – http://213.152.170.4:8000/live/566.ts
Geo News – http://213.152.170.4:8000/live/567.ts
LBC – http://213.152.170.4:8000/live/179.ts
Melody Classic – http://213.152.170.4:8000/live/83.ts
NBN – http://213.152.170.4:8000/live/1659.ts
Noursat – http://109.232.227.50:25461/live/1768.ts
SAB – http://213.152.170.4:8000/live/577.ts
Star Bharat – http://134.19.180.30:25461/live/1088.ts
Star India Plus – http://213.152.170.4:8000/live/573.ts
TV5 Monde – http://213.152.170.4:8000/live/539.ts
Zee – http://213.152.170.4:8000/live/560.ts
Zee Aflam – http://213.152.170.4:8000/live/315.ts
Zee Alwan – http://109.232.224.13/ZeeAlwan/video.m3u8
Zee Alwan – http://www.e900x.com:8000/live/579.ts

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to liability for copyright infringement. *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, 881 F.3d 293, 305 (4th Cir. 2018) (denying DMCA safe-harbor protection to ISP that failed to terminate subscribers who were repeat copyright infringers).

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described

herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
F: (713) 758-0146
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 12, 2019

<u>*VIA Email*</u>

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

**Re:     Thirteenth Notice of Unauthorized Distribution of IBCAP Members'
         Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and the International
Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH,
Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group,
International Media Distribution, MBC FZ, MSM Asia Limited, Star India Private Limited, TV5
USA, Turner Broadcasting System Arabia, Viacom 18 Media Private Limited, and World Span
Media Consulting ("Members"), which own or control exclusive rights under copyright to
distribute the following channels: Al Arabiya, Al Hayat 1, Al Jadeed, Al Jazeera Documentary, Al
Jazeera English, Al Jazeera Mubasher, ARY Digital, B4U Movies, B4U Music, beIN Sports 1,
beIN Sports 2, beIN Sports 3, beIN Sports 4, beIN Sports 5, beIN Sports 6, beIN Sports 7, beIN
Sports 8, beIN Sports 10, beIN Sports 11, beIN Sports 12, Cartoon Network Arabia, CBC, CBC
Drama, CBC Extra, CBC Sofra, Dream 2, Future TV, Iqraa, Jeem, LBC, LDC, MBC 1, MBC 2,
MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr 2, MBC
Masr, MBC Masr 2, MBC MAX, MBC Variety, Melody Classic, Noursat, OTV, Rishtey, SAB,
TV5 Monde, Zee Aflam, Zee Alwan, and Zee Cinema ("Protected Content") in the United States.
As such, Members own or control exclusive rights under copyright to distribute and publicly
perform via broadcast or digital transmission a vast number of motion pictures and television
programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10,
2017, November 21, 2017, December 14, 2017, January 3, 2018, January 11, 2018, April 4, 2018,
May 14, 2018, October 3, 2018, and November 6, 2018, demanding that you take immediate steps
to address the extensive copyright infringement of Members' Protected Content that is occurring
by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top
box receivers and service. Such infringement is continuing to take place on your servers, Internet

Protocol ("IP") address 134.19.181.172, at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/14
Al Hayat 1 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1606
Al Jadeed – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/6
Al Jazeera Arabic News – http://www.e900x.com:8000/Z0T9s8W5mt/OEJxx2ZIqT/120
Al Jazeera Documentary – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/123
Al Jazeera English – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/122
Al Jazeera Mubasher – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/121
ARY Digital – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/564
B4U Movies – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/561
B4U Music – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/562
beIN Sports 1 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1980
beIN Sports 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/740
beIN Sports 3 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2088
beIN Sports 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2105
beIN Sports 5 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2109
beIN Sports 6 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/744
beIN Sports 7 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/745
beIN Sports 8 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/746
beIN Sports 9 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/747
beIN Sports 10 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/748
beIN Sports 11 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/749
beIN Sports 12 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/750
beIN Sports News – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2065
Cartoon Network Arabia – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/50
CBC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/246
CBC Drama – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/245
CBC Extra – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/247
CBC Sofra – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/901
Hekayat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/737
Iqraa – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/332
Jeem – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1998
LBC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/179
MBC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1969
MBC 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1970
MBC 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1972
MBC Action – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1652
MBC Bollywood – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/164
MBC Drama – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/706
MBC Kids (MBC 3) – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1971
MBC Masr – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/157
MBC MAX – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1617
MBC MAX – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/165
MBC Variety – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2077
Melody Classic – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/83
Noursat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1817

OTV – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/89
Rishtey – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1087
SAB – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/577
TV5 Monde – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/539
Zee – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/560
Zee Aflam – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/315
Zee Awan – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/51
Zee Cinema – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/579

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to liability for copyright infringement. *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc*., 881 F.3d 293, 305 (4th Cir. 2018) (denying DMCA safe-harbor protection to ISP that failed to terminate subscribers who were repeat copyright infringers).

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

March 22, 2019

<u>*VIA Email*</u>

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

**Re:    Fourteenth Notice of Unauthorized Distribution of IBCAP Members'
Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network ("DISH") and the International
Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including Al
Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group,
International Media Distribution, MBC FZ, MSM Asia Limited, Star India Private Limited, TV5
USA, Turner Broadcasting System Arabia, Viacom 18 Media Private Limited, and World Span
Media Consulting ("Members"), which own or control exclusive rights under copyright to
distribute the following channels: Al Arabiya, Al Hayat 1, Al Jadeed, Al Jazeera Documentary, Al
Jazeera English, Al Jazeera Mubasher, ARY Digital, B4U Movies, B4U Music, beIN Sports 1,
beIN Sports 2, beIN Sports 3, beIN Sports 4, beIN Sports 5, beIN Sports 6, beIN Sports 7, beIN
Sports 8, beIN Sports 10, beIN Sports 11, beIN Sports 12, Cartoon Network Arabia, CBC, CBC
Drama, CBC Extra, CBC Sofra, Dream 2, Future TV, Iqraa, Jeem, LBC, LDC, MBC 1, MBC 2,
MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr 2, MBC
Masr, MBC Masr 2, MBC MAX, MBC Variety, Melody Classic, Noursat, OTV, Rishtey, SAB,
TV5 Monde, Zee, Zee Aflam, Zee Alwan, and Zee Cinema ("Protected Content") in the United
States. As such, Members own or control exclusive rights under copyright to distribute and
publicly perform via broadcast or digital transmission a vast number of motion pictures and
television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10,
2017, November 21, 2017, December 14, 2017, January 3, 2018, January 11, 2018, April 4, 2018,
May 14, 2018, October 3, 2018, November 6, 2018, and March 12, 2019, demanding that you take
immediate steps to address the extensive copyright infringement of Members' Protected Content
that is occurring by virtue of your servers hosting streams of Protected Content distributed via the
Easybox set-top box receivers and service. Such infringement is continuing to take place on your

servers, Internet Protocol ("IP") address 134.19.181.172, at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Al Arabiya – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/14
Al Hayat 1 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1606
Al Jadeed – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/6
Al Jazeera Documentary – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/123
Al Jazeera English – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/122
Al Jazeera Mubasher – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/121
ARY Digital – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/564
B4U Movies – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/561
B4U Music – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/562
beIN Sports 1 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1980
beIN Sports 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/740
beIN Sports 3 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2088
beIN Sports 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2105
beIN Sports 5 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2109
beIN Sports 6 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/744
beIN Sports 7 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/745
beIN Sports 8 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/746
beIN Sports 9 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/747
beIN Sports 10 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/748
beIN Sports 11 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/749
beIN Sports 12 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/750
beIN Sports News – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2065
Cartoon Network Arabia – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/50
CBC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/246
CBC Drama – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/245
CBC Extra – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/247
CBC Sofra – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/901
Hekayat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/737
Iqraa – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/332
Jeem – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1998
LBC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/179
MBC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1969
MBC 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1970
MBC 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1972
MBC Action – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1652
MBC Bollywood – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/164
MBC Drama – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/706
MBC Kids (MBC 3) – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1971
MBC Masr – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/157
MBC MAX – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1617
MBC MAX – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/165
MBC Variety – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2077
Melody Classic – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/83
NBN – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1659
Noursat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1817

March 22, 2019
Page 3

OTV – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/89
Rishtey – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1087
SAB – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/577
TV5 Monde – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/539
Zee – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/560
Zee Aflam – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/315
Zee Alwan – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/51
Zee Cinema – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/579

Dream 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/299
Future TV – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/174
LDC – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/277

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to liability for copyright infringement. *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, 881 F.3d 293, 305 (4th Cir. 2018) (denying DMCA safe-harbor protection to ISP that failed to terminate subscribers who were repeat copyright infringers).

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024

T: (713) 343-0478
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

April 13, 2019

*VIA Email*

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

**Re:** **Fifteenth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network L.L.C. ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group, Hum Network Limited, IndiaCast US, International Media Distribution, MBC FZ, MSM Asia Limited, Star India Private Limited, TV5 USA, Turner Broadcasting System Arabia, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aapka Colors, Al Arabiya, Al Hayat 1, Al Jadeed, Al Jazeera Arabic News, Al Jazeera English, ART Cima, ARY Digital, beIN Sports 1, beIN Sports 2, beIN Sports 3, beIN Sports 5, Cartoon Network Arabia, CBC, CBC Extra, Hekayat, Hum World, Iqraa, MBC 1, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr 2, MBC Masr, MBC Masr 2, MBC MAX, MBC Variety, Murr TV, Noursat, OTV, Rotana Masriya, Rotana Music, Rishtey, SAB, SET Max, TV5 Monde, Zee Aflam, Zee Alwan, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 21, 2017, December 14, 2017, January 3, 2018, January 11, 2018, April 4, 2018, May 14, 2018, October 3, 2018, November 6, 2018, March 12, 2019, and March 22, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receivers and service. Such infringement is continuing to take place on your servers, Internet Protocol ("IP") addresses 109.232.227.50, 134.19.180.30, 134.19.181.172, 134.19.187.226, 185.23.213.74, 213.152.170.4, 213.152.160.5, 213.152.173.38,

213.152.173.39,  at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Aapka Colors − http://www.k2442.com:8000/live/[REMOVED]/[REMOVED]/1086.ts
Aapka Colors − http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1086.ts?token=
Al Arabiya − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/14
Al Arabiya − http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/14.ts?token=
Al Hayat 1 − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1606
Al Hayat 1 − http://134.19.187.226:25461/live/[REMOVED]/[REMOVED]/1606.ts?token=
Al Jadeed − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/6
Al Jadeed − http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/6.ts?token=
Al Jazeera Arabic News − http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/120.ts
Al Jazeera Arabic News − http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/120.ts?token=
Al Jazeera English − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/122
Al Jazeera English − http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/122.ts?token=
ART Cima − http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/1698.ts
ART Cima − http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1698.ts?token=
ARY Digital − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/564
ARY Digital − http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/564.ts?token=
beIN Sports 1 − http://e900x.com:8000/live/[REMOVED]/[REMOVED]/739.ts
beIN Sports 1 − http://e900x.com:8000/live/[REMOVED]/[REMOVED]/749.ts
beIN Sports 1 − http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/739.ts?token=
beIN Sports 2 − http://e900x.com:8000/live/[REMOVED]/[REMOVED]/748.ts
beIN Sports 2 − http://e900x.com:8000/live/[REMOVED]/[REMOVED]/740.ts
beIN Sports 2 − http://e900x.com:8000/live/[REMOVED]/[REMOVED]/747.ts
beIN Sports 2 − http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/748.ts?token=
beIN Sports 3 − http://e900x.com:8000/live/[REMOVED]/[REMOVED]/741.ts
beIN Sports 3 − http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/741.ts?token=
beIN Sports 5 − http://e900x.com:8000/live/[REMOVED]/[REMOVED]/743.ts
beIN Sports 5 − http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/743.ts?token=
beIN Sports News − http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/2065.ts?token=
Cartoon Network Arabia − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/50
Cartoon Network Arabia − http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/50.ts?token=
CBC − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/245
CBC − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2589
CBC − http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/245.ts?token=
CBC Extra − http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/247.ts?token=
Hekayat − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/737
Hekayat − http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/737.ts?token=
Hum World − http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/568.ts
Hum World − http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/568.ts?token=
Iqraa − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/332
Iqraa − http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/332.ts?token=
MBC − http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/1969.ts?token=
MBC 2 − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1970
MBC 2 − http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/160.ts?token=
MBC 2 − http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1970.ts?token=
MBC 4 − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1972
MBC 4 − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/159

MBC 4 – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/159.ts?token=
MBC 4 – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1972.ts?token=
MBC Action – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1652
MBC Action – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1652.ts?token=
MBC Bollywood – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/164.ts?token=
MBC Drama – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/162
MBC Drama – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/162.ts?token=
MBC Kids (MBC 3) – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/161
MBC Kids (MBC 3) – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/1971.ts
MBC Kids (MBC 3) – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/161.ts?token=
MBC Kids (MBC 3) – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1971.ts?token=
MBC Masr – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/157
MBC Masr – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/166.ts?token=
MBC Masr 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr 2 – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/157.ts?token=
MBC MAX – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1617
MBC MAX – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1617.ts?token=
MBC Variety – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/706
MBC Variety – http://213.152.160.5:25461/live/[REMOVED]/[REMOVED]/2077.ts?token=
Murr TV – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/379.ts
Murr TV – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/379.ts?token=
NBN – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1659
NBN – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1659.ts?token=
Noursat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1817
Noursat – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1817.ts?token=
OTV – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/89
Rotana Masriya – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/154.ts
Rotana Music – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/150.ts
Rishtey – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1087
SAB – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/577
SAB – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/577.ts?token=
SET Max – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/572.ts
SET Max – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/572.ts?token=
TV5 Monde – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/539
TV5 Monde – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/539.ts?token=
Zee – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/560
Zee – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/560.ts?token=
Zee Aflam – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/315
Zee Aflam – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/315.ts?token=
Zee Alwan – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/51
Zee Alwan – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/51.ts?token=
Zee Cinema – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/579
Zee Cinema – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/579.ts?token=

Continued use of your servers to unlawfully retransmit the Protected Content subjects you
to liability for copyright infringement. *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, 881

F.3d 293, 305 (4th Cir. 2018) (denying DMCA safe-harbor protection to ISP that failed to terminate subscribers who were repeat copyright infringers).

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

April 22, 2019

**_VIA Email_**

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

**Re:     Sixteenth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer:

This law firm is legal counsel for DISH Network L.L.C. ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group, Hum Network Limited, IndiaCast US, International Media Distribution, MBC FZ, MSM Asia Limited, TV5 USA, Turner Broadcasting System Arabia, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aapka Colors, Al Arabiya, Al Hayat 1, Al Jadeed, Al Jazeera Arabic News, Al Jazeera English, Alresalah, ART Cima, ARY Digital, beIN Sports 1, beIN Sports 2, beIN Sports 3, beIN Sports 5, Cartoon Network Arabia, CBC, CBC Drama, CBC Extra, CBC Sofra, Dream 2, Hekayat, Hum World, Iqraa, LBC, LDC, MBC, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC MAX, MBC Variety, Murr TV, Noursat, OTV, Rishtey, Rotana Aflam, Rotana Cinema, Rotana Classic, Rotana Clip, Rotana Masriya, Rotana Music, SAB, SET Max, TV5 Monde, Zee Aflam, Zee Alwan, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 21, 2017, December 14, 2017, January 3, 2018, January 11, 2018, April 4, 2018, May 14, 2018, October 3, 2018, November 6, 2018, March 12, 2019, March 22, and April 13, 2019, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receivers and service. Such infringement is continuing to take place on your servers, Internet Protocol ("IP") addresses 109.232.224.13,

109.232.227.50, 134.19.180.30, 134.19.181.172, 134.19.187.226, 185.23.213.74, 213.152.170.4, 213.152.160.5, 213.152.173.38, 213.152.173.39, 213.152.170.4   at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Aapka Colors − http://www.k2442.com:8000/live/REMOVED/1086.ts
Aapka Colors − http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1086.ts?token=
Al Arabiya − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/14
Al Arabiya − http://185.23.213.74:25461/live/
Al Hayat 1 − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1606
Al Hayat 1 − http://134.19.187.226:25461/live/[REMOVED]/[REMOVED]/1606.ts?token=
Al Jadeed − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/6
Al Jadeed − http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/6.ts?token=
Al Jazeera Arabic News − http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/120.ts
Al Jazeera Arabic News − http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/120.ts?token=
Al Jazeera Arabic News − http://213.152.170.4:8000/live/REMOVED/123.ts
Al Jazeera English − http://www.e900x.com:8000/[REMOVED]/122
Al Jazeera English − http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/122.ts?token=
Alresalah − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1673
Alresalah − http://213.152.170.4:8000/live/REMOVED/1673.ts
ART Cima − http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/1698.ts
ARY Digital − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/564
ARY Digital − http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/564.ts?token=
beIN Sports 1 − http://e900x.com:8000/live/[REMOVED]/[REMOVED]/739.ts
beIN Sports 1 − http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/739.ts?token=
beIN Sports 2 − http://e900x.com:8000/live/[REMOVED]/[REMOVED]/748.ts
beIN Sports 2 − http://e900x.com:8000/live/[REMOVED]/[REMOVED]/740.ts
beIN Sports 2 − http://e900x.com:8000/live/[REMOVED]/[REMOVED]/747.ts
beIN Sports 2 − http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/748.ts?token=
beIN Sports 3 − http://e900x.com:8000/live/[REMOVED]/[REMOVED]/741.ts
beIN Sports 3 − http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/741.ts?token=
beIN Sports 5 − http://e900x.com:8000/live/[REMOVED]/[REMOVED]/743.ts
beIN Sports 5 − http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/743.ts?token=
beIN Sports News − http://e900x.com:8000/live/[REMOVED]/[REMOVED]/2065.ts
beIN Sports News − http://213.152.173.38:25461/live/REMOVED/2065.ts
Cartoon Network Arabia − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/50
CBC − http://www.k2442.com:8000/live/REMOVED/246.ts
CBC − http://185.23.213.74:25461/live/[REMOVED]/245.ts?token=
CBC Drama − http://www.e900x.com:8000/live/REMOVED/245.ts
CBC Drama − http://185.23.213.74:25461/live/REMOVED/245.ts
CBC Extra − http://www.e900x.com:8000/live/REMOVED/247.ts
CBC Extra − http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/247.ts?token=
CBC Sofra − http://www.e900x.com:8000/live/REMOVED/901.ts
CBC Sofra − http://213.152.173.39:25461/live/REMOVED/901.ts
Dream 2 − http://www.e900x.com:8000/live/REMOVED/299.ts
Dream 2 − http://213.152.170.4:8000/live/REMOVED/299.ts
Hekayat − http://www.e900x.com:8000/[REMOVED]/[REMOVED]/737
Hekayat − http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/737.ts?token=
Hum World − http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/568.ts

Hum World – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/568.ts?token=
Iqraa – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/332
Iqraa – http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/332.ts?token=
LBC – http://www.e900x.com:8000/live/REMOVED/179.ts
LBC – http://213.152.170.4:8000/live/REMOVED/179.ts
LDC – http://www.e900x.com:8000/live/REMOVED/277.ts
LDC – http://213.152.170.4:8000/live/REMOVED/277.ts
MBC – http://www.e900x.com:8000/live/REMOVED/158.ts
MBC – http://www.e900x.com:8000/live/REMOVED/1969.ts
MBC – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/1969.ts?token=
MBC – http://109.232.227.50:25461/live/REMOVED/1970.ts
MBC 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1970
MBC 2 – http://134.19.180.30:25461/REMOVED/744.ts
MBC 2 – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/160.ts?token=
MBC 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1972
MBC 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/159
MBC 4 – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/159.ts?token=
MBC 4 – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1972.ts?token=
MBC Action – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1652
MBC Action – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1652.ts?token=
MBC Bollywood – http://www.e900x.com:8000/live/REMOVED/164.ts
MBC Bollywood – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/164.ts?token=
MBC Drama – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/162
MBC Drama – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/162.ts?token=
MBC Kids (MBC 3) – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/161
MBC Kids (MBC 3) – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1971.ts?token=
MBC Masr – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr – http://109.232.224.13/MBCMasr2TS/video-1554740538-now.m3u8
MBC Masr – http://185.23.213.74:25461/live/REMOVED/166.ts
MBC Masr 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr 2 – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/157.ts?token=
MBC MAX – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1617
MBC MAX – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1617.ts?token=
MBC Variety – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/706
MBC Variety – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2077
MBC Variety – http://213.152.160.5:25461/live/[REMOVED]/[REMOVED]/2077.ts?token=
Murr TV – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/379.ts
Murr TV – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/379.ts?token=
NBN – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1659
NBN – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1659.ts?token=
Noursat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1817
Noursat – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1817.ts?token=
OTV – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/89
OTV – http://185.23.213.74:25461/live/
Rishtey – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1087
Rishtey – http://134.19.187.226:25461/live/
Rotana Aflam – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/155
Rotana Aflam – http://185.23.213.74:25461/live/

Rotana Cinema – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/156
Rotana Cinema – http://185.23.213.74:25461/live/
Rotana Classic – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/153
Rotana Classic – http://185.23.213.74:25461/live/
Rotana Clip – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/151
Rotana Clip – http://185.23.213.74:25461/live/
Rotana Masriya – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/154
Rotana Masriya – http://185.23.213.74:25461/live/
Rotana Music – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/150
Rotana Music – http://185.23.213.74:25461/live/
SAB – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/577
SAB – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/577.ts?token=
SET Max – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/572.ts
SET Max – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/572.ts?token=
TV5 Monde – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/539
TV5 Monde – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/539.ts?token=
Zee – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/560
Zee – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/560.ts?token=
Zee Aflam – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/315
Zee Aflam – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/315.ts?token=
Zee Alwan – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/51
Zee Alwan – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/51.ts?token=
Zee Cinema – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/579
Zee Cinema – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/579.ts?token=

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to liability for copyright infringement. *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc*., 881 F.3d 293, 305 (4th Cir. 2018) (denying DMCA safe-harbor protection to ISP that failed to terminate subscribers who were repeat copyright infringers).

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

Sincerely,

**HAGAN NOLL & BOYLE LLC**

David M. Korn
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: (713) 343-0478
david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

May 25, 2019

*VIA Email*

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

 **Re:**   **Seventeenth Notice of Unauthorized Distribution of IBCAP Members'**
    **Television Programming**

Dear Global Layer:

 This law firm is legal counsel for DISH Network L.L.C. ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera Media Network, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group, Hum Network Limited, IndiaCast US, International Media Distribution, MBC FZ, MSM Asia Limited, TV5 USA, Turner Broadcasting System Arabia, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Aapka Colors, Al Arabiya, Al Hayat 1, Al Jadeed, Al Jazeera Arabic News, Al Jazeera English, Alresalah, ART Cima, ARY Digital, beIN Sports 1, beIN Sports 2, beIN Sports 3, beIN Sports 4, beIN Sports 5, beIN Sports 6, beIN Sports 7, beIN Sports 8, beIN Sports 9, Cartoon Network Arabia, CBC, CBC Drama, CBC Extra, CBC Sofra, Dream 2, Hekayat, Hum Europe, Iqraa, LBC, LDC, MBC, MBC 2, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Kids (MBC 3), MBC Masr, MBC Masr 2, MBC MAX, MBC Variety, Murr TV, Noursat, OTV, Rishtey, Rotana Aflam, Rotana Cinema, Rotana Classic, Rotana Clip, Rotana Masriya, Rotana Music, SAB, SET Max, TV5 Monde, Zee Aflam, Zee Alwan, and Zee Cinema ("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

 We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 21, 2017, December 14, 2017, January 3, 2018, January 11, 2018, April 4, 2018, May 14, 2018, October 3, 2018, November 6, 2018, March 12, 2019, March 22, April 13, 2019, and April 22, 2019, demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receivers and service. Such

infringement is continuing to take place on your servers, Internet Protocol ("IP") addresses 109.232.227.50, 134.19.180.30, 134.19.187.226, 185.23.213.74, 213.152.160.5, 213.152.170.4, 213.152.173.38, and 213.152.173.39, at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

Aapka Colors – http://www.k2442.com:8000/live/REMOVED/1086.ts
Aapka Colors – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1086.ts?token=
Al Arabiya – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/14
Al Arabiya – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/14.ts?token=
Al Hayat 1 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1606
Al Hayat 1 – http://134.19.187.226:25461/live/[REMOVED]/[REMOVED]/1606.ts?token=
Al Jadeed – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/6
Al Jadeed – http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/6.ts?token=
Al Jazeera Arabic News – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/120.ts
Al Jazeera Arabic News – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/120.ts?token=
Al Jazeera English – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/122
Al Jazeera English – http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/122.ts?token=
Alresalah – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1673
Alresalah – http://213.152.170.4:8000/live/REMOVED/1673.ts
ART Cima – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/1698.ts
ART Cima – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1698.ts?token=
ARY Digital – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/564
ARY Digital – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/564.ts?token=
beIN Sports 1 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/739.ts
beIN Sports 1 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/739.ts?token=
beIN Sports 2 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/748.ts
beIN Sports 2 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/748.ts?token=
beIN Sports 3 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/749.ts
beIN Sports 3 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/749.ts?token=
beIN Sports 4 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/740.ts
beIN Sports 4 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/750.ts?token=
beIN Sports 5 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/743.ts
beIN Sports 5 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/743.ts?token=
beIN Sports 6 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/742.ts
beIN Sports 6 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/742.ts?token=
beIN Sports 7 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/743.ts
beIN Sports 7 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/743.ts?token=
beIN Sports 8 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/744.ts
beIN Sports 8 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/744.ts?token=
beIN Sports 9 – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/745.ts
beIN Sports 9 – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/745.ts?token=
beIN Sports News – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/2065.ts
beIN Sports News – http://213.152.173.38:25461/live/REMOVED/2065.ts
Cartoon Network Arabia – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/50
Cartoon Network Arabia – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/50.ts?token=
CBC – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/2589.ts
CBC Drama – http://www.e900x.com:8000/live/REMOVED/245.ts
CBC Extra – http://www.e900x.com:8000/live/REMOVED/247.ts

CBC Extra – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/247.ts?token=
CBC Sofra – http://www.e900x.com:8000/live/REMOVED/901.ts
CBC Sofra – http://213.152.160.5:25461/live/[REMOVED]/[REMOVED]/901.ts?token=
Dream 2 – http://www.e900x.com:8000/live/REMOVED/299.ts
Dream 2 – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/299.ts?token=
Hekayat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/737
Hekayat – http://134.19.180.30:25461/live/[REMOVED]/[REMOVED]/737.ts?token=
Hum Europe – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/568.ts
Hum Europe – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/568.ts?token=
Iqraa – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/332
Iqraa – http://213.152.173.38:25461/live/[REMOVED]/[REMOVED]/332.ts?token=
LBC – http://www.e900x.com:8000/live/REMOVED/179.ts
LBC – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/179.ts?token=
LDC – http://www.e900x.com:8000/live/REMOVED/277.ts
LDC – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/277.ts?token=
MBC – http://www.e900x.com:8000/live/REMOVED/158.ts
MBC – http://www.e900x.com:8000/live/REMOVED/1969.ts
MBC – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/158.ts?token=
MBC – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/1969.ts?token=
MBC – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1970.ts?token=
MBC 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1970
MBC 2 – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/160.ts?token=
MBC 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1972
MBC 4 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/159
MBC 4 – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/159.ts?token=
MBC 4 – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1972.ts?token=
MBC Action – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1652
MBC Action – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1652.ts?token=
MBC Bollywood – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/164.ts?token=
MBC Drama – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/164
MBC Drama – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/162.ts?token=
MBC Kids (MBC 3) – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/161
MBC Kids (MBC 3) – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1971.ts?token=
MBC Kids – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/161.ts?token=
MBC Masr – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/166.ts?token=
MBC Masr 2 – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/166
MBC Masr 2 – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/157.ts?token=
MBC MAX – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1617
MBC MAX – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1617.ts?token=
MBC Variety – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/2077
MBC Variety – http://213.152.160.5:25461/live/[REMOVED]/[REMOVED]/2077.ts?token=
Murr TV – http://e900x.com:8000/live/[REMOVED]/[REMOVED]/379.ts
Murr TV – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/379.ts?token=
NBN – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1659
NBN – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/1659.ts?token=
Noursat – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1817
Noursat – http://109.232.227.50:25461/live/[REMOVED]/[REMOVED]/1817.ts?token=

OTV – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/89
OTV – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/89.ts?token=
Rishtey – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/1087
Rishtey – http://134.19.187.226:25461/live/[REMOVED]/[REMOVED]/1087.ts?token=
Rotana Aflam – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/155
Rotana Aflam – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/155.ts?token=
Rotana Cinema – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/156
Rotana Cinema – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/156.ts?token=
Rotana Classic – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/153
Rotana Classic – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/153.ts?token=
Rotana Clip – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/151
Rotana Clip – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/151.ts?token=
Rotana Masriya – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/154
Rotana Masriya – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/154.ts?token=
Rotana Music – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/150
Rotana Music – http://185.23.213.74:25461/live/[REMOVED]/[REMOVED]/150.ts?token=
SAB – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/577
SAB – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/577.ts?token=
SET Max – http://www.e900x.com:8000/live/[REMOVED]/[REMOVED]/572.ts
SET Max – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/572.ts?token=
TV5 Monde – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/539
TV5 Monde – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/539.ts?token=
Zee – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/560.ts?token=
Zee Aflam – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/315
Zee Aflam – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/315.ts?token=
Zee Alwan – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/51
Zee Alwan – http://213.152.173.39:25461/live/[REMOVED]/[REMOVED]/51.ts?token=
Zee Cinema – http://www.e900x.com:8000/[REMOVED]/[REMOVED]/579
Zee Cinema – http://213.152.170.4:8000/live/[REMOVED]/[REMOVED]/579.ts?token=

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to liability for copyright infringement. *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, 881 F.3d 293, 305 (4th Cir. 2018) (denying DMCA safe-harbor protection to ISP that failed to terminate subscribers who were repeat copyright infringers).

We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described

herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

  If you have any questions, please contact me at (713) 343-0478, or via email at david.korn@hnbllc.com.

        Sincerely,

        **HAGAN NOLL & BOYLE LLC**

        David M. Korn
        Two Memorial City Plaza
        820 Gessner, Suite 940
        Houston, Texas 77024
        T: (713) 343-0478
        david.korn@hnbllc.com



Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

June 7, 2019

**_VIA Email_**

Global Layer B.V.
Global Layer Network
Postbus 190
2950 AD
Alblasserdam, Netherlands
noc@global-layer.com
abuse@global-layer.com

Re:   **Eighteenth Notice of Unauthorized Distribution of IBCAP Members' Television Programming**

Dear Global Layer:

    This law firm is legal counsel for DISH Network L.L.C. ("DISH") and the International Broadcaster Coalition Against Piracy ("IBCAP"). IBCAP represents companies including DISH, Al Jazeera MediaNetwork, ARY Digital USA, Asia TV USA, B4U U.S., beIN Media Group, IndiaCast US, International Media Distribution, MBC FZ, MSM Asia Limited, TV5 USA, Turner Broadcasting System Arabia, and World Span Media Consulting ("Members"), which own or control exclusive rights under copyright to distribute the following channels: Al Arabiya, Al Hayat 1, Al Jadeed, Al Jazeera Arabic News, Al Jazeera Documentary, Al Jazeera English, Al Jazeera Mubasher, Alresalah, Hekayat, Art Cima, ARY Digital, BBC Arabic, BeIn Sports 1, BeIN Sports 2, BeIn Sports 3, BeIn Sports 4, BeIN Sports 5, BeIn Sports 6, BeIn Sports 7, BeIn Sports 8, BeIn Sports 9, BeIn Sports 10, BeIn Sports 11, BeIn Sports 12, BeIn Sports News, Cartoon Network Arabia, CBC Drama, CBC Extra, CBC Sofra, Colors Bangla, Dream 2, Iqraa, Hum World, LBC, MBC, MBC 2, MBC Kids, MBC 4, MBC Action, MBC Bollywood, MBC Drama, MBC Masr 2, MBC Max,  MBC Variety, Murr TV, NBN, Noursat, OTV, Rishtey, Rotana Aflam, Rotana Cinema, Rotana Classic, Rotana Clip, Rotana Khalijiya, Rotana Masriya, Rotana Music, TV5 Monde, Zee Aflam, Zee Alwan("Protected Content") in the United States. As such, Members own or control exclusive rights under copyright to distribute and publicly perform via broadcast or digital transmission a vast number of motion pictures and television programs in the United States.

    We sent you correspondence on June 28, 2017, July 8, 2017, July 27, 2017, August 10, 2017, November 21, 2017, December 14, 2017, January 3, 2018, January 11, 2018, April 4, 2018, May 14, 2018, October 3, 2018, November 6, 2018, March 12, 2019, March 22, April 13, 2019, April 22, 2019, and May 25, 2019 demanding that you take immediate steps to address the extensive copyright infringement of Members' Protected Content that is occurring by virtue of your servers hosting streams of Protected Content distributed via the Easybox set-top box receivers and service. Such infringement is continuing to take place on your servers, Internet Protocol ("IP") addresses 109.232.227.50,  134.19.180.30,  134.19.187.226,

185.23.213.74, 213.152.160.5, 213.152.170.4, 213.152.173.38, and 213.152.173.39, at the following channels and Uniform Resource Locators ("URLs") including, but by no means limited to:

| Protected Channel | URL |
| --- | --- |
| MBC | http://www.e900x.com:8000/live/Il8tQV95qW/czOoIWSmOZ/158.ts |
| MBC | http://213.152.173.39:25461/ |
| MBC | http://www.e900x.com:8000/live/W59h92PioK/8WpgBAtAd4/1969.ts |
| MBC | http://213.152.173.39:25461/ |
| MBC 2 | http://www.e900x.com:8000/live/a0wxEnWdQN/JxscWI3NvI/160.ts |
| MBC 2 | http://185.23.213.74:25461/ |
| MBC 2 | http://www.e900x.com:8000/live/lekxoLz1OU/FeNVatzwQv/1970.ts |
| MBC 2 | http://109.232.227.50:25461/ |
| MBC Kids | http://www.e900x.com:8000/live/NB933xvYrZ/Fc8lLuhVGf/161.ts |
| MBC Kids | http://213.152.173.39:25461/ |
| MBC Kids | http://www.e900x.com:8000/live/JrPpmvn9SA/FkYRLFXqjQ/1971.ts |
| MBC Kids | http://109.232.227.50:25461/ |
| MBC 4 | http://www.e900x.com:8000/live/qspXkP9kXX/1kkQXjEiit/159.ts |
| MBC 4 | http://213.152.173.39:25461/ |
| MBC 4 | http://www.e900x.com:8000/live/tJon3cTSWo/DlkDRZ4AdW/1972.ts |
| MBC 4 | http://109.232.227.50:25461/ |
| MBC Action | http://www.e900x.com:8000/live/GuUBxLDl8f/zGsBOC0W0o/1652.ts |
| MBC Action | http://109.232.227.50:25461/live/ |
| MBC Bollywood | http://www.e900x.com:8000/live/B5NdgUUqj2/Bmml4ojN6L/164.ts |
| MBC Bollywood | http://185.23.213.74:25461/ |
| MBC Drama | http://www.e900x.com:8000/live/iq4XffvOB7/JaWIWFV6Ax/162.ts |
| MBC Drama | http://109.232.227.50:25461/ |
| MBC Masr 2 | http://www.e900x.com:8000/live/Tu9sGgbbB2/UaQ24DSsS7/157.ts |
| MBC Masr 2 | http://185.23.213.74:25461/ |
| MBC Max | http://www.e900x.com:8000/live/1V6JFx8Qou/dgv8IH6Eq6/1617.ts |
| MBC Max | http://109.232.227.50:25461/ |
| MBC Variety | http://www.e900x.com:8000/live/2RJxveW4iH/6CXPLH9Bmk/2077.ts |
| MBC Variety | http://213.152.160.5:25461/ |
| Murr TV | http://e900x.com:8000/live/wyTMYj6BL2/FjHw0ioCCO/379.ts |
| Murr TV | http://213.152.170.4:8000/ |
| NBN | http://www.e900x.com:8000/live/wyTMYj6BL2/FjHw0ioCCO/1659.ts |
| NBN | http://213.152.170.4:8000/ |
| Noursat | http://www.e900x.com:8000/live/wyTMYj6BL2/FjHw0ioCCO/1817.ts |
| Noursat | http://109.232.227.50:25461/ |
| OTV | http://www.e900x.com:8000/live/wyTMYj6BL2/FjHw0ioCCO/89.ts |
| OTV | http://185.23.213.74:25461/ |
| Rishtey | http://www.e900x.com:8000/live/desuFbCTe7/dSPGxDUgVZ/1087.ts |
| Rishtey | http://134.19.187.226:25461/ |
| Rotana Aflam | http://www.e900x.com:8000/live/desuFbCTe7/dSPGxDUgVZ/155.ts |
| Rotana Aflam | http://185.23.213.74:25461/ |
| Rotana Cinema | http://www.e900x.com:8000/live/desuFbCTe7/dSPGxDUgVZ/156.ts |
| Rotana Cinema | http://185.23.213.74:25461/ |
| Rotana Classic | http://www.e900x.com:8000/live/desuFbCTe7/dSPGxDUgVZ/153.ts |
| Rotana Classic | http://185.23.213.74:25461/ |

| | |
|---|---|
| Rotana Clip | http://www.e900x.com:8000/live/desuFbCTe7/dSPGxDUgVZ/151.ts |
| Rotana Clip | http://185.23.213.74:25461/ |
| Rotana Khalijiya | http://www.e900x.com:8000/live/desuFbCTe7/dSPGxDUgVZ/152.ts |
| Rotana Khalijiya | http://185.23.213.74:25461/ |
| Rotana Masriya | http://www.e900x.com:8000/live/desuFbCTe7/dSPGxDUgVZ/154.ts |
| Rotana Masriya | http://185.23.213.74:25461/ |
| Rotana Music | http://www.e900x.com:8000/live/desuFbCTe7/dSPGxDUgVZ/150.ts |
| Rotana Music | http://185.23.213.74:25461/ |
| TV5 Monde | http://www.e900x.com:8000/live/wyTMYj6BL2/FjHw0ioCCO/539.ts |
| TV5 Monde | http://213.152.170.4:8000/ |
| Zee Aflam | http://www.e900x.com:8000/live/yVCKSEbm8zb/GWSydjklWQ/315.ts |
| Zee Aflam | http://213.152.170.4:8000/ |
| Zee Alwan | http://www.e900x.com:8000/live/5zEqV4e3Cd/KiHlj2j9ND/51.ts |
| Zee Alwan | http://213.152.173.39:25461/ |
| Al Arabiya | http://www.e900x.com:8000/live/wyTMYj6BL2/FjHw0ioCCO/14.ts |
| Al Arabiya | http://185.23.213.74:25461/ |
| Al Hayat 1 | http://www.e900x.com:8000/live/WcfH78Dpb0/OEJxx2ZIqT/1606.ts |
| Al Hayat 1 | http://134.19.187.226:25461/ |
| Al Jadeed | http://www.e900x.com:8000/live/F5i1Kqsq4Zb/jd7SVWocYo/6.ts |
| Al Jadeed | http://134.19.180.30:25461/live/ |
| Al Jazeera Arabic News | http://www.e900x.com:8000/live/qqdH3pdOEr/mYD9sWo1Mc/120.ts |
| Al Jazeera Arabic News | http://213.152.173.39:25461/ |
| Al Jazeera Documentary | http://www.e900x.com:8000/live/wyTMYj6BL2/FjHw0ioCCO/123.ts |
| Al Jazeera Documentary | http://213.152.170.4:8000/ |
| Al Jazeera English | http://www.e900x.com:8000/live/F5i1Kqsq4Zb/jd7SVWocYo/122.ts |
| Al Jazeera English | http://213.152.173.38:25461/ |
| Al Jazeera Mubasher | http://www.e900x.com:8000/live/wyTMYj6BL2/FjHw0ioCCO/121.ts |
| Al Jazeera Mubasher | http://134.19.180.30:25461/ |
| Alresalah | http://www.e900x.com:8000/live/WcfH78Dpb0/OEJxx2ZIqT/1673.ts |
| Alresalah | http://213.152.170.4:8000/ |
| Hekayat | http://e900x.com:8000/live/wyTMYj6BL2/FjHw0ioCCO/737.ts |
| Hekayat | http://134.19.180.30:25461/ |
| ARY Digital | http://e900x.com:8000/live/wyTMYj6BL2/FjHw0ioCCO/564.ts |
| ARY Digital | http://213.152.170.4:8000/ |
| BBC Arabic | http://www.e900x.com:8000/live/DJQe0gEGzNd/W6OGQ2fC5Q/380.ts |
| BBC Arabic | http://213.152.170.4:8000/ |
| BeIn Sports 1 | http://e900x.com:8000/live/qyeIRmWklZ/lcKmWjaDkS/739.ts |
| BeIn Sports 1 | http://134.19.180.30:25461/ |
| BeIn Sports 1 | http://www.e900x.com:8000/live/eA2eQglFKp/o6HFGyoW9M/1980.ts |
| BeIn Sports 1 | http://134.19.180.30:25461/ |
| BeIn Sports 10 | http://e900x.com:8000/live/qyeIRmWklZ/lcKmWjaDkS/748.ts |
| BeIn Sports 10 | http://134.19.180.30:25461/ |
| BeIn Sports 11 | http://e900x.com:8000/live/qyeIRmWklZ/lcKmWjaDkS/749.ts |
| BeIn Sports 11 | http://134.19.180.30:25461/ |
| BeIn Sports 12 | http://e900x.com:8000/live/qyeIRmWklZ/lcKmWjaDkS/750.ts |
| BeIn Sports 12 | http://134.19.180.30:25461/ |
| BeIn Sports 2 | http://e900x.com:8000/live/qyeIRmWklZ/lcKmWjaDkS/740.ts |

| BeIn Sports 2 | http://134.19.180.30:25461/ |
| BeIn Sports 3 | http://e900x.com:8000/live/qyeIRmWklZ/lcKmWjaDkS/741.ts |
| BeIn Sports 3 | http://134.19.180.30:25461/ |
| BeIn Sports 4 | http://e900x.com:8000/live/bSCvChb6dw/nKlGRKV8GT/742.ts |
| BeIn Sports 4 | http://134.19.180.30:25461/ |
| BeIn Sports 4 | http://www.e900x.com:8000/live/eA2eQglFKp/o6HFGyoW9M/2105.ts |
| BeIn Sports 4 | http://134.19.180.30:25461/ |
| BeIn Sports 5 | http://e900x.com:8000/live/bSCvChb6dw/nKlGRKV8GT/743.ts |
| BeIn Sports 5 | http://134.19.180.30:25461/ |
| BeIn Sports 5 | http://www.e900x.com:8000/live/QF7YrAdFvi/CRJMUBdg8V/2109.ts |
| BeIn Sports 5 | http://134.19.180.30:25461/ |
| BeIn Sports 6 | http://e900x.com:8000/live/bSCvChb6dw/nKlGRKV8GT/744.ts |
| BeIn Sports 6 | http://134.19.180.30:25461/ |
| BeIn Sports 6 | http://www.e900x.com:8000/live/eA2eQglFKp/o6HFGyoW9M/2110.ts |
| BeIn Sports 6 | http://134.19.180.30:25461/ |
| BeIn Sports 7 | http://e900x.com:8000/live/bSCvChb6dw/nKlGRKV8GT/745.ts |
| BeIn Sports 7 | http://134.19.180.30:25461/ |
| BeIn Sports 8 | http://e900x.com:8000/live/bSCvChb6dw/nKlGRKV8GT/746.ts |
| BeIn Sports 8 | http://134.19.180.30:25461/ |
| BeIn Sports 9 | http://e900x.com:8000/live/bSCvChb6dw/nKlGRKV8GT/747.ts |
| BeIn Sports 9 | http://134.19.180.30:25461/ |
| BeIn Sports News | http://www.e900x.com:8000/live/DJQe0gEGzNd/W6OGQ2fC5Q/2065.ts |
| BeIn Sports News | http://213.152.173.38:25461/ |
| Cartoon Network Arabia | http://www.e900x.com:8000/live/DJQe0gEGzNd/W6OGQ2fC5Q/50.ts |
| Cartoon Network Arabia | http://185.23.213.74:25461/ |
| CBC Drama | http://www.e900x.com:8000/live/DJQe0gEGzNb/W6OGQ2fC5Q/245.ts |
| CBC Drama | http://185.23.213.74:25461/ |
| CBC Extra | http://www.e900x.com:8000/live/DJQe0gEGzNb/W6OGQ2fC5Q/247.ts |
| CBC Extra | http://185.23.213.74:25461/ |
| CBC Sofra | http://e900x.com:8000/live/Z0T9s8W5mtb/OEJxx2ZIqT/901.ts |
| CBC Sofra | http://213.152.160.5:25461/ |
| ART Cima | http://www.e900x.com:8000/live/Z0T9s8W5mt/OEJxx2ZIqT/1698.ts |
| ART Cima | http://213.152.170.4:8000/ |
| Colors Bangla | http://www.k2442.com:8000/live/desuFbCTe7/dSPGxDUgVZ/1086.ts |
| Colors Bangla | http://213.152.170.4:8000/ |
| Dream 2 | http://www.e900x.com:8000/live/wyTMYj6BL2/FjHw0ioCCO/299.ts |
| Dream 2 | http://213.152.170.4:8000/ |
| Iqraa | http://www.e900x.com:8000/live/wyTMYj6BL2/FjHw0ioCCO/332.ts |
| Iqraa | http://213.152.173.38:25461/ |
| Hum World | http://www.e900x.com:8000/live/wyTMYj6BL2/FjHw0ioCCO/568.ts |
| Hum World | http://213.152.170.4:8000/ |
| LBC | http://www.e900x.com:8000/live/wyTMYj6BL2/FjHw0ioCCO/179.ts |
| LBC | http://213.152.170.4:8000/ |

Continued use of your servers to unlawfully retransmit the Protected Content subjects you to liability for copyright infringement. *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc*., 881 F.3d 293, 305 (4th Cir. 2018) (denying DMCA safe-harbor protection to ISP that failed to terminate subscribers who were repeat copyright infringers).

June 7, 2019
Page 5

        We demand that your customer immediately cease and desist from using your servers to directly or indirectly cause, contribute to, enable, facilitate, aid, abet, induce, encourage, and/or participate in the infringement of Members' rights in the Protected Content. In particular, we request that you forward this notice to your customer demanding that they remove Members' Protected Content from your servers, and that you suspend or terminate your customer's service if they fail to timely remove Members' Protected Content from your servers.

        We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by Members in the manner occurring via your servers is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of Members, all of which are expressly reserved.

        If you have any questions, please contact me at (713) 343-0478, or via email at Rachel.cragg@hnbllc.com.

                                        Sincerely,

                                        **HAGAN NOLL & BOYLE LLC**
                                        */s/Rachel J. Cragg*
                                        Rachel J. Cragg
                                        Two Memorial City Plaza
                                        820 Gessner, Suite 940
                                        Houston, Texas 77024
                                        T: (713) 343-0478
                                        Rachel.Cragg@hnbllc.com