## Certificate of Service

I hereby certify that on January 30, 2020, I served the following documents described as:

- Plaintiff DISH Network L.L.C.'s Motion for Default Judgment Against Hung Tran and Thi Nga Nguyen;

- Memorandum of Points and Authorities in Support of Plaintiff DISH Network L.L.C.'s Motion for Default Judgment Against Hung Tran and Thi Nga Nguyen;

- Declaration of Michael Schwimmer with Exhibit 1-2

- Declaration of Gregory Duval with Exhibits 1-6

- Declaration of Stephen M. Ferguson with Exhibits 1-27

- Proposed Final Judgment and Permanent Injunction

by placing the documents in a sealed envelope with postage thereon fully prepaid and then deposited the envelopes with the United States Postal Service (International Priority Mail), addressed to the following non-CM/ECF participants:

Hung Tran
2 Ngo 71 Le Khoi
Quang Trung Vinh, Nghe An 460000
Vietnam

Thi Nga Nguyen
24 Phan Canh Quang, Ngo 4
Ha Huy Tap, Vinh, Nghe An 470000
Vietnam

The foregoing documents were also sent via the United States Postal Service (Priority Mail) to the following:

Global Layer B.V.
Postbus 190
2950 AD
Alblasserdam, Netherlands
*Non-party, Service Provider for IP Addresses 134.19.180.26, 134.19.180.30, 134.19.191.194, and 213.152.173.38*

VeriSign, Inc.
12061 Bluemont Way
Reston, VA 20190
*Non-party, Registry of easybox.tv, e900x.com, and k2442.com*

_Aleksandra Ames_
Aleksandra Ames