United States District Court
Southern District of Texas
**ENTERED**
February 05, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Dish Network, L.L.C., | § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-19-2994 |
| Easybox IPTV, et al., | § § | |
| Defendants. | § § | |

## Default Judgment and Injunction

1. Dish Network, L.L.C., has the exclusive right to broadcast twenty-five international channels in the United States. Dish's license gives it copyrights in the shows it airs.

2. In 2016, Dish discovered that Easybox IPTV was transmitting sixty-six of Dish's copyrighted shows to Easybox's customers in the United States. Easybox captured live broadcast signals from Dish, translated the signals into an internet format, streamed the channels to servers, and transmitted the channels from its servers to people who bought Easybox boxes and subscriptions.

3. Dish monitored Easybox's transmission of its channels from 2016 to 2019. In that time, Dish sent 112 notices of infringement demanding that Easybox cease transmitting.

4. Dish filed this suit on August 12, 2019. It identified the operators of Easybox – Hung Tran and Thi Nga Nguyen – by their IP addresses. They were served on November 21, 2019. Neither has answered or otherwise appeared.

5. Dish Network L.L.C. will take $9,900,000 from Hung Tran, Thi Nga Nguyen, and Easybox IPTV, jointly and severally, plus interest. This amount reflects statutory damages of $150,000 for their willful infringement of sixty-six of Dish's copyrighted works.

6. Hung Tran, Thi Nga Nguyen, Easybox IPTV, or any entity they create to transmit copyrighted shows are permanently enjoined from (a) distributing Dish's channels in the United States and (b) selling Easybox set-top boxes or IPTV subscriptions that stream Dish's channels.

7. Third-party providers, including Global Layer B.V., OVH Hosting Inc., WorldStream, B.V., and Netrouting Inc., may not provide any services to Easybox IPTV, Hung Tran, or Thi Nga Nguyen, related to their transmitting copyrighted shows.

8. Registries must disable the domain names used to transmit Dish's protected channels within forty-eight hours of receiving this order. The domain names to be disabled include *easybox.tv, e900x.com,* and *k2442.com,* and any future domain name used by Easybox IPTV, Hung Tran, or Thi Nga Nguyen to transmit Dish's channels.

Signed February 5, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge